# EXHIBIT 1



FILED
CIVIL DIVISION
AUG 16 2024
Superior Court of the
District of Columbia



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Case No. _2024  5229_

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

_Zainab Yusuff_                           vs   _DC Gov't (District of Columbia government)_
PLAINTIFF                                      DEFENDANT

_4600 NHB Ave NE_                              _441 4th St NW_
Address (No Post Office Boxes)                 Address (No Post Office Boxes)

_Washington, DC 20019_                         _Washington, DC 20001_
City        State       Zip Code              City        State       Zip Code

_202.210.7264_                                 _802.478.9200_
Telephone Number                               Telephone Number

_zdyusuff@gmail.com_                           _____
Email Address (optional)                       Email Address (optional)

1.   Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

_Please see document attached immediately called_
_Case Summary DC Courts (1) dated 8/9/24._
_- I also attached the original OHR/ODR complaint._
_- Response of Union on my Behalf to DBS etc. by Sonny Granbay_
_- Most recent email chain between OEA, OAG etc (9 pages)_

2.   What relief are you requesting from the Court? Include any request for money damages.

_I have been repeatedly & continuously being mistreated_
_by DC Government & its agencies & proxy agencies through-_
_out the process though still was trying to navigate_
_through the deceit, lies, psychological abuse & more._
_I am seeking removal of all antagonizing parties, punitive_
_damages for the egregiousness & timeframe of all this_
_I would like a total of $11.5 million which includes emotional distress_
_trauma, pain & suffering_
_loss of work &_
_career trajectory_

3. State any other information, of which the Court should be aware:

I loved my job & career, this has affected even on the most pschological level to the point of suicidal ideations as i tried getting help geniunely from every avenue including agencies i thought were formed to help it just felt like collusion to keep me down. As someone who considers themselve resilient, this made me want more justice for myself & those that may have even less confidence to persue justice than me. It was & still is a thought they were trying to drain my resources even blatantly so.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

8 . 9 . 24
_____
DATE

Subscribed and sworn to before me this _____ day of _____ 20_____ .

_____
(Notary Public Deputy Clerk)

2

# ADDENDUM TO COMPLAINT

CASE NO. 2024 5229

## ADDITIONAL PARTY NAMES AND ADDRESSES

*(BEGA)*
*Board of Ethics & Govt. Accountability*

☐ PLAINTIF   ☑ DEFENDANT

~~Office of~~
~~DC Human Resource~~ *HSR*

**Address (No Post Office Boxes)**
1030 15th St NW, # 700 West

Wash, DC 20005
City        State        Zip

202 481 3408
**Telephone Number**

bega@dc.gov
**Email Address (Optional)**

---

*DC*
*Office of Human Rights (OHR)*

☐ PLAINTIFF   ☑ DEFENDANT

441 4th St NW #570 N
**Address (No Post Office Boxes)**

Wash, DC 20001
City        State        Zip

**Telephone Number**

**Email Address (Optional)**

---

*(OCHR)*
*DC Office of Human Resources*

☐ PLAINTIF   ☑ DEFENDANT

105 half St SE #9
**Address (No Post Office Boxes)**

Wash, DC 20003
City        State        Zip

**Telephone Number**

**Email Address (Optional)**

---

~~DC~~ DC DISB

☐ PLAINTIFF   ☑ DEFENDANT

1050 ~~First St~~ 1st St NE #801
**Address (No Post Office Boxes)**

DC 20002
City        State        Zip

**Telephone Number**

**Email Address (Optional)**

## ADDENDUM TO COMPLAINT

CASE NO._____

### ADDITIONAL PARTY NAMES AND ADDRESSES

*ABRA/ABCA/*

☐ PLAINTIF    ☑ DEFENDANT

*2000 14th St NW #400s*

Address (No Post Office Boxes)

*DC*

City        State        Zip

_____

Telephone Number

_____

Email Address (Optional)

---

*DC Gov't*

☐ PLAINTIFF    ☑ DEFENDANT

*441 4th St NW*

Address (No Post Office Boxes)

*DC        20001*

City        State        Zip

_____

Telephone Number

_____

Email Address (Optional)

---

*DC Office of Employee Appeals (Budgelim)*
*aka OEA*

☐ PLAINTIF    ☑ DEFENDANT

*955 l'enfant Plaza SW*

Address (No Post Office Boxes)

*Wash., DC    20024.*

City        State        Zip

*202 727 0004*

Telephone Number

_____

Email Address (Optional)

---

☐ PLAINTIFF    ☐ DEFENDANT

_____

Address (No Post Office Boxes)

_____

City        State        Zip

_____

Telephone Number

_____

Email Address (Optional)

# Superior Court of the District of Columbia

### CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET

*Zainab Yusuff*
*(Plaintiff)*

vs

*DC Gov't, DCHR, DC OHR, ABCA/*
*ABRA, BEGA, DISB*
*(Defendant(s))*

Case Number: **2024 5229**

Date: *Aug. 9, 2024 (8.9.24)*

☐ One of the defendants is being sued
in their official capacity. — *all the officials & removal of the ones I named*

| | |
|---|---|
| Name: *(Please Print)* *Zainab Yusuff* | Relationship to Lawsuit |
| Firm Name: *N/A* | ☐ Attorney for Plaintiff |
| Telephone No.:          DC Bar No.: | ☑ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury      ☐ 6 Person Jury      ☑ 12 Person Jury
Demand: $ *1.5 Million USD*       Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: *23-139 DC (CV)* Judge: _____       Calendar #: _____
*OHRA  EEOC  ICC-2023-00140*
Case No.: *OEA matter #1601-0043-24* Judge: *Juryy JGM*      Calendar #: _____

---

NATURE OF SUIT:      *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☑ Whistle Blower
☑ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement

☐ Ejectment
☐ Eminent Domain
☐ Interpleader

☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. For Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical - Other
☐ Wrongful Death

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

CV-496 February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault Battery
- ☐ Conversion
- ☐ False Arrest Malicious Prosecution
- ☐ Libel Slander Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion Application Regarding Arbitration Award
- ☑ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti-SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

- ☐ **TRAFFIC ADJUDICATION APPEAL**

- ☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer Attorney's Signature

8/9/24
_____
Date

CV-496 February 2023



*8/9/2024*
*DC Courts* ① 
*Case Summary*

**ase Summary**
nessage

**i Knab** <zdyusuff@gmail.com>
: Zai Knab <zdyusuff@gmail.com>

Fri, Aug 9, 2024 at 10:54 /

There are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most ecently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of he office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears t is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been ;ubmitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network vhich I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA locuments of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of ≀MLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been :reating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all. ⁄lore has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated ›n March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I iave proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C. Sovernment – ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and larassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach ne in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice Purdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was nappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with ife anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my nedical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. The would even call me while in the ≀mergency room and in intensive outpatient treatment. DC DISB also withheld my W2 and I had to report them to the IRS and even DC )ISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for :ontinuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals iilments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me ›ecause I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does. Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested n ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB ≀rminated me while in medical distress and seeking extension because I had the time available thought they would delay their ≀sponses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include 3EGA because Ashley Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including: ≀atrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and ⁄lartha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress, ıss of work, punitive damages against DC Govt and DISB and more

Thanks,

**Zainab Yusuff**

∶022107264



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

Submitted On:

Feb 28, 2023, 01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW 400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because of your:** | Race<br>Sex<br>Disability<br>Age |

| | |
|---|---|
| | National origin<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Transfer<br>Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml<br>FW_ Attached Documents.eml<br>RE_ Completed RE_.eml<br>Filing Grievance RE_ Notice of Final Decision.eml<br>Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella<br>**Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea<br>**Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202-442.6598 |
| **Please provide a detailed** | I was led to file this complaint due to continuous discrimination, |



**Employment_Intake_Questionnaire_Form**

**DC GOVERNMENT**

Submitted On:

Jul 8, 2023, 09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |
| **Fax** | |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23<br>Employment_Intake_Questionnaire_Form__xMllSYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| **Phone Number** | 2024427804 |
| **Phone Number** | 2027337792 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

The incident that on Thursman on 12 from 02/03/25, ... on 704 equal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-times and dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**        zdyusuff@gmail.com

**Full Name**

First Name: Darniece
Last Name: Shirley

**Email**

darniece.shirley@dc.gov

**Phone Number**

2027337392

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

An example of producing a result which it could not command directly are the two disciplinary attempts that seem to have come

from the top (influence) is my guess for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct. In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied. It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence on my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex. my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.


I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you all provided and is clean, free of any prior offense.
This factor should hold more weight when trying to take away

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with an ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusff was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question. Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven by the claim I filed with OHR that details the matters. This point disproves the Proposing Official's Rationale Worksheet numbers

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of my emails.

These statements contained a narrative of what is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own internal issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

| **How did you hear about the DC Office of Human Rights (check all that apply)?** | Family, Friend or Acquaintance<br>EEO Counselor<br>Equal Employment Opportunity Commission<br>Lawyer or Legal Aid Clinic (Please enter name in box below) |



**Request_Assistance_or_File_a_Complaint**

DC GOVERNMENT

Submitted On:

Oct 2, 2023, 08:27AM EDT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab <br> **Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE <br> **City:** Washington <br> **State:** DC <br> **Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has all the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving this young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

| | |
|---|---|
| **Please give us the date of the most recent issue:** | 9/26/2023 |
| **Please give us the location of the issue:** | DISB, Washington Marriott on L st |
| **Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?** | Independent ADA, not subordinate of Katrice Purdie |
| **Names and Positions of Staff Encountered (if known).** | Katrice Purdie, Marlen Simmons, Alice Pettigrew |
| **Does anyone else have information about this situation or issue that you think we should contact?** | Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor) |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Phone Number** | 2027165646 |
| **Full Name** | **First Name:** Quiana<br>**Last Name:** Harris |
| **Phone Number** | 2027274559 |

**Additional Referral Information**

**Email Address**                    zdyusuff@gmail.com

 OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

**Office of the General Counsel**

| | |
|---|---|
| TO: | Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding Official) |
| | Zainab Yusuff, Fraud Investigator, DISB |
| CC: | Sonny Garibay, Yusuff's Representative |
| FROM: | Vincent Enriquez, Assistant General Counsel (Hearing Officer) |
| DATE: | March 15, 2024 |
| RE: | Administrative Review / Written Report and Recommendation |
| | Proposed Removal of Zainab Yusuff |

## I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal* ("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's representative. Despite this being outside the ten (10) workdays delineated in the Proposed Removal Letter, the Proposed Removal Letter had the wrong contact information for the undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned Hearing Officer's review is based on the information and supporting documentation provided by DISB and Yusuff's representative.

## II.    STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her employment for the following reasons:

Disciplinary Cause

1.  **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A.  Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B.  A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C.  Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D.  Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
|------|--------------|------------------------|
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

|  |  | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
|---|---|---|
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E. On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F. Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G. Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action*: Removal

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION

1050 First Street NE, Washington, DC 20002

(202) 727-6436 TTY: 711 | osse.dc.gov

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:
   a. Leave Restriction Notice, dated October 23, 2023
   b. FedEx Receipt, dated October 24, 2023
   c. Yusuff Medical Note, dated November 20, 2023
   d. Insufficiency Email, dated November 20, 2023
   e. PFML Approval, dated November 20, 2023
   f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.    FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

    i. Under _Douglas_ Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii.   Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that require interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii.   Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv.   Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v.   Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence I the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under _Douglas_ Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under _Douglas_ Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under _Douglas_ Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow investigators not wanting to work with her.

ix.   Under _Douglas_ Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x.   Under _Douglas_ No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi.  Under _Douglas_ Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii. Under _Douglas_ Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

IV.   CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

## V.    RECOMMENDATION

The legal standard for determining the appropriateness of a penalty was established by the Merit Systems Protection Board (MSPB) in *Douglas v. Veterans Administration*, 5 MSPB 313 (1982). In *Douglas*, the MSPB set forth a list of factors to be considered when assessing the appropriateness of a penalty.  *Douglas* at 331-32.  The reasoning and factors established in *Douglas* were adopted by the District of Columbia Court of Appeals in *Stokes v. District of Columbia*, 502 A.2d 1006 (D.C. 1985).  The court in *Stokes* held that the selection of a penalty is a matter of agency discretion.  In furtherance of the agency's proposed removal, the undersigned Hearing Officer incorporates by reference herein the Proposing Official's Rationale Worksheet in reviewing this matter against the backdrop of the *Douglas* factors. This undersigned Hearing Officer finds that the proposal to remove Zainab Yusuff from her employment with DISB for the Charge is supported by a preponderance of the evidence provided by DISB.


March 15, 2024                  *Vincent Enriquez*
Date                            Vincent Enriquez, Hearing Officer

---

### FINAL DECISION

____✓____    The recommendation of the Hearing Officer is **ACCEPTED**.

_____    The recommendation of the Hearing Officer is **DENIED**.


3/19/24
Date                    Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB
                        (Deciding Official)

Matter No. 1601-0043-24
essages

nab <zdyusuff@gmail.com>                                                                          Fri, May 24, 2024 at 6:1
m.joseph@dc.gov

eetings Judge Lim,

name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email. I have yet to receive
imployment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now in addition to unjustly being suspended without pay on numerous
casions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them
hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim.
ave not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to confue to get a rise out of me using passive aggressive unhanded tactic
ich I am bringing to the surface. Further, confusion lies in that I just was alerted of your existence while being bullied to do a financial disclosure when I was only sent the notice about a little over two
eks ago though the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which
ould have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go
in prior to the effective date.
stly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been
nstantly reaching out to me and from the email I recently received from Hemraj, I was under the impression all communication was to be filtered through the Judge, especially being that DC Govt DISB ha
eady been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work
ironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before it was due as I was going through medical issues including
ise brought on by the trauma DC Govt/DISB triggered ex. they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already
ivided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

anks,

# ainab Yusuff

22107264

nab <zdyusuff@gmail.com>                                                                         Sat, May 25, 2024 at 11:1(
<grindstonelaw@aol.com>

oted text hidden]

Joseph (OEA) <lim.joseph@dc.gov>                                                                 Tue, May 28, 2024 at 9:0
ai Knab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>

bject: OEA Matter No. 1601-0043-24

UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that t
nail is suspicious, please forward to phishing@dc gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
oted text hidden]

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

eceipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an
vt DISB) for dates regarding a prehearing conference proposed by Judge. August 21, 2024 would be the selection.

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne ▾

od morning Ms. Yusuff:

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre
ehearing Conference. I would like to propose August 19, 2024, August 21, 2024, and August 26, 2024. May you please let me know if you are available on these three dates? If not,
available for the conference in August.

ank you,

niel M. Thaler
ssistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

anks,

# ainab Yusuff

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 9:3

od morning Julia,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't
nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it
ems they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have
eady been able to do.
—— Forwarded message ———
m: **Zai Knab** <zdyusuff@gmail.com>
oted text hidden]
oted text hidden]

Fuld <julia@nvrdc.org>
ai Knab <zdyusuff@gmail.com>

Tue, May 28, 2024 at 11:5

Zainab,

sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

e Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

cause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

ase **do not send me anything** else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the
gibility requirements for the service—Victim Legal Network" or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

Refers
ps://dcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their
ular rates.

Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine—Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld | [she/her/hers]
nior Staff Attorney
l: 202.932.4332
ce: 202.742.1727 x 1110

ase note: NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your message as soon as I am able.

oted text hidden]
s message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipien
are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 12:0

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the delay and seems to be moving along now. Thanks again for
help on such short notice and the clarifications I probably would have never figured out.

ich appreciation,

# ainab Yusuff

22107264
oted text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

Wed, Jun 12, 2024 at 12:0

od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's
low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional
ormation.

ank you,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW

...ted text hidden]

...r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                    Tue, Jul 30, 2024 at 10:29
...ai Knab <zdyusuff@gmail.com>
...tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

...od morning Ms. Yusuff:

...elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
...e, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
...24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

...ncerely,

...niel M. Thaler
...sistant Attorney General
...vil Litigation Division
...rsonnel and Labor Relations Section
...fice of the Attorney General for the District of Columbia
...0 6th Street, NW
...ashington, DC 20001
...2) 724-5474
...niel.thaler@dc.gov

**...nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
...ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
...ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
...essage.

**...etadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
...ended to be viewed by a non-client recipient.

---

...om: Zai Knab <zdyusuff@gmail.com>
...nt: Monday, July 29, 2024 11:39 PM
...: Lim, Joseph (OEA) <lim.joseph@dc.gov>
...: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA)
...elicia.Dantzler@dc.gov>

...ted text hidden]

---

...nab <zdyusuff@gmail.com>
...haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

...eetings Daniel et al,

...ur email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option. ...
...covery is to be provided (discovery that should also extend to August 19,2024 in addition to the documents/data I will be requiring from DC Govt/DISB such as all the same documents they are requiring of
...ow better than allowing the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additio
...vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is at
...vulnerable side showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date with
...ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details; which now
...ke, as DC Govt /DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt any
...ny and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.

From Thaler: ==Good morning Ms. Yusuff:
...elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more tr
...2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomor
...gust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney General Civil Litigation Division==

...--Greetings Judge Lim,
...n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
...quested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
...ternet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
...re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
...until this point from you all, at which time you can splash yourselves. Again, it is interesting that none of the complaints I filed seem OHR nor ODR got followed-up even after a year with any intakes yet th
...alth; I think not. Regards. Immediately below is the previous email sent for your convenience:
...──────────────  ──────────── ─── ──── ──────
...FYI, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From Zai Knab ── ─── ──── ────
Sent Tuesday, July 23, 2024 6:43 PM
To Finch, Connor (OAG)──── ──── ─── Lim, Joseph (OEA) ──── ── ─── Thaler, Daniel (OAG)── ──── ──── Stubbs, Charity (OAG) ── ── ── ─
Subject Re OEA Matter No. 1601-0043-24

──── ── This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe tha
── ── ──── for additional analysis by OCTO Security Operations Center (SOC).

──── ── Judge Lim,

──────────────────────────────────────────────────
where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
...se leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my team will need to know the reason for thi
...due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so

**onfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

**etadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24

oted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                    Wed, Jun 12, 2024 at 2:2:
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

der attached. Hard copy to be mailed.

---

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
oted text hidden]

oted text hidden]

---

er, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                              Wed, Jun 12, 2024 at 2:5
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

ceived. Thank you.

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
02) 724-5474
niel.thaler@dc.gov

**onfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

**etadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
oted text hidden]

oted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                            Thu, Jun 13, 2024 at 11:5!
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

:etings Judge Lim,

eceipt of pre-hearing order.

gards,

# ainab Yusuff

22107264
oted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                            Wed, Jul 10, 2024 at 10:0:
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

:etings,

ceived this pre-hearing order for my claims for the current DISB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlemen guage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meeti ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation,
nab
.anks,

—— Forwarded message ——
m: Zai Knab <zdyusuff@gmail.com>
ted text hidden]
ted text hidden]


—— Forwarded message ——
m: "Dantzler, Felicia (ABCA)" <Felicia.Dantzler@dc.gov>
 Zai Knab <zdyusuff@gmail.com>

:
te: Mon, 1 Jul 2024 16:18:41 +0000
bject: RE: OHR Inquiry 18626 Intake Appointment

Zai,


ceived.


gards,

licia Dantzler

esident

SCME
cal 2743

2-716-5646



om: Zai Knab <zdyusuff@gmail.com>
nt: Sunday, June 30, 2024 11:38 PM
: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
garibay@districtcouncil20.org>
: acarter@employmentlawgroup.com; dmullane@employmentlawgroup.com
bject: Re: OHR Inquiry 18626 Intake Appointment


UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).


eetings Michelle Seyler,

s nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
im and clarification as to the delay and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
 Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case &  my prior union reps because I'm not sure why this intake is just now happening much over a
ar after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
sed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago; seems to be ar
ue with checks and balances in this entire process that may need to be investigated/audited overall.

gards,

# ainab Yusuff

22107264



Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

**Dial in by phone**

+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#


nab <zdyusuff@gmail.com>                                                                                                        Tue, Jul 23, 2024 at 6:4:
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA)
cia.Dantzler@dc.gov>

eetings Judge Lim,

n just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I seeking additional representation and I am currently still going through
dical matters, the wrongful termination I am dealing with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records sho
ther, because of my medical situations I believe I (a vulnerable person at this point for sure) am being further taken advantage of and the process now being rushed (though I won't allow anyone to rush

cessary knowledge to communicate the leverage that I am on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my re...
I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt in many fronts), the fact the agency was aware of...
accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h...
he is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get...
tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copied (so no o...
claim they do not know what is going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so...
technicalities will take precedence. Please stop with the tactics especially when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival befo...
atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back In some shape or form to all involved. Further, any good attorney would know when to...
ncede as their client is clearly in the wrong. :

## Notice of Deposition - August 2, 2024 at 11:00am

message

---

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>                     Tue, Jul 23, 2024 at 12:17 F
Zai Knab <zdyusuff@gmail.com>
"Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

Good afternoon Ms. Yusuff:

Please find attached a notice for your deposition on **August 2, 2024 at 11:00am**. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington,
DC 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you need assistance with finding the location of the deposition on the 9th
Floor of the building.

Sincerely,
Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
202) 724-5474
Daniel.thaler@dc.gov

gards.

# ainab Yusuff

22107264

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                      Wed, Jul 24, 2024 at 10:1:
ai Knab <zdyusuff@gmail.com>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>,
cia.Dantzler@dc.gov>

l, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

om: Zal Knab <zdyusuff@gmail.com>
nt: Tuesday, July 23, 2024 6:43 PM
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG)
charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

ted text hidden]

---

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>
inch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

etings Judge Lim,

n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
uested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
ernet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
ve the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR nor got followed-up even after a year with any intakes yet th
alth; I think not. Regards. Immediately below is the previous email sent for your convenience:

On Wed, Jul 24, 2024 at 10:19 AM Lim, Joseph (OEA) ■■■ ■■■ ■■■ ■■ ■■ ■ wrote:
All, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From: Zal Knab ■■ ■ ■ ■ ■ ■
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) ■■ ■ ■■ ; Lim, Joseph (OEA) ■ ■ ; Thaler, Daniel (OAG) ■ ■■ ; Stubbs, Charity (OAG) ■■
■ ■ ■ ■
Subject: Re: OEA Matter No. 1601-0043-24

■■■ This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe the ■■
■ ■ for additional analysis by OCTO Security Operations Center (SOC).

Greetings Judge Lim,

I am just receiving this email below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through the ■
■ I filed which is to determine the legitimacy of the primary reason of which the DC Govt and DISB are totally aware of which their own records show. Further, because of my excess allegations I believe ■
■ I get even an ample of leverage in the process now being pushed (though I would allow anyone to rush me into anything especially now that I am unemployed due to the same injustice etc.) and don ■
■ further I am now aware that the process also they really are not followed to keep my rights intact in what is seeming as well. For DC Govt to further weaken my load is seems demoralizing. I am glad ■
where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for this
due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so
but I fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I an
will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copi
going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so that technicalities will take prece
Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo
ull involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

## Notice of Deposition - August 2, 2024 at 11:00am

Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo... all involved. Further, any good attorney would know when to concede as their clients clearly in the wrong.

2    Filed 02/03/25    Page 39 of 714

Notice of Deposition - August 2, 2024 at 11:00am

.anks,

ainab Yusuff

22107264

.anks,

ainab Yusuff

22107264

ted text hidden]

---

er, Daniel (OAG) <Daniel.Thaler@dc.gov>                                          Wed, Jul 31, 2024 at 9:0.
ai Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

od morning Ms. Yusuff:

allow you additional time to secure legal representation, we will reschedule the deposition to August 13, 2024 at 10:00 a.m. This is the latest date that we are able to do under the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally
bmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that
ne.

icerely,

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

onfidentiality Notice:  This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, prii
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
essage.

etadata:  This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

om: Zai Knab <zdyusuff@gmail.com>
nt: Wednesday, July 31, 2024 7:18 AM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG)
harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

---

er, Daniel (OAG) <Daniel.Thaler@dc.gov>                                          Wed, Jul 31, 2024 at 12:2.
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>

s. Yusuff:

ease find attached the updated notice of deposition reflecting the new date of August 13, 2024 at 10:00 a.m. As a reminder, you will need photo identification to enter the building.
ice you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

icerely,

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

onfidentiality Notice:  This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, prii
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
essage.

etadata:  This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

---

nab <zdyusuff@gmail.com>                                                                                    Fri, Aug 2, 2024 at 8:3'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

elieve I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for
gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.). Also, for whenever the deposition does occur, I would like a fu
nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,

# ainab Yusuff

22107264
ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                              Mon, Aug 5, 2024 at 9:5:
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing copy.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                      Mon, Aug 5, 2024 at 9:5'
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

eetings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w
t made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing
s and the paper trail I have shows that. Looking forward to hearing from you.

anks,

# ainab Yusuff

22107264
ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                       Tue, Aug 6, 2024 at 7:3'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

eetings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13 2024 per
niel's email. See attached proof of me mailing the notices to be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please
operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and
nfirm receipt of this email as a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as
y are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Please also advise of that process and if
ssible a n entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are
itled to so you can say the person did not ask just like Daniel's reckless statement he uses if he doesn't hear back that he assumes notice has been received. Would not want the mentality affecting my
se, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would
the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie
minated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at
st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t
tense.

gards,

# ainab Yusuff

22107264
ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                       Fri, Aug 9, 2024 at 8:4'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>

od morning Judge Lim,

ain, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the
e that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the
tter further if gaslighting as though DC Gov/ DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, I
ways figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical
estions posed the superior court Judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a
ing I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts
ve now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals one (as I owe you all
thing as I am not currently employed-which is not smart because now I have sometime in between; thanks) Anyways, it is interesting to see all this in real time and knowing I still have a court above you
d I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my story in-depth which is my right Judge Lim, Daniel Thaler, Connor Finc
of you all); glad I know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you all can drag this out, I am unemployed thanks to you all anyway so

... even worst that might even want to see you go to jail in exigency [?] (and not one though no narcissist from getting exactly what I want to them. I look forward to hearing from you all. Just know, I [?] some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n [?] in need to do. Hope to hear from you professionals soon:)

gards,

# ainab Yusuff

22107264

[ted text hidden]

---

**Joseph (OEA)** <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OEA) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
:ia.Dantzler@dc.gov>

Fri, Aug 9, 2024 at 9:1

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to ntinue will not be acted unless those dates are submitted via hard copy and email.

m: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
:ted text hidden]

---

**Joseph (OEA)** <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
:ia.Dantzler@dc.gov>

Fri, Aug 9, 2024 at 9:1

:ase note that I will be on leave next week.

m: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
:ted text hidden]

---

:nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

Fri, Aug 9, 2024 at 9:2

iy did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday gust 13th so respond to that and if I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week ties. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mail as well t may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if provided the dates now there should be no issues and no penalties of sanctions on r d because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your sition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery; has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264
:ted text hidden]

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

~~District of Columbia~~
~~(off of human Resources)~~
*Zainab Yusuff* _____ Plaintiff
vs.
*District of Columbia*
*DCHR (office of human resources)* _____ Defendant

Case Number _____ **2024 5220**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
Address

*DC   20019*

*202 210 7264*
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  *8 / / 24*

如需翻译, 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction

번역을 원하시면, (202) 879-4828로 전화주십시오      (202) 879-4828      (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4




## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
#### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                    Demandante

         contra

                                        Número de Caso: _____

_____
                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                         Por: _____

_____
Dirección                                   Subsecretario

_____

                         Fecha _____
_____
Teléfono

如需翻譯, 請打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       De có một bài dịch, hãy gọi (202) 879-4828

요청하면 (202) 879-4828                   የትርጉም እርዳታ ከፈለጉ (202) 879-4828  ይደውሉ።

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
                                    Plaintiff
                    vs.

_DC Government (District of Columbia Government)_
_____
                                    Defendant

Case Number _2 0 2 4    5 2 2 0_

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address
_DC 20019_

_202 210 7264_
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십씨오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

_Clerk of the Court_

By _____
                                    Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante
        contra
                                                        Número de Caso: _____

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante
                                            Por: _____
_____
Dirección                                                   Subsecretario

                                            Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                        Vea al dorso el original en inglés
                        See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

Case Number   2 0 2 4   5 2 2 9

_Alcohol Beverage Cannabis Administration_
_aka DC ABRA aka DC ABCA_ Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab, Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address

_DC  20019_

_202 210 7264_
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십씨오    ያማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

_Clerk of the Court_

By _____
Deputy Clerk

Date _8 10 24_

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                    Demandante

contra

                                                        Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes y entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                            Subsecretario

_____          Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오        ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff
vs.

Case Number  **2024  5229**

_DC Department of Insurance Securities_
_Banking aka DC DISB_
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address
_DC   20019_
_____
_202 2107264_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                        Demandante
                contra

                                        Número de Caso: _____
_____
                                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido para este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                        Por: _____
_____
Dirección                                               Subsecretario

_____

_____    Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 연락주십시오    ኣስተርጓሚ ትፈልጉ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC_
_Office of Employee Appeals (Judge Lim)_
_aka OEA_
_____
Defendant

Case Number  2024  5229

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address
_DC 20019_
_____
_202 210 7864_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _8. 16. 24_

如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화해주십시오       የትርጉም እርዳታ ከፈለጉ በዚህ ስልክ ቁጥር (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                    Demandante

        contra

                                                    Número de Caso: _____

_____
                                                    Demandado

### CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                    Por: _____
_____                        Subsecretario
Dirección

_____          Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역을 원하시면 (202) 879-4828 로 전화 하십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        **IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._**

        Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC_
_DC OHR (Office of human rights"_
_____
Defendant

Case Number 2 0 2 4    5 2 2 9

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave DC_
_____
Address
_DC   20019_
_202 210 7264_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                            Demandante

                    contra
                                                                    Número de Caso: _____

_____
                                            Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y las 5:00 p.m., de lunes a viernes y entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                    Por: _____
_____                                    Subsecretario
Dirección

                                                    Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

한국어로 번역을 원하시면 (202) 879-4828로 전화주세요     የአማርኛ  ትርጉም  ለማግኘት  (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC BEGA_
_Board of "Ethics & Gov't Accountabality"_         Case Number **2024 5229**
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4400 NHR Ave NE_
_____
Address
_DC 20019_

_202 210 1364_
_____
Telephone
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

_Clerk of the Court_

By _____
                    Deputy Clerk

Date _8.16.24_

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                        Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

contra

                                                Número de Caso:  _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por:  _____

_____
Dirección                                              Subsecretario

_____
Teléfono                                    Fecha  _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 연락주십시요         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Neal E Kravitz.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች**:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሐፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
**(Click here for more information)**

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**

**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, S
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Jus
Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Jus
Center
118 Q Street, NE
Washington, DC 20002



**Remote Site - 4**
Balance and Restorative Justice Center
hode Island Avenue, NE
ngton, DC 20018

**Remote Site - 5**
es Center
14th Street, NW, 2nd Floor
unity Room
ington, DC 20009

**Remote Site - 6**
es Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*** No walk-ins at this location***

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call:  **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de l**unes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuff
_____
                *Plaintiff(s)*

v.                                          Case No: 2024cab005229

District Of Columbia et al
_____
                *Defendant(s)*

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
ABRA/ABCA
_____
2000 14th St NW
_____
STE 400 A
_____
Washington, DC 20009
_____

    The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

    Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

    If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/20/2024

_____                    _____
*Signature*                                         *Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

    I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____    _____    _____
*Signature*                       *Relationship to Defendant/Authority*        *Date of Signature*
                                  *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시요

CA 1-A [Rev. June 2017]                                      Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

**INITIAL ORDER**

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |

Your case is assigned to Associate Judge Neal E Kravitz.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## **ACCESSIBILITY AND LANGUAGE ACCESS**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጽህፈት ቢሮ (ክላርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more Information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

## The remote site locations are:



| **Remote Site - 1** | **Remote Site - 4** |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW; 2nd Floor<br>nunity Room<br>ington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW; Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station.** If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:

<table>
<tr><td>

**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

</td><td>

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

</td></tr>
<tr><td>

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

</td><td>

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

</td></tr>
<tr><td>

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

</td><td>

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

</td></tr>
</table>



Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto. Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



FILED
CIVIL DIVISION
AUG 16 2024
Superior Court of the
District of Columbia

Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

2024 5229

Case No. _____

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

**Zainab Yusuff**
PLAINTIFF

vs

**DC Govt (District of Columbia Government**
DEFENDANT

**4600 NHB Ave NE**
Address (No Post Office Boxes)

**441   4th St NW**
Address (No Post Office Boxes)

**Washington, DC 20019**
City        State        Zip Code

**Washington, DC 20001**
City        State        Zip Code

**202.210.7264**
Telephone Number

**802.478.9200**
Telephone Number

**zdyusuff@gmail.com**
Email Address (optional)

_____
Email Address (optional)

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

_Please see document attached immediately called Case Summary DC Courts (1) dated 8/9/24._
_- I also attached the original OHR/ODR complaint._
_- Response of Union on my Behalf to DBH etc by Sonny Granby_
_- Most recent email chain between OEA, OAG etc (9 pages)_

2.  What relief are you requesting from the Court? Include any request for money damages.

_I have been repeatedly & continuously being mistreated by DC Government & its agencies & proxy agencies throughout the process though still was trying to navigate through the deceit, lies, psychological abuse & more._
_I am seeking removal of all antagonizing parties, punitive damages for the egregiousness & timeframe of all this._
_I would like a total of $11.5 Million which includes emotional distress, trauma, pain & suffer, loss of work & career trajectory._

3. State any other information, of which the Court should be aware:

_I loved my job & career, this has affected even on the most pscholagical level to the point of suicidal ideations as i tried getting help geniunely from every avenue including agencies i thought were formed to help it just felt like collision to keep me down. As someone who considers themselp resilient, this made me want none justice for myself & those that may have even less confidence to persue justice then me. It was & still is a thought they were trying to drain my resources even blatently so._

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_[signature]_

**SIGNATURE**

8 . 9 . 24

**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____

(Notary Public Deputy Clerk)

2

## ADDENDUM TO COMPLAINT

CASE NO. _2024  5229_

### ADDITIONAL PARTY NAMES AND ADDRESSES

(BEGA)
_Board of Ethics & Govt. Accountability_
☐ PLAINTIFF   ☑ DEFENDANT

~~Office of~~
~~DC Human Resource~~
Address (No Post Office Boxes)
_1030 15th St NW, #700 West_
_Wash, DC  20005_
City        State        Zip
_202 481 3408_
Telephone Number

_bega@dc.gov_
Email Address (Optional)

---

DC
_Office of Human Rights (OHR)_
☐ PLAINTIFF   ☑ DEFENDANT

_441 4th St NW #570 N_
Address (No Post Office Boxes)
_Wash, DC  20001_
City        State        Zip
_____
Telephone Number

_____
Email Address (Optional)

---

(DCHR)
_DC Office of Human Resources_
☐ PLAINTIFF   ☑ DEFENDANT

_1015 half St SE #9_
Address (No Post Office Boxes)
_Wash, DC  20003_
City        State        Zip
_____
Telephone Number

_____
Email Address (Optional)

---

~~DC~~ _DC DISB_
☐ PLAINTIFF   ☑ DEFENDANT

_1050_ ~~1st St~~ _1st St NE #801_
Address (No Post Office Boxes)
_DC  20002_
City        State        Zip
_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

*ABRA/ABCA/*

☐ PLAINTIF    ☑ DEFENDANT

*2000 14th St NW #400s*

Address (No Post Office Boxes)

*DC*

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

---

*DC Gov't*

☐ PLAINTIFF    ☑ DEFENDANT

*441 4th St NW*

Address (No Post Office Boxes)

*DC    20001*

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

---

*DC Office of Employee Appeals (Judge Lim)*

☐ PLAINTIF   *aka OEA*   ☑ DEFENDANT

*955 l'enfant Plaza SW*

Address (No Post Office Boxes)

*Wash., DC  20024.*

City          State          Zip

*202 727 0004*

Telephone Number

_____

Email Address (Optional)

---

☐ PLAINTIFF    ☐ DEFENDANT

_____

Address (No Post Office Boxes)

_____

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

*Zainab Yusuff*
*(Plaintiff)*

vs.

*DC Gov't, DCHR, DC OHR, ABCA/*
*ABRA, BEGA, DISB*
*(Defendant(s))*

Case Number: **2 0 2 4  5 2 2 9**

Date: *Aug. 9, 2024  (8:9,24)*

☐ One of the defendants is being sued
in their official capacity.  — *all the officials*
*+ removal of the*
*Res I*
*named*

| Name: *(Please Print)* *Zainab Yusuff* | Relationship to Lawsuit |
|---|---|
| Firm Name: *N/A* | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:          DC Bar No.: | ☐ Other: |

TYPE OF CASE:  ☐ Non-Jury      ☐ 6 Person Jury      ☑ 12 Person Jury

Demand: $ *1.5 Million USD*                    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: *23-139 DC (CV)* Judge: _____  Calendar #: _____

Case No.: *OHR, EEOC  DC-2023-00140* 
*ORA Matter #1601-0043-24*  Judge: *J.WPP JCM*  Calendar #: _____

| NATURE OF SUIT:      (Check One Box Only) | | |
|---|---|---|
| **CONTRACT** | **COLLECTION/INS. SUB** | **EMPLOYMENT DISPUTE** |
| ☐ Breach of Contract | ☐ Debt Collection | ☐ Breach of Contract |
| ☐ Breach of Warranty | ☐ Insurance Subrogation | ☐ Discrimination |
| ☐ Condo Homeowner Assn. Fees | ☐ Motion/Application for Judgment by Confession | ☐ Wage Claim |
| ☐ Contract Enforcement | ☐ Motion/Application Regarding Arbitration Award | ☐ Whistle Blower |
| ☐ Negotiable Instrument | | ☑ Wrongful Termination |

| **REAL PROPERTY** | | | |
|---|---|---|---|
| ☐ Condo Homeowner Assn. Foreclosure | ☐ Ejectment | ☐ Other | ☐ FRIENDLY SUIT |
| ☐ Declaratory Judgment | ☐ Eminent Domain | ☐ Quiet Title | ☐ HOUSING CODE REGULATIONS |
| ☐ Drug Related Nuisance Abatement | ☐ Interpleader | ☐ Specific Performance | ☐ QUI TAM |
| | | | ☐ STRUCTURED SETTLEMENTS |

| **ADMINISTRATIVE PROCEEDINGS** | | **AGENCY APPEAL** |
|---|---|---|
| ☐ Administrative Search Warrant | ☐ Release Mechanics Lien | ☐ Dangerous Animal Determination |
| ☐ App. for Entry of Jgt. Defaulted Compensation Benefits | ☐ Request for Subpoena | ☐ DCPS Residency Appeal |
| ☐ Enter Administrative Order as Judgment | **MALPRACTICE** | ☐ Merit Personnel Act (OEA) |
| ☐ Libel of Information | ☐ Medical - Other | ☐ Merit Personnel Act (OHR) |
| ☐ Master Meter | ☐ Wrongful Death | ☐ Other Agency Appeal |
| ☐ Petition Other | | |

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-49b February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault Battery
- [ ] Conversion
- [ ] False Arrest Malicious Prosecution
- [ ] Libel Slander Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [x] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti - SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] TRAFFIC ADJUDICATION APPEAL
- [ ] REQUEST FOR FOREIGN JUDGMENT

_____
Filer Attorney's Signature

8/9/24
Date

CV-496 February 2023

**M**

*8/9/2024*
*DC Courts* (1)
*Case Summary*

**ase Summary**
nessage

**i Knab** <zdyusuff@gmail.com>
: Zai Knab <zdyusuff@gmail.com>

Fri, Aug 9, 2024 at 10:54

here are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most ecently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of he office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears t is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been submitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network which I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA locuments of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of MLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been creating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all. More has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated on March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I have proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C. Government – ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and harassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach ne in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice Purdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was nappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with ife anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my medical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. The would even call me while in the emergency room and in intensive outpatient treatment. DC DISB also withheld my W2 and I had to report them to the IRS and even DC DISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for continuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals ailments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me because I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does. Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested an ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB erminated me while in medical distress and seeking extension because I had the time available thought they would delay their esponses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include BEGA because Ashely Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including: Katrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and Martha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress, oss of work, punitive damages against DC Govt and DISB and more

Thanks,
**Zainab Yusuff**
2022107264



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**
Feb 28, 2023, 01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW<br>400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because of your:** | Race<br>Sex<br>Disability<br>Age |

| | |
|---|---|
| | Color<br>National origin<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Transfer<br>Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml<br>FW_ Attached Documents.eml<br>RE_ Completed RE_.eml<br>Filing Grievance RE_ Notice of Final Decision.eml<br>Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella<br>**Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea<br>**Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202-442.6598 |
| **Please provide a detailed** | I was led to file this complaint due to continuous discrimination, |



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**
Jul 8, 2023, 09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |
| **Fax** | |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Sex<br>Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23 Employment_Intake_Questionnaire_Form__xMllSYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| **Phone Number** | 2024427804 |
| **Phone Number** | 2027337792 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

blatant lies, hostile work environment, retaliation, unequal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-times and dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**

zdyusuff@gmail.com

**Full Name**

**First Name:** Darniece
**Last Name:** Shirley

**Email**

darniece.shirley@dc.gov

**Phone Number**

2027337392

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

An example of producing a result which it could not command directly are the two disciplinary attempts that seem to have come

from the top (influence). I say this for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct. In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied. It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence of my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.

I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you all provided and is clean, free of any prior offense.
This factor should hold more weight when trying to take away

someone's livelihood for five days.

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusff was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question. Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven by the claim I filed with OHR that details the matters. This point disproves the Proposing Official's Rationale Worksheet numbers

9,10,11 and 12.

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of my emails.

The subject line contained ADA which by nature is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own internal issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
EEO Counselor
Equal Employment Opportunity Commission
Lawyer or Legal Aid Clinic (Please enter name in box below)



# Request_Assistance_or_File_a_Complaint

**Submitted On:**

Oct 2, 2023, 08:27AM EDT

## DC GOVERNMENT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab<br>**Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has all the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

being done about it. ?The OHR claims I filed explains everytthing in detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving thi: young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

| | |
|---|---|
| **Please give us the date of the most recent issue:** | 9/26/2023 |
| **Please give us the location of the issue:** | DISB, Washington Marriott on L st |
| **Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?** | Independent ADA, not subordinate of Katrice Purdie |
| **Names and Positions of Staff Encountered (if known).** | Katrice Purdie, Marlen Simmons, Alice Pettigrew |
| **Does anyone else have information about this situation or issue that you think we should contact?** | Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor) |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Phone Number** | 2027165646 |
| **Full Name** | **First Name:** Quiana<br>**Last Name:** Harris |
| **Phone Number** | 2027274559 |

**Additional Referral Information:**

**Email Address**    zdyusuff@gmail.com



OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

Office of the General Counsel

| | |
|---|---|
| TO: | Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding Official) |
| | Zainab Yusuff, Fraud Investigator, DISB |
| CC: | Sonny Garibay, Yusuff's Representative |
| FROM: | Vincent Enriquez, Assistant General Counsel (Hearing Officer) |
| DATE: | March 15, 2024 |
| RE: | Administrative Review / Written Report and Recommendation |
| | Proposed Removal of Zainab Yusuff |

## I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal* ("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's representative. Despite this being outside the ten (10) workdays delineated in the Proposed Removal Letter, the Proposed Removal Letter had the wrong contact information for the undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned Hearing Officer's review is based on the information and supporting documentation provided by DISB and Yusuff's representative.

## II.    STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her employment for the following reasons:

Disciplinary Cause

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A. Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B. A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C. Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D. Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
|---|---|---|
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION

1050 First Street NE, Washington, DC 20002

(202) 727-6436 TTY: 711 | osse.dc.gov

|  |  | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
|---|---|---|
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E.  On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F.  Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G.  Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action*: Removal

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION

1050 First Street NE, Washington, DC 20002
(202) 727-6436 TTY: 711 | osse.dc.gov

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:

    a. Leave Restriction Notice, dated October 23, 2023
    b. FedEx Receipt, dated October 24, 2023
    c. Yusuff Medical Note, dated November 20, 2023
    d. Insufficiency Email, dated November 20, 2023
    e. PFML Approval, dated November 20, 2023
    f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.  FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

i.   Under *Douglas* Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii.  Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that require interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii.  Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv.  Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v.  Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence I the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under *Douglas* Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under *Douglas* Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under *Douglas* Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow Investigators not wanting to work with her.

ix.   Under *Douglas* Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION

1050 First Street NE, Washington, DC 20002

(202) 727-6436 TTY: 711 | osse.dc.gov

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x.   Under *Douglas* No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi.  Under *Douglas* Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii. Under *Douglas* Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

IV.   CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1. Attendance Related Offenses: Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of Illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

**1**

Matter No. 1601-0043-24
essages

nab <zdyusuff@gmail.com>                                                                                    Fri, May 24, 2024 at 6:1(
m.joseph@dc.gov

eetings Judge Lim,

name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email. I have yet to receive
employment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now In addition to unjustly being suspended without pay on numerous
casions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them
hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim.
ave not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to contiue to get a rise out of me using passive aggressive unhanded tactic
ich I am bringing to the surface. Further, confusion lies in that I just was alerted of your existence while being bullied to do a financial disclosure when I was only sent the notice about a little over two
eks ago though the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which
ould have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go
en prior to the effective date.

ctly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been
istantly reaching out to me and from the email I recently received from Hemraj, I was under the impression all communication was to be filtered through the Judge; especially being that DC Govt DISB h
eady been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work
ironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before It was due as I was going through medical issues including
se brought on by the trauma DC Govt/DISB triggered ex. they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already
vided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

anks,

# ainab Yusuff

22107264

nab <zdyusuff@gmail.com>                                                                                   Sat, May 25, 2024 at 11:1(
<grindstonelaw@aol.com>

oted text hidden]

Joseph (OEA) <lim.joseph@dc.gov>                                                                           Tue, May 28, 2024 at 9:0<
al Knab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

 communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>

bject: OEA Matter No. 1601-0043-24

> UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that t
> nail is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
oted text hidden]

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

 receipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an
vt DISB) that states regarding a prehearing conference proposed by Judge. August 21, 2024 would be the selection.

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne ▾

od morning Ms. Yusuff:

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre
ehearing Conference. I would like to propose August 19, 2024, August 21, 2024, and August 26, 2024. May you please let me know if you are available on these three dates? if not,
 available for the conference in August.

ank you,

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
shington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

anks,

# ainab Yusuff

ated text hidden]

nab <zdyusuff@gmail.com>    Tue, May 28, 2024 at 9:3
ulia Fuld <julia@nvrdc.org>

od morning Julia,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't
nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it
ems they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have
eady been able to do.
—— Forwarded message ——
m: Zai Knab <zdyusuff@gmail.com>
ated text hidden]

Fuld <julia@nvrdc.org>    Tue, May 28, 2024 at 11:5!
al Knab <zdyusuff@gmail.com>

Zainab,

sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

e Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

:ause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

·ase do not send me anything else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the
jibility requirements for the service–Victim Legal Network* or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

Refers
ps://dcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their
jular rates.

· Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine–Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld ! [she/her/hers]
ior Staff Attorney
I: 202.932.4332
ice: 202.742.1727 x 1110

ase note NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your message as soon as I am able.

ated text hidden]

s message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipient
are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

inab <zdyusuff@gmail.com>    Tue, May 28, 2024 at 12:0:
ulia Fuld <julia@nvrdc.org>

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the. delay and seems to be moving along now. Thanks again for
: help on such short notice and the clarifications I probably would have never figured out.

ich appreciation,

# ainab Yusuff

22107264
ated text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>    Wed, Jun 12, 2024 at 12:0'
m, Joseph (OEA) <lim.joseph@dc.gov>
al Knab <zdyusuff@gmail.com>

od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's
low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional
ormation.

ank you,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW

ainab Yusuff

22107264

ded text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                          Tue, Jul 30, 2024 at 10:2⊢
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

·od morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
ie, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

icerely,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
ssage.

**tadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

m: Zal Knab <zdyusuff@gmail.com>
nt: Monday, July 29, 2024 11:39 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA)
elicia.Dantzler@dc.gov>
ded text hidden]

---

nab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

eetings Daniel et al,

ir email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option.
covery is to be provided (which date should also extend to August 19,2024 in addition to the documents/data I will be requiring from DC Govt/DISB such as all the same documents they are requiring of
ow better than allowing the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additi
vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is at
· vulnerable side showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date with
ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details; which now
ke, as DC Govt /DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt an
ny and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.

From Thaler — Good morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more th
, 2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomor
gust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney General Civil Litigation Division —

—Greetings Judge Lim,

n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
juested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
irnet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
e the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th
ality, I think not. Regards. Immediately below is the previous email sent for your convenience:

On Wed, Jul 24, 2024 at 10:35 AM Lim, Joseph (OEA) < · ⁻ ·  · ⁻ : · wrote.

Yi, please be aware that both parties must cooperate in discovery, or sanctions may be imposed.

From Zal Knab <· ·⁻ · ⁻· · · · >
Sent Tuesday, July 23, 2024 6:43 PM
To Finch, Connor (OAG) < · · ·  ·· ⁻ ·· >; Lim, Joseph (OEA) < · · ·  · · · >; Thaler, Daniel (OAG) < · · · ·  ·· >; Stubbs, Charity (OAG) <· ·· · ·
Subject Re: OEA Matter No. 1601-0043-24

·· · ·  · This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe thi
·· · · · for additional analysis by OCTO Security Operations Center (SOC).

·· ·· ·  · Judge Lim,

[several lines heavily redacted/illegible]
vhere even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for this
tue to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so

niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

etadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24

ated text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                        Wed, Jun 12, 2024 at 2:2
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

der attached. Hard copy to be mailed.

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
ated text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                  Wed, Jun 12, 2024 at 2:5
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

ceived. Thank you.

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

etadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ated text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                Thu, Jun 13, 2024 at 11:59
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

eetings Judge Lim,

eceipt of pre-hearing order.

gards,

ainab Yusuff
22107264
ated text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                Wed, Jul 10, 2024 at 10:0
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

eetings,

ceived this pre-hearing order for my claims for the current DISB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlem
nguage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meet
ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation,
nab
.anks,

— Forwarded message ——
om: Zal Knab <zdyusuff@gmail.com>
ated text hidden]
ated text hidden]

— Forwarded message ——
om: "Dantzler, Felicia (ABCA)" <Felicia.Dantzler@dc.gov>
 Zai Knab <zdyusuff@gmail.com>

e: Mon, 1 Jul 2024 16:18:41 +0000
bject: RE: OHR Inquiry 18626 Intake Appointment

Zai,

ceived.

gards,

licia Dantzler

esident

SCME

cal 2743

2-716-5646

om: Zal Knab <zdyusuff@gmail.com>
nt: Sunday, June 30, 2024 11:38 PM
: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
garibay@districtcouncil20.org>
: acarter@employmentlawgroup.com; dmullane@employmentlawgroup.com
bject: Re: OHR Inquiry 18626 Intake Appointment

LUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

etings Michelle Seyler,

s nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
im and clarification as to the delay and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
 Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case & my prior union reps because I'm not sure why this intake is just now happening much over a
ar after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
sed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago, seems to be an
ue with checks and balances in this entire process that may need to be investigated/audited overall.

gards,

# ainab Yusuff

22107264

Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

Dial in by phone

+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#

———————————

nab <zdyusuff@gmail.com>                                                                                                                   Tue, Jul 23, 2024 at 6:4:
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA
cia.Dantzler@dc.gov>

etings Judge Lim,

n just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through
dical matters, the wrongful termination I am dealing with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records sho
ther, because of my medical situations I believe I (a vulnerable person at this point for sure) am being further taken advantage of and the process now being rushed (though I won't allow anyone to rush

...the urgency and when they will submit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with the ...cessary knowledge to communicate the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of ... accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h ...e is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get ...tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copied (so no o ...claim they do not know what is going at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so ...I technicalities will take precedence. Please stop with the tactics especially when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival befo ...atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back in some shape or form to all involved. Further, any good attorney would know when to ...ncede as their client is clearly in the wrong. :

...tice of Deposition - August 2, 2024 at 11:00am

...nessage

---

...aler, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                    Tue, Jul 23, 2024 at 12:17 P
    Zai Knab <zdyusuff@gmail.com>
    "Stubbs, Charity (OAG)" <charity.stubbs@dc.gov>

...Good afternoon Ms. Yusuff:
Please find attached a notice for your deposition on **August 2, 2024 at 11:00am**. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington, ...DC 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you need assistance with finding the location of the deposition on the 9th Floor of the building.
Sincerely,
Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
(202) 724-5474
daniel.thaler@dc.gov

...gards.

# ainab Yusuff

22107264

...ted text hidden]

---

...Joseph (OEA) <lim.joseph@dc.gov>                                                                                             Wed, Jul 24, 2024 at 10:1
    al Knab <zdyusuff@gmail.com>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA)
    ...cia.Dantzler@dc.gov>

...I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

...om: Zal Knab <zdyusuff@gmail.com>
...nt: Tuesday, July 23, 2024 6:43 PM
...: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG)
...harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
...ted text hidden]

---

...nab <zdyusuff@gmail.com>
    ...im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
    ...inch, Connor (OAG) <Connor.Finch@dc.gov>

...n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus ...quested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t ...arret etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance ...re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidity additional representation, I am ce ...until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with my intakes yet t ...alty; I think not. Regards. Immediately below is the previous email sent for your convenience:

On Wed, Jul 24, 2024 at 10:15 AM Lim, Joseph (OEA) < ... ... > wrote:

I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From: Zal Knab <   ... >
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) <    ... >; Lim, Joseph (OEA) <    ... >; Thaler, Daniel (OAG) <    ... >; Stubbs, Charity (OAG) <    ... >
...
Subject: Re: OEA Matter No. 1601-0043-24

This email originated from outside of the DC government. Do not click on links or open attachments unless you recognize the sender and know that the contents are safe. If you believe th ... for additional analysis by OCTO Security Operations Center (SOC).

Greetings Judge Lim

...can you stop receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through th ...will be unfair to fail to accommodate the leverage of the primary reason of which the DC Govt and DISB were totally aware of which that records show. Further, because of my mere retaliation and I believe ...a greivance and with no of ...al process is now being rushed (though I was able to show anyone to rush me into anything especially now that I am unemployed due to those very retaliatory/discriminatory and con ...now I am becoming more aware that the process also likely was not followed w keeping my rights intact in what is seeming is well. For DC Govt to further weaken my health seems to demonstra... I am glad ...where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with ...he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for thi ...due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so ...out fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I a ...will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is cop ...going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so that technicalities will take preced ...Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo... ...ll involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

...Notice of Deposition - August 2, 2024 at 11:00am

...ov/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdc... ll involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

**Notice of Deposition - August 2, 2024 at 11:00am**

.anks,

**ainab Yusuff**

22107264

.anks,

**ainab Yusuff**

22107264

...ited text hidden]

---

:r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                    Wed, Jul 31, 2024 at 9:0:
al Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

...od morning Ms. Yusuff:

...allow you additional time to secure legal representation, we will reschedule the deposition to **August 13, 2024 at 10:00 a.m.** This is the latest date that we are able to do under the ...rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally ...bmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that ...1e.

...icerely,

...niel M. Thaler
...sistant Attorney General
...iil Litigation Division
...rsonnel and Labor Relations Section
...fice of the Attorney General for the District of Columbia
...0 6th Street, NW
...ishington, DC 20001
...)2) 724-5474
...niel.thaler@dc.gov

...nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ...ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ...ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the ...essage.

...:tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ...ended to be viewed by a non-client recipient.

---

...om: Zai Knab <zdyusuff@gmail.com>
...nt: Wednesday, July 31, 2024 7:18 AM
...: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG)
...charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
...ited text hidden]

---

:r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                    Wed, Jul 31, 2024 at 12:2:
al Knab <zdyusuff@gmail.com>
...tubbs, Charity (OAG) <charity.stubbs@dc.gov>

:. Yusuff:

...ease find attached the updated notice of deposition reflecting the new date of **August 13, 2024 at 10:00 a.m.** As a reminder, you will need photo identification to enter the building. ...ice you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

...icerely,

...niel M. Thaler
...sistant Attorney General
...iil Litigation Division
...rsonnel and Labor Relations Section
...fice of the Attorney General for the District of Columbia
...0 6th Street, NW
...ishington, DC 20001
...)2) 724-5474
...niel.thaler@dc.gov

...nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ...ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ...ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the ...essage.

...:tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ...ended to be viewed by a non-client recipient.

...om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                   Fri, Aug 2, 2024 at 8:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

elieve I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for
gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.).  Also, for whenever the deposition does occur, I would like a fu
nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,

## ainab Yusuff

22107264

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>                                             Mon, Aug 5, 2024 at 9:5:
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing copy.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                   Mon, Aug 5, 2024 at 9:5:
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

eetings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w
t made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing
s and the paper trail I have shows that. Looking forward to hearing from you.

anks,

## ainab Yusuff

22107264
ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                   Tue, Aug 6, 2024 at 7:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
sia.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

eetings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13, 2024 per
niel's email. See attached proof of me of mailing the notices to be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please
operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and
nfirm receipt of this email as a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as
ey are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Please also advise of that process and if
ssible a in entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are
itled to so you can say the person did not ask just like Daniel's reckless statement he uses if he doesn't hear back that he assumes notice has been received. Would not want the mentality affecting my
se, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would
 the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie
minated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at
st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t
fense.

gards,

## ainab Yusuff

22107264

ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                   Fri, Aug 9, 2024 at 8:4
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
sia.dantzler@dc.gov>

od morning Judge Lim,

ain, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the
e that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the
tter further if gaslighting as though DC Govt DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, t
ways figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical
astions figure out the superior court Judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a
ping I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts
re now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals once (as I owe you all
thing as I am not currently employed-which is not smart because now I have sometime in between; thanks) Anyways, it is interesting to see all this in real time and knowing I still have a court above you .
d I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my story in-depth which is my right Judge Lim, Daniel Thaler, Connor Finc
 of you all); glad I know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you all can drag this out, I am unemployed thanks to you all anyway so

even worst that might even want to see you all not in existence. Luckily I am not one though no one is safe from getting exactly what is owed to them. I look forward to hearing from you all. Just know, I now some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n n need to do. Hope to hear from you professionals soon:)

gards,

# ainab Yusuff

22107264

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                    Fri, Aug 9, 2024 at 9:1
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to ntinue will not be acted unless those dates are submitted via hard copy and email.

om: Zal Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                    Fri, Aug 9, 2024 at 9:1
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

ease note that I will be on leave next week.

om: Zal Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                             Fri, Aug 9, 2024 at 9:2
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday gust 13th so respond to that and if I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week ties. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mail as well I may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if provided the dates now there should be no issues and no penalties of sanctions on i because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your sition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery, has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264
ted text hidden]

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_District of Columbia_

_Zainab Yusuff_ _____
vs.                                          Plaintiff

_District of Columbia_
_DCHR (office of human resources)_ _____
                                            Defendant

Case Number _____     2024 5220

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_ _____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_ _____
Address

_DC  20019_ _____

_202 210 7264_ _____
Telephone
如需翻译, 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오        በ፲ዥ፡ ፲፪ም አስተር (202) 879-4828  ነነ የሚ

Clerk of the Court

By _____
                    Deputy Clerk

Date _8 Aug 24_

        (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                  Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o el Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por _____

_____
Dirección

Subsecretario

_____

_____
Teléfono

Fecha _____

如果需要翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 연락하십시오.     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC Government (District of Columbia Government)_
_____
Defendant

Case Number 2 0 2 4  5 2 2 0

## SUMMONS

To the above named Defendant:

      You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

      You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab   Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address

_DC 20019_

_202 210 7264_
_____
Telephone

如需翻译, 请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.        የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ።

_Clerk of the Court_

By _____
Deputy Clerk

Date _8/10/24_

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra                                           Número de Caso: _____

_____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

_____               Por: _____
Dirección                                                              Subsecretario

_____

_____               Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역이 필요하시면 (202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                      Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.                                                     Case Number  2024  5229

_Alcohol Beverage "Cannabis Administration_
_aka DC ABRA aka DC ABCA_
_____
Defendant

**SUMMONS**

To the above named Defendant:

   You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

   You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_                                  By _____
_____                              Deputy Clerk
Address
_DC 20019_
_202 210 7264_                                     Date  8 16 24
_____
Telephone
如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

   IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

   If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                                                  Subsecretario

_____

Teléfono                                                     Fecha _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Đế có một bài dịch, hãy gọi (202) 879-4828

만약 번역이 필요하면 (202)879-4828 로 전화하십시요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                              Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yousiff_
_____
Plaintiff

vs.

Case Number __2 0 2 4 , 5 2 2 9__

_DC Department of Insurance, Securities,_
_Banking aka DC DISB_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yousiff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address
_DC    20019_

_202 210 7264_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요    የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ።

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

          contra                                      Número de Caso: _____

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

                                    Por: _____
_____                              Subsecretario
Dirección

                                    Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
만약에 번역을 원하시면 전화 (202) 879-4828 로 연락주십시오    የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

*Zainab Yusuff*
_____
Plaintiff

vs.

*DC Office of Employee Appeals (Judge Lim)*
*aka OEA*
_____
Defendant

Case Number **2024 5229**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address

*DC 20019*

*202 210 7864*
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____ 8 16 20__

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요.        የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

            contra                                    Número de Caso: _____

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante                    *SECRETARIO DEL TRIBUNAL*

                                    Por: _____
_____                              Subsecretario
Dirección

_____

_____          Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828         Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역을 원하시면 (202) 879-4828 로 전화주십시오           የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.                                                          Case Number 2 0 2 4  5 2 2 9

_DC OHR (Office of human "rights")_ _DC_
_____
Defendant

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty one (21) days after service of this summons upon you,
exclusive of the day of service. If you are being sued as an officer or agency of the United States Government
or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer,
judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NAB Ave NE_
_____
Address
_DC  20019_

_202 210 1264_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译, 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요.     የአማርኛ ትርጉም ለማግኘት (202) 879-4828     ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                          Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

Por: _____

_____
Dirección

Subsecretario

_____

Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 연락주십시오     ያማ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBREN LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Zainab Yusuff*
_____
                          Plaintiff
        vs.

*DC BEGA "Board of Ethics & Gov't Accountability"*
_____   Case Number **2024 5229**
                          Defendant

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address   *DC 20019*

*202 240 1364*
_____
Telephone

                              *Clerk of the Court*

By _____
                    Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____ Demandante

contra

Número de Caso: _____

_____ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

_____

Por: _____

Dirección _____         Subsecretario

_____

Fecha _____

Teléfono _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역을 원하시면 (202) 879-4828 로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.***

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                   Super. Ct. Civ. R. 4



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
**500 Indiana Ave., N.W.**
**Room 5000**
**Washington, D.C. 20001**
**Telephone: (202) 879-1133**

☐ **Landlord & Tenant Branch**
**510 4th Street, N.W.**
**Room 110**
**Washington, D.C. 20001**
**Telephone: (202) 879-4879**

☐ **Small Claims & Conciliation Branch**
**510 4th Street, N.W.**
**Room 119**
**Washington, D.C. 20001**
**Telephone: (202) 879-1120**

_____
Plaintiff

v.                                     CASE NUMBER: _____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____     _____
Signature                            Date

_____     _____
Printed Name and Bar Number (if applicable)   Street Address

_____     _____
Email Address and Phone Number       City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____     _____
Name                                 Name

_____     _____
Street Address                       Street Address

_____     _____
City, State, Zip                     City, State, Zip

_____     _____
Email Address and Phone Number       Email Address and Phone Number

Form CV(6)-451/Jan. 2020                    Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuff
_____
*Plaintiff(s)*

v.                                      Case No: 2024cab005229

District Of Columbia et al
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Board of Ethics And Government Accountability
1030 15th ST NW
STE 700 West
Washington, DC 20005

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/20/2024 .

_____          8/20/24
*Signature*                              *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____    _____    _____
*Signature*              *Relationship to Defendant/Authority*     *Date of Signature*
                         *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có bài dịch, hãy gọi (202) 879-4828          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시요

CA 1-A [Rev. June 2017]                                      Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

**INITIAL ORDER**

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Neal E Kravitz. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሁፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሁፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩዉን የጽህፈት ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| --- | --- |
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>ington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:

| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |



Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

FILED
CIVIL DIVISION
AUG 16 2024
Superior Court of the
District of Columbia

Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No. 2024 5229

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Zainab Yusuff
**PLAINTIFF**

vs

DC Gort (District of Columbia Government)
**DEFENDANT**

4600 NHB Ave NE
Address (No Post Office Boxes)

441 4th St NW
Address (No Post Office Boxes)

Washington, DC 20019
City        State        Zip Code

Washington, DC 20001
City        State        Zip Code

202.210.7264
Telephone Number

802.478.9200
Telephone Number

zdyusuff@gmail.com
Email Address (optional)

Email Address (optional)

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Please see document attached immediately called
Case Summary DC Courts (1) dated 8/9/24.
- I also attached the original OHR/OCR complaints
- Reponse of Union on my Behalf to DBS etc. by Sammy Granby
- Most recent email chain between OEA, OAG etc (9 pages

2.  What relief are you requesting from the Court? Include any request for money damages.

I have been repeatedly & continuously being mistreated
by DC Government & its agencies & proxy agencies through-
out the process through still was trying to navigate
through the deceit, lies, psychological abuse & more.
I am seeking removal of all antagonizing parties, punitive
damages for the egregiousness & timeframe of all this
I would like a total of $1.5 Million which include emotional distress
loss of work &                                    trauma, pain & suffer
career trajectory

Form CA-3074 [Rev. Nov. 2017]        1        Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

I loved my job & career, this has affected even on the most pschological level to the point of suicidal ideations as i tried getting help geniunely from every avenue including agencies i thought were formed to help it just felt like collusion to keep me down. As someone who considers themself resilient, this made me want more justice for myself & those that may have even less confidence to persue justice than me. It was & still is a thought they were trying to drain my resources even blatantly so.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

8 . 9 . 24
_____
DATE

Subscribed and sworn to before me this _____ day of _____ ___ 20 _____.

_____
(Notary Public Deputy Clerk)

2

## ADDENDUM TO COMPLAINT

CASE NO. 2024 5229

### ADDITIONAL PARTY NAMES AND ADDRESSES

*(BEGA)*
Board of Ethics & Govt. Accountability
☐ PLAINTIF  ☑ DEFENDANT
~~Office of~~  ~~(ASL)~~
~~DC Human Resource~~
Address (No Post Office Boxes)
1030 15th St NW, # 700 West
Wash, DC 20005
City        State       Zip
202 481 3408
Telephone Number
bega@dc.gov
Email Address (Optional)

*DC*
Office of Human Rights (OHR)
☐ PLAINTIFF  ☑ DEFENDANT

Address (No Post Office Boxes)
441 4th St NW #570 N
Wash, DC 20001
City        State       Zip

Telephone Number

Email Address (Optional)

*(OCHR)*
DC Office of Human Resources
☐ PLAINTIF  ☑ DEFENDANT
1015 half St SE #9
Address (No Post Office Boxes)
Wash, DC 20003
City        State       Zip

Telephone Number

Email Address (Optional)

~~DE~~ DC DISB
☐ PLAINTIFF  ☑ DEFENDANT
1050 ~~1st St~~ 1st St NE #801
Address (No Post Office Boxes)
·   DC   20002
City        State       Zip

Telephone Number

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

*ABRA/ABCA*

☐ PLAINTIF    ☑ DEFENDANT

*2000 14th ST NW #400S*

Address (No Post Office Boxes)

*DC*

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

*DC GovA*

☐ PLAINTIFF    ☑ DEFENDANT

*441 4th ST NW*

Address (No Post Office Boxes)

*DC    20001*

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

*DC Office of Employee appeals (Judge Lim)*

☐ PLAINTIF aka OEA    ☑ DEFENDANT

*955 l'enfant Plaza SW*

Address (No Post Office Boxes)

*Wash., DC    20024.*

City          State          Zip

*202 727 0004*

Telephone Number

_____

Email Address (Optional)

☐ PLAINTIFF    ☐ DEFENDANT

_____

Address (No Post Office Boxes)

_____

City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

*Zainab Yusuff*
Plaintiff(s)

Case Number: 2024 5229

*DC Gov't, DCHR, DC OHR, ABCA/*
*ABRA, BEGA, DISB*
Defendant(s)

Date: *Aug. 9, 2024 (8:9:24)*

☐ One of the defendants is being sued in their official capacity. — *all the officials & removal of the Class I named*

Name: *(Please Print)* *Zainab Yusuff*

Firm Name: *N/A*

Telephone No.: _____ DC Bar No.: _____

Relationship to Lawsuit

☐ Attorney for Plaintiff
☑ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury   ☐ 6 Person Jury   ☑ 12 Person Jury

Demand: $ *1.5 Million USD*   Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: *23-139 DC (CV)* Judge: _____ Calendar #: _____
*OHR, EEOC, ICC-2023-00140*
Case No.: *OEA Matter 1601-0043-24* Judge: *Jung CJM* Calendar #: _____

NATURE OF SUIT:   *(Check One Box Only)*

**CONTRACT**

☐ Breach of Contract
☐ Breach of Warranty
☐ Condo Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☑ Whistle Blower
☑ Wrongful Termination

**REAL PROPERTY**

☐ Condo Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement

☐ Ejectment
☐ Eminent Domain
☐ Interpleader

☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☐ Medical - Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [x] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti - SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] TRAFFIC ADJUDICATION APPEAL
- [ ] REQUEST FOR FOREIGN JUDGMENT

_____
Filer/Attorney's Signature

8/9/24
_____
Date

CV-496 February 2023

**M**

*8/9/2024*

*DC Courts* (1)

*Case Summary*

**ase Summary**

message

i Knab <zdyusuff@gmail.com>

Zai Knab <zdyusuff@gmail.com>

Fri, Aug 9, 2024 at 10:54

There are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most recently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of the office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears it is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been submitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network which I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA documents of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of FMLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been creating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all. More has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated on March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I have proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C. Government – ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and harassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach me in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice Purdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was inappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with life anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my medical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. The would even call me while in the emergency room and in intensive outpatient treatment. DC DISB also withheld my W2 and I had to report them to the IRS and even DC DISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for continuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals ailments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me because I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does. Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested an ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB terminated me while in medical distress and seeking extension because I had the time available thought they would delay their responses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include BEGA because Ashely Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including: Katrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and Martha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress, loss of work, punitive damages against DC Govt and DISB and more

Thanks,

**Zainab Yusuff**

2022107264



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**
Feb 28, 2023,
01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW<br>400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because of your:** | Race<br>Sex<br>Disability<br>Age |

| | |
|---|---|
| **Please check all that apply:** | Color<br>National origin<br>Retaliation<br>Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Transfer<br>Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml<br>FW_ Attached Documents.eml<br>RE_ Completed RE_.eml<br>Filing Grievance RE_ Notice of Final Decision.eml<br>Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella<br>**Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea<br>**Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202-442.6598 |
| **Please provide a detailed** | I was led to file this complaint due to continuous discrimination, |



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**
Jul 8, 2023, 09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |
| **Fax** | |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Sex<br>Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23<br>Employment_Intake_Questionnaire_Form__xMIISYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| **Phone Number** | 2024427804 |
| **Phone Number** | 2027337792 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

blatant lies, hostile work environment, retaliation, unequal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-timesand dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**

zdyusuff@gmail.com

**Full Name**

**First Name:** Darniece
**Last Name:** Shirley

**Email**

darniece.shirley@dc.gov

**Phone Number**

2027337392

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

An example of producing a result which it could not command directly are the two disciplinary attempts that seem to have come

from the top (influence). I say this for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct. In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied. It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence of my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex. my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.

I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you all provided and is clean, free of any prior offense.
This factor should hold more weight when trying to take away

someone's livelihood for five days.

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusffi was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven by the claim I filed with OHR that details the matters. This point disproves the Proposing Official's Rationale Worksheet numbers

9,10,11 and 12.

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of my emails.

The subject line contained ADA which by nature is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own internal issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
EEO Counselor
Equal Employment Opportunity Commission
Lawyer or Legal Aid Clinic (Please enter name in box below)



# Request_Assistance_or_File_a_Complaint

## DC GOVERNMENT

**Submitted On:** Oct 2, 2023, 08:27AM EDT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab<br>**Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has al the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

being done about it. ?The OHR claims I filed explains everytthing in detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving this young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

| | |
|---|---|
| **Please give us the date of the most recent issue:** | 9/26/2023 |
| **Please give us the location of the issue:** | DISB, Washington Marriott on L st |
| **Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?** | Independent ADA, not subordinate of Katrice Purdie |
| **Names and Positions of Staff Encountered (if known).** | Katrice Purdie, Marlen Simmons, Alice Pettigrew |
| **Does anyone else have information about this situation or issue that you think we should contact?** | Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor) |
| **Full Name** | **First Name:** Felicia **Last Name:** Dantzler |
| **Phone Number** | 2027165646 |
| **Full Name** | **First Name:** Quiana **Last Name:** Harris |
| **Phone Number** | 2027274559 |

**Additional Referral Information:**

**Email Address**                          zdyusuff@gmail.com



OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

Office of the General Counsel

| | |
|---|---|
| TO: | Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding Official) |
| | Zainab Yusuff, Fraud Investigator, DISB |
| CC: | Sonny Garibay, Yusuff's Representative |
| FROM: | Vincent Enriquez, Assistant General Counsel (Hearing Officer) |
| DATE: | March 15, 2024 |
| RE: | Administrative Review / Written Report and Recommendation Proposed Removal of Zainab Yusuff |

## I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal* ("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's representative. Despite this being outside the ten (10) workdays delineated in the Proposed Removal Letter, the Proposed Removal Letter had the wrong contact information for the undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned Hearing Officer's review is based on the information and supporting documentation provided by DISB and Yusuff's representative.

## II.    STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her employment for the following reasons:

1050 First Street NE, Washington, DC 20002
(202) 727 6436 TTY: 711 | osse.dc.gov

Disciplinary Cause

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A. Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B. A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C. Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D. Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
|------|--------------|------------------------|
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

| | | |
|---|---|---|
| | | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E. On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F. Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G. Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action:* Removal

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:
   a. Leave Restriction Notice, dated October 23, 2023
   b. FedEx Receipt, dated October 24, 2023
   c. Yusuff Medical Note, dated November 20, 2023
   d. Insufficiency Email, dated November 20, 2023
   e. PFML Approval, dated November 20, 2023
   f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.    FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

   i. Under *Douglas* Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii.   Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that *require* interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii.  Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv.   Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v.    Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence I the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under *Douglas* Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under *Douglas* Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under *Douglas* Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow investigators not wanting to work with her.

ix.   Under *Douglas* Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x.    Under *Douglas* No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi.    Under *Douglas* Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii.    Under *Douglas* Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

IV.    CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of Illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

\ Matter No. 1601-0043-24
essages

nab <zdyusuff@gmail.com>                                                                                      | Fri, May 24, 2024 at 6:1·
n.joseph@dc.gov

:etings Judge Lim,

name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email. I have yet to receive
employment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now in addition to unjustly being suspended without pay on numerous
:asions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them
hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim.
ave not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to contiue to get a rise out of me using passive aggressive unhanded tactic
ich I am bringing to the surface. Further, confusion lies in that I just was alerted of your existence when being bullied to do a financial disclosure when I was only sent the notice about a little over two
eks ago though the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which
:ould have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go
:n prior to the effective date.

:tly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been
:nstantly reaching out to me and from the email I recently received from Hemraj, I was under the impression all communication was to be filtered through the Judge; especially being that DC Govt DISB ha
eady been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work
vironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before it was due as I was going through medical issues including
:se brought on by the trauma DC Govt/DISB triggered ex. they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already
wided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

.anks,

# ainab Yusuff

22107264

nab <zdyusuff@gmail.com>                                                                                      | Sat, May 25, 2024 at 11:1·
<grindstonelaw@aol.com>

ited text hidden]

Joseph (OEA) <lim.joseph@dc.gov>                                                                             | Tue, May 28, 2024 at 9:0·
ai Knab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

: communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

:m: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>

:bject: OEA Matter No. 1601-0043-24

UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
nail is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
ited text hidden]

nab <zdyusuff@gmail.com>
rn, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

eceipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an
vt DISB) for dates regarding a prehearing conference proposed by Judge. August 21, 2024 would be the selection.

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne ▾

od morning Ms. Yusuff:

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre
:hearing Conference. I would like to propose August 19, 2024; August 21, 2024 and August 26, 2024. May you please let me know if you are available on these three dates? If not,
: available for the conference in August.

ank you,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
:shington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

.anks,

# ainab Yusuff

[ted text hidden]

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 9:3'

od morning Julia,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't
nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it
ems they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have
eady been able to do.

—— Forwarded message ——
m: Zai Knab <zdyusuff@gmail.com>
[ted text hidden]
[ted text hidden]

**Fuld <julia@nvrdc.org>**
al Knab <zdyusuff@gmail.com>

Tue, May 28, 2024 at 11:5!

Zainab,

sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

e Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

cause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

ase **do not** send me anything else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the
jibility requirements for the service–Victim Legal Network" or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

Refers
os://dcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their
jular rates.

· Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine–Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld | [she/her/hers]
iior Staff Attorney
l: 202.932.4332
ice: 202.742.1727 x 1110

ase note: NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your messages as soon as I am able.

[ted text hidden]

i message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipient
are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 12:0:

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the. delay and seems to be moving along now. Thanks again for
: help on such short notice and the clarifications I probably would have never figured out.

ich appreciation,

## ainab Yusuff

22107264
[ted text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>
Im, Joseph (OEA) <lim.joseph@dc.gov>
al Knab <zdyusuff@gmail.com>

Wed, Jun 12, 2024 at 12:0'

·od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's
low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional
ormation.

ank you,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW

ainab Yusuff

22107264

sted text hidden

r, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>                                                    Tue, Jul 30, 2024 at 10:2!
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

od morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
ne, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

ncerely,

niel M. Thaler
ssistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
lice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
essage.

**tadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

om: Zai Knab <zdyusuff@gmail.com>
nt: Monday, July 29, 2024 11:39 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA
elicia.Dantzler@dc.gov>
sted text hidden

nab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

etings Daniel et al,

ur email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option.
covery is to be provided (which date should also extend to August 1,2024 in addition to the documents/data I will be requiring from DC Govt/DISB such as all the same documents they are requiring of
ow better than allowing the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additio
vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is at
· vulnerable side showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date with
ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details; which now
ke, as DC Govt /DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt any
ny and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.
From Thaler == Good morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more ti
2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomor
gust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney General Civil Litigation Division==
--Greetings Judge Lim,

n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
juested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
ernet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th
ality; I think not. Regards. Immediately below is the previous email sent for your convenience:
On Wed, Jul 24, 2024 at 10:45 AM Lim, Joseph (OEA) <l ======  wrote:
M, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From: Zai Knab
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) <              >; Lim, Joseph (OEA) <             >; Thaler, Daniel (OAG) <             >; Stubbs, Charity (OAG) <             >
Subject: Re: OEA Matter No. 1601-0043-24

This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe this
to           for additional analysis by OCTO Security Operations Center (SOC).

sted text hidden

where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for this
due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so

niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24

ted text hidden]

Joseph (OEA) <lim.joseph@dc.gov>                                                        Wed, Jun 12, 2024 at 2:2:
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

der attached. Hard copy to be mailed.

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
ted text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                  Wed, Jun 12, 2024 at 2:5'
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

ceived. Thank you.

niel M. Thaler
sistant Attorney General
ill Litigation Division
rsonnel and Labor Relations Section
ffice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ted text hidden]

nab <zdyusuff@gmail.com>                                                                 Thu, Jun 13, 2024 at 11:5!
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

etings Judge Lim,

ceipt of pre-hearing order.

gards,

ainab Yusuff
22107264
ted text hidden]

nab <zdyusuff@gmail.com>                                                                 Wed, Jul 10, 2024 at 10:0:
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

etings,

ceived this pre-hearing order for my claims for the current DISB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlemen
guage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meeti
ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation,
nab
anks,

— Forwarded message —
m: Zal Knab <zdyusuff@gmail.com>
:ted text hidden]
:ted text hidden]

— Forwarded message —
m: "Dantzler, Felicia (ABCA)" <Felicia.Dantzler@dc.gov>
Zai Knab <zdyusuff@gmail.com>

:
ie: Mon, 1 Jul 2024 16:18:41 +0000
oject RE: OHR Inquiry 18626 Intake Appointment

Zai,

ceived.

gards,

licia Dantzler

esident

SCME
cal 2743

2-716-5646


om: Zal Knab <zdyusuff@gmail.com>
nt: Sunday, June 30, 2024 11:38 PM
: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
garibay@districtcouncil20.org>
: acarter@employmentlawgroup.com; dmullane@employmentlawgroup.com
bject: Re: OHR Inquiry 18626 Intake Appointment

IUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).


:etings Michelle Seyler,

n nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
im and clarification as to the delay and and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case & my prior union reps because I'm not sure why this intake is just now happening much over a
r after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
ed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago; seems to be ar
ue with checks and balances in this entire process that may need to be investigated/audited overall.

gards,

# ainab Yusuff

22107264


Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

Dial in by phone

+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#


nab <zdyusuff@gmail.com>                                                                                              Tue, Jul 23, 2024 at 6:4:
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA
:la.Dantzler@dc.gov>

:etings Judge Lim,

n just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through
dical matters, the wrongful termination I am dealing with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records sho
ther, because of my medical situations I believe I (a vulnerable person at this point for sure) am being further taken advantage of and the process now being rushed (though I won't allow anyone to rush

...ng lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with the ...essary knowledge to communicate the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on () am sure my rep I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of ... accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h ...e is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copied (so no o ...claim they do not know what's going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so ...I technicalities will take precedence. Please stop with the tactics especially when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival befo ...atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back in some shape or form to all involved. Further, any good attorney would know when to ...ncede as their client is clearly in the wrong. :

...otice of Deposition - August 2, 2024 at 11:00am

...essage

---

...aler, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                    Tue, Jul 23, 2024 at 12:17 P
Zai Knab <zdyusuff@gmail.com>
"Stubbs, Charity (OAG)" <charity.stubbs@dc.gov>

...ood afternoon Ms. Yusuff:
Please find attached a notice for your deposition on August 2, 2024 at 11:00am. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington, ...DC 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you need assistance with finding the location of the deposition on the 9th Floor of the building.

...Sincerely,
Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
100 6th Street, NW
Washington, DC 20001
(202) 724-5474
daniel.thaler@dc.gov

...gards.

# ainab Yusuff

22107264

...ted text hidden]

---

...Joseph (OEA) <llm.joseph@dc.gov>                                                                            Wed, Jul 24, 2024 at 10:1:
al Knab <zdyusuff@gmail.com>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA)
...cia.Dantzler@dc.gov>

...l, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

...om: Zai Knab <zdyusuff@gmail.com>
...nt: Tuesday, July 23, 2024 6:43 PM
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <llm.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG)
...harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

...ated text hidden]

---

...nab <zdyusuff@gmail.com>
...im, Joseph (OEA) <llm.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
...nch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

...eetings Judge Lim,

...n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus ...quested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t ...ame etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance ...re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am co ...until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th ...ulty; I think not. Regards. Immediately below is the previous email sent for your convenience:

on Wed, Jul 24, 2024 at 10:19 AM Lim, Joseph (OEA) <l... ... ...> wrote:
...l, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From: Zai Knab <... ...>
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) <... ...>; Lim, Joseph (OEA) <... ...>; Thaler, Daniel (OAG) <... ...>; Stubbs, Charity (OAG) <...
Subject: Re: OEA Matter No. 1601-0045-2?

This email originating from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe this ... ...for additional analysis by DCTO Security Operations Center (SOC).

Greetings Judge Lim,

...on just receiving the email 5 below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through the ...duplicate of which is clearly a case of the primary reason of which the DC Govt and DISB were faulty) was of of which that on records show. Further, because of my prior situations that exist... ...as I am aware of and equal process now being pushed (though) will also know anyone to push me into this being especially now that I am unemployed due to these circumstances... I had a card and cont ...untact I am aware of and more aware that the process also likely was not followed to keep my rights intact in what is seeming as well. For DC Govt to further weaken my both it seems demora... I am glad ...where even it big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with ...he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on () am sure my rep will need to know the reason for thi ...due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so ...put fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I a ...will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is cop ...going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so technicalities will take prece... ...Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo ...all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

...Notice of Deposition - August 2, 2024 at 11:00am

...pr..................... ....... ..... mat Judge uint of opuated will representation as it seems you all want me to miss things so that technicalities will take preced
Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdc
ill involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

**Notice of Deposition - August 2, 2024 at 11:00am**

.anks,

# ainab Yusuff

22107264

.anks,

# ainab Yusuff

22107264

*ed text hidden*

---

:r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                              Wed, Jul 31, 2024 at 9:0:
ai Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

:od morning Ms. Yusuff:

allow you additional time to secure legal representation, we will reschedule the deposition to <u>August 13, 2024 at 10:00 a.m.</u> This is the latest date that we are able to do under the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally
bmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that
ie.

icerely,

niel M. Thaler
sistant Attorney General
/il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ıshington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

<u>nfidentiality Notice:</u> This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
:ssage.

:tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Wednesday, July 31, 2024 7:18 AM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG)
:harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
*ed text hidden*

---

:r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                              Wed, Jul 31, 2024 at 12:2:
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>

;. Yusuff:

:ase find attached the updated notice of deposition reflecting the new date of <u>August 13, 2024 at 10:00 a.m.</u> As a reminder, you will need photo identification to enter the building.
.ice you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

icerely,

niel M. Thaler
sistant Attorney General
/il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ıshington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

<u>nfidentiality Notice:</u> This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
:ssage.

:tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

ated text hidden]

nab <zdyusuff@gmail.com>                                                                    Fri, Aug 2, 2024 at 8:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

elieve I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for
gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.). Also, for whenever the deposition does occur, I would like a fu
nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,

## ainab Yusuff

22107264

ated text hidden]

Joseph (OEA) <lim.joseph@dc.gov>                                                            Mon, Aug 5, 2024 at 9:5:
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing copy.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ated text hidden]

nab <zdyusuff@gmail.com>                                                                    Mon, Aug 5, 2024 at 9:5
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

eetings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w
 I made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing
s and the paper trail I have shows that. Looking forward to hearing from you.

anks,

## ainab Yusuff

22107264

ated text hidden]

nab <zdyusuff@gmail.com>                                                                    Tue, Aug 6, 2024 at 7:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

eetings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13, 2024 per
niel's email. See attached proof of me mailing the notices to be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please
operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and
nfirm receipt of this email as a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as
 y are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Please also advise of that process and if
 ssible a n entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are
itled to so you can say the person did not ask just like Daniel's reckless statement he uses if he doesn't hear back that he assumes notice has been received. Would not want the mentality affecting my
 ie, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would
 the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie
minated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at
st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t
 tense.

gards,

## ainab Yusuff

22107264

ated text hidden]

nab <zdyusuff@gmail.com>                                                                    Fri, Aug 9, 2024 at 8:4
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>

od morning Judge Lim,

ain, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the
 e that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the
 tter further if stipulations as though DC Govt DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, I
 ays figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical
 estions posed the superior court judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a
 bing I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts
 re now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals one (as I owe you all
 thing as I am not currently employed-which is not smart because now I have sometime in between; thanks) Anyways, it is interesting to see all this in real time and knowing I still have a court above you .
 f I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my story in-depth which is my right Judge Lim,  Daniel Thaler, Connor Finc
 of you all); glad I know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you all can drag this out, I am unemployed thanks to you all anyway so

even worst that might even want to see you all not in existence. Luckily I am not one though no one is safe from getting exactly what is owed to them. I look forward to hearing from you all. Just know, I
ow some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n
n need to do. Hope to hear from you professionals soon:)

gards,

# ainab Yusuff

22107264

ited text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                                      Fri, Aug 9, 2024 at 9:1·
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to
ntinue will not be acted unless those dates are submitted via hard copy and email.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

ited text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                                      Fri, Aug 9, 2024 at 9:1·
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

ease note that I will be on leave next week.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

ited text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                             Fri, Aug 9, 2024 at 9:2·
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday
gust 13th so respond to that and if I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week
ties. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mail as well
t may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if provided the dates now there should be no issues and no penalties of sanctions on
d because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your
sition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery, has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264

ited text hidden]

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yusuff_

_District of Columbia_
_____ Plaintiff

vs.

_District of Columbia_
_OCHR (office of human resources)_
_____ Defendant

Case Number  2024 5220

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address
_DC 20019_

_202 210 7264_
Telephone

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오     如需要翻译, 请电话 (202) 879-4828

Clerk of the Court

By _____
Deputy Clerk

Date _____8 ___ ____ 24___

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                        Demandante

              contra                                    Número de Caso: _____

_____
                                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____                    Subsecretario
Dirección

                              Fecha _____
_____
Teléfono
如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828로 전화주십시오.     የአማርኛ ትርጉም ካስፈለገዎ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                    Vea al dorso el original en inglés
                    See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC Government (District of Columbia Government)_
_____
Defendant

Case Number  2 0 2 4  5 2 2 0

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address

_DC 20019_

_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.    ናይ ትርጉም እተርዳ ኣስተርጓሚ (202) 879-4828 ደውሉ።

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                              Demandante

contra

                    Número de Caso: _____

_____
                              Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

                              Por: _____

Dirección
_____                    Subsecretario

                              Fecha _____

Teléfono
_____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역을 원하시면 (202) 879-4828 로 전화 주십시오        የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

Case Number    2 0 2 4    5 2 2 9

_Alcohol Beverage & Cannabis Administration_
_aka DC ABRA aka DC ABCA_
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab, Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address

_DC 20019_

_202 210 7264_
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202)879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.     የአማርኛ  ትርጉም  ለማግኘት (202) 879-4828  ይደውሉ።

Clerk of the Court

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

_____                    Número de Caso: _____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                                              Por: _____
_____                                    Subsecretario
Dirección

_____

_____                    Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

비엔역이 필요하시면 (202)879-4828 로 전화주십시요        የምትርጉም ትርጉም አማማኝት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC Department of Insurance, Securities_ Case Number  **2024  5229**
_Banking a/k/a DC DISB_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave. NE_
_____
Address
_DC   20019_

_202 210 7364_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻譯，請打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                              Demandante

            contra

                                          Número de Caso: _____
_____
                              Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____
_____                        Subsecretario
Dirección

_____
                                    Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828 로 연락하십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._**

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Zainab Yusuff*
_____ Plaintiff

vs.

*DC*
*Office of Employee Appeals (Judge Lim)*
*aka OEA*
_____ Defendant

Case Number  2024 5229

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address

*DC    20019*

*202 210 7864*
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____8-16-24_____

如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Dể có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요       የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                         Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra                                              Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____          Por: _____
_____                          Subsecretario

Dirección
_____
_____          Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역이 필요하시면 (202) 879-4828 로 전화주십시오          የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                     Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC_
_OC OHR (Office of human "rights"_
_____
Defendant

Case Number 2 0 2 4  5 2 2 9

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NAB Ave DE_
_____
Address
_DC  20019_
_____
_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요.     ያስተረጉሙ ከፈለጉ ስልክ ይደውሉ (202) 879-4828     ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____

_____
Dirección                                         Subsecretario

                              Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828 로 전화주십시오    ﺇﺫﺍ ﺃﺭﺩﺕ ﺗﺮﺟﻤﺔ (202) 879-4828 ﺍﺗﺼﻞ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

*Zainab Yusuff*
_____
                                    Plaintiff

vs.

*DC BEGA Board of "Ethics & Gov't Accountability"*
_____
                                    Defendant

Case Number 2 0 2 4   5 2 2 9

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Name of Plaintiff's Attorney *Zainab Yusuff*

Address *4600 NHR Ave NE*
*DC 20019*

*202 210 7164*
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요          የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
                                    Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                      Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

                    contra                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____
Dirección                                          Subsecretario

_____

                              Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만약 번역을 원하시면(202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                              Vea al dorso el original en inglés
                              See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| ☐ | Civil Actions Branch<br>500 Indiana Ave., N.W.<br>Room 5000<br>Washington, D.C. 20001<br>Telephone: (202) 879-1133 | ☐ | Landlord & Tenant Branch<br>510 4th Street, N.W.<br>Room 110<br>Washington, D.C. 20001<br>Telephone: (202) 879-4879 | ☐ | Small Claims & Conciliation Branch<br>510 4th Street, N.W.<br>Room 119<br>Washington, D.C. 20001<br>Telephone: (202) 879-1120 |

_____
                                    Plaintiff
              v.                                        CASE NUMBER: _____

_____
                                    Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                                      Date

_____          _____
Printed Name and Bar Number (if applicable)      Street Address

_____          _____
Email Address and Phone Number                City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                                          Name

_____          _____
Street Address                                            Street Address

_____          _____
City, State, Zip                                          City, State, Zip

_____          _____
Email Address and Phone Number                Email Address and Phone Number

Form CV(6)-451/Jan. 2020                          Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| | | |
|---|---|---|
| ☐ | **Civil Actions Branch**<br>**500 Indiana Ave., N.W.**<br>**Room 5000**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1133** | |

☐ **Landlord & Tenant Branch**
**510 4th Street, N.W.**
**Room 110**
**Washington, D.C. 20001**
**Telephone: (202) 879-4879**

☐ **Small Claims & Conciliation Branch**
**510 4th Street, N.W.**
**Room 119**
**Washington, D.C. 20001**
**Telephone: (202) 879-1120**

_____
Plaintiff

v.

CASE NUMBER: _____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

### SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____     _____
Signature                                                         Date

_____     _____
Printed Name and Bar Number (if applicable)        Street Address

_____     _____
Email Address and Phone Number                   City, State, Zip

### CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____     _____
Name                                                           Name

_____     _____
Street Address                                               Street Address

_____     _____
City, State, Zip                                             City, State, Zip

_____     _____
Email Address and Phone Number                   Email Address and Phone Number

Form CV(6)-451/Jan. 2020                    Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuff
_____
*Plaintiff(s)*

v.                                                      Case No: 2024cab005229

District Of Columbia et al
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
DC Office Of Employee Appeals
955 Lenfant Plaza SW
Suite 801
Washington, DC 20024

    The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

    Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

    If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/20/2024

_____          8/20/24
*Signature*                                      *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

    I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____     _____     _____
*Signature*                          *Relationship to Defendant/Authority*          *Date of Signature*
                                     *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828           የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시요

CA 1-A [Rev. June 2017]                                                      Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Neal E Kravitz. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሀፊ ቢሮ (ክለርክስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ፡፡

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.

Case 1:24-cv-00309-LLA Document 32 Filed 02/03/25 Page 205 of 714



# District of Columbia Courts

# Tips for Using DC Courts Remote



The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



| **Remote Site - 1** | **Remote Site - 4** |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| **Remote Site - 2** | **Remote Site - 5** |
| Balance and Restorative Jus Center<br>1110 V Street, SE<br>Washington, DC 20020 | es Center<br>14th Street, NW, 2nd Floor<br>munity Room<br>ington, DC 20009 |
| **Remote Site - 3** | **Remote Site - 6** |
| Balance and Restorative Jus Center<br>118 Q Street, NE<br>Washington, DC 20002 | es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov



Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:



| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



FILED
CIVIL DIVISION
AUG 16 2024
Superior Court of the
District of Columbia



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

2024    5229

Case No. _____

**COMPLAINT**

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Zainab Yusuff
PLAINTIFF
                                    vs     DC Govt (District of Columbia government)
                                                DEFENDANT

4600 NHB Ave NE
Address (No Post Office Boxes)             441 4th St NW
                                            Address (No Post Office Boxes)

Washington, DC 20019
City        State        Zip Code          Washington, DC 20001
                                            City        State        Zip Code

202.210.7264
Telephone Number                            202.478.9200
                                            Telephone Number

zdyusuff@gmail.com
Email Address (optional)                    Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   Please see document attached immediately called
   Case Summary DC Courts (1) dated 8/9/24.
   - I also attached the original OHR/OOR complaints
   - Response of Union on my behalf to DBH etc. by Sonny Granby
   - Most recent email chain between OEA, OAG etc. (9 pages)

2. What relief are you requesting from the Court? Include any request for money damages.

   I have been repeatedly & continuously being mistreated
   by DC Government & its agencies & proxy agencies through-
   out the process though still was trying to navigate
   through the deceit, lies, psychological abuse & more.
   I am seeking removal of all antagonizing parties, punitive
   damages for the egregiousness & timeframe of all this.
   I would like a total of $11.5 million which includes emotional distress
                                                            trauma, pain & suffer
   loss of work.
   career trajectory.

Form CA-3074 [Rev. Nov. 2017]        1        Super. Ct. Civ. R. 3

3.  State any other information. of which the Court should be aware:

I loved my job & career, this has affected even on the most pscholagical level to the point of suicidal ideations as i tried getting help genuinely from every avenue including agencies i thought were formed to help it just felt like collusion to keep me down. As someone who considers themselep resilient, this made me want more justic for myself & those that may have even less confidence to persue justice than me. It was & still is a thought they were trying to drain my resources even blatintly so.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

8.9.24
_____
DATE

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public-Deputy Clerk)

2

## ADDENDUM TO COMPLAINT

CASE NO. _2024  5229_

### ADDITIONAL PARTY NAMES AND ADDRESSES

(BEGA)
*Board of Ethics & Govt Accountability*

☐ PLAINTIFF  ☑ DEFENDANT

~~Office of DC Human Resources~~ HR50

Address (No Post Office Boxes)
1030 15th St NW, #700 West

Wash, DC    20005
City          State          Zip

202 481 3408

Telephone Number

bega@dc.gov

Email Address (Optional)

DC
*Office of Human Rights (OHR)*

☐ PLAINTIFF  ☑ DEFENDANT

441 4th St NW #570 N

Address (No Post Office Boxes)

Wash, DC    20001
City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

(OCHR)
*DC Office of Human Resources*

☐ PLAINTIFF  ☑ DEFENDANT

1015 half St SE #9

Address (No Post Office Boxes)

Wash, DC    20003
City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

~~DC~~ DC DISB

☐ PLAINTIFF  ☑ DEFENDANT

1050 ~~1st St~~ 1st St NE #801

Address (No Post Office Boxes)

·        DC    20002
City          State          Zip

_____

Telephone Number

_____

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

### ADDITIONAL PARTY NAMES AND ADDRESSES

*ABRA/ABCA*

☐ PLAINTIF   ☑ DEFENDANT

*2000 14th St NW #400s*
Address (No Post Office Boxes)

*DC*
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Govt*

☐ PLAINTIFF   ☑ DEFENDANT

*441 4th St NW*
Address (No Post Office Boxes)

*DC      20001*
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Office of Employee appeals (Judge Lim)*

☐ PLAINTIF  aka *OEA*   ☑ DEFENDANT

*955 l'enfant Plaza SW*
Address (No Post Office Boxes)

*Wash, DC  20024.*
City          State          Zip

*202 727 0004*
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIFF   ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

*Zainab Yusuff* (Plaintiffs)

vs

*DC Gov't, DCHR, DC OHR, ABCA/ ABRA, BEGA, DTSD* (Defendant(s))

Case Number: 2024 5229

Date: Aug. 9, 2024 (8:9.24)

☐ One of the defendants is being sued in their official capacity. — *all the officials & removal of the cases I named*

| | |
|---|---|
| Name: *(Please Print)* Zainab Yusuff | Relationship to Lawsuit |
| Firm Name: N/A | ☐ Attorney for Plaintiff |
| Telephone No.:     DC Bar No.: | ☑ Self (Pro Se) |
| | ☐ Other: |

TYPE OF CASE: ☐ Non-Jury     ☐ 6 Person Jury     ☑ 12 Person Jury

Demand: $ 1.5 Million USD     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: 23-139 DC(CV) Judge: _____     Calendar #: _____

OHR/ EEOC 10C-2023-00140

Case No.: OEA Matter # 1601-0043-24 Judge: *Sue/CM*     Calendar #: _____

---

NATURE OF SUIT:     *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTIONS/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☑ Wrongful Termination

**REAL PROPERTY**
☐ Condo Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ FRIENDLY SUIT
☐ HOUSING CODE REGULATIONS
☐ QUI TAM
☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other
☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical - Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault Battery
- [ ] Conversion
- [ ] False Arrest Malicious Prosecution
- [ ] Libel Slander Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion Application Regarding Arbitration Award
- [x] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti- SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] TRAFFIC ADJUDICATION APPEAL
- [ ] REQUEST FOR FOREIGN JUDGMENT

_____
Filer Attorney's Signature

8/9/24
_____
Date

CV-496 February 2023





## ase Summary
nessage

i Knab <zdyusuff@gmail.com>
: Zai Knab <zdyusuff@gmail.com>

Fri, Aug 9, 2024 at 10:54 /

There are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most ecently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of he office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears t is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been ubmitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network vhich I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA locuments of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of MLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been reating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all. More has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated on March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I lave proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C. Sovernment -- ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and larassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach ne in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice Purdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was nappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with ife anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my nedical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. The would even call me while in the emergency room and in intensive outpatient treatment. DC DISB also withheld my W2 and I had to report them to the IRS and even DC DISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for continuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals iilments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me because I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does. Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested in ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB erminated me while in medical distress and seeking extension because I had the time available thought they would delay their esponses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include BEGA because Ashely Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including: Katrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and Martha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress, oss of work, punitive damages against DC Govt and DISB and more

Thanks,

## Zainab Yusuff

!022107264



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**
Feb 28, 2023, 01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer to contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW 400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because of your:** | Race<br>Sex<br>Disability<br>Age |

| | |
|---|---|
| | Color<br>National origin<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Transfer<br>Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml<br>FW_ Attached Documents.eml<br>RE_ Completed RE_.eml<br>Filing Grievance RE_ Notice of Final Decision.eml<br>Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella<br>**Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea<br>**Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202.442.6598 |
| **Please provide a detailed** | I was led to file this complaint due to continuous discrimination, |



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:** Jul 8, 2023, 09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |
| **Fax** | |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Sex<br>Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23<br>Employment_Intake_Questionnaire_Form__xMIISYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| **Phone Number** | 2024427804 |
| **Phone Number** | 2027337792 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

blatant lies, hostile work environment, retaliation, unequal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-times and dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**

zdyusuff@gmail.com

**Full Name**

**First Name:** Darniece
**Last Name:** Shirley

**Email**

darniece.shirley@dc.gov

**Phone Number**

2027337392

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

An example of producing a result which it could not command directly are the two disciplinary attempts that seem to have come

from the top (influence). I say this for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct. In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied. It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence on my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex. my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.

I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you all provided and is clean, free of any prior offense.
This factor should hold more weight when trying to take away

someone's livelihood for five days.

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusff was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question. Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven by the claim I filed with OHR that details the matters. This point disproves the Proposing Official's Rationale Worksheet numbers

9,10,11 and 12.

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of my emails.

The subject line contained ADA which by nature is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own internal issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

| **How did you hear about the DC Office of Human Rights (check all that apply)?** | Family, Friend or Acquaintance<br>EEO Counselor<br>Equal Employment Opportunity Commission<br>Lawyer or Legal Aid Clinic (Please enter name in box below) |



# Request_Assistance_or_File_a_Complaint

**Submitted On:** Oct 2, 2023, 08:27AM EDT

## DC GOVERNMENT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab<br>**Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has all the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

being done about it. ?The OHR claims I filed explains everytthing in detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving this young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

**Please give us the date of the most recent issue:**

9/26/2023

**Please give us the location of the issue:**

DISB, Washington Marriott on L st

**Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?**

Independent ADA, not subordinate of Katrice Purdie

**Names and Positions of Staff Encountered (if known).**

Katrice Purdie, Marlen Simmons, Alice Pettigrew

**Does anyone else have information about this situation or issue that you think we should contact?**

Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor)

**Full Name**

**First Name:** Felicia
**Last Name:** Dantzler

**Phone Number**

2027165646

**Full Name**

**First Name:** Quiana
**Last Name:** Harris

**Phone Number**

2027274559

**Additional Referral Information:**

**Email Address**                    zdyusuff@gmail.com



OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

Office of the General Counsel

| | |
|---|---|
| TO: | Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding Official) |
| | Zainab Yusuff, Fraud Investigator, DISB |
| CC: | Sonny Garibay, Yusuff's Representative |
| FROM: | Vincent Enriquez, Assistant General Counsel (Hearing Officer) |
| DATE: | March 15, 2024 |
| RE: | Administrative Review / Written Report and Recommendation |
| | Proposed Removal of Zainab Yusuff |

## I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal* ("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's representative. Despite this being outside the ten (10) workdays delineated in the Proposed Removal Letter, the Proposed Removal Letter had the wrong contact information for the undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned Hearing Officer's review is based on the information and supporting documentation provided by DISB and Yusuff's representative.

## II.    STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her employment for the following reasons:

Disciplinary Cause

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A. Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B. A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C. Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D. Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
|------|--------------|------------------------|
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION
1050 First Street NE, Washington, DC 20002
(202) 727-6436 TTY: 711  |  osse.dc.gov

| | | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
|---|---|---|
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E.  On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F.  Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G.  Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action*: Removal

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:
   a. Leave Restriction Notice, dated October 23, 2023
   b. FedEx Receipt, dated October 24, 2023
   c. Yusuff Medical Note, dated November 20, 2023
   d. Insufficiency Email, dated November 20, 2023
   e. PFML Approval, dated November 20, 2023
   f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.    FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

    i. Under *Douglas* Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii. Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that require interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii. Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv. Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v. Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence I the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under _Douglas_ Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under _Douglas_ Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under _Douglas_ Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow investigators not wanting to work with her.

ix.   Under _Douglas_ Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x.  Under *Douglas* No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi.  Under *Douglas* Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii.  Under *Douglas* Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

## IV.    CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1. Attendance Related Offenses: Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

## V.    RECOMMENDATION

The legal standard for determining the appropriateness of a penalty was established by the Merit Systems Protection Board (MSPB) in *Douglas v. Veterans Administration*, 5 MSPB 313 (1982). In *Douglas*, the MSPB set forth a list of factors to be considered when assessing the appropriateness of a penalty. *Douglas* at 331-32. The reasoning and factors established in *Douglas* were adopted by the District of Columbia Court of Appeals in *Stokes v. District of Columbia*, 502 A.2d 1006 (D.C. 1985). The court in *Stokes* held that the selection of a penalty is a matter of agency discretion. In furtherance of the agency's proposed removal, the undersigned Hearing Officer incorporates by reference herein the Proposing Official's Rationale Worksheet in reviewing this matter against the backdrop of the *Douglas* factors. This undersigned Hearing Officer finds that the proposal to remove Zainab Yusuff from her employment with DISB for the Charge is supported by a preponderance of the evidence provided by DISB.

March 15, 2024      *Vincent Enriquez*
Date            Vincent Enriquez, Hearing Officer

---

### FINAL DECISION

____✔____    The recommendation of the Hearing Officer is ACCEPTED.

_____    The recommendation of the Hearing Officer is DENIED.

3/19/24     
Date      Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB
(Deciding Official)

Matter No. 1601-0043-24

essages

nab <zdyusuff@gmail.com>
m.joseph@dc.gov                                                                                          Fri, May 24, 2024 at 6:1

etings Judge Lim,

name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email. I have yet to receive
employment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now in addition to unjustly being suspended without pay on numerous
casions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them
hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim.
ave not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to contiue to get a rise out of me using passive aggressive unhanded tactic
ich I am bringing to the surface. Further, confusion lies in that I just was alerted of your existence while being bullied to do a financial disclosure when I was only sent the notice about a little over two
eks ago though the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which
uld have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go
en prior to the effective date.

stly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been
nstantly reaching out to me and from the email I recently received from Hemra], I was under the impression all communication was to be filtered through the Judge, especially being that DC Govt DISB ha
eady been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work
vironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before it was due as I was going through medical issues including
ese brought on by the trauma DC Govt/DISB triggered ex. they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already
wided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

anks,

ainab Yusuff

22107264

nab <zdyusuff@gmail.com>
<grindstonelaw@aol.com>                                                                                   Sat, May 25, 2024 at 11:1

ated text hidden]

Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>                                                                              Tue, May 28, 2024 at 9:0
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>

bject: OEA Matter No. 1601-0043-24

AUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that t
nail is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
ated text hidden]

nab <zdyusuff@gmail.com>
lm, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

eceipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an
vt DISB] for dates regarding a prehearing conference proposed by Judge, August 21, 2024 would be the selection.

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne ▾

od morning Ms. Yusuff,

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre
ehearing Conference. I would like to propose August 19, 2024, August 21, 2024, and August 26, 2024. May you please let me know if you are available on these three dates? If not,
available for the conference in August.

ank you,

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

anks,

ainab Yusuff

ated text hidden]

hab <zdyusuff@gmail.com>                                                                                    Tue, May 28, 2024 at 9:3
ulia Fuld <julia@nvrdc.org>

od morning Julia,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't
nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it
ems they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have
eady been able to do.
—— Forwarded message ——
m: Zai Knab <zdyusuff@gmail.com>
ated text hidden]
ated text hidden]

Fuld <julia@nvrdc.org>                                                                                      Tue, May 28, 2024 at 11:59
al Knab <zdyusuff@gmail.com>

Zainab,

sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

e Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

cause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

ease do not send me anything else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the
jibility requirements for the service—Victim Legal Network" or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

Refers
gs://dcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their
jular rates.

· Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine—Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld | [she/her/hers]
nior Staff Attorney
l: 202.932.4332
ice: 202.742.1727 x 1110

ase note: NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your message as soon as I am able.

ated text hidden]

s message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipien
are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

hab <zdyusuff@gmail.com>                                                                                    Tue, May 28, 2024 at 12:0
ulia Fuld <julia@nvrdc.org>

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the. delay and seems to be moving along now. Thanks again for
: help on such short notice and the clarifications I probably would have never figured out.

ich appreciation,

ainab Yusuff

22107264
ated text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                     Wed, Jun 12, 2024 at 12:0
Im, Joseph (OEA) <lim.joseph@dc.gov>
al Knab <zdyusuff@gmail.com>

od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's
low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional
ormation.

ank you,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW

ainab Yusuff

22107264

[ted text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                        Tue, Jul 30, 2024 at 10:29
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

od morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
e, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

ncerely,

niel M. Thaler
ssistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
02) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, prin
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
essage.

**stadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

om: Zai Knab <zdyusuff@gmail.com>
nt: Monday, July 29, 2024 11:39 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA)
elicia.Dantzler@dc.gov>
ited text hidden]

[ted text hidden]

nab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

eetings Daniel et al,

ur email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option.
covery is to be provided (which date should also extend to August 19, 2024 in addition to the documents/data) as well. I will be requiring from DC Govt/DISB such as all the same documents they are requiring of
w better than allowing the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additio
vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is at
-vulnerable side making the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date wi
ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details; which now
ke, as DC Govt /DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt any
ny and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.
From Thaler ═══ Good morning Ms. Yusuff:
elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more th
2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomor
gust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney General Civil Litigation Division ═══
──Greetings Judge Lim,
n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
uested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
ernet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
ve the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th
alty. I think not. Regards. Immediately below is the previous email sent for your convenience:
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
M, please be aware that both parties must cooperate in discovery or sanctions may be imposed:

From Zai Knab ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent Tuesday, July 23, 2024 6:43 PM
To Finch, Connor (OAG) ◄ ▪ ▪ ▪ ▪ ▪ ►; Lim, Joseph (OEA) ◄ ▪ ▪ ▪ ▪ ►; Thaler, Daniel (OAG) ◄ ▪ ▪ ▪ ▪ ►; Stubbs, Charity (OAG) ◄ ▪ ▪ ▪ ▪ ►
▓▓▓▓▓▓▓▓▓▓
Subject Re: OEA Matter No. 1601-0043-24

▓▓▓▓▓ This email originated outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe the
▓▓ ▪ ▪ ▪ for additional analysis by OCTO Security Operations Center (SOC). ▓▓▓▓

▓▓▓▓ No. 1601-0043-24 ▓▓

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24
oted text hidden]

Joseph (OEA) <lim.joseph@dc.gov>    Wed, Jun 12, 2024 at 2:2:
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

der attached. Hard copy to be mailed.

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
oted text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>    Wed, Jun 12, 2024 at 2:5'
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

ceived. Thank you.

niel M. Thaler
ssistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
shington, DC 20001
2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
oted text hidden]

nab <zdyusuff@gmail.com>    Thu, Jun 13, 2024 at 11:59
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

etings Judge Lim,

eceipt of pre-hearing order.

gards,

ainab Yusuff
22107264
oted text hidden]

nab <zdyusuff@gmail.com>    Wed, Jul 10, 2024 at 10:0:
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

etings,

ceived this pre-hearing order for my claims for the current DiSB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlemen guage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meeti ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation,
nab
anks,

—— Forwarded message ——
m: Zal Knab <zdyusuff@gmail.com>
ated text hidden]
ated text hidden]

—— Forwarded message ——
m: 'Dantzler, Felicia (ABCA)' <Felicia.Dantzler@dc.gov>
Zai Knab <zdyusuff@gmail.com>

e: Mon, 1 Jul 2024 16:18:41 +0000
bject RE: OHR Inquiry 18626 Intake Appointment

Zai,

celved.

gards,

licia Dantzler

esident

SCME

cal 2743

2-716-5646

m: Zai Knab <zdyusuff@gmail.com>
nt: Sunday, June 30, 2024 11:38 PM
: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
garibay@districtcouncil20.org>
: acarter@employmentlawgroup.com; dmullane@employmentlawgroup.com
bject: Re: OHR Inquiry 18626 Intake Appointment

UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

etings Michelle Seyler,

s nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
im and clarification as to the delay and and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
· Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case &  my prior union reps because I'm not sure why this intake is just now happening much over a
ar after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
sed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago; seems to be an
ue with checks and balances in this entire process that may need to be investigated/audited overall.

gards,

# ainab Yusuff

22107264

Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

Dial in by phone

+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#

——————————

nab <zdyusuff@gmail.com>                                                                                                      Tue, Jul 23, 2024 at 6:4:
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA)
cia.Dantzler@dc.gov>

etings Judge Lim,

n just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through
dical matters, the wrongful termination I am dealing with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records sho
ther, because of my medical situations I believe I (a vulnerable person at this point for sure) am being further taken advantage of and the process now being rushed (though I won't allow anyone to rush

...cessary knowledge to communicate the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h he is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copied (so no o n claim they do not know what is going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back in some shape or form to all involved. Further, any good attorney would know when to ncede as their client is clearly in the wrong. :

### otice of Deposition - August 2, 2024 at 11:00am

nessage

| | |
|---|---|
| aler, Daniel (OAG) <Daniel.Thaler@dc.gov> | Tue, Jul 23, 2024 at 12:17 P |
| Zal Knab <zdyusuff@gmail.com> | |
| "Stubbs, Charity (OAG) <charity.stubbs@dc.gov> | |

Good afternoon Ms. Yusuff:

Please find attached a notice for your deposition on August 2, 2024 at 11:00am. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington, DC 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you need assistance with finding the location of the deposition on the 9th Floor of the building.

Sincerely,

Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
202) 724-5474
daniel.thaler@dc.gov

gards.

# ainab Yusuff

22107264

ted text hidden]

| | |
|---|---|
| Joseph (OEA) <lim.joseph@dc.gov> | Wed, Jul 24, 2024 at 10:1 |
| al Knab <zdyusuff@gmail.com>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov> | |

l, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

om: Zal Knab <zdyusuff@gmail.com>
nt: Tuesday, July 23, 2024 6:43 PM
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

ted text hidden]

hnab <zdyusuff@gmail.com>
lm, Joseph (OEA) <lim.joseph@dc.gov>
inch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

etings Judge Lim,

n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus uested continuance/extension (whatever you want to call it, I am not a lawyer but I will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t ernet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance until this point from you all, at which time you can explain yourselves. Again, it is likely that none of the complaints I filed with OHR nor ODR got followed up even after a year with any intakes yet th althy I think not. Regards. Immediately below is the previous email sent for your convenience:

on Wed, Jul 24, 2024 at 10:19 AM Lim, Joseph (OEA) ... e wrote

YI, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From: Zal Knab
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) ... ; Lim, Joseph (OEA) ... ; Thaler, Daniel (OAG) ... ; Stubbs, Charity (OAG)
Subject: Re: OEA Matter No. 1601-0043-24

This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe ... for additional analysis by DC TO Security Operations Center (SOC).

reetings Judge Lim,

am just receiving the emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through t while I seek to fully retain representation as I said one of the primary reason of which the DC Govt and DISB were fully aware of which the govt records show. Further, because of my rep's unbalance I will lawyer so as to avoid any of this process now being rushed (though I will slow anyone to rush me into any trap especially now that I am unemployed due to (I record) the termination DC Govt and cont which I am cognizant of for example that this process is absolutely a key way to afflict (who I followed to keep my job) this time in what is brewing as well from DC Govt to further weaken me all I see no deterrent. I am glad where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with the the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for this due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so out fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I a will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is cop pying all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so that technicalities will take prece ovt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

### Notice of Deposition - August 2, 2024 at 11:00am

Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo... ...ll involved. Further, any good attorney would know when to concede as their client is clearly in the wrong.  :

**Notice of Deposition - August 2, 2024 at 11:00am**

.anks,

# ainab Yusuff

22107264

.anks,

# ainab Yusuff

22107264

ited text hidden]

---

...r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                    Wed, Jul 31, 2024 at 9:0:
al Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

.od morning Ms. Yusuff:

allow you additional time to secure legal representation, we will reschedule the deposition to <u>August 13, 2024 at 10:00 a.m.</u> This is the latest date that we are able to do under the rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally brmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that ne.

icerely,

niel M. Thaler
ssistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
shington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice:  This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata:  This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

>m: Zai Knab <zdyusuff@gmail.com>
nt: Wednesday, July 31, 2024 7:18 AM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG) harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ited text hidden]

---

.r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                    Wed, Jul 31, 2024 at 12:2:
al Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>

.. Yusuff:

.ase find attached the updated notice of deposition reflecting the new date of <u>August 13, 2024 at 10:00 a.m.</u> As a reminder, you will need photo identification to enter the building. .ce you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

icerely,

niel M. Thaler
ssistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
shington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice:  This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata:  This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

>m: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>
oled text hidden]

---

nab <zdyusuff@gmail.com>                                                                                    Fri, Aug 2 at 8:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

lieve I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for
gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.).  Also, for whenever the deposition does occur, I would like a fu
nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,

## ainab Yusuff

22107264
oted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                           Mon, Aug 5, 2024 at 9:5:
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing copy.

om: Zal Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
oted text hidden]

oled text hidden]

---

nab <zdyusuff@gmail.com>                                                                                    Mon, Aug 5, 2024 at 9:5:
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

etings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w
t made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing
s and the paper trail I have shows that. Looking forward to hearing from you.

anks,

## ainab Yusuff

22107264
oted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                    Tue, Aug 6, 2024 at 7:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

etings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13 2024 per
niel's email. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now. Judge, since I am now unemployed wrongfully terminated. Please
operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and
nfirm receipt of this email as a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as
y are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Please also advise of that process and if
ssible a entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are
tled to so you can say the person did not ask just like Daniel's reckless statement he uses if he doesn't hear back that he assumes notice has been received. Would not want the mentality affecting my
se, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would
e the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie
minated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and out the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at
st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t
fense.

gards,

## ainab Yusuff

22107264
oted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                    Fri, Aug 9, 2024 at 8:4
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>

od morning Judge Lim,

ain, I am reaching out and hoping for cooperation] I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the
e that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now. Judge, since I am now seeking to pursue the
tter further if gaslighting as though DC Govt DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, I
ways figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical
estions posed the superior court judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a
ing I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts
re now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals one (as I owe you all
hing as I am not currently employed-which is not smart because now I have sometime in between; thanks) Anyways, It is interesting to see all this in real time and knowing I still have a court above you .
I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my story in-depth which is my right Judge Lim, Daniel Thaler, Connor Finc
of you all); glad I know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you all can drag this out, I am unemployed thanks to you all anyway so

even worst that might even want to see you all not in existence. Luckily I am not one though no one is safe from getting exactly what is owed to them. I look forward to hearing from you all. Just know, I ow some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n m need to do. Hope to hear from you professionals soon;)

gards,

# ainab Yusuff

22107264

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                        Fri, Aug 9, 2024 at 9:1
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to
ntinue will not be acted unless those dates are submitted via hard copy and email.

om: Zal Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                        Fri, Aug 9, 2024 at 9:1
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

ase note that I will be on leave next week.

om: Zal Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                 Fri, Aug 9, 2024 at 9:2
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday
gust 13th so respond to that and if I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week
ties. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mail as well
t may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if I provided the dates now there should be no issues and no penalties of sanctions on r
s because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your
sition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery; has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264

ted text hidden]

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_District of Columbia_

_Zainab Yusuff_
vs.                                                          **Plaintiff**

_District of Columbia_
_DCHR (office of human resources)_
                                                             **Defendant**

Case Number _____ 2024 5220

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE,_
Address
_DC  20019_

_202 210 7264_
Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오     ㄷㄷㄷㄷ (202) 879-4828 ㄷㄷㄷㄷ

_Clerk of the Court_

By _____
                Deputy Clerk

Date _____ 8 / / 24

Desde mención en inglés (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____

                                    Demandante

              contra                                    Número de Caso: _____

_____

                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____
                                    Por: _____

Dirección                                          Subsecretario
_____

                                    Fecha _____
_____

Teléfono
如需翻譯，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로전화주십시오.    想要翻譯 (202) 879-4828    የተርጓሚ አገልግሎት (202) 879-4828 ይደውሉ።

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W. para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                    Vea al dorso el original en inglés
                    See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yuseff_
_____
Plaintiff

vs.                                                    Case Number  2 0 2 4    5 2 2 0

_DC Government_ (_District of Columbia_
_Government_)
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave Ne_
_____
Address
_DC 20019_
_____
_202 210 7264_
_____
Telephone

如需要翻譯,請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요.    ????? ??????? ?????? (202) 879-4828    ??????

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                          Demandante

          contra

_____          Número de Caso: _____
                                                          Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                   *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                          Subsecretario

_____          Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828로 연락주십시오.        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                         Vea al dorso el original en inglés
                         See reverse side for English original

CV-3110 [Rev. June 2017]                                                   Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yusuff_
_____
Plaintiff
vs.

Case Number _2024 5229_

_Alcohol Beverage & Cannabis Administration_
_aka DC ABRA aka DC ABCA_
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address

_DC 20019_

_202 210 7264_
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _8/16/24_

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.    የአማርኛ ትርጉም ከፈለጉ (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                              Demandante

                    contra

                              Número de Caso: _____

_____
                              Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____                    Subsecretario
Dirección

_____    Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dể có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오    የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                              Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yousuff_
_____
Plaintiff

vs.

Case Number    2 0 2 4    5 2 2 9

_DC Department of Insurance, Securities &_
_Banking aka DC DISB_
_____
Defendant

**SUMMONS**

To the above named Defendant:

 You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

 You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yousuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave. NE_
_____
Address
_DC    20019_
_____

_202 210 7264_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오    [Amharic text] (202) 879-4828 [Amharic text]

 IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

 If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                      Super. Ct. Civ. R. 4





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                          Demandante

contra

Número de Caso: _____

_____
                          Demandado

## CITATORIO

Al susodicho Demandado:

      Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

      A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Por: _____

Dirección _____          Subsecretario

Teléfono _____          Fecha _____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역을 원하시면 (202) 879-4828로 전화주십시오.      የአማርኛ ተርጓሚ ከፈለጉ (202) 879-4828 ይደውሉ

      IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

      Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

*Zainab Yusuff*
_____
Plaintiff

vs.

*DC*
*Office of Employee Appeals (Judge Lim)*
*aka OEA*
_____
Defendant

Case Number  **2 0 2 4   5 2 2 9**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address

*DC  20019*
_____

*202 210 7864*
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____ *8-16-24* _____

如需翻譯，請打電話 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                            Demandante

            contra                                          Número de Caso: _____

_____
                                            Demandado

**CITATORIO**

Al susodicho Demandado:

      Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

      A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

_____          Por: _____
                                                              Subsecretario
Dirección

_____

_____          Fecha _____

Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Dế cú mõt bài dich, hãy goi (202) 879-4828

만약 번역을 원하시면 (202) 879-4828 로 전화주십시오           የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

      IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

      Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yusuff_

_____
Plaintiff

vs.

_DC OC. OHR (Office of human rights"_
_____
Defendant

Case Number **2024  5229**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave DC_
_____
Address
_DC 20019_
_____
_202 210 7264_
_____
Telephone

_Clerk of the Court_

By _____
Deputy

Date _____

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

              contra                                         Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

Nombre del abogado del Demandante
_____

                                              Por: _____
Dirección                                                              Subsecretario
_____

_____

                                              Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
변역을 원하시면 (202) 879-4828 로 전화주십시오      የትርጉም እገዛ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                              Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Zainab Yusuff*
_____
Plaintiff

vs.

*DC BEGA*
*Board of "Ethics & Gort' Accountability"*
_____
Defendant

Case Number  2 0 2 4  5 2 2 9

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 Nash Ave NE*
_____
Address
*DC 20019*

*202 210 8464*
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date  *8.16.24*

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십씨오.     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                        Por: _____
_____                    Subsecretario
Dirección

                        Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
반역을원하시면(202) 879-4828로 연락하십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

        Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| | | |
|---|---|---|
| ☐ **Civil Actions Branch**<br>500 Indiana Ave., N.W.<br>Room 5000<br>Washington, D.C. 20001<br>Telephone: (202) 879-1133 | ☐ **Landlord & Tenant Branch**<br>510 4th Street, N.W.<br>Room 110<br>Washington, D.C. 20001<br>Telephone: (202) 879-4879 | ☐ **Small Claims & Conciliation Branch**<br>510 4th Street, N.W.<br>Room 119<br>Washington, D.C. 20001<br>Telephone: (202) 879-1120 |

_____
                                    Plaintiff

        **v.**                              CASE NUMBER: _____

_____
                                    Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                 Date

_____          _____
Printed Name and Bar Number (if applicable)   Street Address

_____          _____
Email Address and Phone Number            City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                      Name

_____          _____
Street Address                            Street Address

_____          _____
City, State, Zip                          City, State, Zip

_____          _____
Email Address and Phone Number            Email Address and Phone Number

Form CV(6)-451/Jan. 2020                  Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuff
_____
*Plaintiff(s)*

v.                                                          Case No: 2024cab005229

District Of Columbia et al
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
District Of Columbia Government
441 4th St, NW
Suite 570N
Washington, DC 20001

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/20/2024

_____          _____
*Signature*                                                  *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
### COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____    _____    _____
*Signature*                    *Relationship to Defendant/Authority*        *Date of Signature*
                               *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828          የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시오



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Neal E Kravitz. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1)  This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2)  Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3)  Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4)  At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5)  If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6)  Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

    Link: dccourts.webex.com/meet/ctb131

    Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባከዎን በመዝገብዎ የተዘረዘረውን የጸሐፊ ቢሮ (ክለርክ'ስ ኦፌስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያያችዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**



| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| --- | --- |
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>iington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm.**

Los centros de acceso remoto son:



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

FILED
CIVIL DIVISION
AUG 16 2024
Superior Court of the
District of Columbia



**Superior Court of the District of Columbia**
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

2024 5229

Case No. _____

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Zainab Yusuff
PLAINTIFF

vs

DC Govt (District of Columbia Government)
DEFENDANT

4600 NHB Ave NE
Address (No Post Office Boxes)

441 4th St NW
Address (No Post Office Boxes)

Washington, DC 20019
City        State      Zip Code

Washington, DC 20001
City        State      Zip Code

202.210.7264
Telephone Number

202.478.9200
Telephone Number

zdyusuff@gmail.com
Email Address (optional)

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Please see document attached immediately called Case Summary DC Courts (1) dated 8/9/24.
- I also attached the original OHR/ODR complaints
- Response of Union on my behalf to DBB etc. by Sonny Ganley
- Most recent email chain between OEA, OAG etc (9 pages)

2. What relief are you requesting from the Court? Include any request for money damages.

I have been repeatedly & continuously being mistreated by DC Government & its agencies & proxy agencies throughout the process though still was trying to navigate through the deceit, lies, psychological abuse & more. I am seeking removal of all antagonizing parties, punitive damages for the egregiousness & timeframe of all this. I would like a total of $1.5 million which includes emotional distress, trauma, pain & suffer, loss of work & career trajectory.

Form CA-3074 [Rev. Nov. 2017]          1          Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

_I loved my job & career, this has affected even on the most pschological level to the point of suicidal ideations as i tried getting help geniunely from every avenue including agencies i thought were formed to help it just felt like collusion to keep me down. As someone who considers themself resilient, this made me want more justice for myself & those that may have even less confidence to persue justice than me. It was & still is a though they were trying to drain my resources even blatently so._

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_[signature]_

SIGNATURE

8.9.24

DATE

Subscribed and sworn to before me this _____ day of _____ 20_____ .

_____

(Notary Public Deputy Clerk)

2

**ADDENDUM TO COMPLAINT**

CASE NO. 2024 5229

**ADDITIONAL PARTY NAMES AND ADDRESSES**

(BEGA)
Board of Ethics & Govt. Accountability

☐ PLAINTIFF    ☑ DEFENDANT

~~Office of~~
~~DC Human Resources~~    ~~1050~~

Address (No Post Office Boxes)
1030 15th St NW, # 700 West

Wash, DC  20005

City        State        Zip

202 481 3408

Telephone Number

bega@dc.gov

Email Address (Optional)

---

DC
Office of Human Rights (OHR)

☐ PLAINTIFF    ☑ DEFENDANT

441 4th St NW #570 N

Address (No Post Office Boxes)

Wash, DC  20001

City        State        Zip

Telephone Number

Email Address (Optional)

---

(OCHR)
DC Office of Human Resources

☐ PLAINTIFF    ☑ DEFENDANT

1015 half St SE #9

Address (No Post Office Boxes)

Wash DC  20003

City        State        Zip

Telephone Number

Email Address (Optional)

---

~~DC~~ DC DISB

☐ PLAINTIFF    ☑ DEFENDANT

1050 ~~First~~ 1st St NE #801

Address (No Post Office Boxes)

DC  20002

City        State        Zip

Telephone Number

Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

### ADDITIONAL PARTY NAMES AND ADDRESSES

*ABRA/ABCA*

☐ PLAINTIF   ☑ DEFENDANT

*2000 14th St NW #400B*
Address (No Post Office Boxes)

*DC*
City           State           Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Gov't*

☐ PLAINTIFF   ☑ DEFENDANT

*441  4th St NW*
Address (No Post Office Boxes)

*DC      20001*
City           State           Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Office of Employee Appeals
(Judge Lim)*

☐ PLAINTIF  aka OEA   ☑ DEFENDANT

*955 L'enfant Plaza SW*
Address (No Post Office Boxes)

*Wash., DC  20024.*
City           State           Zip

*202 727 0004*
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIFF   ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City           State           Zip

_____
Telephone Number

_____
Email Address (Optional)

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

*Zainab Yusuff*
(Plaintiff(s))

*DC Gov't, DCHR, DC OHR, ABCA/*
*ABRA, BEGA, DISB*
(Defendant(s))

Case Number: **2024 5229**

Date: **Aug. 9, 2024 (8:9:24)**

☐ One of the defendants is being sued
in their official capacity. — *all the officials*
*& removal of the*
*tras I*
*named*

| Name: *(Please Print)* *Zainab Yusuff* | Relationship to Lawsuit |
|---|---|
| Firm Name: *N/A* | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:        DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury        ☐ 6 Person Jury        ☑ 12 Person Jury
Demand: $ **1.5 Million USD**        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: **23-139 DC(CV)** Judge: _____  Calendar #: _____
*OHR, EEOC  TCC-2023-00140*
Case No.: **OEA Matter 1601-0043** Judge: **Jury/CJM** Calendar #: _____
*-24*

| NATURE OF SUIT:    *(Check One Box Only)* | | |
|---|---|---|
| **CONTRACT** | **COLLECTION/INS. SUB** | **EMPLOYMENT DISPUTE** |
| ☐ Breach of Contract | ☐ Debt Collection | ☐ Breach of Contract |
| ☐ Breach of Warranty | ☐ Insurance Subrogation | ☐ Discrimination |
| ☐ Condo/Homeowner Assn. Fees | ☐ Motion/Application for Judgment by Confession | ☐ Wage Claim |
| ☐ Contract Enforcement | ☐ Motion/Application Regarding Arbitration Award | ☐ Whistle Blower |
| ☐ Negotiable Instrument | | ☑ Wrongful Termination |

| **REAL PROPERTY** | | | | **FRIENDLY SUIT** |
|---|---|---|---|---|
| ☐ Condo/Homeowner Assn. Foreclosure | ☐ Ejectment | ☐ Other | | ☐ **HOUSING CODE REGULATIONS** |
| ☐ Declaratory Judgment | ☐ Eminent Domain | ☐ Quiet Title | | ☐ **QUI TAM** |
| ☐ Drug Related Nuisance Abatement | ☐ Interpleader | ☐ Specific Performance | | ☐ **STRUCTURED SETTLEMENTS** |

| **ADMINISTRATIVE PROCEEDINGS** | | **AGENCY APPEAL** |
|---|---|---|
| ☐ Administrative Search Warrant | ☐ Release Mechanics Lien | ☐ Dangerous Animal Determination |
| ☐ App. for Entry of Jgt. Defaulted Compensation Benefits | ☐ Request for Subpoena | ☐ DCPS Residency Appeal |
| ☐ Enter Administrative Order as Judgment | **MALPRACTICE** | ☐ Merit Personnel Act (OEA) |
| ☐ Libel of Information | ☐ Medical - Other | ☐ Merit Personnel Act (OHR) |
| ☐ Master Meter | ☐ Wrongful Death | ☐ Other Agency Appeal |
| ☐ Petition Other | | |
| | ☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT** | |

CV-496 February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [x] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti - SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer Attorney's Signature

8/9/24
_____
Date

CV-496 February 2023



**ase Summary**
nessage



8/9/2024
DC Courts (1)
Case Summary

i **Knab** <zdyusuff@gmail.com>
: Zai Knab <zdyusuff@gmail.com>

Fri, Aug 9, 2024 at 10:54

There are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most recently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of the office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears t is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been submitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network which I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA documents of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of FMLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been creating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all. More has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated on March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I have proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C. Government – ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and harassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach ne in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice Purdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was nappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with ife anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my nedical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. The would even call me while in the emergency room and in intensive outpatient treatment. DC DISB also withheld my W2 and I had to report them to the IRS and even DC DISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for continuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals ailments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me because I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does. Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested an ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB erminated me while in medical distress and seeking extension because I had the time available thought they would delay their esponses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include BEGA because Ashely Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including: Katrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and Martha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress, oss of work, punitive damages against DC Govt and DISB and more

Thanks,

# Zainab Yusuff

2022107264



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**

Feb 28, 2023,
01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW<br>400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because of your:** | Race<br>Sex<br>Disability<br>Age |

| | |
|---|---|
| **Please check all that apply:** | Color<br>National origin<br>Retaliation<br>Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Transfer<br>Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml<br>FW_ Attached Documents.eml<br>RE_ Completed RE_.eml<br>Filing Grievance RE_ Notice of Final Decision.eml<br>Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella<br>**Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea<br>**Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202-442.6598 |
| **Please provide a detailed** | I was led to file this complaint due to continuous discrimination, |



# Employment_Intake_Questionnaire_Form

**DC GOVERNMENT**

**Submitted On:**
Jul 8, 2023, 09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |
| **Fax** | |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Sex<br>Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23<br>Employment_Intake_Questionnaire_Form__xMllSYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| **Phone Number** | 2024427804 |
| **Phone Number** | 2027337792 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

blatant lies, hostile work environment, retaliation, unequal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-timesand dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**

zdyusuff@gmail.com

**Full Name**

**First Name:** Darniece
**Last Name:** Shirley

**Email**

darniece.shirley@dc.gov

**Phone Number**

2027337392

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

An example of producing a result which it could not command directly are the two disciplinary attempts that seem to have come

from the top (influence). I say this for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct. In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied. It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence of my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex. my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.

I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you all provided and is clean, free of any prior offense.
This factor should hold more weight when trying to take away

someone's livelihood for five days.

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusff was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question. Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven by the claim I filed with OHR that details the matters. This point disproves the Proposing Official's Rationale Worksheet numbers

9,10,11 and 12.

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of my emails.

The subject line contained ADA which by nature is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own internal issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
EEO Counselor
Equal Employment Opportunity Commission
Lawyer or Legal Aid Clinic (Please enter name in box below)



# Request_Assistance_or_File_a_Complaint

**Submitted On:**

Oct 2, 2023, 08:27AM EDT

## DC GOVERNMENT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab<br>**Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has all the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

being done about it. ?The OHR claims I filed explains everytthing in detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving this young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

**Please give us the date of the most recent issue:** 9/26/2023

**Please give us the location of the issue:** DISB, Washington Marriott on L st

**Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?** Independent ADA, not subordinate of Katrice Purdie

**Names and Positions of Staff Encountered (if known).** Katrice Purdie, Marlen Simmons, Alice Pettigrew

**Does anyone else have information about this situation or issue that you think we should contact?** Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor)

**Full Name**
**First Name:** Felicia
**Last Name:** Dantzler

**Phone Number** 2027165646

**Full Name**
**First Name:** Quiana
**Last Name:** Harris

**Phone Number** 2027274559

**Additional Referral Information:**

**Email Address**                    zdyusuff@gmail.com



OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

Office of the General Counsel

| | |
|---|---|
| TO: | Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding Official) |
| | Zainab Yusuff, Fraud Investigator, DISB |
| CC: | Sonny Garibay, Yusuff's Representative |
| FROM: | Vincent Enriquez, Assistant General Counsel (Hearing Officer) |
| DATE: | March 15, 2024 |
| RE: | Administrative Review / Written Report and Recommendation Proposed Removal of Zainab Yusuff |

## I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal* ("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's representative. Despite this being outside the ten (10) workdays delineated in the Proposed Removal Letter, the Proposed Removal Letter had the wrong contact information for the undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned Hearing Officer's review is based on the information and supporting documentation provided by DISB and Yusuff's representative.

## II.    STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her employment for the following reasons:

Disciplinary Cause

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A. Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B. A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C. Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D. Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
|---|---|---|
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

| | | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
|---|---|---|
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E. On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F. Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G. Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action*: Removal

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:
   a. Leave Restriction Notice, dated October 23, 2023
   b. FedEx Receipt, dated October 24, 2023
   c. Yusuff Medical Note, dated November 20, 2023
   d. Insufficiency Email, dated November 20, 2023
   e. PFML Approval, dated November 20, 2023
   f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.    FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

    i. Under *Douglas* Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii.  Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that require interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii. Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv.  Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v.   Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence i the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under *Douglas* Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under *Douglas* Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under *Douglas* Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow investigators not wanting to work with her.

ix.   Under *Douglas* Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x. Under *Douglas* No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi. Under *Douglas* Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii. Under *Douglas* Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

IV.    CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1. Attendance Related Offenses: Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

Matter No. 1601-0043-24

essages

nab <zdyusuff@gmail.com>                                                                    Fri, May 24, 2024 at 6:1
n.Joseph@dc.gov

eetings Judge Lim,

name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email. I have yet to receive
employment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now in addition to unjustly being suspended without pay on numerous
casions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them
hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim.
ave not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to contue to get a rise out of me using passive aggressive unhanded tactic
ich I am bringing to the surface. Further, confusion lies in that I just was alerted of your existence while being bullied to do a financial disclosure when I was only sent the notice about a little over two
eks ago through the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which
ould have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go
en prior to the effective date.

ztly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been
instantly reaching out to me and from the email I recently received from Hemraj, I was under the impression all communication was to be filtered through the Judge; especially being that DC Govt DISB ha
eady been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work
vironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before it was due as I was going through medical issues including
se brought on by the trauma DC Govt/DISB triggered ex. they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already
vided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

anks,

# ainab Yusuff

22107264

nab <zdyusuff@gmail.com>                                                                    Sat, May 25, 2024 at 11:1
<grindstonelaw@aol.com>

ted text hidden]

Joseph (OEA) <lim.Joseph@dc.gov>                                                           Tue, May 28, 2024 at 9:0
al Knab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.Joseph@dc.gov>

bject: OEA Matter No. 1601-0043-24

UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
hail is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
ited text hidden]

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

receipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an
vt DISB) for dates regarding a prehearing conference proposed by Judge. August 21, 2024 would be the selection.

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne  ▾

od morning Ms. Yusuff:

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre
chearing Conference. I would like to propose August 19, 2024, August 21, 2024, and August 26, 2024. May you please let me know if you are available on these three dates? If not,
available for the conference in August.

ank you,

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

anks,

# ainab Yusuff

:red text hidden]

nab <zdyusuff@gmail.com>                                                                Tue, May 28, 2024 at 9:3'
ulia Fuld <julia@nvrdc.org>

od morning Julia,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't
nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it
ems they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have
eady been able to do.
——— Forwarded message ———
m: Zai Knab <zdyusuff@gmail.com>
ated text hidden]
:red text hidden]

---

Fuld <julia@nvrdc.org>                                                                  Tue, May 28, 2024 at 11:5!
al Knab <zdyusuff@gmail.com>

Zainab,

 sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

? Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

:cause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

ase do not send me anything else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the
pibility requirements for the service–Victim Legal Network" or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

 Refers
ps://dcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their
jular rates.

· Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine–Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld | [she/her/hers]
nior Staff Attorney
l: 202.932.4332
ce: 202.742.1727 x 1110

ase note NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your message as soon as I am able.

ated text hidden]

message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipien'
are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

---

nab <zdyusuff@gmail.com>                                                                Tue, May 28, 2024 at 12:0:
ulia Fuld <julia@nvrdc.org>

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the. delay and seems to be moving along now. Thanks again for
: help on such short notice and the clarifications I probably would have never figured out.

ıch appreciation,

ainab Yusuff

22107264
ated text hidden]

---

ır, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                 Wed, Jun 12, 2024 at 12:0'
lm, Joseph (OEA) <lim.joseph@dc.gov>
al Knab <zdyusuff@gmail.com>

od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's
low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional
ormation.

ank you,

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW

ainab Yusuff

22107264

›ted text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

Tue, Jul 30, 2024 at 10:2...

›od morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
1e, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

icerely,

niel M. Thaler
ssistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

›m: Zal Knab <zdyusuff@gmail.com>
nt: Monday, July 29, 2024 11:39 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA)
elicia.Dantzler@dc.gov>
›ted text hidden]

.nab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

:etings Daniel et al,

.ur email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option. In
covery is to be provided (which date should also extend to August 19,2024 In addition to the documents/data I will be requiring from DC Govt/DISB such as all the same documents they are requiring of
ow better than allowing the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additio
: vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is at
- vulnerable side showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date with
ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details; which now
.ke, as DC Govt /DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt an
.ny and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.

From Thaler — Good morning Ms. Yusuff:
elieved the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more in
.2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomor
ugust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney General Civil Litigation Division ——
—Greetings Judge Lim,
n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
.uested continuance/extension (whatever you want to call it, I am not a lawyer but will non take advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
aine ets. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
.re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th
.ally, I think not. Regards. Immediately below is the previous email sent for your convenience:
On Tue, Jul 23, 2024 at 6:43 PM Lim, Joseph (OEA) <lim...joseph@dc.gov> wrote:
FYI, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From Zal Knab <... ... ...
Sent: Tuesday, July 23, 2024 6:43 PM
To Finch, Connor (OAG) <... ... ›: Lim, Joseph (OEA) <... ... ...›; Thaler, Daniel (OAG) <... ...; ...›; Stubbs, Charity (OAG) <... ... ...
Subject: Re: OEA Matter No. 1601-0043-24

This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe th
... ... for additional analysis by OCTO Security Operations Center (SOC).

Greetings Judge Lim,

...
where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for thi
.ue to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so

niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

etadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24

oted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                          Wed, Jun 12, 2024 at 2:2:
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

der attached. Hard copy to be mailed.

---

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
oted text hidden]

oted text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                    Wed, Jun 12, 2024 at 2:5
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

ceived. Thank you.

niel M. Thaler
sistant Attorney General
/il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

etadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
oted text hidden]

oted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                  Thu, Jun 13, 2024 at 11:5!
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

:etings Judge Lim,

eceipt of pre-hearing order.

gards,

ainab Yusuff
22107264
oted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                  Wed, Jul 10, 2024 at 10:0:
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

:etings,

ceived this pre-hearing order for my claims for the current DISB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlemen guage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meeti ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation,
nab
.anks,

—— Forwarded message ——
m: Zal Knab <zdyusuff@gmail.com>
[redacted text hidden]
[redacted text hidden]

—— Forwarded message ——
m: 'Dantzler, Felicia (ABCA)' <Felicia.Dantzler@dc.gov>
Zai Knab <zdyusuff@gmail.com>

::
e: Mon, 1 Jul 2024 16:18:41 +0000
ject: RE: OHR Inquiry 18626 Intake Appointment

Zai,

ceived.

gards,

licia Dantzler

esident

SCME

cal 2743

2-716-5646

m: Zai Knab <zdyusuff@gmail.com>
nt: Sunday, June 30, 2024 11:38 PM
: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
garibay@districtcouncil20.org>
: acarter@employmentlawgroup.com; dmullane@employmentlawgroup.com
bject: Re: OHR Inquiry 18626 Intake Appointment

AUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

eetings Michelle Seyler,

s nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
im and clarification as to the delay and and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
: Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case & my prior union reps because I'm not sure why this intake is just now happening much over a
ir after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
sed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago; seems to be ar
ue with checks and balances in this entire process that may need to be investigated/audited overall.

gards,

# ainab Yusuff

22107264

Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

Dial in by phone

+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#

nab <zdyusuff@gmail.com>                                                                                          Tue, Jul 23, 2024 at 6:4:
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA)
cia.Dantzler@dc.gov>

eetings Judge Lim,

n just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through
dical matters, the wrongful termination I am dealing with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records sho
ther, because of my medical situations I believe I (a vulnerable person at this point for sure) am being further taken advantage of and the process now being rushed (though I won't allow anyone to rush

...ry regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with the ...cessary knowledge to communicate the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my re| I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt In at many fronts), the fact the agency was aware of accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h ne is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge Lim is copied (so no o o claim they do not know what is going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so d technicalities will take precedence. Please stop with the tactics especially when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival befo atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back in some shape or form to all involved. Further, any good attorney would know when to ncede as their client is clearly in the wrong. :

tice of Deposition - August 2, 2024 at 11:00am

essage

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                    Tue, Jul 23 at 12:17 F
Zai Knab <zdyusuff@gmail.com>
"Stubbs, Charity (OAG)" <charity.stubbs@dc.gov>

Good afternoon Ms. Yusuff:
Please find attached a notice for your deposition on **August 2, 2024 at 11:00am**. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington, DC 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you need assistance with finding the location of the deposition on the 9th Floor of the building.
Sincerely,
Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
202) 724-5474
daniel.thaler@dc.gov

gards.

# ainab Yusuff

22107264

[ed text hidden]

Joseph (OEA) <lim.joseph@dc.gov>                                                                                    Wed, Jul 24, 2024 at 10:1:
al Knab <zdyusuff@gmail.com>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, July 23, 2024 6:43 PM
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG)
harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
[ed text hidden]

nab <zdyusuff@gmail.com>
Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

eetings Judge Lim,

n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus uested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t nret etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet t alty; I think not. Regards. Immediately below is the previous email sent for your convenience:

On Wed, Jul 24, 2024 at 10:19 AM Lim, Joseph (OEA) <lim... : : * : .e> wrote:
I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From: Zai Knab <  : * :  :  :  :  .. e
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) <.  :  : *: Lim, Joseph (OEA) <.  :  : *: Thaler, Daniel (OAG) <  :  :  : *: Stubbs, Charity (OAG) <  :  :  :
e : .  :  .
Subject: Re: OEA Matter No. 1601-0043-24

This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the contents are safe. If you believe this
 :  :  : for additional analysis by DC's Security Operations Center (SOC).

eetings Judge Lim,

am] [believe] being in a semblance below from Daniel Thaler in regards to a deposition my deposition when I last informed you all I am seeking additional representation and I am currently still going through th ld to excel fail, not to accommodate beforehand of the primary reasons of which the DC Govt and DISB were totally aware of which that on records show. Further, because of my myriad situations I believe e for "ex-em-level" type of unfair process now being rushed (though I will allow anyone to rush me into anything especially now that I am unemployed due to those unfair termination tactics and only ntk by; I am too comp] more aware that the process also they was not followed up keeping rights intact] what is seeming its well. For DC Govt to further weaken] my health seemed demoral: I am glad where even it big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with ne the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure I need to know the reason for this due to numerous lapses in judgement on the part of DC Govt In at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so out fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I ar will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is cop| going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so that technicalities will take prece Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

Notice of Deposition - August 2, 2024 at 11:00am

3ovt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo al involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

**Notice of Deposition - August 2, 2024 at 11:00am**

.anks,

# ainab Yusuff

22107264

.anks,

# ainab Yusuff

22107264

led text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                    Wed, Jul 31, 2024 at 9:0:
ai Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

od morning Ms. Yusuff:

allow you additional time to secure legal representation, we will reschedule the deposition to August 13, 2024 at 10:00 a.m. This is the latest date that we are able to do under the rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally bmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that 1e.

icerely,

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the issage.

itadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

)m: Zai Knab <zdyusuff@gmail.com>
nt: Wednesday, July 31, 2024 7:18 AM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG)
harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
led text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                    Wed, Jul 31, 2024 at 12:2:
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>

. Yusuff:

ase find attached the updated notice of deposition reflecting the new date of August 13, 2024 at 10:00 a.m. As a reminder, you will need photo identification to enter the building. ice you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

icerely,

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the issage.

itadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

)m: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

: Llm, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

)ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                 Fri, Aug 2, 2024 at 8:3'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

lieve I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to the rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference by gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.).  Also, for whenever the deposition does occur, I would like a fu nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,

# ainab Yusuff

22107264

)ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                         Mon, Aug 5, 2024 at 9:5:
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing copy.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
: Llm, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

)ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                 Mon, Aug 5, 2024 at 9:5:
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

:etings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w t made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing s and the paper trail I have shows that. Looking forward to hearing from you.

anks,

# ainab Yusuff

22107264

)ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                 Tue, Aug 6, 2024 at 7:3'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (A9C
:la.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

:etings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13, 2024 per niel's email. See attached proof of me mailing the notices to be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and ifirm receipt of this email and a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as y are already in the wrong and there are questions I want to ask as well so we can go through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a isible a n entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are tited to so you can say the person did not ask just like Daniel's reckless statement he uses if he doesn't hear back that he assumes notice has been received. Would not want the mentality affecting my se, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie rninated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t :tense.

gards,

# ainab Yusuff

22107264

)ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                 Fri, Aug 9, 2024 at 8:4'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
:la.dantzler@dc.gov>

od morning Judge Lim,

aln, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the e that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the tter further if gaslighting as though DC Govt DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, I lays figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical astions passed the superior court judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a aing I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts re now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals one (as I owe you all thing as I am not currently employed-which is not smart because now I have sometime in between; thanks) Anyways, it is interesting to see all this in real time and knowing I still have a court above you. I I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my story in-depth which is my right Judge Lim, Daniel Thaler, Connor Finc of you all); glad I know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you all can drag this out, I am unemployed thanks to you all anyway so

even worst that might even want to see you all not in existence. Luckily I am not one though no one is safe from getting exactly what is owed to them. I look forward to hearing from you all. Just know, I ow some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n n need to do. Hope to hear from you professionals soon;)

gards,

# ainab Yusuff

22107264

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                  Fri, Aug 9, 2024 at 9:1
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to ntinue will not be acted unless those dates are submitted via hard copy and email.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                  Fri, Aug 9, 2024 at 9:1
ai Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

ease note that I will be on leave next week.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                           Fri, Aug 9, 2024 at 9:2
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y did you not inform me of this In the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday gust 13th so respond to that and If I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week ties. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mail as well t may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if I provided the dates now there should be no issues and no penalties of sanctions on i J because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your sition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery; has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264
ted text hidden]

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_District of Columbia_
_(office of human resources)_

_Zainab Yusuff_
Plaintiff

vs.

_District of Columbia_
_DCHR (office of human resources)_
Defendant

Case Number    2024    5220

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address

_DC  20019_

_202 210 7264_
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    번역을 원하시면, (202)879-4828로 전화주십시오    (202) 879-4828

Clerk of the Court

By _____
Deputy Clerk

Date ___8___  _____24___

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                    Demandante

contra

                    Número de Caso: _____

_____
                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                Por: _____
_____                Subsecretario
Dirección

                                Fecha _____
_____
Teléfono
如需翻译,办打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

한국어로 번역을 원하면(202)879-4828로 전화주십시오.     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC Government (District of Columbia Government)_
_____
Defendant

Case Number 2 0 2 4  5 2 2 0

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address
_DC 20019_

_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _8/16/24_

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요.     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ።

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                      Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                        Demandante
               contra
                                                        Número de Caso: _____
_____
                                        Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

Nombre del abogado del Demandante
_____

                                        Por: _____

Dirección                                                       Subsecretario
_____

                                        Fecha _____

Teléfono
_____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역을 원하시면 (202) 879-4828 로 연락하십시오        ያማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                       Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

*Zainab Yusuff*

_____
Plaintiff

vs.

Case Number  2024  5229

*Alcohol Beverage & Cannabis Administration*
*aka DC ABRA and DC ABCA*

_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address
*DC  20019*

*202 210 7224*
_____
Telephone
如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch hãy gọi (202)879-4828
번역을 원하시면, (202)879-4828로 전화주세요    ៣ភាសាផ្សេងៗ ៣ក្រុមៗ សម្រាប់ការ (202) 879-4828    ይህ አማርኛ

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes e entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

_____
Dirección

_____

_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
Subsecretario

Fecha _____

如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828로 전화주십시오         የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yousff_
_____ Plaintiff
vs.

Case Number _2024 5229_

_DC Department of Insurance Securities_
_Banking aka DC DISB_
_____ Defendant

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusluff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address
_DC   20019_

_202 210 7264_
Telephone

_Clerk of the Court_

By _Katen Cain_
                                    Deputy Clerk

Date _01 16 24_

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____

_____ Demandante

contra

Número de Caso: _____

_____

_____ Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                        Por: _____
_____                      Subsecretario
Dirección

_____

                                        Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만약 번역을 원하시면 (202) 879-4828로 전화주십시오     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____ Plaintiff

vs.

_DC_
_Office of Employee Appeals (Judge Lim)_
_aka OEA_            Defendant

Case Number    2 0 2 4    5 2 2 9

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address

_DC    20019_

_202 210 7864_
Telephone

如需翻译，请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요.           የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
           Deputy Clerk

Date    8  16  24

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                    Demandante
        contra
                                                    Número de Caso: _____

_____
                                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____
                                            Por: _____
Dirección                                                       Subsecretario
_____

_____
                                            Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bản dịch, hãy gọi (202) 879-4828
만약 번역을 원하시면 (202)879-4828 로 전화주십시오        የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Bainab Yusuff_
_____
                                    Plaintiff
                    vs.

Case Number  2 0 2 4   5 2 2 9

_DC OHR (Office of human rights)_
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Bainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NAB Ave DC_
_____
Address
_DC  20019_
_____
_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
                              Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주세요      ያማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

                    contra

                                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____
                                                    Subsecretario
_____
Dirección

_____

                                    Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202)879-4828 로 연락하십시오    የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                            Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yusuff_
_____ Plaintiff
vs.

_DC BEGA_
_Board of Ethics & Gov't Accountability_    Case Number  2 0 2 4   5 2 2 9
_____ Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_                                    _Clerk of the Court_
Name of Plaintiff's Attorney
_4600 NH Ave NE_                          By _____
Address                                                        Deputy Clerk
_DC  20019_
_202 210 7164_                               Date _8.16.24_
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
빈역을 원하시면, (202)879-4828로 전화주십세요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                          Subsecretario

_____

Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| | | |
|---|---|---|
| ☐ | **Civil Actions Branch**<br>**500 Indiana Ave., N.W.**<br>**Room 5000**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1133** | |

☐ **Landlord & Tenant Branch**
**510 4ᵗʰ Street, N.W.**
**Room 110**
**Washington, D.C. 20001**
**Telephone: (202) 879-4879**

☐ **Small Claims & Conciliation Branch**
**510 4ᵗʰ Street, N.W.**
**Room 119**
**Washington, D.C. 20001**
**Telephone: (202) 879-1120**

_____
Plaintiff

v.                           CASE NUMBER: _____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____     _____
Signature                             Date

_____     _____
Printed Name and Bar Number (if applicable)    Street Address

_____     _____
Email Address and Phone Number        City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____     _____
Name                                  Name

_____     _____
Street Address                        Street Address

_____     _____
City, State, Zip                      City, State, Zip

_____     _____
Email Address and Phone Number        Email Address and Phone Number

Form CV(6)-451/Jan. 2020        Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4ᵗʰ Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4ᵗʰ Street, N.W.
Room 119
Washington, D.C. 20001
Telephone: (202) 879-1120

_____
                    Plaintiff

        v.                                    CASE NUMBER: _____

_____
                    Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____        _____
Signature                                Date

_____        _____
Printed Name and Bar Number (if applicable)    Street Address

_____        _____
Email Address and Phone Number            City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____        _____
Name                                     Name

_____        _____
Street Address                           Street Address

_____        _____
City, State, Zip                         City, State, Zip

_____        _____
Email Address and Phone Number            Email Address and Phone Number

Form CV(6)-451/Jan. 2020                 Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuff
_____
*Plaintiff(s)*

v.

Case No: 2024cab005229

District Of Columbia et al
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
DC Office Of Human Rights
_____
441 4th St, NW
_____
Suite 570N
_____
Washington, DC 20001
_____

    The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

    Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

    If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

    This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/20/2024 .

_____
*Signature*

8/20/24
_____
*Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
### COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

    I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____
*Signature*

_____
*Relationship to Defendant/Authority to Receive Service*

_____
*Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828

如需翻译,请打电话 (202) 879-4828
የትርጉም እርዳታ ከፈለጉ ይደውሉ (202) 879-4828 ይደውሉ

Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202) 879-4828 로 전화주십시오



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Neal E Kravitz. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## **ACCESSIBILITY AND LANGUAGE ACCESS**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.


**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.


**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.


**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማ�ት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጽህፈት ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:

| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>ington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |



If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station.**  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:

| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 |



| **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.
2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.
3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
AUG 16 2024
Superior Court of the
District of Columbia

Case No. **2024 5229**

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Zainab Yusuff
PLAINTIFF

vs

4600 NHB Ave NE
Address (No Post Office Boxes)

Washington, DC 20019
City          State          Zip Code

202.210.7264
Telephone Number

zdyusuff@gmail.com
Email Address (optional)

DC Gov't (District of Columbia
DEFENDANT        Government

441 4th St NW
Address (No Post Office Boxes)

Washington, DC 20001
City          State          Zip Code

202.478.9200
Telephone Number

Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   Please see document attached immediately called
   Case Summary DC Courts (1) dated 8/9/24.
   - I also attached the original OHR/OOR complaints
   - Reponse of Union on my Behalf to DBH etc. by Sonny Granby
   - Most recent email chain between OEA, OAG etc. (9 pages)

2. What relief are you requesting from the Court? Include any request for money damages.

   I have been repeatedly & continuously being mistreated
   by DC Government & its agencies & proxy agencies through-
   out the process through still was trying to navigate
   through the deceit, lies, psychological abuse & more.
   I am seeking removal of all antagonizing parties, punitive
   damages for the egregiousness & timeframe of all this.
   I would like a total of $1.5 Million which includes emotional distress
   trauma, pain & suffer
   loss of work &
   career trajectory.

Form CA-3074 [Rev. Nov. 2017]                    Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

I loved my job & career, this has affected even on the most pscholagical level to the point of suicidal ideations as I tried getting help geniunely from every avenue including agencies I thought were formed to help it just felt like collusion to keep me down. As someone who considers themself resilient, this made me want more justice for myself & those that may have even less confidence to persue justice than me. It was & still is a though they were trying to drain my resources even blatantly so.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

8 . 9 . 24
_____
DATE

Subscribed and sworn to before me this _____ day of _____ __ 20_____ __.

_____
(Notary Public Deputy Clerk)

**ADDENDUM TO COMPLAINT**

CASE NO. 2024 5229

**ADDITIONAL PARTY NAMES AND ADDRESSES**

(BEGA)
Board of Ethics & Govt. Accountability
☐ PLAINTIF   ☑ DEFENDANT

~~Office of Human Resources~~ ~~1050~~

Address (No Post Office Boxes)
1030 15th St NW, #700 West
Wash, DC   20005
City        State        Zip

202 481 3408
Telephone Number

bega@dc.gov
Email Address (Optional)

---

DC
Office of Human Rights (OHR)
☐ PLAINTIFF   ☑ DEFENDANT

441 4th St NW #570 N
Address (No Post Office Boxes)

Wash, DC   20001
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

---

(OCHR)
DC Office of Human Resources
☐ PLAINTIF   ☑ DEFENDANT

1015 half St SE #9
Address (No Post Office Boxes)

Wash, DC   20003
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

---

~~DC~~ DC DISB
☐ PLAINTIFF   ☑ DEFENDANT

1050 ~~1st St~~ 1st St NE #801
Address (No Post Office Boxes)

,   DC   20002
City        State        Zip

_____
Telephone Number

_____
Email Address (Optional)

**ADDENDUM TO COMPLAINT**

CASE NO. _____

**ADDITIONAL PARTY NAMES AND ADDRESSES**

_ABRA/ABCA/_

☐ PLAINTIF    ☑ DEFENDANT

_2000 14th St NW #400s_

Address (No Post Office Boxes)

_DC_

City    State    Zip

_____

Telephone Number

_____

Email Address (Optional)

_DC Govt_

☐ PLAINTIFF    ☑ DEFENDANT

_441 4th St NW_

Address (No Post Office Boxes)

_DC    20001_

City    State    Zip

_____

Telephone Number

_____

Email Address (Optional)

_DC Office of Employee Appeals (Judge Lim)_

☐ PLAINTIF aka _OEA_    ☑ DEFENDANT

_955 l'enfant Plaza SW_

Address (No Post Office Boxes)

_Wash, DC  20024._

City    State    Zip

_202 727 0004_

Telephone Number

_____

Email Address (Optional)

☐ PLAINTIFF    ☐ DEFENDANT

_____

Address (No Post Office Boxes)

_____

City    State    Zip

_____

Telephone Number

_____

Email Address (Optional)

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

*Zainab Yusuff*
(Plaintiff(s))

*DC Gov't, DCHR, DC OHR, ABCA, ABRA, BEGA, DISB*
(Defendant(s))

Case Number: **2024 5229**

Date: *Aug. 9, 2024 (8:9.24)*

☐ One of the defendants is being sued in their official capacity. — *all the officials & removal of the cases I named*

| | |
|---|---|
| Name: *(Please Print)* *Zainab Yusuff* | Relationship to Lawsuit |
| Firm Name: *N/A* | ☐ Attorney for Plaintiff |
| Telephone No.:        DC Bar No.: | ☑ Self (Pro Se) |
| | ☐ Other: |

TYPE OF CASE:   ☐ Non-Jury     ☐ 6 Person Jury     ☑ 12 Person Jury
Demand: $ *1.5 Million USD*        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: *23-139 DC (CV)* Judge: _____ Calendar #: _____
*OHR, EEOC DC-2023-00140*
Case No.: *OEA Matter #1601-0043-24* Judge: *Jury JCM* Calendar #: _____

---

**NATURE OF SUIT:    (Check One Box Only)**

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☑ Wrongful Termination

**REAL PROPERTY**
☐ Condo Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ FRIENDLY SUIT
☐ HOUSING CODE REGULATIONS
☐ QUI TAM
☐ STRUCTURED SETTLEMENTS

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical - Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT

CV-496 February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☐ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☑ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti-SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

8/9/24
_____
Date

CV-496 February 2023



8/9/2024
DC Courts (1)
Case Summary

M

**ase Summary**
nessage

i Knab <zdyusuff@gmail.com>                                                    Fri, Aug 9, 2024 at 10:54 /
: Zai Knab <zdyusuff@gmail.com>

here are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most
ecently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of
he office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears
t is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been
iubmitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network
vhich I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA
locuments of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of
·MLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been
:reating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all.
Nore has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated
in March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I
iave proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C.
iovernment – ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and
iarassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach
ne in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice
·urdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was
nappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with
ife anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my
nedical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. DC DISB also withheld my W2 and I had to report them to the IRS and even DC
)ISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for
:ontinuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals
illments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me
iecause I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does.
Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested
in ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB
erminated me while in medical distress and seeking extension because I had the time available thought they would delay their
esponses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include
3EGA because Ashely Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including:
<atrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and
Nartha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress,
oss of work, punitive damages against DC Govt and DISB and more

Thanks,

# Zainab Yusuff

!022107264



# Employment_Intake_Questionnaire_Form

**DC GOVERNMENT**

**Submitted On:**

Feb 28, 2023,
01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW<br>400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because of your:** | Race<br>Sex<br>Disability<br>Age |

| | |
|---|---|
| **Please check all that apply:** | Color<br>National origin<br>Retaliation<br>Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Transfer<br>Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml<br>FW_ Attached Documents.eml<br>RE_ Completed RE_.eml<br>Filing Grievance RE_ Notice of Final Decision.eml<br>Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella<br>**Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea<br>**Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202-442.6598 |
| **Please provide a detailed** | I was led to file this complaint due to continuous discrimination, |



# Employment_Intake_Questionnaire_Form

DC GOVERNMENT

**Submitted On:**
Jul 8, 2023,
09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |
| **Fax** | |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Sex<br>Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23<br>Employment_Intake_Questionnaire_Form__xMIlSYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| **Phone Number** | 2024427804 |
| **Phone Number** | 2027337792 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

blatant lies, hostile work environment, retaliation, unequal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-times and dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**

zdyusuff@gmail.com

**Full Name**

**Email**

**Phone Number**

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

**First Name:** Darniece
**Last Name:** Shirley

darniece.shirley@dc.gov

2027337392

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

An example of producing a result which it could not command directly are the two disciplinary attempts that seem to have come

from the top (influence). I say this for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence o my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex. my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.

I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you all provided and is clean, free of any prior offense.
This factor should hold more weight when trying to take away

someone's livelihood for five days.

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusff was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven by the claim I filed with OHR that details the matters. This point disproves the Proposing Official's Rationale Worksheet numbers

9,10,11 and 12.

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of my emails.

The subject line contained ADA which by nature is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own internal issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
EEO Counselor
Equal Employment Opportunity Commission
Lawyer or Legal Aid Clinic (Please enter name in box below)



# Request_Assistance_or_File_a_Complaint

**Submitted On:**

Oct 2, 2023,
08:27AM EDT

## DC GOVERNMENT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab<br>**Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access – Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has al the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

being done about it. ?The OHR claims I filed explains everytthing in detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving this young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

| | |
|---|---|
| **Please give us the date of the most recent issue:** | 9/26/2023 |
| **Please give us the location of the issue:** | DISB, Washington Marriott on L st |
| **Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?** | Independent ADA, not subordinate of Katrice Purdie |
| **Names and Positions of Staff Encountered (if known).** | Katrice Purdie, Marlen Simmons, Alice Pettigrew |
| **Does anyone else have information about this situation or issue that you think we should contact?** | Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor) |
| **Full Name** | **First Name:** Felicia **Last Name:** Dantzler |
| **Phone Number** | 2027165646 |
| **Full Name** | **First Name:** Quiana **Last Name:** Harris |
| **Phone Number** | 2027274559 |

**Additional Referral Information:**

**Email Address**                    zdyusuff@gmail.com



OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

Office of the General Counsel

TO:        Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding
           Official)
           Zainab Yusuff, Fraud Investigator, DISB
CC:        Sonny Garibay, Yusuff's Representative
FROM:      Vincent Enriquez, Assistant General Counsel (Hearing Officer)
DATE:      March 15, 2024
RE:        Administrative Review / Written Report and Recommendation
           Proposed Removal of Zainab Yusuff

## I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer
Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On
October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has
allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence
without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal*
("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On
March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's
representative. Despite this being outside the ten (10) workdays delineated in the Proposed
Removal Letter, the Proposed Removal Letter had the wrong contact information for the
undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing
officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned
Hearing Officer's review is based on the information and supporting documentation provided by
DISB and Yusuff's representative.

## II.    STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been
subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of
the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her
employment for the following reasons:

1050 First Street NE, Washington, DC 20002
(202) 727 6436 TTY: 711 | osse.dc.gov

Disciplinary Cause

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A. Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B. A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C. Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D. Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
|------|-------------|------------------------|
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

| | | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
|---|---|---|
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E. On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F. Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G. Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action*: Removal

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:
   a. Leave Restriction Notice, dated October 23, 2023
   b. FedEx Receipt, dated October 24, 2023
   c. Yusuff Medical Note, dated November 20, 2023
   d. Insufficiency Email, dated November 20, 2023
   e. PFML Approval, dated November 20, 2023
   f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.    FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

   i. Under *Douglas* Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii.  Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that require interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii.  Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv.  Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v.  Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence I the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under *Douglas* Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under *Douglas* Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under *Douglas* Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow investigators not wanting to work with her.

ix.   Under *Douglas* Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x.  Under _Douglas_ No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi.  Under _Douglas_ Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii.  Under _Douglas_ Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

IV.    CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1.  Attendance Related Offenses: Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION

1050 First Street NE, Washington, DC 20002

(202) 727-6436 TTY: 711  |  osse.dc.gov

Matter No. 1601-0043-24
essages

nab <zdyusuff@gmail.com>                                                                Fri, May 24, 2024 at 6:1(
m.Joseph@dc.gov

eetings Judge Lim,

name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email, I have yet to receive mployment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now in addition to unjustly being suspended without pay on numerous casions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim. ave not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to contiue to get a rise out of me using passive aggressive unhanded tactic ich I am bringing to the surface. Further, confusion lies in that I just was alerted of your existence while being bullied to do a financial disclosure when I was only sent the notice about a little over two eks ago though the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which ould have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go in prior to the effective date.

stly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been nstantly reaching out to me and from the email I recently received from Hemraj, I was under the impression all communication was to be filtered through the Judge; especially being that DC Govt DISB h ready been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work ironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before it was due as I was going through medical issues including ere brought on by the trauma DC Govt/DISB triggered ex, they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already vided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

.anks,

# ainab Yusuff
22107264

---

nab <zdyusuff@gmail.com>                                                                Sat, May 25, 2024 at 11:1(
<grindstonelaw@aol.com>

ited text hidden]

---

Joseph (OEA) <lim.Joseph@dc.gov>                                                        Tue, May 28, 2024 at 9:0'
ai Knab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.Joseph@dc.gov>

bject: OEA Matter No. 1601-0043-24

AUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that nail is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
ited text hidden]

---

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

eceipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an vt DISB] for dates regarding a prehearing conference proposed by Judge. August 21, 2024 would be the selection.

---

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne ▾

od morning Ms. Yusuff:

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre ehearing Conference. I would like to propose August 19, 2024; August 21, 2024; and August 26, 2024. May you please let me know if you are available on these three dates? If not, e available for the conference in August.

ank you,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

.anks,

# ainab Yusuff

:tcd text hidden]

nab <zdyusuff@gmail.com>                                                    Tue, May 28, 2024 at 9:3'
ulia Fuld <julia@nvrdc.org>

od morning Julia,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't
nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it
:ms they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have
:ady been able to do.
—— Forwarded message ——
·m: Zai Knab <zdyusuff@gmail.com>
:tcd text hidden]
:tcd text hidden]

Fuld <julia@nvrdc.org>                                                      Tue, May 28, 2024 at 11:5!
al Knab <zdyusuff@gmail.com>

Zainab,

sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

? Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

:cause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

:ase do not send me anything else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the
)ibility requirements for the service–Victim Legal Network" or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

Refers
ps://fdcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their
jular rates.

· Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine–Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld | [she/her/hers]
nior Staff Attorney
t: 202.932.4332
ice: 202.742.1727 x 1110

·ase note: NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your message as soon as I am able.

:tcd text hidden]
s message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipient
· are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

nab <zdyusuff@gmail.com>                                                    Tue, May 28, 2024 at 12:0'
ulia Fuld <julia@nvrdc.org>

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the. delay and seems to be moving along now. Thanks again for
: help on such short notice and the clarifications I probably would have never figured out.

1ch appreciation,

ainab Yusuff
22107264
:tcd text hidden]

·r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                     Wed, Jun 12, 2024 at 12:0'
lm, Joseph (OEA) <lim.joseph@dc.gov>
al Knab <zdyusuff@gmail.com>

·od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's
low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional
ormation.

ank you,

niel M. Thaler
sistant Attorney General
,il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW

ainab Yusuff

22107264

[ted text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                      Tue, Jul 30, 2024 at 10:2
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

·od morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
ie, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

icerely,

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
12) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
iin, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
issage.

**:tadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

>m: Zal Knab <zdyusuff@gmail.com>
nt: Monday, July 29, 2024 11:39 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA)
elicia.Dantzler@dc.gov>
[ted text hidden]

---

nab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@cc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

ietings Daniel et al,

ir email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option.
covery is to be provided (which date should also extend to August 19, 2024 in addition to the documents/data I will be requiring from DC Govt/DISB such as all the same documents they are requiring of
iw better than allowing the other side to narrate anything nor to take the very first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additic
vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is at
- vulnerable side showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date with
ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details; which now
ike, as DC Govt/DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt any
my and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.

**From Thaler: ——Good morning Ms. Yusuff:**
**elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more tir**
**1, 2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomorr**
**gust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney General Civil Litigation Division——**
——Greetings Judge Lim,
n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
quested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
arnest etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th
alth; I think not. Regards. Immediately below is the previous email sent for your convenience:
**On July 23, 2024 at 2:06 PM, Lim, Joseph (OEA) <...> wrote:**
**Yi, please be aware that both parties must cooperate in discovery or sanctions may be imposed.**

**From: Zal Knab <...>**
**Sent: Tuesday, July 23, 2024 6:43 PM**
**To: Finch, Connor (OAG) <...>; Lim, Joseph (OEA) <...>; Thaler, Daniel (OAG) <...>; Stubbs, Charity (OAG) <**
**Subject: Re: OEA Matter No. 1601-0043-2(**

This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe th
... [for additional analysis by OCTO Security Operations Center (SOC)]

Dear Judge Lim,
... where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep said he need to know the reason for thi:
jue to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so

niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24

ded text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

Wed, Jun 12, 2024 at 2:2:

der attached. Hard copy to be mailed.

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
ded text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

Wed, Jun 12, 2024 at 2:5

ceived. Thank you.

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
lice of the Attorney General for the District of Columbia
0 6th Street, NW
shington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ded text hidden]

---

nab <zdyusuff@gmail.com>
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

Thu, Jun 13, 2024 at 11:5!

etings Judge Lim,

eceipt of pre-hearing order.

gards,

ainab Yusuff

22107264
ded text hidden]

---

nab <zdyusuff@gmail.com>
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

Wed, Jul 10, 2024 at 10:0:

etings,

ceived this pre-hearing order for my claims for the current DISB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlemen
guage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meeti
ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation,
nab
anks,

—— Forwarded message ——
·m: Zai Knab <zdyusuff@gmail.com>
·)ted text hidden]
·)ted text hidden]

—— Forwarded message ——
·m: 'Dantzler, Felicia (ABCA)' <Felicia.Dantzler@dc.gov>
·Zai Knab <zdyusuff@gmail.com>

·:: Mon, 1 Jul 2024 16:18:41 +0000
·:ject: RE: OHR Inquiry 18626 Intake Appointment

Zai,

·:celved.

·gards,

·licia Dantzler

·:esident

·SCME
·cal 2743

·2-716-5646

·)m: Zai Knab <zdyusuff@gmail.com>
·nt: Sunday, June 30, 2024 11:38 PM
·: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
·garibay@districtcouncil20.org>
·: acarter@employmentlawgroup.com; dmullane@employmentlawgroup.com
·bject: Re: OHR Inquiry 18626 Intake Appointment

·\)UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
·s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

·:etings Michelle Seyler,

·: nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
·:esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
·im and confirming as to the delay and and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
·· Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
·uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case & my prior union reps because I'm not sure why this intake is just now happening much over a
·r after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
·:sed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago; seems to be an
·ue with checks and balances in this entire process that may need to be investigated/audited overall.

·gards,

# ainab Yusuff
·22107264

Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

**Dial in by phone**

·+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#

·:nab <zdyusuff@gmail.com>                                                                                              Tue, Jul 23, 2024 at 6:4:
·inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA)
·:la.Dantzler@dc.gov>

·:etings Judge Lim,

·n just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through
·dical matters, the wrongful termination I am dealing with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records sho
·:ther, because of my medical situations I believe I (a vulnerable person at this point for sure) am being further taken advantage of and the process now being rushed (though I won't allow anyone to rush

...my rights own way but cannot a regular person, it is painful because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with the ...cessary knowledge to communicate the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor CDR claims I filed ever even got followed up on (I am sure my re... I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of ... accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h... he is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get ...tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copied (so no o ...claim they do not know what is going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so ...t technicalities will take precedence. Please stop with the tactics especially when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival befo ...atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back in some shape or form to all involved. Further, any good attorney would know when to ...ncede as their client is clearly in the wrong. :

**otice of Deposition - August 2, 2024 at 11:00am**

...essage

---

...aler, Daniel (OAG) <Daniel.Thaler@dc.gov>                                              Tue, Jul 23, 2024 at 12:17 F
Zal Knab <zdyusuff@gmail.com>
"Stubbs, Charity (OAG)" <charity.stubbs@dc.gov>

Good afternoon Ms. Yusuff:
Please find attached a notice for your deposition on **August 2, 2024 at 11:00am**. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington,
DC 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you need assistance with finding the location of the deposition on the 9th
Floor of the building.
Sincerely,
Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
202) 724-5474
daniel.thaler@dc.gov

gards.

# ainab Yusuff

22107264

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                        Wed, Jul 24, 2024 at 10:1:
al Knab <zdyusuff@gmail.com>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

om: Zal Knab <zdyusuff@gmail.com>
nt: Tuesday, July 23, 2024 6:43 PM
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG)
harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

---

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>
inch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

eetings Judge Lim:

n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus ...quested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t ...ernet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance ...re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I can ce ...until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th ...alth; I think not. Regards. Immediately below is the previous email sent for your convenience:
On Wed, Jul 24, 2024 at 10:15 AM Lim, Joseph (OEA) < .... , ... > wrote:

> I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From: Zal Knab < .... , .... >
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) < .... , .... >; Lim, Joseph (OEA) < .... , .... >; Thaler, Daniel (OAG) < .... , .... >; Stubbs, Charity (OAG) < .... , .... >
Subject: Re: OEA Matter No. 1601-0043-24

This email originated from outside of the DC government. Do not click on links or open attachments unless you recognize the sender and know that the contents are safe. If you believe the ... for additional analysis by OCTO Security Operations Center (SOC).

Greetings Judge Lim:

I am just cooperating as email is below from Daniel Thaler. In regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through ... tric due to failure to accommodate the being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records show. Further, because of my medical situations I believe ... all at once, so if I am the process now being rushed (though I will not allow anyone to rush me into anything especially now that I am unemployed due to these fraudulent injustices and don ...untsay I am becoming more aware that the process also likely was not followed by keeping rights in mind with seeming as well. For DC Govt to further weaken my position is seeming demonic. I am glad ... these even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with ... the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor CDR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for this ... due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so ... but fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am ... will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is cop ... Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo ...all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

**Notice of Deposition - August 2, 2024 at 11:00am**

Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdc all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

**Notice of Deposition - August 2, 2024 at 11:00am**

.anks,

# ainab Yusuff

22107264

.anks,

# ainab Yusuff

22107264

)ed text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                Wed, Jul 31, 2024 at 9:0:
al Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

:od morning Ms. Yusuff:

allow you additional time to secure legal representation, we will reschedule the deposition to August 13, 2024 at 10:00 a.m. This is the latest date that we are able to do under the rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally bmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that ne.

icerely,

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, prii ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the issage.

**etadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

)m: Zai Knab <zdyusuff@gmail.com>
nt: Wednesday, July 31, 2024 7:18 AM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG)
harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
)ed text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                Wed, Jul 31, 2024 at 12:2·
al Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>

;. Yusuff:

ease find attached the updated notice of deposition reflecting the new date of August 13, 2024 at 10:00 a.m. As a reminder, you will need photo identification to enter the building. nce you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

icerely,

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, prii ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the issage.

**etadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

)m: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

ated text hidden]

nab <zdyusuff@gmail.com>                                                                                                      Fri, Aug 2, 2024 at 8:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

lieve I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for
gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.).  Also, for whenever the deposition does occur, I would like a fu
nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,
ainab Yusuff
22107264

ated text hidden]

Joseph (OEA) <lim.joseph@dc.gov>                                                                                            Mon, Aug 5, 2024 at 9:5
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing copy.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ated text hidden]

nab <zdyusuff@gmail.com>                                                                                                     Mon, Aug 5, 2024 at 9:5
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

eetings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w
t made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing
s and the paper trail I have shows that. Looking forward to hearing from you.

anks,
ainab Yusuff
22107264

ated text hidden]

nab <zdyusuff@gmail.com>                                                                                                     Tue, Aug 6, 2024 at 7:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

eetings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13, 2024 per
niel's email. See attached proof of me mailing the notices to be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please
operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and
nfirm receipt of this email as a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as
y are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Please also advise of that process and if
ssible a an entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are
titled to so you can say the person did not ask; just like Daniel's reckless statement he uses if he doesn't hear back that he assumes notice has been received. Would not want the mentality affecting my
se, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would
the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie
minated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at
st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t
tense.

gards,
ainab Yusuff
22107264

ated text hidden]

nab <zdyusuff@gmail.com>                                                                                                     Fri, Aug 9, 2024 at 8:4
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>

od morning Judge Lim,

ain, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the
e that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the
tter further if gaslighting as though DC Govt DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, I
ays figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical
estions passed the superior court Judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a
ing I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts
re now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals one (as I owe you all
thing as I am not currently employed-which is not smart because now I have sometime in between; thanks) Anyways, it is interesting to see all this in real time and knowing I still have a court above you .
d I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my story in-depth which is my right Judge Lim, Daniel Thaler, Connor Finc
of you all; glad I know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you all can drag this out, I am unemployed thanks to you all anyway so

even worst that might even want to see you all not in existence. Luckily I am not one though no one is safe from getting exactly what is owed to them. I look forward to hearing from you all. Just know, I ow some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n en need to do. Hope to hear from you professionals soon;)

gards,

# ainab Yusuff

22107264

ited text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                Fri, Aug 9, 2024 at 9:1
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to ntinue will not be acted unless those dates are submitted via hard copy and email.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ited text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                Fri, Aug 9, 2024 at 9:1
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

ease note that I will be on leave next week.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ited text hidden]

---

nab <zdyusuff@gmail.com>                                                                          Fri, Aug 9, 2024 at 9:2
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday gust 13th so respond to that and if I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week ies. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mail as well I may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if provided the dates now there should be no issues and no penalties of sanctions on because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your ition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery; has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264
ited text hidden]

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_District of Columbia_
_(it, of District of Columbia)_ _____
_Zainab Yusuff_ _____ Plaintiff

vs.

_District of Columbia_
_(OHR (office of human resources)_ _____ Defendant

Case Number _____

2024  5220

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE,_
Address

_DC  20019_

_202 210 7264_
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시요    यदि अनुवाद के लिए (202) 879-4828    ያስፈልጋ (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date _____8 Aug 24_____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                        Demandante

        contra

                                                    Número de Caso: _____

_____
                                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                        Por: _____
_____                    Subsecretario
Dirección

                                        Fecha _____
_____
Teléfono

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

만약에 번역을 원하시면 (202)879-4828 로 전화해 주십시요    የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                            Vea al dorso el original en inglés
                            See reverse side for English original

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

Case Number 2 0 2 4  5 2 2 0

_DC Government ( District of Columbia )_
_( Government )_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address
_DC 20019_
_____
_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _8/16/24_

如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
_____  Demandante
contra
_____
Número de Caso: _____
_____
                              Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

Nombre del abogado del Demandante
_____

Por: _____

Dirección
_____                        Subsecretario

Fecha _____

Teléfono
_____

如需翻譯,請打電話 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828

만일번역을원하시면(202) 879-4828로전화하십시오        የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Zainab Yusuff*
_____
                                    Plaintiff
            vs.

Case Number  2 0 2 4   5 2 2 9

*Alcohol Beverage Cannabis Administration*
*aka DC ABRA aka DC ABCA*
_____
                                    Defendant

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address
*DC   20019*

*202 210 7224*
_____
Telephone
如需翻譯,請打電话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch hãy gọi (202)879-4828
번역을 원하시면, (202)879-4828로 전화주십시요.    舡ハ兀ヂ'ㅏＣㅏ子ㅇ ለማግኘት (202) 879-4828 ይደውሉ

*Clerk of the Court*

By _____
                                    Deputy Clerk

Date _____

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                    Demandante

           contra

_____                    Número de Caso: _____
                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____                    Subsecretario
Dirección

                              Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828

ከአማርኛ ትርጉም ከፈለጉ(202) 879-4828 ደውለዉ        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደዉሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yousuff_
_____
                              Plaintiff
vs.

Case Number  2024  5229

_DC Department of Insurance Securities_
_Banking aka DC DISB_
                              Defendant

**SUMMONS**

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty one (21) days after service of this summons upon you,
exclusive of the day of service. If you are being sued as an officer or agency of the United States Government
or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer,
judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yousuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address  _DC    20019_

_202 210 7264_
_____
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

_Clerk of the Court_

By _____
                              Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                          Demandante

                    contra

                                                                  Número de Caso: _____

_____
                                                          Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____
                                                    Por: _____
Dirección
_____
                                                                      Subsecretario
_____

                                                    Fecha _____
Teléfono

如需要語言,請打電話 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Đễ có một bài dịch, hãy gọi (202) 879-4828
만약에 번역을 원하시면 (202) 879-4828 로 전화해 주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                              Vea al dorso el original en inglés
                              See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

*Zainab Yusuf*
_____ Plaintiff

vs.

*DC Office of Employee Appeals (Judge Lim)*
*aka OEA*
_____ Defendant

Case Number  2 0 2 4   5 2 2 9

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuf*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address

*DC 20019*

*202 210 7864*
_____
Telephone

如需翻譯,請打電話 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주세요       የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

*Clerk of the Court*

By _____
Deputy Clerk

Date _____ 8·16·24

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
         Subsecretario

_____
Dirección

_____

_____

_____
Teléfono

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dể có một bài dịch, hày gọi (202) 879-4828

번역을원하시면(202) 879-4828로 전화주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                          Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Bainab Yusuff_
_____
Plaintiff

vs.

_OC OHR (Office of human "rights")_
_____
Defendant

Case Number 2 0 2 4  5 2 2 9

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Bainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave DC_
_____
Address
_DC  20019_
_____
_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주세요.        የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                        Demandante

                    contra
                                                    Número de Caso: _____

_____
                                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

                                        Por: _____
Dirección                                              Subsecretario
_____

                                        Fecha _____
_____

Teléfono
_____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
만약에 번역을 원하시면 (202) 879-4828 으로 전화주십시요    ፡ ያስፈልግ ቢ አዉ ለመተርጎም (202) 879-4828 ይደዉሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff
vs.

DC BEGA
_Board of Ethics : Gov't Accountability_
_____
Defendant

Case Number  2024  5229

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHR Ave NE_
Address
_DC  20019_

_202 210 7364_
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _8 . 16 . 24_

如需翻譯, 請打電話 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.      የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                    Demandante

        contra

                                    Número de Caso: _____

_____
                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                            Por: _____

_____            Subsecretario
Dirección

_____

                            Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
만약에 번역을 원하시면 (202)879-4828 로 전화해 주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

|  | | | |
|---|---|---|---|
| ☐ | **Civil Actions Branch**<br>**500 Indiana Ave., N.W.**<br>**Room 5000**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1133** | ☐ **Landlord & Tenant Branch**<br>**510 4th Street, N.W.**<br>**Room 110**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-4879** | ☐ **Small Claims & Conciliation Branch**<br>**510 4th Street, N.W.**<br>**Room 119**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1120** |

_____
Plaintiff

v.

CASE NUMBER: _____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                       Date

_____          _____
Printed Name and Bar Number (if applicable)      Street Address

_____          _____
Email Address and Phone Number              City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                            Name

_____          _____
Street Address                                  Street Address

_____          _____
City, State, Zip                                City, State, Zip

_____          _____
Email Address and Phone Number              Email Address and Phone Number

Form CV(6)-451/Jan. 2020                        Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| | | |
|---|---|---|
| ☐ **Civil Actions Branch** 500 Indiana Ave., N.W. Room 5000 Washington, D.C. 20001 Telephone: (202) 879-1133 | ☐ **Landlord & Tenant Branch** 510 4th Street, N.W. Room 110 Washington, D.C. 20001 Telephone: (202) 879-4879 | ☐ **Small Claims & Conciliation Branch** 510 4th Street, N.W. Room 119 Washington, D.C. 20001 Telephone: (202) 879-1120 |

_____
                          Plaintiff

              v.                        CASE NUMBER: _____

_____
                          Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____     _____
Signature                           Date

_____     _____
Printed Name and Bar Number (if applicable)   Street Address

_____     _____
Email Address and Phone Number      City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____     _____
Name                                Name

_____     _____
Street Address                      Street Address

_____     _____
City, State, Zip                    City, State, Zip

_____     _____
Email Address and Phone Number      Email Address and Phone Number

Form CV(6)-451/Jan. 2020            Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuff
_____
_Plaintiff(s)_

v.                                                 Case No: 2024cab005229

District Of Columbia et al
_____
_Defendant(s)_

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
DC DISB
_____
1050 First ST NE
_____
Suite 801
_____
Washington, DC 20002
_____

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/20/2024 .

_P.Q_____                                _8/20/24_____
_Signature_                                         _Date of Signature_

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
### COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____      _____      _____
_Signature_                   _Relationship to Defendant/Authority_      _Date of Signature_
                              _to Receive Service_

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828         የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ        번역을 원하시면, (202) 879-4828 로 전화주십시오



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| Your case is assigned to Associate Judge Neal E Kravitz. | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1)  This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2)  Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3)  Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4)  At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5)  If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6)  Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

*Chief Judge Anita M. Josey-Herring*

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመሃዝብ የተዘረዘሩን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

  📞 Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.
- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".
- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.
- Witnesses: tell the judge if you want a witness to testify at your hearing.
- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!
- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.
- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.
- Say your name before you speak so the record is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).
- Speak slowly and clearly so everyone hears what you are saying.
- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.
- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.
- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.
- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.
- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more Information)



- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.
- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.
- Look at the camera when you speak and avoid moving around on the video.
- Wear what you would normally wear to court.
- Sit in a well-lit room with no bright lights behind you.
- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:



**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, S
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Jus
Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Jus
Center
118 Q Street, NE
Washington, DC 20002

**Remote Site - 4**
Balance and Restorative Justice Center
hode Island Avenue, NE
ngton, DC 20018

**Remote Site - 5**
es Center
14th Street, NW, 2nd Floor
nunity Room
ington, DC 20009

**Remote Site - 6**
es Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*** No walk-ins at this location***

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station.** If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

Contact information to schedule your remote access computer station:
Call: **202-879-1900**
Email: DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm.**

Los centros de acceso remoto son:



**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002

**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al **202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



Superior Court of the District of Columbia
CIVIL DIVISION – Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
AUG 16 2024
Superior Court of the
District of Columbia

Case No. __2024__ __5229__

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Zainab Yusuff
**PLAINTIFF**

vs

DC Gov't (District of Columbia government)
**DEFENDANT**

4600 NHB Ave NE
Address (No Post Office Boxes)

441 4th St NW
Address (No Post Office Boxes)

Washington, DC 20019
City      State      Zip Code

Washington, DC 20001
City      State      Zip Code

202.210.7264
Telephone Number

802.478.9200
Telephone Number

zdyusuff@gmail.com
Email Address (optional)

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Please see document attached immediately called
Case Summary DC Courts (1) dated 8/9/24.
- I also attached the original OHR/OOR complaints
- Response of Union on my behalf to DSB etc. by Sonny Granbey
- Most recent email chain between OEA, OAG etc (9 pages)

2. What relief are you requesting from the Court? Include any request for money damages.

I have been repeatedly & continuously being mistreated
by DC Government & its agencies & proxy agencies through-
out the process though still was trying to navigate
through the deceit, lies, psychological abuse & more.
I am seeking removal of all antagonizing parties, punitive
damages for the egregiousness & timeframe of all this
I would like a total of $41.5 Million which include emotional distress,
loss of work, trauma, pain & suffer-

3. State any other information, of which the Court should be aware:

I loved my job & career, this has affected even on the most pschological level to the point of suicidal ideations as i tried getting help geniunely from every avenue including agencies i thought were formed to help. it just felt like collusion to keep me down. As someone who considers themselp resilient, this made me want more justice for myself & those that may have even less confidence to persue justice than me. It was & still is a thought they were trying to drain my resources even Blatantly so.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

**8.9.24**
_____
DATE

Subscribed and sworn to before me this _____ day of _____ 20_____

_____
(Notary Public Deputy Clerk)

2

# ADDENDUM TO COMPLAINT

CASE NO. 2024 5229

## ADDITIONAL PARTY NAMES AND ADDRESSES

*(BEGA)*
Board of Ethics & Govt. Accountability
☐ PLAINTIF   ☑ DEFENDANT
~~Office of DC Human Resource~~ *HR*
Address (No Post Office Boxes)
1030 15th St NW, # 700 West
Wash, DC   20005
City          State       Zip

202 481 3408
Telephone Number

bega@dc.gov
Email Address (Optional)

*DC*
Office of Human Rights (OHR)
☐ PLAINTIFF   ☑ DEFENDANT
441 4th St NW #570 N
Address (No Post Office Boxes)
Wash, DC   20001
City          State       Zip

_____
Telephone Number

_____
Email Address (Optional)

*(OHR)*
DC Office of Human Resources
☐ PLAINTIF   ☑ DEFENDANT
1015 half St SE #9
Address (No Post Office Boxes)
Wash, DC   20003
City          State       Zip

_____
Telephone Number

_____
Email Address (Optional)

~~DE~~ DC DISB
☐ PLAINTIFF   ☑ DEFENDANT
1050 ~~1st St~~ 1st St NE #801
Address (No Post Office Boxes)
DC   20002
City          State       Zip

_____
Telephone Number

_____
Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

## ADDITIONAL PARTY NAMES AND ADDRESSES

*ABRA/ABCA/*

☐ PLAINTIF    ☑ DEFENDANT

*2000 14th St N W #400₃*
Address (No Post Office Boxes)

*DC*

City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Gov't*

☐ PLAINTIFF    ☑ DEFENDANT

*441 4th St NW*
Address (No Post Office Boxes)

*DC       20001*

City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Office of Employee Appeals (Judge Lim)*

☐ PLAINTIF  *aka* *OEA*  ☑ DEFENDANT

*955 l'enfant Plaza SW*
Address (No Post Office Boxes)

*Wash, DC 20024.*

City          State          Zip

*202 727 0004*
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIFF    ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

_Zainab Yusuff_
(Plaintiffs)

vs.

_DC Govt, DCHR, DC OHR, ABCA/_
_ABRA, BEGA, DTSB_
(Defendant(s)

Case Number: **2024 5229**

Date: _Aug. 9, 2024  (8:9:24)_

☐ One of the defendants is being sued in their official capacity. — _all the officials & removal of the red I named._

| Name: _(Please Print)_ _Zainab Yusuff_ | Relationship to Lawsuit |
|---|---|
| Firm Name: _N/A_ | ☐ Attorney for Plaintiff |
| | ☑ Self (Pro Se) |
| Telephone No.:          DC Bar No.: | ☐ Other: |

TYPE OF CASE:  ☐ Non-Jury    ☐ 6 Person Jury    ☑ 12 Person Jury
Demand: $ _1.5 Million USD_     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _23-139 DC(OV)_ Judge: _____  Calendar #: _____
_OHR3, EEOC, 10C-2023-00140_
Case No.: _OEA Matter 1601-0043-24_ Judge: _Jury CGM_  Calendar #: _____

| NATURE OF SUIT:    (Check One Box Only) | | |
|---|---|---|
| **CONTRACT** | **COLLECTIONS/INS. SUB** | **EMPLOYMENT DISPUTE** |
| ☐ Breach of Contract | ☐ Debt Collection | ☐ Breach of Contract |
| ☐ Breach of Warranty | ☐ Insurance Subrogation | ☐ Discrimination |
| ☐ Condo Homeowner Assn. Fees | ☐ Motion/Application for Judgment by Confession | ☐ Wage Claim |
| ☐ Contract Enforcement | ☐ Motion/Application Regarding Arbitration Award | ☐ Whistle Blower |
| ☐ Negotiable Instrument | | ☑ Wrongful Termination |
| **REAL PROPERTY** | | |
| ☐ Condo Homeowner Assn. Foreclosure   ☐ Ejectment   ☐ Other | | ☐ **FRIENDLY SUIT** |
| ☐ Declaratory Judgment   ☐ Eminent Domain   ☐ Quiet Title | | ☐ **HOUSING CODE REGULATIONS** |
| ☐ Drug Related Nuisance Abatement   ☐ Interpleader   ☐ Specific Performance | | ☐ **QUI TAM** |
| | | ☐ **STRUCTURED SETTLEMENTS** |
| **ADMINISTRATIVE PROCEEDINGS** | | **AGENCY APPEAL** |
| ☐ Administrative Search Warrant | ☐ Release Mechanics Lien | ☐ Dangerous Animal Determination |
| ☐ App. for Entry of Jgt. Defaulted Compensation Benefits | ☐ Request for Subpoena | ☐ DCPS Residency Appeal |
| ☐ Enter Administrative Order as Judgment | **MALPRACTICE** | ☐ Merit Personnel Act (OEA) |
| ☐ Libel of Information | ☐ Medical - Other | ☐ Merit Personnel Act (OHR) |
| ☐ Master Meter | ☐ Wrongful Death | ☐ Other Agency Appeal |
| ☐ Petition Other | | |
| | ☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT** | |

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Waste of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [x] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL II/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti - SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] TRAFFIC ADJUDICATION APPEAL
- [ ] REQUEST FOR FOREIGN JUDGMENT

_____
Filer/Attorney's Signature

8/9/24
Date





*8/9/2024*

*DC Courts (1) Case Summary*

## ase Summary

nessage

i Knab <zdyusuff@gmail.com>                                                    Fri, Aug 9, 2024 at 10:54 /
: Zai Knab <zdyusuff@gmail.com>

There are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most ecently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of he office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears t is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been ubmitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network which I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA locuments of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of MLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been reating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all. More has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated on March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I ave proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C. Sovernment – ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and arassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach ne in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice Purdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was nappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with ife anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my nedical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. The would even call me while in the emergency room and in intensive outpatient treatment. DC DISB also withheld my W2 and I had to report them to the IRS and even DC DISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for continuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals milments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me because I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does. Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested an ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB erminated me while in medical distress and seeking extension because I had the time available thought they would delay their esponses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include BEGA because Ashely Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including: Katrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and Martha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress. oss of work, punitive damages against DC Govt and DISB and more

Thanks,

# Zainab Yusuff

2022107264



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**
Feb 28, 2023,
01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW 400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because** | Race<br>Sex |

| | |
|---|---|
| | Color |
| | National origin |
| | Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia. |
| | For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment |
| | Retaliation |
| | Discipline |
| | Transfer |
| | Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor:** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml |
| | FW_ Attached Documents.eml |
| | RE_ Completed RE_.eml |
| | Filing Grievance RE_ Notice of Final Decision.eml |
| | Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella |
| | **Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia |
| | **Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea |
| | **Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202-442.6598 |



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**

Jul 8, 2023, 09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Sex<br>Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor.** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23 Employment_Intake_Questionnaire_Form__xMllSYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| | 2024427801 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

blatant lies, hostile work environment, retaliation, unequal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-times and dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**

zdyusuff@gmail.com

**Full Name**

**Email**

**Phone Number**

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

**First Name:** Darniece
**Last Name:** Shirley

darniece.shirley@dc.gov

2027337392

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

from the top (influence). I say this for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence o my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex. my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.

I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you

someone's livelihood for five days.

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusff was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question. Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven

9,10,11 and 12.

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of

The subject line contained ADA which by nature is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own interna issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

**How did you hear about the DC Office of Human Rights (check** Family, Friend or Acquaintance
EEO Counselor
Equal Employment Opportunity Commission



## Request_Assistance_or_File_a_Complaint

### DC GOVERNMENT

**Submitted On:**

Oct 2, 2023, 08:27AM EDT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab<br>**Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has all the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have |

being done about it. ?The OHR claims I filed explains everytthing in detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving thi: young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

| | |
|---|---|
| **Please give us the date of the most recent issue:** | 9/26/2023 |
| **Please give us the location of the issue:** | DISB, Washington Marriott on L st |
| **Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?** | Independent ADA, not subordinate of Katrice Purdie |
| **Names and Positions of Staff Encountered (if known).** | Katrice Purdie, Marlen Simmons, Alice Pettigrew |
| **Does anyone else have information about this situation or issue that you think we should contact?** | Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor) |
| **Full Name** | **First Name:** Felicia **Last Name:** Dantzler |
| **Phone Number** | 2027165646 |
| **Full Name** | **First Name:** Quiana **Last Name:** Harris |
| **Phone Number** | 2027274559 |

**Additional Referral Information:**

**Email Address**                           zdyusuff@gmail.com



OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

Office of the General Counsel

TO:    Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding Official)

        Zainab Yusuff, Fraud Investigator, DISB

CC:    Sonny Garibay, Yusuff's Representative

FROM:    Vincent Enriquez, Assistant General Counsel (Hearing Officer)

DATE:    March 15, 2024

RE:    Administrative Review / Written Report and Recommendation Proposed Removal of Zainab Yusuff

---

### I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal* ("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's representative. Despite this being outside the ten (10) workdays delineated in the Proposed Removal Letter, the Proposed Removal Letter had the wrong contact information for the undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned Hearing Officer's review is based on the information and supporting documentation provided by DISB and Yusuff's representative.

### II.    STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her employment for the following reasons:

Disciplinary Cause

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A. Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B. A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C. Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D. Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
|---|---|---|
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

| | | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
|---|---|---|
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E.  On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F.  Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G.  Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action*: Removal

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:
   a. Leave Restriction Notice, dated October 23, 2023
   b. FedEx Receipt, dated October 24, 2023
   c. Yusuff Medical Note, dated November 20, 2023
   d. Insufficiency Email, dated November 20, 2023
   e. PFML Approval, dated November 20, 2023
   f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.   FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

   i. Under _Douglas_ Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii.   Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that require interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii.  Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv.   Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v.    Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence I the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under *Douglas* Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under *Douglas* Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under *Douglas* Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow investigators not wanting to work with her.

ix.   Under *Douglas* Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x.  Under *Douglas* No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi.  Under *Douglas* Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii.  Under *Douglas* Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

IV.  CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

OFFICE OF THE STATE SUPERINTENDENT OF EDUCATION

1050 First Street NE, Washington, DC 20002

(202) 727-6436 TTY: 711  |  osse.dc.gov

**1**

\ Matter No. 1601-0043-24

essages

nab <zdyusuff@gmail.com>                                                                                                   Fri, May 24, 2024 at 6:1
m.Joseph@dc.gov>

:etings Judge Lim,

. name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email. I have yet to receive
employment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now in addition to unjustly being suspended without pay on numerous
:asions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them
hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim.
ave not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to contiue to get a rise out of me using passive aggressive unhanded tactic
ich I am bringing to the surface. Further, confusion lies in that I just was alerted of your existence while being bullied to do a financial disclosure when I was only sent the notice about a little over two
:eks ago though the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which
:uld have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go
:n prior to the effective date.
.tly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been
:istantly reaching out to me and from the email I recently received from Hemraj, I was under the impression all communication was to be filtered through the Judge, especially being that DC Govt DISB ha
:ady been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work
rironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before it was due as I was going through medical issues including
:se brought on by the trauma DC Govt/DISB triggered ex. they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already
vided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

anks,

## ainab Yusuff

22107264

nab <zdyusuff@gmail.com>                                                                                                  Sat, May 25, 2024 at 11:1
<grindstonelaw@aol.com>

ted text hidden]

Joseph (OEA) <lim.Joseph@dc.gov>                                                                                          Tue, May 28, 2024 at 9:0
al Knab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

>m: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.Joseph@dc.gov>

bject: OEA Matter No. 1601-0043-24

UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
nail is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
ted text hidden]

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.Joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

eceipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an
vt DISB) for dates regarding a prehearing conference proposed by Judge, August 21, 2024 would be the selection.

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne ▼

od morning Ms. Yusuff:

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre
ehearing Conference. I would like to propose August 19, 2024, August 21, 2024, and August 26, 2024. May you please let me know if you are available on these three dates? If not,
: available for the conference in August.

ank you,

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

ated text hidden]

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 9:3'

od morning Ju4a,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't
nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it
ems they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have
eady been able to do.

—— Forwarded message ——
im: Zai Knab <zdyusuff@gmail.com>
ated text hidden]
ated text hidden]

---

Fuld <julia@nvrdc.org>
ai Knab <zdyusuff@gmail.com>

Tue, May 28, 2024 at 11:5!

Zainab,

sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

e Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

:ause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

:ase do not send me anything else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the
jibility requirements for the service–Victim Legal Network" or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

Refers
ps://dcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their
jular rates.

· Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine–Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld | [she/her/hers]
iior Staff Attorney
l: 202.932.4332
ice: 202.742.1727 x 1110

*ase note: NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your message as soon as I am able.

ated text hidden]

i message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipient, are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

---

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 12:0:

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the. delay and seems to be moving along now. Thanks again for
: help on such short notice and the clarifications I probably would have never figured out.

ich appreciation,

# ainab Yusuff

22107264
ated text hidden]

---

ir, Danial (OAG) <Daniel.Thaler@dc.gov>
im, Joseph (OEA) <jim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

Wed, Jun 12, 2024 at 12:0'

·od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's
low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional
ormation.

ank you,

niel M. Thaler
ssistant Attorney General
·il Litigation Division
rsonnel and Labor Relations Section

ainab Yusuff

22107264

ited text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

Tue, Jul 30, 2024 at 10:2!

od morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
ie, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

ncerely,

niel M. Thaler
sistant Attorney General
ill Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
essage.

**tadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

om Zal Knab <zdyusuff@gmail.com>
nt Monday, July 29, 2024 11:39 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Felicia (ABCA)
elicia.Dantzler@dc.gov>
ited text hidden]

---

nab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

:etings Daniel et al,

ur email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option.
covery is to be provided (which date should also extend to August 19,2024 In addition to the documents/data I will be requiring from DC Gov't/DISB such as all the same documents they are requiring of
w better than allowing the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additio
vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is all
vulnerable side showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date with
ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details; which now
ike, as DC Gov't/DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt an
ny and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.

From Thaler — Good morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more ti
, 2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomor
ugust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney General Civil Litigation Division

—Greetings Judge Lim,

m cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
quested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
ernet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th
sim, I think not. Regards, Immediately below is the previous email sent for your convenience:

PA, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From Zal Knab
Sent Tuesday, July 23, 2024 6:43 PM
To Finch, Connor (OAG)                          Lim, Joseph (OEA)                    Thaler, Daniel (OAG)                    Stubbs, Charity (OAG)
Subject Re: OEA Matter No. 1601-0043-24

This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe thi
for additional analysis by OCTO Security Operations Center (SOC).

niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24

ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                      Wed, Jun 12, 2024 at 2:2:
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

der attached. Hard copy to be mailed.

---

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
ted text hidden]

ted text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                               Wed, Jun 12, 2024 at 2:5'
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

ceived. Thank you.

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
ffice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ted text hidden]

ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                              Thu, Jun 13, 2024 at 11:5!
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

eetings Judge Lim,

eceipt of pre-hearing order.

gards,

# ainab Yusuff

22107264
ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                              Wed, Jul 10, 2024 at 10:0:
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

eetings,

ceived this pre-hearing order for my claims for the current DISB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlemen guage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meeti ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation.

— Forwarded message ——
m: Zai Knab <zdyusuff@gmail.com>
ered text hidden]
ated text hidden]

— Forwarded message ——
m: 'Dantzler, Felicia (ABCA)' <Felicia.Dantzler@dc.gov>
Zai Knab <zdyusuff@gmail.com>

c:
te: Mon, 1 Jul 2024 16:18:41 +0000
bject RE: OHR Inquiry 18626 Intake Appointment

Zai,

ceived.

gards,

licia Dantzler

esident

SCME
cal 2743

2-716-5646

om: Zai Knab <zdyusuff@gmail.com>
: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
garibay@districtcouncil20.org>
: acarter@employmentlawgroup.com; dmullane@employmentlawgroup.com
bject: Re: OHR Inquiry 18626 Intake Appointment

UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

etings Michelle Seyler,

s nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
im and clarification as to the delay and and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case & my prior union reps because I'm not sure why this intake is just now happening much over a
ar after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
sed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago; seems to be a
ue with checks and balances in this entire process that may need to be investigated/audited overall.

gards,

# ainab Yusuff
22107264

Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

Dial in by phone

+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#

nab <zdyusuff@gmail.com>                                                                                                    Tue, Jul 23, 2024 at 6:4:
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA)
cia.Dantzler@dc.gov>
etings Judge Lim,

...the lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with the ...cessary knowledge to communicate the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my re) I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of ...accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h ...is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get ...tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copied (so no o claim they do not know what is going at all steps and will be any misstep); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so ...t technicalities will take precedence. Please stop with the tactics especially when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival befo ...atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back in some shape or form to all involved. Further, any good attorney would know when to ...ncede as their client is clearly in the wrong. :

...tice of Deposition - August 2, 2024 at 11:00am

...essage

...ler, Daniel (OAG) <Daniel.Thaler@dc.gov>    Tue, Jul 23, 2024 at 12:17 F
Zai Knab <zdyusuff@gmail.com>
"Stubbs, Chanty (OAG)" <charity.stubbs@dc.gov>

;ood afternoon Ms. Yusuff:

Please find attached a notice for your deposition on August 2, 2024 at 11:00am. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington, ...C 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you assistance with finding the location of the deposition on the 9th Floor of the building.

Sincerely,
Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
202) 724-5474
daniel.thaler@dc.gov

gards,

ainab Yusuff

22107264

:ed text hidden]

Joseph (OEA) <lim.joseph@dc.gov>    Wed, Jul 24, 2024 at 10:1:
al Knab <zdyusuff@gmail.com>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Chanty (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA)
...:ia.Dantzler@dc.gov>

i, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

...om: Zal Knab <zdyusuff@gmail.com>
...nt: Tuesday, July 23, 2024 6:43 PM
...: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Chanty (OAG)
...harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

:ed text hidden]

...nab <zdyusuff@gmail.com>
...im, Joseph (OEA) <lim.joseph@dc.gov>
...nch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Chanty (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

:etings Judge Lim,

...n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus ...uested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t ...amet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance ...ve the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce ...until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet tr ...allr, I think not. Regards. Immediately below is the previous email sent for your convenience:

on Wed, Jul 24, 2024 at 10:19 AM Lim, Joseph (OEA) <...> wrote:
PY, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From Zal Knab <...
Sent Tuesday, July 23, 2024 6:43 PM
To Finch, Connor (OAG) <.    >: Lim, Joseph (OEA) <.     >: Thaler, Daniel (OAG) <.       >: Stubbs, Chanty (OAG) <.

Subject: Re: OEA Matter No. 1601-0045-2?

This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the contents are safe. If you believe the ...      for additional analysis by OCTO Security Operations Center (SOC)

...reet rags Judge Lim,

...ppy upon receiving these emails below from Daniel Thaler in regards to the pending deposition when I last informed you all I am seeking additional representation and I am currently still going through t ...ime extension/continuance due to the primary reason of which the DC Govt and DISB were totally aware of which their records show. Further, because of my overall situation as I believe the lev ...ey have taken advantage of in this process now being invoked (though I will allow anyone to rush me into any thing especially now that I am unemployed due to those matters that I endured and cont ...u know I am coming and more aware that the process also likely was not followed to keep my rights intact in what is seeming as well. For DC Govt to further wreak on my life it is seeming demotic, I am glad ...where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with ...the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for thi: ...tue to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so ...out fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I a: ...will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copi ...going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so that technicalities will take precec ...DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo: ...all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

...tice of Deposition - August 2, 2024 at 11:00am

Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

Notice of Deposition - August 2, 2024 at 11:00am

.anks,

## ainab Yusuff

22107264

.anks,

## ainab Yusuff

22107264

ted text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                    Wed, Jul 31, 2024 at 9:0:
al Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

od morning Ms. Yusuff:

allow you additional time to secure legal representation, we will reschedule the deposition to August 13, 2024 at 10:00 a.m. This is the latest date that we are able to do under the rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally bmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that ie.

icerely,

niel M. Thaler
ssistant Attorney General
iil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, prir ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

itadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

m: Zai Knab <zdyusuff@gmail.com>
nt: Wednesday, July 31, 2024 7:18 AM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG)
harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ted text hidden]

ted text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                    Wed, Jul 31, 2024 at 12:2
al Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>

s. Yusuff:

ase find attached the updated notice of deposition reflecting the new date of August 13, 2024 at 10:00 a.m. As a reminder, you will need photo identification to enter the building. ice you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

icerely,

niel M. Thaler
ssistant Attorney General
iil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, prir ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

itadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

[ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                          Fri, Aug 2, 2024 at 8:3
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

lieve I may now have formal representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for
gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.).  Also, for whenever the deposition does occur, I would like a fu
nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,

# ainab Yusuff

22107264

[ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                 Mon, Aug 5, 2024 at 9:5:
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing counsel.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
[ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                          Mon, Aug 5, 2024 at 9:5:
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

etings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w
t made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing
s and the paper trail I have shows that. Looking forward to hearing from you.

anks,

# ainab Yusuff

22107264

[ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                          Tue, Aug 6, 2024 at 7:3:
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

etings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13, 2024 per
niel's email. See attached proof of me mailing the notices to be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please
operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and
nfirm receipt of this email as a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as
y are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Please also advise of that process and if
ssible a n entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are
titled to so you can say the person did not ask just like Daniel's reckless statement he uses if he doesn't not back that he assumes notice has been received. Would not want the mentally affecting my
se, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would
the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie
minated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at
st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t
tense.

gards,

# ainab Yusuff

22107264

[ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                                          Fri, Aug 9, 2024 at 8:4
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
ia.dantzler@dc.gov>

od morning Judge Lim,

ain, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the
s that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the
tter further if gaslighting as though DC Govt DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, I
ays figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical
estions posed the superior court Judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a
ating I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts
re now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals one (as I owe you all

even worst that might even want to see you all not in existence. Luckily I am not one though no one is safe from getting exactly what is owed to them. I look forward to hearing from you all. Just know, I ...w some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n n need to do. Hope to hear from you professionals soon:)

gards,

# ainab Yusuff

22107264

[ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                      Fri, Aug 9, 2024 at 9:1...
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
:ia.Dantzler@dc.gov>

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to ntinue will not be acted unless those dates are submitted via hard copy and email.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

[ted text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                      Fri, Aug 9, 2024 at 9:1...
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
:ia.Dantzler@dc.gov>

:ase note that I will be on leave next week.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
[ted text hidden]

---

nab <zdyusuff@gmail.com>                                                                              Fri, Aug 9, 2024 at 9:2...
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday gust 13th so respond to that and if I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week ties. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mall as well I may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if provided the dates now there should be no issues and no penalties of sanctions on I because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your sition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery, has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264

[ted text hidden]

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_District of Columbia_

_Zainab Yusuff_ ⟶ **Plaintiff**

vs.

_District of Columbia_
_DCHR (office of human resources)_ **Defendant**

Case Number    **2024 5220**

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address

_DC  20019_

_202 210 7204_
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _8-20-24_

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    如需翻译，请打电话 (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오    [Amharic text] (202) 879-4828    [Arabic text]

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                              Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____

Demandante

contra                                                          Número de Caso: _____

_____

Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____                    _SECRETARIO DEL TRIBUNAL_
Nombre del abogado del Demandante

_____          Por: _____
Dirección                                                          Subsecretario

_____          Fecha _____
Teléfono
如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828 로전화하십시오.    ናትዎት ትርጉም ለማግኘት (202) 879-4828 ይደውሉ።

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

*Zainab Yusuff*
_____
Plaintiff

vs.

*DC Government (District of Columbia Government)*
_____
Defendant

Case Number _2 0 2 4  5 2 2 0_

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address
*DC 20019*
_____
*202 210 7264*
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _8/6/24_

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction    Để có một dịch thuật hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra                                      Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____
_____
Dirección                                           Subsecretario

_____

                                    Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction      Dể có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 전화(202) 879-4828 로 연락 주십시오.        የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

Case Number  2 0 2 4   5 2 2 9

_Alcohol Beverage & Cannabis Administration_
_aka DC ABRA aka DC ABCA_ Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
_____
Address
_DC   20019_

_202 210 7264_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _8 16 24_

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202)879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.          �ላማ" ችግር" ለማግኘት (202) 879-4828          ۔

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                      Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

                contra

_____                Número de Caso: _____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                            Por: _____
_____
Dirección                                                Subsecretario

_____
                                            Fecha _____
_____
Teléfono
如需要翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면(202) 879-4828로 전화해주십시오          ፣ለትርጉም ተይዶ አማካሪ (202) 879-4828 ይደውሉ

    IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

    Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yousuff_
_____ Plaintiff
vs.

_DC Department of Insurance, Securities &_
_Banking aka DC DISB_ Defendant

Case Number  2024  5229

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yousuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave. NE_
_____
Address

_DC   20019_

_202 210 7364_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요.     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                              Demandante

                        contra

                                                    Número de Caso: _____

_____
                                                              Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    _SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

                                        Por: _____

_____
Dirección                                                      Subsecretario

_____

                                        Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction      Để có bài dịch, hãy gọi (202) 879-4828

만일번역을원하시면(202)879-4828로전화주십시오           የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                              Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuf
_____
Plaintiff

vs.

DC
Office of Employee Appeals (Judge Lim)
aka OEA
_____
Defendant

Case Number  2024  5229

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Zainab Yusuf
_____
Name of Plaintiff's Attorney

4600 NHB Ave NE
_____
Address

DC  20019

202 210 7864
_____
Telephone

如需翻译, 请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.           የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date  8·16·24

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

contra

_____          Número de Caso: _____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                              *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____

_____                    Subsecretario
Dirección

_____

                              Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을원하시면(202)879-4828로전화해주십시오       የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                              Vea al dorso el original en inglés
                              See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Bainab Yusuff_
_____
Plaintiff

vs.

Case Number 2024 5229

_DC OHR (Office of human "rights"_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Bainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NAB Ave DE_
_____
Address
_DC  20019_
_____

_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译，请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.    ʾamariñña (202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra                                    Número de Caso: _____

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

_____
Dirección

_____
Teléfono

_SECRETARIO DEL TRIBUNAL_

Por: _____
                            Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

비언어로원하시면 전화하십시오(202) 879-4828 로전화해주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Zainab Yusuff_
_____
Plaintiff

vs.

DC BEGA
Board of Ethics 'Gov't Accountability'
_____
Defendant

Case Number 2024 5229

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NH Ave NE_
_____
Address

_DC 20019_
_____

_202 210 1364_
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _8.16.24_

如需翻译, 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시요.        ʔAˈn: ˈTˈJˈT ˈOˈJˈYˈ (202) 879-4828        ʔˈGˈ ˈAˈ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

contra

_____        Número de Caso: _____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodia los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____        *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                    Por: _____
_____
Dirección                                              Subsecretario

_____        Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

만일 번역을 원하시면 (202) 879-4828로 전화주십시오        ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4th Street, N.W.
Room 119
Washington, D.C. 20001
Telephone: (202) 879-1120

_____
                    Plaintiff

**v.**                                    CASE NUMBER: _____

_____
                    Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

### SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____        _____
Signature                              Date

_____        _____
Printed Name and Bar Number (if applicable)   Street Address

_____        _____
Email Address and Phone Number         City, State, Zip

### CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated
to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____        _____
Name                                   Name

_____        _____
Street Address                         Street Address

_____        _____
City, State, Zip                       City, State, Zip

_____        _____
Email Address and Phone Number         Email Address and Phone Number

Form CV(6)-451/Jan. 2020                Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| | | |
|---|---|---|
| ☐ **Civil Actions Branch**<br>500 Indiana Ave., N.W.<br>Room 5000<br>Washington, D.C. 20001<br>Telephone: (202) 879-1133 | ☐ **Landlord & Tenant Branch**<br>510 4th Street, N.W.<br>Room 110<br>Washington, D.C. 20001<br>Telephone: (202) 879-4879 | ☐ **Small Claims & Conciliation Branch**<br>510 4th Street, N.W.<br>Room 119<br>Washington, D.C. 20001<br>Telephone: (202) 879-1120 |

_____
                    Plaintiff
        v.                                  CASE NUMBER: _____

_____
                    Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

## SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                            Date

_____          _____
Printed Name and Bar Number (if applicable)   Street Address

_____          _____
Email Address and Phone Number       City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                 Name

_____          _____
Street Address                       Street Address

_____          _____
City, State, Zip                     City, State, Zip

_____          _____
Email Address and Phone Number       Email Address and Phone Number

Form CV(6)-451/Jan. 2020                      Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Zainab Yusuff
_____
*Plaintiff(s)*

v.                                              Case No: 2024cab005229

District Of Columbia et al
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
DC Office Of Human Resources
1015 Half St SE
STE 9
Washington, DC 20003

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 8/20/2024 .

*Signature*                                     *Date of Signature*  8/20/24

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____        _____        _____
*Signature*                      *Relationship to Defendant/Authority*        *Date of Signature*
                                 *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828        如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828        የትርጉም አገልግሎት ከፈለጉ በ (202) 879-4828 ይደውሉ        번역을 원하시면, (202) 879-4828 로 전화주십시오

CA 1-A [Rev. June 2017]                                                           Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005229

**Case Style:** Zainab Yusuff v. District Of Columbia Government  et al.

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 11/15/2024 | 9:30 AM | Remote Courtroom 131 |
| **Please see attached instructions for remote participation.** | | |
| *Your case is assigned to Associate Judge Neal E Kravitz.* | | |

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order.  Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) When you are ready, click "Join Meeting".

3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.

2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.

3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የፀሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያያትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
### (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# District of Columbia Courts
# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:

| **Remote Site - 1** | **Remote Site - 4** |
|---|---|
| Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |



| **Remote Site - 2** | **Remote Site - 5** |
|---|---|
| Balance and Restorative Jus Center<br>1110 V Street, SE<br>Washington, DC 20020 | es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>ington, DC 20009 |

| **Remote Site - 3** | **Remote Site - 6** |
|---|---|
| Balance and Restorative Jus Center<br>118 Q Street, NE<br>Washington, DC 20002 | es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station.**  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements.**

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov




# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

### Los centros de acceso remoto son:

| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |



Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto. Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



```
                                    FILED
                                 CIVIL DIVISION
                                  AUG 16 2024
        Superior Court of the District of Columbia
         CIVIL DIVISION – Civil Actions Branch       Superior Court of the
  500 Indiana Avenue, N.W.. Suite 5000 Washington, D.C. 20001   District of Columbia
        Telephone: (202) 879-1133 Website: www.dccourts.gov
                                          2 0 2 4   5 2 2 9
                              Case No. _____
```

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

_Zainab Yusuff_
PLAINTIFF                          vs    _DC Gov't (District of Columbia_
                                         _Government_
DEFENDANT

_4600 NHB Ave NE_                        _441  4th St NW_
Address (No Post Office Boxes)           Address (No Post Office Boxes)

_Washington, DC 20019_                   _Washington, DC 20001_
City        State      Zip Code          City      State      Zip Code

_202. 210. 7264_                         _802-478. 9200_
Telephone Number                         Telephone Number

_zdyusuff@gmail.com_
Email Address (optional)                 Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   _Please see document attached immediately called_
   _Case Summary DC Courts (1) dated 8/9/24._
   _- I also attached the original OHR/ODR complaints_
   _- Response of Union on my Behalf to DBH etc. by Sammy Granby_
   _- Most recent email chain between OEA, OAG etc (9 pages)_

2. What relief are you requesting from the Court? Include any request for money damages.

   _I have been repeatedly & continuously being mistreated_
   _by DC Government & its agencies & proxy agencies through-_
   _out the process though still was trying to navigate_
   _through the deceit, lies, psychological abuse & more._
   _I am seeking removal of all antagonizing parties, punitive_
   _damages for the egregiousness & timeframe of all this._
   _I would like a total of $1.5million which include emotional distress_
   _trauma pain & suffer_
   _loss of work &_
   _career trajectory._

Form CA-3074 [Rev. Nov. 2017]            1            Super. Ct. Civ. R. 3

3. State any other information, of which the Court should be aware:

I loved my job & career, this has affected even in the most pscholagical level to the point of suicidal ideations as I tried getting help geniunely from every avenue including agencies I thought were formed to help it just felt like collusion to keep me down. As someone who considers themself resilient, this made me want more justic for myself & those that may have even less confidence to persue justice than me. It was & still is a though they were trying to drain my resources even blatently so.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

8 . 9 . 24
_____
DATE

Subscribed and sworn to before me this _____ day of _____ 20_____ .

_____
(Notary Public Deputy Clerk)

2

**ADDENDUM TO COMPLAINT**

CASE NO. 2024 5229

**ADDITIONAL PARTY NAMES AND ADDRESSES**

(BEGA)
Board of Ethics & Gov't Accountability
☐ PLAINTIF    ☑ DEFENDANT
~~Office of Human Resource~~ 1050
Address (No Post Office Boxes)
1030 15th St NW, #700 West
Wash, DC  20005
City          State        Zip
202 481 3408
Telephone Number
bega@dc.gov
Email Address (Optional)

DC
Office of Human Rights (OHR)
☐ PLAINTIFF    ☑ DEFENDANT
441 4th St NW #570 N
Address (No Post Office Boxes)
Wash, DC  20001
City          State        Zip

Telephone Number

Email Address (Optional)

(OCHR)
DC Office of Human Resources
☐ PLAINTIF    ☑ DEFENDANT
1015 half St SE #9
Address (No Post Office Boxes)
Wash, DC  20003
City          State        Zip

Telephone Number

Email Address (Optional)

~~DC~~ DC DISB
☐ PLAINTIFF    ☑ DEFENDANT
1050 ~~First~~ 1st St NE #801
Address (No Post Office Boxes)
, DC  20002
City          State        Zip

Telephone Number

Email Address (Optional)

**ADDENDUM TO COMPLAINT**

CASE NO. _____

**ADDITIONAL PARTY NAMES AND ADDRESSES**

*ABRA/ABCA*

☐ PLAINTIF     ☑ DEFENDANT

*2000 14th St NW #400s*
Address (No Post Office Boxes)

*DC*

City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Gov't*

☐ PLAINTIFF     ☑ DEFENDANT

*441 4th St NW*
Address (No Post Office Boxes)

*DC          20001*

City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

*DC Office of Employee Appeals (Judge Lim)*

☐ PLAINTIF   *aka OEA*   ☑ DEFENDANT

*955 l'enfant Plaza SW*
Address (No Post Office Boxes)

*Wash, DC   20024*

City          State          Zip

*202 727 0004*
Telephone Number

_____
Email Address (Optional)

☐ PLAINTIFF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)

_____
City          State          Zip

_____
Telephone Number

_____
Email Address (Optional)

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

Zainab Yusuff
_Plaintiff(s)_

DC Govt, DCHR, DC OHR, ABCA/
ABRA, BEGA, DISB
_Defendant(s)_

Case Number: 2024 5229

Date: Aug. 9, 2024 (8:9,24)

☐ One of the defendants is being sued
in their official capacity. — all the officials
& removal of the mas I
named.

| Name: _(Please Print)_ Zainab Yusuff | Relationship to Lawsuit |
|---|---|
| Firm Name: N/A | ☐ Attorney for Plaintiff |
| Telephone No.:        DC Bar No.: | ☑ Self (Pro Se) |
| | ☐ Other: |

TYPE OF CASE:  ☐ Non-Jury       ☐ 6 Person Jury       ☑ 12 Person Jury
Demand: $ 1.5 Million USD        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: 23-139 DC (CIV) Judge: _____   Calendar #: _____
OHR, EEOC  DC-2023-00140
Case No.: OEA matter 1601-0043-24 Judge: Jusuff/CIM  Calendar #: _____

| NATURE OF SUIT: (Check One Box Only) | | |
|---|---|---|
| **CONTRACT** | **COLLECTION/INS. SUB** | **EMPLOYMENT DISPUTE** |
| ☐ Breach of Contract | ☐ Debt Collection | ☐ Breach of Contract |
| ☐ Breach of Warranty | ☐ Insurance Subrogation | ☐ Discrimination |
| ☐ Condo Homeowner Assn. Fees | ☐ Motion/Application for Judgment by Confession | ☐ Wage Claim |
| ☐ Contract Enforcement | ☐ Motion/Application Regarding Arbitration Award | ☐ Whistle Blower |
| ☐ Negotiable Instrument | | ☑ Wrongful Termination |

| **REAL PROPERTY** | | | **FRIENDLY SUIT** |
|---|---|---|---|
| ☐ Condo Homeowner Assn. Foreclosure | ☐ Ejectment | ☐ Other | ☐ HOUSING CODE REGULATIONS |
| ☐ Declaratory Judgment | ☐ Eminent Domain | ☐ Quiet Title | ☐ QUI TAM |
| ☐ Drug Related Nuisance Abatement | ☐ Interpleader | ☐ Specific Performance | ☐ STRUCTURED SETTLEMENTS |

| **ADMINISTRATIVE PROCEEDINGS** | | **AGENCY APPEAL** |
|---|---|---|
| ☐ Administrative Search Warrant | ☐ Release Mechanics Lien | ☐ Dangerous Animal Determination |
| ☐ App. For Entry of Jgt. Defaulted Compensation Benefits | ☐ Request for Subpoena | ☐ DCPS Residency Appeal |
| ☐ Enter Administrative Order as Judgment | **MALPRACTICE** | ☐ Merit Personnel Act (OEA) |
| ☐ Libel of Information | ☐ Medical - Other | ☐ Merit Personnel Act (OHR) |
| ☐ Master Meter | ☐ Wrongful Death | ☐ Other Agency Appeal |
| ☐ Petition Other | | |
| | ☐ APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT | |

CV-496 February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil

- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti - SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**

- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer Attorney's Signature

8/9/24
Date

CV-496 February 2023



*8/9/2024*
*DC Courts* (1)
*Case Summary*

**...ase Summary**
...nessage

i Knab <zdyusuff@gmail.com>                                                    Fri, Aug 9, 2024 at 10:54 ...
: Zai Knab <zdyusuff@gmail.com>

There are OHR claims, grievances, ODR claims, I have been having critical mental health situations that they aided in. They most recently denied my ADA for no reason which has worsen the situation. I tried to work around the apparent hatred of me and my fear of the office since the intimidation that I reported but often nothing was done feeling very negligent of them though I expressed my fears t is as though they kept doubling down on their false narrative and like they wanted my mental health to decline. I have recently been submitting my doctor's noted while in treatment but they continued to harass me even then and I have no access to the work network which I expressed in email but nothing was done and are now trying to put me as AWOL though I have pending PFML/FMLA documents of which they are all copied on as far as within DISB and DCHR as I also included Jacinda Miller of DCHR and head of FMLA/PFML. From Camille Robinson(Chief of HR/Policy) to Katrice Purdie who works under Commissioner Karima Woods have been creating undue hostile environment as a result of their retaliatory behavior towards me from many claims I have filed against them all. More has occurred that I can provide communications, voicemails, recordings and more. Update 8.9.24 : I was wrongfully terminated on March 28, 2024 though I saw in the DC Employees system that I had not been in the system since even before October 2023 and I have proof of that. I was discriminated against based on retaliation of other claims I have against DC Govt ex. Zainab Yusuff v. D.C. Government – ABCA OHR No.: 23-139 DC(CN), EEOC No.: 10C-2023-00140; there was also hostile work environment and harassment/intimidation of which I filed at least 3 OHR complaints (which including two different occasions of HR personnel approach ne in an intimidating manners which I reported at least one ODR complaint of which got redirected back to the antagonist Katrice Purdie. I was suspended without pay on at least two occasions and missed pay all together several time towards the end. There was nappropriate language and attempts to further harass me and cause me to feel demeaned and like may certain things were not with life anymore. DC Govt kept increasing the hostile work environment and basically had been trying to fire me through the time of my medical needs of which DC Govt was aware of my Disability especially DISB prior to my start there. The would even call me while in the emergency room and in intensive outpatient treatment. DC DISB also withheld my W2 and I had to report them to the IRS and even DC DISB was planning on further hindering my career which I love by getting me arrested falsely and even today when I have filed for continuance in the OEA matter (that is where the case is currently) with Judge Lim. However, because I am still experience medicals ailments and no attorney, I believe I kept being taken advantage of and that the very laws put in place were being used against me because I actually need them but some seem to envy and forget the privilege thy have in not needing the ADA someone like me does. Because I may not outwardly look like it doesn't mean you can judge me about my medical life which is one of the reasons I requested an ADA personnel but got Shavon McLeod who made a whole joke of my ADA and I have that recorded as well. Overall, DC & DISB terminated me while in medical distress and seeking extension because I had the time available thought they would delay their responses so that "technically" DC DISB could seemed they were doing things via protocol but that was far from it. I need to include BEGA because Ashely Cooks was very unreasonable, nasty and did not seem very ethical. I would like all the antagonists including: Katrice Purdie, Commissioner Woods, Camille Robinson, Ashley Cooks of BEGA, Alice Pettigrew, Jared Powell, Director Moosally and Martha Jenkins removed. Lastly I was to recoup all this is owed to me including pain & suffering, emotional and psychological distress, loss of work, punitive damages against DC Govt and DISB and more

Thanks,

# Zainab Yusuff

2022107264



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**

Feb 28, 2023, 01:24PM EST

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave, NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 202-210-7264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **Email** | |
| **Name of company or organization** | ABRA now ABCA |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Director Moosally, Jared Powell, Derek Brooks, Camille Robinson, Vanessa Pleitez, ABRA, ABCA |
| **Full Address** | **Street Address:** 2000 14th St NW<br>400 S<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20009 |
| **Telephone (H)** | 202-442-4423 |
| **Fax** | 202-442-9563 |
| **Do you feel you were discriminated against because of your:** | Race<br>Sex<br>Disability<br>Age |

| | |
|---|---|
| **Please check all that apply:** | Color<br>National origin<br>Retaliation<br>Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Transfer<br>Discharge |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor** | Yes |
| **Counselor's Agency** | OCTFME |
| **Counselor's Name** | Marcella Hicks |
| **Counselor's Telephone Number** | 202-304-5681 |
| **Date You First Contacted the EEO Counselor** | October 26, 2022 |
| **Date of Exit Letter** | December 16, 2022 |
| **If you have received an Exit Letter, please upload.** | OHR_Agency Delayed Response (2 Week Notice) RE_ Consolidated Cases RE_ Attached Documents.eml<br>FW_ Attached Documents.eml<br>RE_ Completed RE_.eml<br>Filing Grievance RE_ Notice of Final Decision.eml<br>Signed Exit Letter 12.19.22.pdf |
| **Full Name** | **First Name:** Marcella<br>**Last Name:** Hicks |
| **Email** | marcella.hicks@dc.gov |
| **Phone Number** | 202-304-5681 |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 202-727-9457 |
| **Phone Number** | 202-442-4423 |
| **Full Name** | **First Name:** Mikea<br>**Last Name:** Nelson |
| **Email** | mikea.nelson@dc.gov |
| **Phone Number** | 202.442.6598 |
| **Please provide a detailed** | I was led to file this complaint due to continuous discrimination, |



# Employment_Intake_Questionnaire_Form

## DC GOVERNMENT

**Submitted On:**
Jul 8, 2023,
09:26AM EDT

| | |
|---|---|
| **Preferred Name** | Zainab Yusuff |
| **Preferred Pronouns** | She, her, hers |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone** | 2022107264 |
| **Telephone (W)** | |
| **Personal Email Address** | zdyusuff@gmail.com |
| **Work Email Address (Optional)** | |
| **How do you prefer we contact you?** | Email<br>Phone |
| **What language do you prefer to communicate in?** | English |
| **Do you require a reasonable accommodation? If so, please explain.** | |
| **Do you require language interpretation? If so, what language?** | |
| **ARE REPRESENTED BY COUNSEL, PLEASE PROVIDE THE FOLLOWING:** | NO |
| **Email** | |
| **Name of company or organization** | Department of Insurance, Securities and Banking; ABRA/ABCA; District of Columbia; DCHR |
| **Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):** | Karima Woods, Commissioner; Katrice Purdie; Sharon Shipp; Brian Bressman, Camille Robinson; Jared Powell; Dominique O; Fred Moosally |
| **Full Address** | **Street Address:** 1050 First St, NE<br>Suite 801<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Telephone (H)** | 2027278000 |
| **Fax** | |

| | |
|---|---|
| **Do you feel you were discriminated against because of your:** | Sex<br>Disability<br>Retaliation |
| **Please check all that apply:** | Alleged violation occurred in the District of Columbia.<br>For DC government employees: Alleged violation occurred within 180 days or less from the date you reported to a certified agency assigned EEO Counselor. *NOTE: DC Government employees can report claims of sexual harassment or DC FMLA directly to Office of Human Rights within one year of incident. |
| **What action was taken that made you feel you were treated differently:** | Hostile Work Environment<br>Retaliation<br>Discipline<br>Failure to Accommodate (i.e Religion, Disability,) |
| **You have filed an informal complaint with an agency assigned EEO Officer/Counselor** | Yes |
| **Counselor's Agency** | |
| **Counselor's Name** | |
| **Counselor's Telephone Number** | |
| **Date You First Contacted the EEO Counselor** | |
| **Date of Exit Letter** | |
| **If you have received an Exit Letter, please upload.** | Yusuff's Proposed Suspension Response.pdf<br>ZY Asking Katrice of the Process.pdf<br>ZY asking DCHR Assistance on Email and DISB HR Harassing Me etc (1).pdf<br>RE_ ADA_Telework (1).eml<br>email discussion (1).eml<br>RE_ ADA Accommodation Expiration (1).eml<br>4.12.23 Employment_Intake_Questionnaire_Form__xMllSYAMSGxYQApZ (1).pdf<br>6.26.23 ZY Reply to DISB Proposal.pdf<br>7.8.23 mail 1.pdf<br>7.8.23 mail 2.pdf |
| **Full Name** | **First Name:** Felicia<br>**Last Name:** Dantzler |
| **Email** | Felicia.Dantzler@dc.gov |
| **Phone Number** | 2027279457 |
| **Full Name** | **First Name:** Arthur<br>**Last Name:** Slade |
| **Email** | arthur.slade@dc.gov |
| **Phone Number** | 2024427804 |
| **Phone Number** | 2027337792 |

**statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

blatant lies, hostile work environment, retaliation, unequal pay etc. due to my color, race, gender, sex, national origin, retaliation and more. There was a pattern shown by the Agency of people similar to me getting the same sequence of treatment. As of 2/24/23 I no longer work at ABRA(ABCA is the new name ABRA will go by) and I had to go to another Agency and position due to the severity of the treatment and at lower pay than what I could have received if paid equal to my male counterpart of about $105K vs $82K and the best firm offer I could get from the new Agency was about $98K vs potentially the $105K. On 12/30/22 at about 10am Felicia Dantzler (Union President) even sent a Union Grievance letter that I attached to the last claim I filed which shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedied with continuous governance of the matters going forward-not just a Band-Aid. On Friday, February 17th, 2023 at 9:55AM, Director Fred Moosally sent me a Notice of Final Decision of the prior Proposed Suspension. I responded February,22, 2023 at4:46PM though I had responded to it in at least two emails prior but also to respond directly. Neither charges have factual basis and my response to the Final Decision is a grievance which I attached to this claim in addition to the attached email of me requesting the desk move instead of the lie the Agency told as to why I moved desk locations. As a result, I would not be surprised at any other blatant lie to cover up my exit to fit their narratives of defamation against me; misrepresenting the entire situation and failing to take accountability for their patterns and action leading the Agency further into confusion and inconsistencies though since my being there and being vocal they were forced to make it seem they are trying to improve. As seen in the attached emails and those attached in my prior claim-In addition to the lack of response, lack of providing me resources needed to accomplish my job, constant harassment then weeks ignoring me, gaslighting me and others, I kept practicing diplomacy because I actually enjoyed my job just not the pattern of the Agency which actually hurt me because I was hoping for resolve at every junction but kept being met with more lies and distortions to the point where I am no longer working at ABRA. The attachments detail further-times and dates though this has been continuous.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
Event or Training
EEO Counselor
OHR Advertisement

**Additional Referral Information:**

**Email Address**                    zdyusuff@gmail.com

**Full Name**

**First Name:** Darniece
**Last Name:** Shirley

**Email**

darniece.shirley@dc.gov

**Phone Number**

2027337392

**Please provide a detailed statement of the incident that led to file a complaint of discrimination. Please include relevant dates, the name(s) of the person(s) who discriminated against you, and how the bases and issues you indicated above are connected. If this information is not included, your complaint may be dismissed.**

This claim is to be consolidated with the other claims before it as it is continuous harassment and have included as attached the related material. I am being retaliated against, my ADA needs being violated, being put in a continued stated of hostile work environment due to undue influence as a result of reporting the occurrences of a culmination of harassing events. Below is the answer to the current disciplinary action being put against me for seeking assistance with ADA concerns I had been having and been trying to get assistance to no avail. I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.
1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.
2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly."
https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.

An example of producing a result which it could not command directly are the two disciplinary attempts that seem to have come

from the top (influence). I say this for several reasons but primarily the fact that I have made several attempts to report the situation and instead of getting help I get disciplinary action that far exceeds what is equitable. Not to mention the first attempt of the verbal counseling meeting I had with my supervisor; I state my fears, concerns, reasons for perceived Americans with Disabilities Act (ADA) conflict of interest, harassment, intimidation and more I have been feeling from Katrice Purdie and her team; with examples provided of different instances. I have attached previous related emails, the OHR claim I filed even prior to the first attempted discipline and can provide snips of three different meetings I had with my supervisor.

The Constitution guards" against tyranny by using four important practices: federalism, separation of powers, checks and balances, and by ensuring representation of those of large and small." -USA 2nd Amendment. The person calling out a bad system is often not liked but that you cannot allow that to keep you trapped in mistreatment; think whistleblower at this point is what I may start looking into as well.

Douglas Factors

The Merit Systems Protection Board in its landmark decision, Douglas vs. Veterans Administration, 5 MSPR 280 (1981), established criteria that supervisors must consider in determining an appropriate penalty to impose for an act of an employee misconduct In considering the severity of this matter, it does not seem the rule was applied appropriately and how the rule was meant to be applied It mandates that supervisors must consider when dishing out disproportionate penalties.
There are several factors that do not seem to have been fully considered that has direct, relevant and pervasive impact on the matter, namely:

Douglas Factor 11: The following relevant factors must be considered in determining the severity of the discipline...: "mitigating circumstances surrounding the offense such as unusual job tension...mental impairment, harassment, or bad faith, malice or provocation on the part of others involved in the matter". This was willfully excluded from the attempted disciplinary actions and Proposing Official's Rationale Worksheet, which shows the actions of DISB and DISB HR qualifies as malicious including undue influence of my supervisor and Director as my email states and I reference the DCMR rule associate which such actions among other actions performed by DISB HR below.

The email in question derived from a culmination even prior to my onboarding and of me attempting to get assistance ex. my ADA needs. I tried several times to work within the bounds, but nothing was done. The purpose of the email was to seek help as I was at my wits end and did not know what else to do. In an email I sent to a DCHR senior personnel was" After sending the email, I am now facing disciplinary action for sending the email instead of getting assistance with the content of the email which clearly explains why I felt the need to send the email in that manner. This is like someone saying they are going to harm themselves/having a medical emergency and is seeking help from whomever may be able to assist but instead of assisting the person is penalized for seeking help." I still feel the same and believe if left up to DISB HR, if I had not spoken up the undue influence to delay me being successful in my role and has created unnecessary distraction affecting me and my job. Deleted or otherwise-because as a Certified Information Systems Auditor I can certainly say there are ways to recover data and track each event. If an investigation was called on the conversations and emails had by DISB head of HR (Katrice Purdie), I would not be surprised if they contained inappropriate, colluded talks of me particularly anyone that has handled my files; I would not be surprised if there is recent communication between each of them and Katrice regarding me. It seems everyone that is under Katrice's influence (which also comes along with time of being in a management position so may not be directly under her such as Alicia Wade (Alicia who allowed different treatment in the travel/approval process of myself to my immediate co-worker Bijan. In his Travel process Alicia reached out to him but I was unaware of even the process as it was convoluted as confessed in the DIFS training that showed Katrice and her team's poor communication. This poor communication was on display a couple weeks ago throughout the whole DISB agency. People tend to excuse the behavior of Katrice and her team because of the very intimidation and delays etc. that I am currently facing.

I have also filed an official OHR claim against Katrice that was in place prior to meeting with Mike Ross on 4/14/23. I also reached out to Darniece of the Union, Grace Reed of EOM and more. I even mentioned in several meetings with Mike of all these details and have even recorded them for my protection, which is the tone of all these emails, not malice. Malice is coming from Management's side because no one can read the details of the content and not see it more as a cry for help. Another example is Douglas Factor 3.

Douglas Factor 3: the employee's past disciplinary record which you all provided and is clean, free of any prior offense.
This factor should hold more weight when trying to take away

someone's livelihood for five days.

Perception, narrative and background are very important but relevant facts are too. It is clear that one's background determines the way things are perceived such as what I experience and perceive will likely be vastly different from what my supervisor Michael Ross would as we are complete opposites in society. I made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done so as to reduce me and lead to firing me from minor passive aggressive incidents committed by Katrice and her team that can be passed off as coincidences but I have kept record and the amount of coincidences make them look glaringly intentional on top of a number of other relevant factors.

DCMR

After the culmination of events and seeking every measure to get assistance, I had a panic attack while reading the expiration of ADA because of the confusion of the policies occurring the week prior. Furthermore, nothing mentioned in the email was a lie and I have receipts and records to back up all the facts I am listing and how they relate.

Per Verbal Counseling that I recorded and verbally disagreed in a calm manner and explained the reasons why as I stated in several emails' prior.

The Proposing Official's Rationale Worksheet falsely states "The seriousness is exacerbated by the fact that Ms. Yusff was Counseled on April 14, 2023 for the same offense."

This is a pervasive distortion as it was not for the same exact reason. The verbal counseling was related to performance DCMR for copying my personal email on the email regarding ADA which is a personal matter that I should be able to access as email. In that same email of the verbal counseling was me seeking assistance in the matter I am referring to in the current email in question.

This also disproves the allegation of maliciousness. The culmination of the prior emails attempts to seek assistance in regards especially to my ADA needs in all the prescribed manners including EOM, Union, OHR, my supervisor, etc. Led to the current email in question. Furthermore, there was no language that was inappropriate. There is a difference between someone saying something that you do not like versus saying something that is derogatory especially when I am the one being harassed, intimidated and more which can be proven by the claim I filed with OHR that details the matters. This point disproves the Proposing Official's Rationale Worksheet numbers

9,10,11 and 12.

I had several meetings with my supervisor expressing my fears, experience etc. With nothing being done but turning the tables on me instead of providing the help being requested, it feels like retaliation and has a blatant impact on many of my human rights especially my ADA needs. By sending the email I was actually mitigating the issue of getting attorneys involved so soon because I am still trying to give the DISB HR grace by not immediately taking that route though now I may probably have to file another OHR claim.

I am a private person that keeps to themselves and do not come to work to worry about being like but rather to do my job effectively without intentional barricades being put in my way of success especially being that I actually am building a good relationship with my actual immediate team though here just over three months so these allegations inaccurate, false narrative and are quite confusing because I have not even gotten to truly acclimate to all aspects of the agency as again just over three months in.

I have no record of past corrective nor adverse actions in my employee file per the Proposing Official's Rationale Worksheet and I have already proven valuable and a contributing member of my immediate team with my Cyber IT background, efficiency and more; and working on any area I may improve. Dealing with DISB HR seems to add to the turnover rate as I can imagine no one wants to deal with the inefficiencies of the team led by Katrice Purdie. Also, it seems Katrice can make mistakes and not be written up, take telework days that do not seem to line up with policy in place (no one is above the law) like that of other staff and it does not seem to be an effective checks and balances in her role.

My sending an email begging for assistance in a medical capacity does not preclude my effectively doing my job as proven with the distractions of the HR team in question and defamatory accusations such as questioning my timekeeping and ability to uphold the mission when in fact it is the HR team that does not have the internal checks and balances whereas I have a supervisory and director and others above us which would actually make it more likely for the head of HR to be accused of this as that is unlikely in my case.

The Proposed Official Rational Worksheet cannot state for certain that no other employee in DISB has gone through this due to the potential undue influence of the head of HR in question along with the fact that ADA concerns are confidential and left just to the same HR head in question which further proves the point of the content of my emails.

The subject line contained ADA which by nature is inherently confidential by nature and an alert of the conversation to be discussed.

I was using the DISB and DCMR email rules properly because I was looking to exchange information i.e seeking assistance for a sensitive matter per DISB Email Policy. The influence from which the Proposing Official worksheet is based is actually the one violating the email policy with multiple confusing dissemination of email that lessens fellow employee and public trust in the DISB HR department led by Katrice and is actually affecting the operational work of its District employees. For example, due to this influence, DISB ECPD has less representation at the New Orleans Bootcamp Conference and thus spoilage in resources extended for part of the travel that is part of our duties on unnecessary delays due to lack of a clear internal process.

Furthermore, since my supervisor was not copied on the email, whose influence led to this disciplinary action? By trying to be a barrier in someone else's life, people often stir up their own internal issues and try to take it out on those that are perceived as less powerful which is a misuse of power by those trusted to behave with equity and equal treatment of all when dealing others. Especially us that consciously choose not to want to be lawyers nor heads of HR. Ultimately, I would not risk my livelihood trying to protect the potential inappropriate/discriminative actions of others that definitely would not do the same if shoes were reversed. The person whose influence led to this attempted disciplinary action is actually the one in violation of DCMR 1607.02(a)(16) especially in the instance of the debacle of telework emails about two weeks prior witnessed by all that work at DISB.

I just want to be treated fairly, Katrice and her team to leave me alone and focus on themselves and their work so they aren't potentially delaying others further and have a neutral 3rd party ADA/HR personnel handling my files. Any items I did not touch on does not equal me leaving it out just would need more time and some assistance before filing or perfecting another OHR claim. Lastly, I am glad that through the turmoil I can see the bright side of these events because I am now even better equipped to further protect myself from discrimination etc. Due to these overarching points, email trails attached, OHR claim against Katrice/DISB for harassment and much more-the proposed 5-day suspension is invalid and should be thrown out.

**How did you hear about the DC Office of Human Rights (check all that apply)?**

Family, Friend or Acquaintance
EEO Counselor
Equal Employment Opportunity Commission
Lawyer or Legal Aid Clinic (Please enter name in box below)



# Request_Assistance_or_File_a_Complaint

**Submitted On:**

Oct 2, 2023, 08:27AM EDT

## DC GOVERNMENT

| | |
|---|---|
| **Full Name** | **First Name:** Zainab<br>**Last Name:** Yusuff |
| **Full Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE<br>**City:** Washington<br>**State:** DC<br>**Zip:** 20019 |
| **Phone Number** | 2022107264 |
| **Is this TTY** | No |
| **Email** | zdyusuff@gmail.com |
| **Fax** | |
| **Are you a Veteran?** | No |
| **How do you prefer to be contacted (i.e., phone, email, etc.)** | email, phone |
| **Access Issue Category** | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order to obtain District of Columbia benefits or services, but were denied one. |
| **Which District agency does this complaint involve?** | DC Department of Insurance, Securities and Banking, DCHR |
| **Please describe the issue you encountered:** | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous moving of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for 5 days without pay for trying to find a resolution while bringing aware the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has all the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katrice has been there for a long time and has connection with many areas which would allow her to do what is being done. At the recent retreat 9/26/23 she even approached me in an intimidating factor and I had an embarrassing minor panic attack of which many observed. When she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

being done about it. ?The OHR claims I filed explains everytthing in detail. Further-This Chief of HR at DC DISB is not allowing an appeal process for ADA rights that were denied and the head of HR at DISB is a hater. Seemingly making a mockery of Cmsr Woods' missions as well as Mayor Bowser's. Woods needs to make sure ADA people get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head of HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving this young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

| | |
|---|---|
| **Please give us the date of the most recent issue:** | 9/26/2023 |
| **Please give us the location of the issue:** | DISB, Washington Marriott on L st |
| **Is there a change in policy or procedure you wish to see that would be helpful in resolving this issue?** | Independent ADA, not subordinate of Katrice Purdie |
| **Names and Positions of Staff Encountered (if known).** | Katrice Purdie, Marlen Simmons, Alice Pettigrew |
| **Does anyone else have information about this situation or issue that you think we should contact?** | Felicia Dantzler Union President, Arthur Slade Union Vice President, OHR intake of the personnel Harris, Quiana (OHR-Contractor) |
| **Full Name** | **First Name:** Felicia **Last Name:** Dantzler |
| **Phone Number** | 2027165646 |
| **Full Name** | **First Name:** Quiana **Last Name:** Harris |
| **Phone Number** | 2027274559 |

**Additional Referral Information:**

**Email Address**                    zdyusuff@gmail.com



OFFICE OF THE STATE
SUPERINTENDENT OF EDUCATION

Office of the General Counsel

TO:        Brian Bressman, Director, Enforcement & Consumer Protection Division, DISB (Deciding
           Official)
           Zainab Yusuff, Fraud Investigator, DISB
CC:        Sonny Garibay, Yusuff's Representative
FROM:      Vincent Enriquez, Assistant General Counsel (Hearing Officer)
DATE:      March 15, 2024
RE:        Administrative Review / Written Report and Recommendation
           Proposed Removal of Zainab Yusuff

---

### I.    SUMMARY

Zainab Yusuff ("Yusuff") is a Fraud Investigator within the Enforcement and Consumer
Protection Division with the Department of Insurance, Securities and Banking Agency ("DISB"). On
October 23, 2023, Yusuff was placed on a leave restriction. Following this notice, Yusuff has
allegedly not complied with the leave restriction notice amounting to twenty (20) days of absence
without leave ("AWOL").

On December 19, 2023, DISB issued an *Advanced Written Notice of Proposed Removal*
("Proposed Removal Letter") on the grounds of one charge of an attendance related offense. On
March 8, 2024, a response was received by undersigned Hearing Officer from Yusuff's
representative. Despite this being outside the ten (10) workdays delineated in the Proposed
Removal Letter, the Proposed Removal Letter had the wrong contact information for the
undersigned hearing officer. Therefore, out of the interests of justice, the undersigned hearing
officer will consider the statements provided by Yusuff's representative. Accordingly, undersigned
Hearing Officer's review is based on the information and supporting documentation provided by
DISB and Yusuff's representative.

### II.   STATEMENT OF THE CASE

Yusuff is a Fraud Investigator with DISB. Prior to the removal proposed herein, Yusuff has been
subject to a disciplinary action resulting in a suspension of five (5) days. Through the issuance of
the Proposed Removal Letter, DISB provided notice to Yusuff of its intent to terminate her
employment for the following reasons:

Disciplinary Cause

1. **Attendance Related Offenses:** Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

Specifications:

A. Yusuff established a pattern of abuse of unscheduled leave time. But for attending an offsite Training Conference on July 25 and July 26, 2023, Yusuff did not report to the office from July 14, 2023, through September 25, 2023. Consequently, on October 23, 2023, Yusuff was placed on a thirty (30) day restrictive leave ending December 8, 2023, and had her telework privileges revoked.

B. A Leave Restriction Notice ("Restriction Notice") was emailed to Yusuff on October 23, 2023, and subsequently sent by FedEx on October 24, 2023. In part, the Restriction Notice gave instructions on the conditions of Yusuff's leave restriction, such as tardiness, use of unscheduled annual leave, use of sick leave, leave without pay, absence without leave, telework revocation, and the duration of the leave restriction. Yusuff was also advised in the Restriction Notice that the restrictions placed upon Yusuff would be reviewed after thirty (30) days to determine her compliance.

C. Yusuff has not complied with the terms and conditions in her Restriction Notice. As of the date of the Proposed Removal Letter, Yusuff has not reported to work and has not communicated with Michael Ross ("Proposing Official") or the Director regarding her absences.

D. Yusuff has failed to report for her scheduled tour of duty without giving notice to management and without receiving proper authorization from her immediate supervisor since her leave restriction and telework revocation issuance on the following days:

| Date | Leave Status | Documentation Received |
| --- | --- | --- |
| October 24, 2023 | AWOL | No Medical Note |
| October 25, 2023 | 5 Hours AWOL | No Medical Note |
| November 17, 2023 | AWOL | No Medical Note |
| November 21, 22, and 23, 2023 | 6 Hours AWOL | Medical note dated 11/20/2023 was submitted by Yusuff for these dates. Yusuff was notified by email on 11/20/2023 that her note was |

| | | insufficient. Yusuff was given instructions on how to rectify the insufficiency of her note. |
|---|---|---|
| November 27, 2023 | AWOL | No Medical Note |
| November 28, 2023 | AWOL | No Medical Note |
| November 29, 2023 | AWOL | No Medical Note |
| November 30, 2023 | AWOL | No Medical Note |
| December 1, 2023 | AWOL | No Medical Note |
| December 4, 2023 | AWOL | No Medical Note |
| December 5, 2023 | AWOL | No Medical Note |
| December 6, 2023 | AWOL | No Medical Note |
| December 7, 2023 | AWOL | No Medical Note |
| December 8, 2023 | AWOL | No Medical Note |
| December 11, 2023 | AWOL | No Medical Note |
| December 12, 2023 | AWOL | No Medical Note |
| December 13, 2023 | AWOL | No Medical Note |
| December 14, 2023 | AWOL | No Medical Note |

E. On November 20, 2023, Yusuff was retroactively granted Paid Family Medical Leave by DISB from October 27, 2023, through November 15, 2023.

F. Yusuff's refusal to report to work has created a burden on the other investigators to whom her cases had to be reassigned. Yusuff's trainer, Senior Investigator Tegen, worked diligently to train Yusuff so that he could become a competent investigator and a valued member of the ECPD Team. However, despite the Proposing Official's direction, Yusuff has consistently failed to cooperate or follow directions from her trainer. This lack of cooperation and unwillingness to report to work has resulted in negligible progress, if any, as a fraud investigator.

G. Yusuff's absences on October 24, October 25, October 26, November 16, November 17, November 20, November 21, November 22, November 28, November 29, November 30, December 1, December 4, December 5, December 6, December 7, December 8, December 11, December 12, and December 13, 2023, constitute attendance related offenses because Yusuff has failed to report to work for her tour of duty without proper authorization.

*Proposed Action*: Removal

In support of the proposal to remove Yusuff, DISB provided the following to the undersigned Hearing Officer:

1. The Proposed Removal Letter and Certificate of Service, along with the following attachments:
   a. Leave Restriction Notice, dated October 23, 2023
   b. FedEx Receipt, dated October 24, 2023
   c. Yusuff Medical Note, dated November 20, 2023
   d. Insufficiency Email, dated November 20, 2023
   e. PFML Approval, dated November 20, 2023
   f. Rationale Worksheet (Charge 1), dated December 14, 2023

In support of Yusuff, Yusuff's representative provided the following to the undersigned Hearing Officer:

1. Employee's Response submitted by Sonny Garibay for Felicia Dantzler, President of AFSCME Local 2743/District Council 20.
2. Portion of Email Chain, dated December 7, 2023

III.    FINDINGS OF FACT

The undersigned Hearing Officer makes the following findings of fact based on the information provided by DISB and Yusuff:

(a) Yusuff had pre-existing medical and PTSD from her previous employer prior to starting with DISB in February 2023.
(b) On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice.
(c) On October 26, 2023, DISB received Yusuff's note from Dr. Prescott but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was being treated and "may return to work on October 29, 2023. May return soon if feeling better."
(d) On October 30, 2023, DISB received Yusuff's note from Dr. Thompson but deemed it insufficient for an employee on leave restriction because it simply stated that Yusuff was excused "from work on October 30, 2023, through November 2, 2023."

(e) On November 2, 2023, DISB received Yusuff's note from Dr. Fitch but deemed it insufficient for an employee on leave restriction because it stated she was "unable to work November 2, 2023, through November 3, 2023."

(f) On November 6, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please excuse from work for 1 week."

(g) On November 13, 2023, DISB received Yusuff's note from Dr. Hwang but deemed it insufficient for an employee on leave restriction because it stated: "Please allow additional week off work."

(h) On November 15, 2023, Yusuff was informed that DISB staff had received medical certificates from her, but they were deemed insufficient because they did not include comments on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities.

(i) Yusuff was approved for PFML on November 20, 2023, with the retroactive application from October 27, 2023, through November 15, 2023.

(j) Yusuff did submit a verification of treatment covering the dates of November 20 – November 23, 2023; however, this note was deemed insufficient because the note did not attest to her incapacity for duty as required by the November 15, 2023, Letter.

(k) On December 7, 2023, Yusuff applied for an extension to submit more documentation to DISB for FMLA coverage.

(l) Rationale Sheet for Charge of the Inability to Carry Out Assigned Duties, provides the following:

   i. Under *Douglas* Factor No. 1 – Nature and Seriousness of Conduct – This factor is deemed aggravating. Yusuff's frequent unexcused absences are serious in that they undermine the mission of DISB, a key component of which is to "protect consumers and attracts and retains financial services firms to the District." Consumers, particularly the District of Columbia residents, rely on the Enforcement and Consumer Protection Division ("ECPD") to help both criminal and regulatory complaints that do or may victimize consumers. Yusuff's inability to come to work has created an investigation deficit in ECPD, directly impacting the ability to protect the consumers. Many ECPD investigations are on behalf of other DISB Divisions and Bureaus, which also depend on ECPD's timely completion of investigations. Yusuff's failure to report to work has created a significant burden on ECPD. Her failure to report to work has stalled her training to become a competent investigator. Regarding the training deficiency, she has yet to perform the most basic requirements. She has not completed nor closed a single case assigned to her. Her training investigator has finished several investigations because Yusuff has habitually not come to work. All of Yusuff's remaining cases had to be reassigned to the other five ECPD investigators. Since

March 1, 2023, 194 investigations have been assigned in ECPD, and it is vital for every investigator to carry their caseload competently.

ii.   Under *Douglas* Factor No. 2 – Job Level and Employment Type – This factor is deemed aggravating. Employee holds a position of trust. Yusuff's grade is Grade 12 Fraud Investigator. It is a position of trust with access to confidential and sensitive information related to investigations into violations, misconduct, and disqualifying activities of financial entities. It operates with delegated authority for the exercise of independent judgment. Yusuff's position requires interaction with DISB employees, other DC employees, and members of the public. It is critical that DISB maintain trust in Yusuff's judgment regarding sensitive materials she accesses and to whom she sends emails. Her job level is that of a non-supervisory capacity. It is a position of trust and a high level of responsibility. The employee is in a position where she works with information that must remain confidential. Victims who rely on ECPD for timely and thorough investigations cannot rely on Yusuff. Her position as an ECPD investigator is one of prominence that gains her access to sensitive and confidential information. The position allows participation in criminal and regulatory multi-jurisdictional task forces that require interaction with DISB employees, other DC employees, and members of other local, state, and federal agencies and requires excellent discretion and dependability.

iii.  Under *Douglas* Factor No. 3 – Past Corrective or Adverse Actions – This factor is aggravating. Yusuff was suspended for five days for the use of abusive, offensive, unprofessional, distracting, or otherwise unacceptable language, gestures, or other conduct pursuant to 6B DCMR §1607.2(a)(16). Yusuff's communication with DISB during this time of absence has continued to be accusatory and condescending.

iv.   Under *Douglas* Factor No. 4 – Employee's Work Record – This factor is aggravating. For FY 2023 she has a rating of 2.5. She has worked for DC Government for 3 years and with the agency for less than a year. Yusuff has only been in current position since February 27, 2023. During that time, she has alienated coworkers within DISB on two fronts. Several coworkers are reluctant to work with her because of her offensive emails that led to her suspension. Her failure to report for work has created a burden on the ECPD staff, especially her fellow investigators, along with an attitude of resisting the Senior Investigator's training for investigations, which is further exasperated by Yusuff not reporting to work. Yusuff is wholly unreliable and cannot be depended upon.

v.    Under *Douglas* Factor No. 5 – Confidence in Employee – This factor is aggravating. Conduct impacts employee's ability to do their job. Conduct undermines the confidence I the employee's ability to do the job. Conduct undermines confidence in the employee's

ability to uphold the mission. As a Fraud Investigator, Yusuff must exhibit teamwork and cooperation with her colleagues. This is essential to perform the Fraud Investigator role, which involves working with other employees and agencies during a case's investigation and enforcement stages. The offense undermines the operations of ECPD. Yusuff has not performed satisfactorily in several areas, and her failure to report to work has only worsened the situation. Prior to being placed on restrictive leave, the employee had abused her leave and displayed an inability to perform at a satisfactory level. She was issued a Restriction Notice to encourage her to report to work on time and be present to complete her work assignments. In part, the notice specifically gave her instructions on how to request leave. The necessity for medical notes for any unscheduled sick leave and the use of unscheduled leave was restricted. She has not complied with the terms in the Restriction Notice. While on restrictive leave, she repeatedly failed to report to work, failed to notify her supervisor of her absence, and failed to provide an adequate reason for her absence. The Proposing Official has no confidence in Yusuff's ability to perform her duties nor her willingness to perform her duties. By nature of the employee's position, a positive relationship must be built and maintained across all Divisions within DISB, with members of the DC government as a whole, and with her supervisors and upline. Yusuff has failed to accomplish this.

vi.   Under *Douglas* Factor No. 6 – Consistency of Action – This factor is neutral. No other employee under the Proposing Official's supervision has engaged in this conduct. The Proposing Official has no knowledge of other similar offenses committed by other employees.

vii.  Under *Douglas* Factor No. 7 – Consistency with Table of Illustrative Actions – This factor is aggravating. Yusuff, since being placed on leave restriction, has unauthorized absences of seventeen workdays. The proposed penalty is consistent with the Table of Illustrative Actions, which states removal is available for the first and second offense.

viii. Under *Douglas* Factor No. 8 – Impact on Agency Reputation/Notoriety – This factor is aggravating. The impact on the reputation of DISB, particularly ECPD, is palpable. Yusuff's failure to report to work has resulted in coworkers carrying her caseload. Her attitude in her brief interactions with her ECPD coworkers and their having to take her workload has resulted in her fellow investigators not wanting to work with her.

ix.   Under *Douglas* Factor No. 9 – Clarity of Notice to Employee of Unacceptable Conduct – This factor is aggravating. Yusuff has provided one medical note, intended for dates November 20, 21, 22, and 23, 2023, outside of her PFML-approved dates. There were five insufficient notes provided for dates later approved for PFML. On November 20, 2023, an

email was sent to her DC work email and her personal email advising her that the note does not sufficiently address the factors required. This email was not the first time she received the required factors to be addressed. In the email, she was asked to submit an amended complaint addressing: "comment on the functional effects of her condition in the context of her fitness for work in general, such as stamina, mobility, agility, and cognitive abilities. In addition, what changes can be made to facilitate a return to work, including amended duties, altered hours, workplace adaptations, or a phase return."

x. Under *Douglas* No. 10 – Potential for Employee's Rehabilitation – This factor is aggravating. There is no indication of any potential for rehabilitation. Yusuff has been uncooperative in communicating with management regarding attendance, uncooperative in acknowledging receipt of work assignments, failure to communicate with IT, and failure to comply with providing the proper medical certifications. Her actions, inability, and unwillingness to perform her job has alienated her coworkers in ECPD and directly impacted the agency's mission. Yusuff's pattern of conduct has repeatedly shown a lack of respect for her position or coworkers, as evidenced by her unwillingness to cooperate with colleagues and management. These actions have included open defiance to her trainer and telling her trainer that she was going to do things her way, telling her trainer she did not want to talk to her and only communicate with her via email, hanging up on the Proposing Official, and berating the Proposing Official for calling her back in reply to a message from her.

xi. Under *Douglas* Factor No. 11 – Mitigating Circumstances – This factor is aggravating. There are no mitigating circumstances.

xii. Under *Douglas* Factor No. 12 – Adequacy of Alternative Actions – This factor is aggravating. No lesser action will deter similar future conduct by employee. The Proposing Official does not know of any alternatives. Yusuff has been determined in her efforts not to work in accordance with ECPD requirements and needs.

(m) Yusuff has been absent without leave for the following days without sufficient medical notes while on restrictive leave: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL).

(n) A formal response to the Proposed Removal Letter was due on or before January 8, 2024.

(o) Yusuff has not submitted a written response to challenge action as of the signed date of this hearing officer's report and recommendation.

## IV.   CONCLUSIONS OF LAW

In accordance with 6B DCMR § 1622 *et seq.*, the personnel authority provides for an administrative review of a proposed or summary removal action against an employee, unless he or she is an exempt employee, whereby the undersigned Hearing Officer shall: (A) review the notice of proposed or summary action, including supporting material; and (B) review the employee's response, if applicable. *See* 6B DCMR § 1622.3 (2021). The specific causes identified and the conclusions of law reached by undersigned Hearing Officer are further set forth below.

1. Attendance Related Offenses: Unauthorized absence of five (5) workdays or more. 6B DCMR §§ 1605.4(f)(2), 1607.2(f)(4).

The documentation submitted by DISB provides evidence that Yusuff did, in fact, engage in conduct that falls squarely within the definition of the actions identified in the Charge listed above. The proposed removal is consistent with the DPM's table of illustrative actions found at 6B DCMR §1607.2.

For the Charge of Attendance Related Offense, the record is clear that Yusuff did engage in unauthorized absences of 5 workdays or more. DISB has proved that she had failed to attend work on the following dates: October 24 (AWOL); October 25 (5 hours AWOL); November 17 (AWOL); November 21, 22, and 23 (6 hours AWOL); November 27 – December 1 (AWOL); December 4 – December 8 (AWOL); December 11 – December 14 (AWOL). On October 23, 2023, Yusuff was given a Restriction Notice detailing explicit conditions of the leave restriction in effect for thirty (30) calendar days from the issuance of the Restriction Notice. Yusuff did continue to take leave without complying with the detailed requests of DISB staff to fully comply with the leave restriction in place. Yusuff did allege that DISB was retaliating against her, but there was no verification or proof to those allegations. Additionally, Yusuff has failed to prove any evidence that supports her allegations of complete medical submissions of FMLA coverage. The only evidence provided by either party regarding FMLA coverage is an email chain between Yusuff and Marlene Simmons regarding FMLA documentation submitted being incomplete. The following approval on November 20, 2023, shows that DISB staff did take the PFML documentation into account, but it only provided coverage for the period of October 27 through November 15, 2023. Yusuff's other claims are vague assertions without any corresponding proof of submission of documents. Therefore, this undersigned hearing officer finds that the documentation submitted by DISB provides evidence that supports the Charge. The proposed removal is consistent with 6B DCMR § 1607.2(f)(4). As such, the agency appropriately exercised its discretion in selecting a penalty for the charge, and, under all the available facts, determined that removal was the appropriate penalty.

Matter No. 1601-0043-24

essages

nab <zdyusuff@gmail.com>                                                          Fri, May 24, 2024 at 6:1(
n.Joseph@dc.gov

eetings Judge Lim,

name is Zainab Yusuff and I am the employee in the DCGovt DISB case OEA Matter No. 1601-0043-24. The case has been very triggering to say the least, even writing this email, I have yet to receive
employment benefits and I believe the agency is delaying that as well. I have been filing for unemployment for over a month now in addition to unjustly being suspended without pay on numerous
asions for seeking assistance concerning my disability and seemingly repeatedly being punished for it in addition to the harassment/workplace hostility I continued to endure. It even got to them
hholding my W2 and me having to report them to the IRS, now delaying my unemployment to the point I woke up the other day with barely $500 in my account and seems that has been the aim.
we not responded to the other parties because of the trauma I endured including suicidal ideations and seems they just want to contue to get a rise out of me using passive aggressive unhanded tactic
ich I am bringing to the surface. Further, confusion ties in that I just was alerted of your existence while being bullied to do a financial disclosure when I was only sent the notice about a little over two
eks ago though the agency claimed they sent it to me in March though I had no access to the DC government network even in February so I would not have received the email if one was truly sent which
uld have been April 15, 2024. Instead of them trying to withhold my W2, they should have been making sure I got the notice in the same manner they were contacting me about that. Further I was let go
n prior to the effective date.

stly, I am seeking to finalize my representation but wanted to alert you of my confusion as two different individuals claiming to be counsel to DC Govt DISB Connor Finch and Daniel Thaler have been
nstantly reaching out to me and from the email I recently received from Hemraj, I was under the impression all communication was to be filtered through the Judge; especially being that DC Govt DISB h;
aady been intimidating/bullying/harassing me of which I have reported to OHR, ODR and more but somehow everything kept being rerouted back to the sources causing the hostile work
nironment/delays in my unemployment benefits. Also, the Union fully supports me and we turned in the appeal to the suspension a day before it was due as I was going through medical issues including
se brought on by the trauma DC Govt/DISB triggered ex. they would be calling me while I was in the emergency room, while in intensive outpatient treatment asking for a doctor's note that I had already
wided for that day etc. I have also attached the initial response I gave to the proposed termination as an overview.

anks,

## ainab Yusuff

22107264

nab <zdyusuff@gmail.com>                                                          Sat, May 25, 2024 at 11:1(
<grindstonelaw@aol.com>

)ted text hidden]

Joseph (OEA) <lim.Joseph@dc.gov>                                                 Tue, May 28, 2024 at 9:0
al Knab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

communications must be furnished to the other party. Also consult with Agency reps and provide me proposed prehearing conference dates ASAP.

)m: Zai Knab <zdyusuff@gmail.com>
nt: Friday, May 24, 2024 6:10 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>

bject: OEA Matter No. 1601-0043-24

\UTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that t
nail is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

You don't often get email from zdyusuff@gmail.com. Learn why this is important
ated text hidden]

nab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>

od morning Judge Lim, Rep Thaler/Finch,

eceipt of email. Also, the preferred method of communication is email. I just wanted to state that for the record. I have also attached the email I sent to you and the attachment it contained. Below is an
vt DISB) for dates regarding a prehearing conference proposed by Judge. August 21, 2024 would be the selection.

aler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ne  ▾

od morning Ms. Yusuff:

m representing the D.C. Department of Insurance, Securities, and Banking in the case you have brought to the D.C. Office of Employee Appeals (Matter No. 1601-0043-24). The pre
ehearing Conference. I would like to propose August 19, 2024; August 21, 2024; and August 26, 2024. May you please let me know if you are available on these three dates? If not,
e available for the conference in August.

ank you,

niel M. Thaler
sistant Attorney General
ril Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
nlel.thaler@dc.gov

anks,

## ainab Yusuff

:ted text hidden]

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 9:3

od morning Julia,

I not want to bother you but was still seeking assistance/potential resources to help with the employment cases like the one below/attached (one with DC Govt ABRA/ the one below DISB). Also didn't nt to send random attachments, so I just kept it to this one email with 3 or less just to give a fuller picture of the matter. P.S. I have yet to collect my unemployment benefits but I have called them and it ms they are processing it now after 6 weeks of back and forth without much explanation on their end of the delay. Hope you had a decent holiday weekend and thank you much for what all you have eady been able to do.
—— Forwarded message ——
m: Zai Knab <zdyusuff@gmail.com>
:ted text hidden]

Fuld <julia@nvrdc.org>
al Knab <zdyusuff@gmail.com>

Tue, May 28, 2024 at 11:5!

Zainab,

sed on the letter from The Spencer Firm you forwarded, you are represented by them on 2 of your employment matters:

e Spencer Firm is only retained to represent Ms. Yusuff on her OHR claim of discrimination, OHR No. 23-139 DC(CN); EEOC No. 10-C-2023-00140.

lso appears that you have support from your union.

cause you are represented by a law firm, I cannot speak with you about your employment issues or view any additional communications or documents related thereto.

ase do not send me anything else related to your employment claims or your disability matters.

hough we had discussed whether I might be able to make a referral for your employment matters, I am unable to do so because you are represented and because you do not meet the jibility requirements for the service–Victim Legal Network" or VLN. If someone suggests you contact them, please note you will not qualify.

ow is a list of resources for you re: employment matters:

shington Lawyers Committee
ps://www.washlaw.org/

Refers
ps://dcrefers.org/
s is a website only service. The attorneys on here have agreed to provide short no-cost or low-cost consultations. If they offer you representation, you will discuss the fees and they may charge you their jular rates.

· Association of District of Columbia Lawyer Referral Service
ps://www.badc.org/lawyer-referral-service#/

shingtonian Magazine–Best Lawyers
ps://www.washingtonian.com/best/lawyers/

anks,
ia

ia Fuld | [she/her/hers]
ior Staff Attorney
l: 202.932.4332
ice: 202.742.1727 x 1110

ase note NVRDC has a 35-hour work week to promote the sustainable passion of our staff. For this reason, my work hours may differ from the usual Monday-Friday 9am-5pm work schedule. I will respond to your message as soon as I am able.

:ted text hidden]

s message and its attachments are sent by NVRDC and may contain information that is proprietary, legally privileged and/or confidential. If you are not an intended recipient, or the employee or agent responsible for delivery of this email to the intended recipien are prohibited from any dissemination, distribution, copying or saving of this email and any attachments. If you have received this message in error, please immediately notify the sender and permanently delete this email and any copies.

nab <zdyusuff@gmail.com>
ulia Fuld <julia@nvrdc.org>

Tue, May 28, 2024 at 12:0

anks for your speedy response and again did not mean to throw all of this at you. I have reached out to unemployment agency regarding the. delay and seems to be moving along now. Thanks again for help on such short notice and the clarifications I probably would have never figured out.

ich appreciation,

# ainab Yusuff
22107264
:ted text hidden]

r, Daniel (OAG) <Daniel.Thaler@dc.gov>
lm, Joseph (OEA) <lim.joseph@dc.gov>
al Knab <zdyusuff@gmail.com>

Wed, Jun 12, 2024 at 12:0

od afternoon Judge Lim:

m writing in response to your voicemail. Agency's proposed prehearing dates are August 19, 2024; August 21, 2024; and August 26, 2024. It is my understanding from Employee's low email that her primary preference is August 21, 2024, but she has not otherwise objected to Agency's proposed dates. Please let me know if you require any additional ormation.

ank you,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW

ainab Yusuff

22107264

ited text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                              Tue, Jul 30, 2024 at 10:2
ai Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>

od morning Ms. Yusuff:

elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more
e, we can reschedule the deposition to August 13, 2024. **Please let me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13,
24. If I do not hear from you by 10:30 a.m. tomorrow, then we will proceed with the deposition on August 2, 2024 absent any intervening orders from the Office of Employee Appea

icerely,

niel M. Thaler
sistant Attorney General
il Litigation Division
rsonnel and Labor Relations Section
ice of the Attorney General for the District of Columbia
0 6th Street, NW
ishington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

**nfidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
essage.

**etadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Monday, July 29, 2024 11:39 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzier, Felicia (ABCA)
elicia.Dantzler@dc.gov>
ited text hidden]

---

nab <zdyusuff@gmail.com>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (AB

etings Daniel et al,

ir email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so August 2, 2024 would not even be an option.
covery is to be provided (which date should also extend to August 19, 2024 in addition to the documents/data I will be requiring from DC Govt/DISB such as all the same documents they are requiring of
ow better than anything the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 until I confirm my additi
vitality but with your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless the other side is at
· vulnerable side showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will confirm a date with
ng on with the persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these details, which now
ike, as DC Govt./DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least expected. Doubt any
ny and you all clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.
From Thaler === Good morning Ms. Yusuff:
elieved that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). If you require more ti
, 2024. Please let me know by 10:30 a.m. tomorrow morning (7/31) if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tomor
gust 2, 2024 absent any intervening orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney, General Civil Litigation Division ==
—Greetings Judge Lim,
in cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
juested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
anndetic. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
re the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intakes yet th
ality; I think not. Regards. Immediately below is the previous email sent for your convenience:
On Wed, Jul 24, 2024 at 4:05 PM Lim, Joseph (OEA) <lim.joseph@...> wrote:
Ms. please be aware that both parties must cooperate in discovery or sanctions may be imposed.

From Zal Knab
Sent: Tuesday, July 23, 2024 6:43 PM
To: Finch, Connor (OAG) <...; Lim, Joseph (OEA) <...; Thaler, Daniel (OAG) <...; Stubbs, Charity (OAG) <...
Subject: Re: OEA Matter No. 1601-0043-2X

    This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe th
    ... for additional analysis by OCTO Security Operations Center (SOC).

ited text hidden]

---

[heavily obscured/redacted text block]
where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
he leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for this
... to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so

niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Tuesday, May 28, 2024 9:15 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>
bject: Re: OEA Matter No. 1601-0043-24

ited text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                          Wed, Jun 12, 2024 at 2:2:
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ai Knab <zdyusuff@gmail.com>

der attached. Hard copy to be mailed.

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
nt: Wednesday, June 12, 2024 12:00 PM

: Lim, Joseph (OEA) <lim.joseph@dc.gov>
: Zai Knab <zdyusuff@gmail.com>
ited text hidden]

---

r, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                    Wed, Jun 12, 2024 at 2:5
im, Joseph (OEA) <lim.joseph@dc.gov>
ai Knab <zdyusuff@gmail.com>

ceived. Thank you.

niel M. Thaler
sistant Attorney General
vil Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the essage.

tadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not ended to be viewed by a non-client recipient.

---

om: Lim, Joseph (OEA) <lim.joseph@dc.gov>
nt: Wednesday, June 12, 2024 2:25 PM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
ited text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                  Thu, Jun 13, 2024 at 11:5
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

ietings Judge Lim,

eceipt of pre-hearing order.

gards,

## ainab Yusuff

22107264
ited text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                  Wed, Jul 10, 2024 at 10:0
eyka Spencer <dspencer@spencer-firm.com>, Jana Thorson <jthorson@spencer-firm.com>

etings,

ceived this pre-hearing order for my claims for the current DISB but is a DC Govt agency and is in the Office of Employee Appeals and the Judge issued a pre-hearing order that included some settlemen guage. I'm not sure if it is relevant to my case as it is still DC Govt or can be beneficial to my ABRA case. (Also, none of the claims I filed with OHR against DISB ever received a call back nor intake meeti ich I informed the Judge in the email chain attached & pre-hearing order). The settlement portion made me definitely want to inquire about it.

ntinued Appreciation,
nab
anks,
ainab Vusuff

—— Forwarded message ——
rm: Zal Knab <zdyusuff@gmail.com>
ated text hidden]
ated text hidden]

—— Forwarded message ——
rm: "Dantzler, Felicia (ABCA)" <Felicia.Dantzler@dc.gov>
Zal Knab <zdyusuff@gmail.com>

e: Mon, 1 Jul 2024 16:18:41 +0000
ject RE: OHR Inquiry 18626 Intake Appointment

Zal,

ceived.

gards,

lcia Dantzler

esident

SCME
cal 2743

2-716-5646

rm: Zal Knab <zdyusuff@gmail.com>
nt: Sunday, June 30, 2024 11:38 PM
: Seyler, Michelle (OHR) <michelle.seyler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Sonny Garibay
garibay@districtcouncil20.org>
: acarter@employmentlawgroup.com; dmulane@employmentlawgroup.com
bject: Re: OHR Inquiry 18626 Intake Appointment

JUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that
s email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

etings Michelle Seyler,

 nice to hear from you after nearly a year and a half after filing the initial claim of four (one February, July, September and one after that of 2023). I am going to need more time as your meeting invite for
 esday, July 2, 2024 initial meeting intake is last minute I have other items already for that day and feels rushed so would not work and I would need more time to seek additional representation for this
 im and clarification as to the delay and and confirming that you are consolidating all the claims; I have already been wrongfully terminated as of March of this year and the case is currently already with
 Office of Employee Appeals. I have recordings, medical records, email chains and a clear failure of DC Govt to accommodate, wrongful termination and more. Also, the additional lawyer I'm seeking
 uld need to know who the other people are, copied on this email. I have copied Judge Lim of the OEA case & my prior union reps because I'm not sure why this intake is just now happening much over a
 ar after my very first filing claim against DC Dept of Insurance Securities and Banking, its Katrice Purdie, Cmr. Karima Woods etc. I have already detailed to the head of OHR what has been happening
 sed off of the last email I had to send him in a prior instance, so I am surprised at just receiving from you a random initial meeting invite when this entire case started well over a year ago; seems to be an
 ue with checks and balances in this entire process that may need to be investigated/audited overall.

gards,

# ainab Yusuff

22107264

Mon, Jun 17, 2024 at 1:32 PM Seyler, Michelle (OHR) <michelle.seyler@dc.gov> wrote:

Dial in by phone

+1 202-594-9550,,417225105# United States, Washington DC

Find a local number

Phone conference ID: 417 225 105#

―――――――――――

nab <zdyusuff@gmail.com>                                                                                      Tue, Jul 23 at 6:4:
inch, Connor (OAG) <Connor.Finch@dc.gov>, Lim, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, charity.stubbs@dc.gov, Dantzler, Felicia (ABRA
:la.Dantzler@dc.gov>

 etings Judge Lim,

 n just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation and I am currently still going through
 dical matters, the wrongful termination I am dealing with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records sho
 ther, because of my medical situations I believe I (a vulnerable person at this point for sure) am being further taken advantage of and the process now being rushed (though I won't allow anyone to rush

...ry lawyer... than I with the cessary knowledge to communicate the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep I need to know the reason for this so please make sure to provide it and a continuance due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of accommodation needs even prior to my start date, the fact that I have to survive so your rushing will not move me and this will be carried out fairly especially if the nonsense of denying all the agency h ...he is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I am dealing with my survival and health matters, however I will get ...tice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copied (so n o ...) claim they do not know what is going all at all steps and will be liable for any misstep );) unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so ...t technicalities will take precedence. Please stop with the tactics especially when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival befo ...atever narrative that is being spun by DC Govt to potentially cover up the wrongdoing-evil and will circle back in some shape or form to all involved. Further, any good attorney would know when to ...ncede as their client is clearly in the wrong. :

...tice of Deposition - August 2, 2024 at 11:00am

...essage

...aler, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                           Tue, Jul 23, 2024 at 12:17 P
Zal Knab <zdyusuff@gmail.com>
'Stubbs, Charity (OAG)' <charity.stubbs@dc.gov>

...ood afternoon Ms. Yusuff:
Please find attached a notice for your deposition on August 2, 2024 at 11:00am. You are required to appear in-person for the deposition at 400 6th St, NW, 9th Floor, Washington,
...DC 20001. You will need photo identification to enter the building. My phone number is 202-724-5474 if you need assistance with finding the location of the deposition on the 9th
...Floor of the building.
...incerely,
...Daniel M. Thaler
...Assistant Attorney General
...Civil Litigation Division
...Personnel and Labor Relations Section
...Office of the Attorney General for the District of Columbia
...100 6th Street, NW
...Washington, DC 20001
...(202) 724-5474
...daniel.thaler@dc.gov

...gards.

# ...ainab Yusuff

...22107264

...[ted text hidden]

---

...Joseph (OEA) <lim.joseph@dc.gov>                                                                                                    Wed, Jul 24, 2024 at 10:1
...al Knab <zdyusuff@gmail.com>, Finch, Connor <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA)
...cia.Dantzler@dc.gov>

...I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

---

...om: Zal Knab <zdyusuff@gmail.com>
...nt: Tuesday, July 23, 2024 6:43 PM
...: Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG)
...harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
...[ted text hidden]

...[ted text hidden]

---

...nab <zdyusuff@gmail.com>
...im, Joseph (OEA) <lim.joseph@dc.gov>
...inch, Connor (OAG) <Connor.Finch@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

...eetings Judge Lim,

...n cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was looking for additional representation thus
...quested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to happen and will always retain my right t
...ernet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work and needs to be extended. Your guidance
...ve the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidify additional representation, I am ce
...until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up even after a year with any intimacies yet th
...ality; I think not. Regards, Immediately below is the previous email sent for your convenience:

...On Wed, Jul 24, 2024 at 10:13 AM Lim, Joseph (OEA) ... wrote:
...I, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

...From: Zal Knab ...
...Sent: Tuesday, July 23, 2024 6:43 PM
...To: Finch, Connor (OAG) ... ; Lim, Joseph (OEA) ... ; Thaler, Daniel (OAG) ... ; Stubbs, Charity (OAG) ...
... ...
...Subject: Re: OEA Matter No. 1601-0043-24

...This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe this
... for additional analysis by OCTO Security Operations Center (SOC).

...Greetings Judge Lim,

...am just recently done... down from Daniel Thaler in regards to a mandatory deposit on when I last informed you all I am seeking additional representation and I am currently still going through the
...the basis for a failure to accommodate the balance of the primary reason of which the DC Govt and DISB were totally aware of which their own records show. Further, because of my medical situations I believ
...at... for survival, not good for... the process now being rushed (though I won't allow anyone to rush me into anything especially now that I am in nonprejudicial go ahead so I do... my survival. I... and cont
...unless I am becoming more aware that the process also they you all do followed up keep any rights in all in what is seeming as well. For DC Govt to further wreak even my health needs even... I am...
...about even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed and direct than I with
...the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reason for this
...tue to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to survive so
...but fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional representation, I an
...will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge /Lim is copi
...joing all at all steps and will be liable for any misstep );) unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so that technicalities will take preced
...Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo
...ll involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

...Notice of Deposition - August 2, 2024 at 11:00am

3ovt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up the wrongdo
ill involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :

Notice of Deposition - August 2, 2024 at 11:00am

.anks,

# ainab Yusuff
22107264

.anks,

# ainab Yusuff
22107264

oted text hidden]

---

ar, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                              Wed, Jul 31, 2024 at 9:0:
al Knab <zdyusuff@gmail.com>
im, Joseph (OEA) <lim.joseph@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

od morning Ms. Yusuff:

allow you additional time to secure legal representation, we will reschedule the deposition to August 13, 2024 at 10:00 a.m. This is the latest date that we are able to do under the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally
bmit a continuance request of the current scheduling order to OEA and OEA grants the request prior to August 13, 2024, then we can reconsider the deposition date again at that
1e.

acerely,

niel M. Thaler
sistant Attorney General
/il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
assage.

atadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Wednesday, July 31, 2024 7:18 AM
: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG)
harity.stubbs@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
oted text hidden]

---

ar, Daniel (OAG) <Daniel.Thaler@dc.gov>                                                                                              Wed, Jul 31, 2024 at 12:2.
al Knab <zdyusuff@gmail.com>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>

1. Yusuff:

ease find attached the updated notice of deposition reflecting the new date of August 13, 2024 at 10:00 a.m. As a reminder, you will need photo identification to enter the building.
nce you have passed through security, take the elevator up to the 9th floor and call my telephone (202-724-5474) so that I can let you into the office suite.

acerely,

niel M. Thaler
sistant Attorney General
/il Litigation Division
rsonnel and Labor Relations Section
fice of the Attorney General for the District of Columbia
0 6th Street, NW
ashington, DC 20001
)2) 724-5474
niel.thaler@dc.gov

nfidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may
ntain information that is proprietary, privileged, or confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, pri
ain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by email and delete all copies of the
assage.

atadata: This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not
ended to be viewed by a non-client recipient.

om: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>

: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>

iled text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                    Fri, Aug 2, 2024 at 8:3'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABRA) <Felicia.Dantzler@dc.gov>

od evening Judge Lim,

lieve I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally requesting a continuance to the
rrent scheduling order that requires the submission of Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for
gust 21, 2024 (which all seems rushed versus the OHR claims I filed which were never formally followed up on etc.).  Also, for whenever the deposition does occur, I would like a fu
nscript as well as to request for an additional party to be present just in case. Or the process for each request.

gards,

# ainab Yusuff

22107264

iled text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                            Mon, Aug 5, 2024 at 9:5;
al Knab <zdyusuff@dc.gov>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
tubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opposing copy.

>m: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 2, 2024 8:31 PM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
: Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

iled text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                    Mon, Aug 5, 2024 at 9:5;
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

setings Judge Lim,

ready sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawyer and this information/process w
I made known to me prior while I am concurrently working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing
s and the paper trail I have shows that. Looking forward to hearing from you.

anks,

# ainab Yusuff

22107264

iled text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                    Tue, Aug 6, 2024 at 7:3'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
:la.dantzler@dc.gov>
al Knab <zdyusuff@gmail.com>

setings Judge Lim and Daniel (et al.),

st a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarked prior to August, 13 2024 per
niel's email. See attached proof of me mailing the notices to be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please
operate and make sure to inform me of everything needed and required at every stage prior to it affecting the case, otherwise I expect you all to be accountable for that as well. See proof attached and
nfirm receipt of this email as a further receipt of this email and I am requesting discovery from the opposing entity as well please inform me of the process and everything else that would benefit me as
y are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Please also advise of that process and if
ssible a m entire guide of the process and I am requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are
itled to so you can say the person did not ask; just like Daniel's reckless statement he uses if he doesn't hear back that he assumes notice has been received. Would not want the mentality affecting my
se, so please provide everything entitled to my side of the case and of the other side and any communication between Judge and opposing attorneys that should be made known to me. Further, I would
the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultimately have its best interest. Again, I would like Katrice Purdie
minated and everything rightfully due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at
st have the rightful scapegoat to all of this nonsense that some of you all may be jeopardize their career/reputation for when certain people would not do this for none of you- I would think-but keep up t
:tense.

gards,

# ainab Yusuff

22107264

iled text hidden]

---

nab <zdyusuff@gmail.com>                                                                                                    Fri, Aug 9, 2024 at 8:4'
im, Joseph (OEA) <lim.joseph@dc.gov>, Thaler, Daniel (OAG) <daniel.thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <connor.finch@dc.gov>, Dantzler, Felicia (ABC
:la.dantzler@dc.gov>

od morning Judge Lim,

aln, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James and he confirmed he was the
e that opened and stamped it yesterday. Hope to hear from you soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the
.tter further if gaslighting as though DC Govt DISB is not in the entire wrong. I have proof of all that I claim and organized well. Again, do the right thing whether you think I am ignorant of the law or not, I
rays figure out how to gain wisdom from the situation and learn exactly what is needed to defeat evil liars, the law ultimately protects me from being taken advantage of and regardless of the technical
astions posed the superior court judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know I was wrongfully terminated and you all a
bing I don't continue to pursue it and like I won't make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts
.e now received my Notice of Continuance, so you can keep maybe strategizing between each other but ultimately you all are in the wrong. Ignoring my emails as the professionals once (as I owe you all
thing as I am not currently employed-which is not smart because now I have sometime in between; thanks) Anyways, It is interesting to see all this in real time and knowing I still have a court above you .
I I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my story in-depth which is my right Judge Lim, Daniel Thaler, Connor Finc
of you all); glad I know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you can drag this out, I am unemployed thanks to you all anyway so

even worst that might even want to see you all not in existence. Luckily I am not one though no one is safe from getting exactly what is owed to them. I look forward to hearing from you all. Just know, I ow some of my options, I now may pursue them because you will not take advantage of me especially when you do not know what I know and just trying to have some grace for the evil side which I do n in need to do. Hope to hear from you professionals soon:)

gards,

# ainab Yusuff

22107264

ited text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                          Fri, Aug 9, 2024 at 9:1
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

u and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your motion to ntinue will not be acted unless those dates are submitted via hard copy and email.

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ited text hidden]

---

Joseph (OEA) <lim.joseph@dc.gov>                                                                                          Fri, Aug 9, 2024 at 9:1
al Knab <zdyusuff@gmail.com>, Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA)
cia.Dantzler@dc.gov>

ase note that I will be on leave next week.

---

om: Zai Knab <zdyusuff@gmail.com>
nt: Friday, August 9, 2024 8:41 AM
: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG)
onnor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
ited text hidden]

---

inab <zdyusuff@gmail.com>                                                                                                  Fri, Aug 9, 2024 at 9:2
im, Joseph (OEA) <lim.joseph@dc.gov>
haler, Daniel (OAG) <Daniel.Thaler@dc.gov>, Stubbs, Charity (OAG) <charity.stubbs@dc.gov>, Finch, Connor (OAG) <Connor.Finch@dc.gov>, Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

y did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable to still have it on Tuesday gust 13th so respond to that and if I don't hear back from you on that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week rties. Anyway, I propose September 30 or October 1st and DC can choose the time. Because the Judge is now just informing me of this which seems unethical to me, expect this email in the mail as well I may come later than 8/13/24. However, we all are on this same email chain and if I have informed you of this and if provided the dates now there should be no issues and no penalties of sanctions on i t because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egregious and utter misuse of your sition. If I do not hear a response from Lim not DC lawyers, I will assume the case including deposition and discovery, has been postponed pending continuation dates.

gards,

# ainab Yusuff

22107264
ited text hidden]

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

~~District of Columbia~~ ~~(off. of human resources)~~

Zainab Yusuff _____ Plaintiff

vs.

District of Columbia
DCHR (office of human resources) _____ Defendant

Case Number    2024 5220

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Zainab Yusuff
Name of Plaintiff's Attorney

4600 NHB Ave NE
Address

DC 20019

202 210 7264
Telephone

如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오    ያማ፞ ፞ ፞ ፞ (202) 879-4828

Clerk of the Court

By _____
Deputy Clerk

Date 8 __ __ 24

(202) 879-4828

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4




**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                    Demandante

contra

_____                    Número de Caso: _____
                                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por _____

_____
Dirección                                           Subsecretario

_____

_____                    Fecha _____
Teléfono

如需翻译，请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202)879-4828

만약 번역을 원하시면 (202)879-4828로 전화주시기 바랍니다.      ያማርኛ ተርጓሚ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                              Vea al dorso el original en inglés
                              See reverse side for English original

CV-3110 [Rev. June 2017]                                      Super. Ct. Civ. R. 4

### Superior Court of the District of Columbia
### CIVIL DIVISION
### Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.

_DC Government ( District of Columbia Government )_
_____
Defendant

Case Number  2 0 2 4  5 2 2 0

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_
Address

_DC 20019_

_202 210 7264_
Telephone

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202)879-4828
번역을 원하시면, (202)879-4828로 전화주십시오.    የትርጉም እገዛ ከፈለጉ በ (202) 879-4828 ይደውሉ።

Clerk of the Court

By _____
Deputy Clerk

Date _____

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                              Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

          contra

                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____                              Subsecretario
Dirección

_____

                              Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
만일 번역을 원하시면 (202) 879-4828 로 전화 주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Zainab Yusuff*
_____
Plaintiff

vs.

Case Number   2 0 2 4   5 2 2 9

*Alcohol Beverage & Cannabis Administration*
*aka DC ABRA aka DC ABCA*
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab, Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NHB Ave NE*
_____
Address
*DC  20019*

*202 210 7264*
_____
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요/연락요.    �ኣማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                              Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____
                                Subsecretario
_____
Dirección

_____

_____        Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Dể có môt bài dich, hãy gọi (202) 879-4828

만약 번역을 원하시면 (202) 879-4828 로 전화주십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                                                 Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yousuff_
_____
Plaintiff

vs.

Case Number  2024  5229

_DC Department of Insurance, Securities &_
_Banking aka DC DISB_
_____
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yousuff_
_____
Name of Plaintiff's Attorney

_4600 NHB Ave. NE_
_____
Address
_DC   20019_

_202 210 7264_
_____
Telephone

如需翻译, 请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요.    የትርጉም ተናጋሪ ለማግኘት (202) 879-4828 ይደውሉ.

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                    Demandante

contra

                                                 Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                 *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

                                    Por: _____
Dirección                                                      Subsecretario
_____

_____        Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
한국어로 번역을 원하시면 (202)879-4828로 전화주세요    ኢትዮጵያ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                          Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Zainab Yusuff_
_____
Plaintiff

vs.                                                    Case Number  2024  5229

_DC_
_Office of Employee Appeals (Judge Lim)_
_aka OEA_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Zainab Yusuff_                                        _Clerk of the Court_
Name of Plaintiff's Attorney

_4600 NHB Ave NE_                          By _____
Address                                                       Deputy Clerk
_DC  20019_
_202 210 7864_                                   Date ____8 16 24____
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주세요     የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

            contra

                                    Número de Caso: _____

_____
                                    Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____          Por: _____
                                                                      Subsecretario
Dirección
_____

_____          Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

한국어로 번역을 원하시면 (202) 879-4828 로 연락하십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Bainah Yusuff_
_____
Plaintiff

vs.

Case Number 2 0 2 4   5 2 2 9

_DC_
_DC OHR (Office of human rights)_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Bainah Yusuff_
_____
Name of Plaintiff's Attorney

_4600 NAB Ave DE_
_____
Address
_DC 20019_
_____

_202 210 7264_
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

如需翻译, 请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주세요.     ነዝንታውት ትርጉም ለማግኘት (202) 879-4828     ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

              contra
                                                          Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____            *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                             Por: _____
_____
Dirección                                                         Subsecretario

_____

                                             Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면(202)879-4828로 전화주십시오      በአማርኛ  ያስተረጉመ  እንዲያውቁ  (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBREN LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                      Super. Ct. Civ. R. 4

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

*Zainab Yusuff*
_____
Plaintiff
vs.

*DC BEGA*
*Board of Ethics & Govt Accountability*
_____
Defendant

Case Number 2024 5229

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Zainab Yusuff*
_____
Name of Plaintiff's Attorney

*4600 NH Ave NE*
_____
Address
*DC 20019*
_____
*202 210 7164*
_____
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date  8-16-24

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Dể có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 연락주십시요.       የአማርኛ ትርጉም ለማግኘት (202) 879-4828      ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                 Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                                    Demandante

                    contra

                                                    Número de Caso: _____

_____
                                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

                                    Por: _____
_____                        Subsecretario
Dirección

_____

                                    Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 연락하십시오         paˈgᵔᵍᵓᴬ ᵗᶜᴴᵞᵓ ᵃᵓᵞᵞᴴᶜ (202) 879-4828 ᵉᵖᵓᵃ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                            Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**CIVIL DIVISION**

**Check One:**

| ☐ | **Civil Actions Branch**<br>**500 Indiana Ave., N.W.**<br>**Room 5000**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1133** | ☐ | **Landlord & Tenant Branch**<br>**510 4th Street, N.W.**<br>**Room 110**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-4879** | ☐ | **Small Claims & Conciliation Branch**<br>**510 4th Street, N.W.**<br>**Room 119**<br>**Washington, D.C. 20001**<br>**Telephone: (202) 879-1120** |

_____
                                    Plaintiff

                v.                                  CASE NUMBER: _____

_____
                                    Defendant

### ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____


### SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                                  Date

_____          _____
Printed Name and Bar Number (if applicable)     Street Address

_____          _____
Email Address and Phone Number              City, State, Zip

### CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated
to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                                      Name

_____          _____
Street Address                                          Street Address

_____          _____
City, State, Zip                                        City, State, Zip

_____          _____
Email Address and Phone Number              Email Address and Phone Number

Form CV(6)-451/Jan. 2020                              Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

FILED
CIVIL DIVISION

AUG 3 0 2024

Superior Court of the
District of Columbia

Zainab Yusuff _____ Plaintiff

DCGovt
DISB          [Daniel
AGSA OAG[     Thaler)
OHR et.                    Defendant

Case No. 2024-CAB-005339

Documents that weren't scanned in

I wanted to make sure that all scanned documents
were included & saw about 3 or 4 weren't scanned w/the
other evidence/proof docs. such as the right to sue & charge
of DISB by EEOC. etc

(signature)  8/30/24
Zainab Yusuff

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/14/2024

**To:** Ms. Zainab Yusuff
4600 NHB Ave NE
WASHINGTON, DC 20019

Charge No: 570-2024-00593

EEOC Representative and email:   PHILLIP HOEFS
Deputy Director
phillip.hoefs@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 570-2024-00593.

On behalf of the Commission,

Digitally Signed By: Mindy E. Weinstein
08/14/2024
Mindy E. Weinstein
Director

*6.26.2023 ZY Response to DISB Proposal*

I totally oppose the proposed action and raise the following grievances associated with the matter committed by DISB HR head and those that she seemingly has influence (meaning most people under her including my supervisor and director who I actually get along with). By standing up for my rights I hope it will be seen on the right side of history that speaking out is better than enduring mistreatment.

## US Constitution

Per the 1st amendment of the US Constitution that far exceeds the DCMR: "Some of the earliest unconstitutional conditions cases involving free speech arose in the public employment context. Perry v. Sindermann, a 1972 case, involved a state college's decision not to renew the contract of a professor who had publicly criticized the college administration's policies.

　　1 The Supreme Court held that, even though the professor did not have a contractual or tenure right to re-employment, he could still contend that the college impermissibly retaliated against him for exercising his First Amendment rights.

　　2 The Court reasoned that if the government could deny a benefit to a person because of his constitutionally protected speech or associations, his exercise of those freedoms would in effect be penalized and inhibited, thus allowing the government to 'produce a result which [it] could not command directly." https://constitution.congress.gov/browse/essay/amdt1-7-13-2/ALDE_00001274/

I included the DISB Organizational chart so the power dynamics may better be understood.



DC DEPARTMENT OF INSURANCE, SECURITIES AND BANKING
Executive Office of the Commissioner



**Felicia Dantzler**
**President**
100 M. Street, SE, Suite 250
Washington, DC 20003
202-716-5646
E: Felicia.dantzler@dc.gov

June 29, 2023

**VIA EMAIL**
Brian Bressman
Director
Enforcement Consumer and Protection Division
Department of Insurance, Securities and Banking
1050 First Street, NE, Suite 801
Washington, DC 20002

Re: **Response to Agency's Proposed Suspension (5 Days)**

Dear Mr. Bressman,

This is Labor and Ms. Yusuff's collective timely responses to the agency's proposed

five (5) day suspension, to which we believe Ms. Yusuff's conduct did not violate any

portion(s) of D.C.M.R. 1607.2 (a)(16).

In Agency's statement it stated in part that on two occasions March 31, 2023, and June

6, 2023, Ms. Yusuff engaged in misconduct through the sending of unprofessional and

generally unacceptable emails to broad audiences. However, in Agency's June 15,

2023, letter of proposed suspension the agency only provided statements from an email

crafted on June 6, 2023. Not providing proof thereof, the March 31, 2023, emails, must

not be considered in the agency's reasoning to support its position.

Labor denies that the June 6, 2023, emails demonstrated offensive; unprofessional;

distracting or otherwise unacceptable language. Ms. Yusuff's statements are her

experiences and frustrations with her agency and the inability to obtain clear directives.

Airing the agency's ineffective communications does not translate to unprofessional,

 Gmail

## OEA Matter No. 1601-0043-24

**Lim, Joseph (OEA)** <lim.joseph@dc.gov>
To: Zai Knab <zdyusuff@gmail.com>, "Thaler, Daniel (OAG)" <Daniel.Thaler@dc.gov>, "Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>, "Stubbs, Charity (OAG)" <charity.stubbs@dc.gov>

Order attached, will also be mailed.

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Thursday, August 29, 2024 9:10 AM
**To:** Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Stubbs, Charity (OAG) <charity.stu
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this
Operations Center (SOC).

In response to the email you just sent :"
Good morning Ms. Yusuff:

We are unable to delay the deposition date until November. We made arrangements for the deposition to take place on September 18, 2024 in accordance with your attached ema
allow you ample time to prepare. We will be proceeding with the deposition on September 18, 2024 in accordance with the Notice.
Sincerely,

Daniel M. Thaler"

Based on the new developments I mentioned in my last email and the clear conflict of interest I again reply with the following and may have to file a suit against you/OAG as well.
Daniel, you just called less than 20 minutes ago and I have been very responsive to you even yesterday and today as it is my birthday. Also per my last email to you and yo
Greetings,

I had been up and down with medical appointments, looking for work and dealing with the DC Superior Court lawsuit I have now filed against DC Govt, DISB/Katric
hearing is for the case is scheduled for 11/15/2024. I believe my evidence, union support, the right to sue letter, charge against DC DISB/Katrice Purdie etc. speaks for
respect even given your role, luckily you took the lead not Connor Finch who made me feel harassed.   If this OEA aspect still occurs, it would have to be after the 11
"

Daniel responded this just today :
"Good morning Ms. Yusuff:

Okay, understood. Are you available on November 19, 2024; November 20, 2024; and November 22, 2024 as the proposed prehearing conference dates? Please let me know by the
the judge.
Thank you,

Daniel M. Thaler"

-I would hate to think you are trying to form an incorrect narrative. Anyways, based on all the lawsuits, medical etc I propose December 28, 29, or 30 2024 depending or how the c

Regards,
*Zainab Yusuff*

Thanks,
*Zainab Yusuff*
2022107264

On Wed, Aug 28, 2024 at 5:36 PM Zai Knab <zdyusuff@gmail.com> wrote:
Daniel, you just called less than 20 minutes ago and I have been very responsive to you even yesterday and today as it is my birthday. Also per my last email to you and your response : "
Greetings,

I had been up and down with medical appointments, looking for work and dealing with the DC Superior Court lawsuit I have now filed against DC Govt, DISB/Kat
hearing is for the case is scheduled for 11/15/2024. I believe my evidence, union support, the right to sue letter, charge against DC DISB/Katrice Purdie etc. speaks
respect even given your role, luckily you took the lead not Connor Finch who made me feel harassed.   If this OEA aspect still occurs, it would have to be after the
"

Daniel responded this just today :
"Good morning Ms. Yusuff:

Okay, understood. Are you available on November 19, 2024; November 20, 2024; and November 22, 2024 as the proposed prehearing conference dates? Please let me know by t
the judge.
Thank you,

Daniel M. Thaler"

-I would hate to think you are trying to form an incorrect narrative. Anyways, based on all the lawsuits, medical etc I propose December 28, 29, or 30 2024 depending or how the

Regards,
*Zainab Yusuff*
2022107264

On Wed, Aug 28, 2024 at 5:28 PM Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov> wrote:
Good afternoon Judge Lim:

I am reaching out to provide an update on Prehearing Conference dates pursuant to the directive in the August 21, 2024 Order. On August 21, 2024, Agency emailed Employee askin
October 1, 2024; and October 2, 2024. On August 27, 2024, Employee replied that she wishes for the Prehearing Conference to be scheduled after a November 15, 2024 Initial Conf
Therefore, Agency responded this morning asking Employee if she agreed to Prehearing Conference dates of November 19, 2024; November 20, 2024; and November 22, 2024.

Agency has not received a response from Employee to the most recently proposed Prehearing Conference dates and was also unable to reach Employee by telephone shortly ago. I

Sincerely,

Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
(202) 724-5474
daniel.thaler@dc.gov

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received t the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged information and is not int

**From:** Lim, Joseph (OEA) <lim.joseph@dc.gov>
**Sent:** Tuesday, August 20, 2024 5:05 PM
**To:** Zai Knab <zdyusuff@gmail.com>

**Cc:** Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.D:
**Subject:** Re: OEA Matter No. 1601-0043-24

Order attached, will also be mailed.

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Friday, August 9, 2024 2:08 PM
**To:** Lim, Joseph (OEA) <lim.joseph@dc.gov>
**Cc:** Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.D:
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that Operations Center (SOC).

Email received and luckily as I was entoute driving to Lenfant Plaza.

Thanks,
*Zainab Yusuff*
2022107264

On Fri, Aug 9, 2024 at 2:07 PM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:
> The request for postponement is granted. The Order will be mailed.

Get Outlook for iOS

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Friday, August 9, 2024 1:12:57 PM

**To:** Lim, Joseph (OEA) <lim.joseph@dc.gov>
**Cc:** Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe th Operations Center (SOC).

Further Judge you have been working remote so I don't quite understand your stricter position. You haven't been in office from what I understand. Anyways isn't email written communic

Thanks,
*Zainab Yusuff*
2022107264

On Fri, Aug 9, 2024 at 1:09 PM Zai Knab <zdyusuff@gmail.com> wrote:
> Again, Judge you have received my notice for continuance which Daniel has confirm led by stating they will remain neutral and has confirmed a proposed date thus it is up to you Ju
> your response Judge as this is timely and we all are awaiting what You are going to do.

Thanks,
*Zainab Yusuff*
2022107264

On Fri, Aug 9, 2024 at 12:54 PM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:
> You need to get the consent of the opposing party to postpone deadlines and provide alternative dates before your request can be considered. In addition, we use mail and e

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Friday, August 9, 2024 10:25 AM

**To:** Lim, Joseph (OEA) <lim.joseph@dc.gov>

Greetings Judge Lim,

I am cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was requested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to internet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work have the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do up until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-u health; I think not. Regards. Immediately below is the previous email sent for your convenience:
-----On Wed, Jul 24, 2024 at 10:13 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:

> FYI, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Tuesday, July 23, 2024 6:43 PM
**To:** Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity ((
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the conten
analysis by OCTO Security Operations Center (SOC).

Greetings Judge Lim,

I am just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representatio
with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records show. Further, I
further taken advantage of and the process now being rushed (though I won't allow anyone to rush me into anything especially now that I am unemployed due to
Further, I am becoming more aware that the process also likely was not followed to keep my rights intact in what is seeming as well. For DC Govt to further weak
where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is
the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure r
due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my st
out fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I
however I will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of I
what is going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to r
when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being
or form to all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :
**Notice of Deposition - August 2, 2024 at 11:00am**

Thanks,

*Zainab Yusuff*

2022107264

On Wed, Jul 24, 2024 at 10:13 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:

> FYI, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Tuesday, July 23, 2024 6:43 PM
**To:** Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity ((
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the conten
analysis by OCTO Security Operations Center (SOC).

Greetings Judge Lim,

I am just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representatio
with due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records show. Further, I
further taken advantage of and the process now being rushed (though I won't allow anyone to rush me into anything especially now that I am unemployed due to
Further, I am becoming more aware that the process also likely was not followed to keep my rights intact in what is seeming as well. For DC Govt to further weak
where even if big lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is
the leverage that is on the side of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure r
due to numerous lapses in judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my st
out fairly especially if the nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I
however I will get justice as this is a horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of I
what is going all at all steps and will be liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to r
when DC Govt/DISB is already in the unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being
or form to all involved. Further, any good attorney would know when to concede as their client is clearly in the wrong. :
**Notice of Deposition - August 2, 2024 at 11:00am**

1 message

**Thaler, Daniel (OAG)** <Daniel.Thaler@dc.gov>
To: Zai Knab <zdyusuff@gmail.com>
Cc: "Stubbs, Charity (OAG)" <charity.stubbs@dc.gov>

Good afternoon Ms. Yusuff:

Yusuff prehearing2.docx
27K

Cc: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Fe
Subject: Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you belie
Security Operations Center (SOC).

And just for future reference, please provide your preferred fax numbers as I have faxed a copy of the email to both Judge Lim and Daniel Thaler though written in email as well. R
fault.

Regards,

*Zainab Yusuff*

2022107264

On Fri, Aug 9, 2024 at 10:11 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:
FYI, no one should assume anything. Any request must be explicitly approved by me in writing.

From: Zai Knab <zdyusuff@gmail.com>
Sent: Friday, August 9, 2024 9:27 AM
To: Lim, Joseph (OEA) <lim.joseph@dc.gov>
Cc: Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <

Subject: Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you be
Security Operations Center (SOC).

Why did you not inform me of this in the prior email sent not the emails I have sent since. That alone should make the need for continuance obvious and therefore not reasonable
that I will assume the dates are pending because of how unreasonable it was to just alert me of this when I have been emailing all week all parties. Anyway, I propose Septembe
of this which seems unethical to me, expect this email in the mail as well but may come later than 8/13/24. However, we all are on this same email chain and if I have informed y
on my end because I have communicated everything to you all further I need to go to the doctor that day. So now you are aware of all of this, to do anything else would be egreg
will assume the case including deposition and discovery; has been postponed pending continuation dates.

Regards,

*Zainab Yusuff*

2022107264

On Fri, Aug 9, 2024 at 9:14 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:
You and opposing party need to confer on proposed alternative dates regarding your request and submit them to me to choose from. Pending this submission, your mot

From: Zai Knab <zdyusuff@gmail.com>
Sent: Friday, August 9, 2024 8:41 AM
To: Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Conno

Subject: Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you
OCTO Security Operations Center (SOC).

Good morning Judge Lim,

Again, I am reaching out and hoping for cooperation:) I was made aware that my notice of request to continue has been received by your office as I just spoke with Mr James
soon as it would be irresponsible to have not heard something back from you by now Judge. Either way, I am now seeking to pursue the matter further if gaslighting as though
Again, do the right thing whether you think I am ignorant of the law or not, I always figure out how to gain wisdom from the situation and learn exactly what is needed to defeat
technical questions posed the superior court judge will actually do his Judge job and see through all the nonsense of DC DISB side. However, I have the time being as I know
make it a tiktok/youtube/facebook storytime with proof so that at least all of this is exposed to the good people of the nation. Anyways, I know the courts have now received my
ultimately you all are in the wrong. Ignoring my emails as the professionals one (as I owe you all nothing as I am not currently employed-which is not smart because now I hav
knowing I still have a court above you all and I am just observing your tactics and being able to articulate them will be enough for most citizens to understand when I share my
know your names too, so if a resident comes across you all they will already be aware of potential biases. Again, you all can drag this out, I am unemployed thanks to you all a
have to survive and if you all want to try to fight that, all of you  will faced even worse because you will not always be in existence like all people eventually and all that you do 1
your demonic spirits will suffer all eternity:) As a Judge, I would see that the side of DC Govt may not want to continue beating down on me because it will just cost them more
is aware of their rights though may stumble through but will Never stop than you all to be embarrassed further and your tactics continue to blow up in your faces with me becau
none of those at this point, quite frankly I feel disgusted by you all and like you all must have a lot of people that feel like me or even worst that might even want to see you all 1
them. I look forward to hearing from you all. Just know, I know some of my options, I now may pursue them because you will not take advantage of me especially when you dc
need to do. Hope to hear from you professionals soon:)

Regards,

*Zainab Yusuff*

2022107264

On Tue, Aug 6, 2024 at 7:37 PM Zai Knab <zdyusuff@gmail.com> wrote:
Greetings Judge Lim and Daniel (et al.),

Just a reminder to Judge Lim and Daniel Thaler of the mail I sent of the Notice of Request of Continuance to the Judge and courtesy one the opposing team and postmarke
be expected. Please cooperate as I am ready to follow this all the way through since I am now unemployed wrongfully terminated. Please cooperate and make sure to infor
expect you all to be accountable for that as well. See proof attached and confirm receipt of this email as a further receipt of this email and I am requesting discovery from the
me as they are already in the wrong and there are questions I want to ask as well so we can do a dual deposition once which would further the need for the continuance. Ple
requesting anything else beneficial to a plaintiff appealing wrongful termination as I know another tactic of you all is to hope we do not ask for what we are entitled to so you
back that he assumes notice has been received. Would not want the mentality affecting my case, so please provide everything entitled to my side of the case and of the oth
known to me. Further, I would like the process of the courts above OEA just in case collusion is felt since you all are all attorneys/Judge of the District of Columbia and ultim
due to me in this clearly wrongful termination. It would be wise to listen and cut the cancer (Katrice Purdie) out of DC Government/ Muriel Bowser's Administration or at least
career/reputation for when certain people would not do this for none of you- I would think-but keep up the pretense.

Regards,

*Zainab Yusuff*

2022107264

On Mon, Aug 5, 2024 at 9:57 AM Zai Knab <zdyusuff@gmail.com> wrote:
Greetings Judge Lim,

I already sent the email and will be printing it and mailing out a copy. The request was stated to be made to the judge so that's who I will be mailing it to as I am not a lawy working through medical situations as well as employment thanks to you all. So please advice and timely please as you all have seemed to be rushing this and the paper

Thanks,

*Zainab Yusuff*

2022107264

On Mon, Aug 5, 2024 at 9:52 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:
Any request or motion must be submitted in a document by hard copy and email or it will not be considered. Such motion is also subject to any objections by opp

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Friday, August 2, 2024 8:31 PM
**To:** Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>
**Cc:** Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe by OCTO Security Operations Center (SOC).

Good evening Judge Lim,

I believe I may now have potential representation of my standards. However, they would need more time to review all aspects of the case and preparation. I am formally Prehearing Statements by August 14, 2024, Discovery and Deposition by August 13, 2024, and Prehearing Conference for August 21, 2024 (which all seems rushec whenever the deposition does occur, I would like a full transcript; as well as to request for an additional party to be present just in case. Or the process for each re

Regards,

*Zainab Yusuff*

2022107264

On Wed, Jul 31, 2024 at 9:02 AM Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov> wrote:
Good morning Ms. Yusuff:

To allow you additional time to secure legal representation, we will reschedule the deposition to **August 13, 2024 at 10:00 a.m.** This is the latest date that we ar Statements by August 14, 2024 and schedules the Prehearing Conference for August 21, 2024. If you formally submit a continuance request of the current schec reconsider the deposition date again at that time.

Sincerely,

Daniel M. Thaler
Assistant Attorney General
Civil Litigation Division
Personnel and Labor Relations Section
Office of the Attorney General for the District of Columbia
400 6th Street, NW
Washington, DC 20001
(202) 724-5474
daniel.thaler@dc.gov

**Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message o immediately by email and delete all copies of the message.

**Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged infor

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Wednesday, July 31, 2024 7:18 AM
**To:** Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Finch, Connor (OAG) <Connor.Finch@dc.gov>; Stubbs, Charity (OAG]
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is s. analysis by OCTO Security Operations Center (SOC).

Greetings Daniel et al,

Your email is confusing and does not take into consideration the very point of the email I sent yesterday clearly stating all the dates need to be pushed back so Augus is to be provided (which date should also extend to August 19,2024 in addition to the documents/data I will be requiring from DC Govt/DISB such as all the same doc allowing the other side to narrate anything nor to take the any first pathetic thing they offer). Anyway, I propose tentatively the deposition date be August 19, 2024 unt your same legal knowledge or better (leveling the field a little as I have been handling all this on my own which exposes some attorneys that can't be effective unless showing the pathetic incompetence of the side with all the major support and resources). Further, it seems rather hazardous to state if you do not hear back you will c persons it seems certain entities are trying to destroy through psychological gymnastics, laws and technicalities. Maybe the masses need to be fully aware of all these

/DISB is already in the wrong, so seeing these tactics in real time is intriguing. I hope these tactics right back on you all and everyone connected to you all when least clearly need the many brains and resources to defeat one victim, seems an investigation & review of all these processes need to be done. Regards, Zainab.
    From Thaler: -----Good morning Ms. Yusuff:

I believed that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference). I **me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tom orders from the Office of Employee Appeals. Sincerely, Daniel M. Thaler, Assistant Attorney, General Civil Litigation Division------
-------Greetings Judge Lim,

I am cooperating and asking the same of you, and the attorneys representing DC. In my last email sent July 23, 2024 I requested a continuance and restated I was lc requested continuance/extension (whatever you want to call it, I am not a lawyer but will not be taken advantage of which is clearly the point but I will not allow it to ha internet etc. Also, I will need a number of items from the DC side for discovery as well. Again, the deposition scheduled for this Friday, August 2, 2024 will not work ar the additional representation solidified just yet Also, I have medical issues that likely will not be conducive to the August 2, 2024 date as well. Also, when I do solidity : until this point from you all, at which time you can explain yourselves. Again, it is interesting that none of the complaints I filed with OHR nor ODR got followed-up eve I think not. Regards. Immediately below is the previous email sent for your convenience:
-----On Wed, Jul 24, 2024 at 10:13 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:

    FYI, please be aware that both parties must cooperate in discovery or sanctions may be imposed.

---

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Tuesday, July 23, 2024 6:43 PM
**To:** Finch, Connor (OAG) <Connor.Finch@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OA
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is analysis by OCTO Security Operations Center (SOC).

Greetings Judge Lim,

I am just receiving these emails below from Daniel Thaler in regards to a mandatory deposition when I last informed you all I am seeking additional representation : due to failure to accommodate being one of the primary reason of which the DC Govt and DISB were totally aware of which their on records show. Further, becaus taken advantage of and the process now being rushed (though I won't allow anyone to rush me into anything especially now that I am unemployed due to these mi: becoming more aware that the process also likely was not followed to keep my rights intact in what is seeming as well. For DC Govt to further weaken my health se lawyers think they will outwit a regular person, it is pathetic because not equal footing. Which is further why I will bring in representation that is even more detailed a of the individual being mistreated. The fact that none of the OHR nor ODR claims I filed ever even got followed up on (I am sure my rep will need to know the reasc judgement on the part of DC Govt in at many fronts), the fact the agency was aware of my accommodation needs even prior to my start date, the fact that I have to nonsense of denying all the agency has done is the path you all want to follow. Again, as I stated in my last communication to you all, I am seeking additional repre horrible injustice and the gaslighting is what is fueling me further to get justice. Further, I do not want the representatives of DISB to reach out to me unless Judge / liable for any misstep ); I unless I have notified Judge Lim of updates with representation as it seems you all want me to miss things so that technicalities will take p unfavorable end; as I have been wrongfully terminated and putting my life/ survival before whatever narrative that is being spun by DC Govt to potentially cover up attorney would know when to concede as their client is clearly in the wrong. :
**Notice of Deposition - August 2, 2024 at 11:00am**

Thanks,

*Zainab Yusuff*
2022107264

Thanks,

*Zainab Yusuff*
2022107264

---

On Tue, Jul 30, 2024 at 10:29 AM Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov> wrote:
    Good morning Ms. Yusuff:

    I believed that you were available for the deposition on August 2, 2024 because I did not receive a response to my July 12, 2024 email (attached for reference **me know by 10:30 a.m. tomorrow morning (7/31)** if you would like the deposition rescheduled to August 13, 2024. If I do not hear from you by 10:30 a.m. tc orders from the Office of Employee Appeals.

    Sincerely,

    Daniel M. Thaler
    Assistant Attorney General
    Civil Litigation Division
    Personnel and Labor Relations Section
    Office of the Attorney General for the District of Columbia
    400 6th Street, NW
    Washington, DC 20001
    (202) 724-5474
    daniel.thaler@dc.gov

    **Confidentiality Notice:** This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. Th otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message immediately by email and delete all copies of the message.

    **Metadata:** This email transmission and any accompanying material may contain embedded metadata. Any included metadata is confidential or privileged inf

---

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Monday, July 29, 2024 11:39 PM
**To:** Lim, Joseph (OEA) <lim.joseph@dc.gov>
**Cc:** Finch, Connor (OAG) <Connor.Finch@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Stubbs, Charity (OAG) <charity.stubbs@dc.gov>; Dantzler, Fe
**Subject:** Re: OEA Matter No. 1601-0043-24

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is analysis by OCTO Security Operations Center (SOC).

## ADDENDUM TO COMPLAINT

CASE NO. _____

### ADDITIONAL PARTY NAMES AND ADDRESSES

Office OAG (Daniel Thaler)
Off of Attorney General (Connor Finch)

☐ PLAINTIF        ☑ DEFENDANT          ☐ PLAINTIFF          ☐ DEFENDANT

400 6th St NW
_____
Address (No Post Office Boxes)        Address (No Post Office Boxes)

Washington, DC 20001
_____
City        State        Zip           City        State        Zip

202 727 3400
_____
Telephone Number                      Telephone Number

_____
Email Address (Optional)              Email Address (Optional)

☐ PLAINTIF        ☐ DEFENDANT          ☐ PLAINTIFF          ☐ DEFENDANT

_____
Address (No Post Office Boxes)        Address (No Post Office Boxes)

_____
City        State        Zip           City        State        Zip

_____
Telephone Number                      Telephone Number

_____
Email Address (Optional)              Email Address (Optional)

## ADDENDUM TO COMPLAINT

CASE NO._____

## ADDITIONAL PARTY NAMES AND ADDRESSES

☐ PLAINTIF                    ☐ DEFENDANT

Address (No Post Office Boxes)

City              State            Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF                   ☐ DEFENDANT

Address (No Post Office Boxes)

City              State            Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIF                    ☐ DEFENDANT

Address (No Post Office Boxes)

City              State            Zip

Telephone Number

Email Address (Optional)

☐ PLAINTIFF                   ☐ DEFENDANT

Address (No Post Office Boxes)

City              State            Zip

Telephone Number

Email Address (Optional)

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION
SEP 06 2024
Superior Court of the
District of Columbia

Civil Action No. 2024 5229

_Zainab Yusuff_                    VS    _DC Government DISB (Department of Insurance Securities Banking) (DC Govt)_
**Plaintiff**                              **Defendant**

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Zainab Yusuff_ under oath do hereby state the following:

That my age and date of birth are as follows: _34  8/28/90_

That the residential or business address is: _1050 1st st NE, #801, Wash, DC 20002_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _DC Govt. DISB_ by registered/certified mail.

That the return receipt attached hereto was signed by _Reception_, the

defendant herein or _Reception_ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the _29_ day of _August_, 20 _24_.

If return receipt does not purport to be signed by the parties named in the Summons, then state
specific facts from which the Court's can determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:** _Certified USPS;_
_front desk / reception / security reception_

Subscribed and sworn before me this _6_ day of _September_ 20 _24_

Notary/Deputy Clerk

NOTE: A separate Affidavit of Service is required for each named Defendant

# U.S. Postal Service™
## CERTIFIED MAIL RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20002

**OFFICIAL USE**

Certified Mail Fee

$ $4.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

AUG 27 2024

MAIN OFFICE WINDOW

WASHINGTON DC 20066

Postage

$ $4.31

Total Postage and Fees

$ $9.16

Sent To  DC DISB

Street and Apt. No., or PO Box No.  1050 1st St NE #801

City, State, ZIP+4®  Washington, DC 20002

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7022 3330 0000 6389 8507

## Certified Mail service provides the following benefits:

A unique identifier for your mailpiece.

- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

... an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 (Reverse) PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

De Department of Insurance, Securities & Banking
DISB

**Tracking Number:**

Remove ✕

## 70223330000063898507

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:16 pm on August 29, 2024 in WASHINGTON, DC 20002.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20002
August 29, 2024, 12:16 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

## Text & Email Updates ⌄

## USPS Tracking Plus® ⌄

## Product Information ⌃

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION
SEP 06 2024
Superior Court of the
District of Columbia

Civil Action No. 2024 5229

*Zainab Yusuff* VS *DC Government BEGA (Ethics Gov't accountability)* *(DC Gov't)* *Board of*
Plaintiff          Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, __Zainab Yusuff,__ under oath do hereby state the following:

That my age and date of birth are as follows: __34  8/28/90__

That the residential or business address is: __1030 15th st NW #700 W, Wash, DC 20005__

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant __DC Gov't BEGA__ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or __Receptionist__ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the __29__ day of __August__, 20__24__.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:** __Certified USPS; front Desk / Reception / security Reception__

_____
Signature

Subscribed and sworn before me this __6__ day of __Sep__, 20__24__

_____
Notary/Deput. Clerk

**NOTE: A separate Affidavit of Service is required for each named Defendant**



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee    $4.85

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

AUG 27 2024

Postage    $4.31

$ $9.16

Total Postage and Fees

Sent To    DC BEGA (Ashley Cook)

Street and Apt. No., or PO Box No.    1030 15th St NW #700 West

City, State, ZIP+4®    Washington, DC 20005

PS Form 3800, April 2015 PSN 7530-02-000-9047         See Reverse for Instructions

## Certified Mail service provides the following benefits:

A unique identifier for your mailpiece.

- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) is retained by the Postal Service™ for a specified period.

### Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

or affix the label to the mailpiece. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

DC Board of Ethics & Government Accountability
BEGA

**Tracking Number:**

Remove ✕

## 70223330000063898538

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:18 pm on August 29, 2024 in WASHINGTON, DC 20005.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20005
August 29, 2024, 1:18 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. _2024  5229_

_Zainab Yusuff_ VS _DC Government Office of Human Resources_
**Plaintiff**                    **Defendant** _(DC HR)_

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Zainab Yusuff_ under oath do hereby state the following:

That my age and date of birth are as follows: _34   8/28/90_

That the residential or business address is: _1015 Half St SE, Wash, DC, 20003_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _DC. HR_ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _Reception_ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the _29_ day of _August_, 20_24_.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:** _USPS Certified; front clerk / reception / security reception -_

Subscribed and sworn before me this _6_ day of _September_, 20_24_

_____
Signature

_____
Notary/Deputy Clerk

NOTE: A separate Affidavit of Service is required for each named Defendant

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON DC 20066

**OFFICIAL USE**

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)  $ _____
- ☐ Return Receipt (electronic)  $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required  $ _____
- ☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage  $4.61

AUG 27 2024

08/27/2024

Total Postage and Fees
$9.46

WASHINGTON DC 20066

Sent To  DCHR

Street and Apt. No. or PO Box No.
1015  Half St SE

City, State, ZIP+4®
Washington DC  20003

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

## Certified Mail service provides the following benefits:

~~...tion of the Certified Mail label.~~
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

**Important Reminders:**

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

~~...or an electronic return receipt...~~ an electronic ~~return receipt...~~ associate ~~for assistance. To receive a duplicate~~ return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

- Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
- Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
- Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

FAQs >

DC Office of Human Resources

DCHR

**Tracking Number:**

# 70223330000063898569

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item has been delivered to an agent at the front desk, reception, or mail room at 2:17 pm on August 29, 2024 in WASHINGTON, DC 20003.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered to Agent
**Delivered to Agent, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20003
August 29, 2024, 2:17 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. **2024 5229**

_Zainab Yusuff_
Plaintiff

VS

_DC Govt OEA (Judge Lim)_
Defendant
_Office of Employee Appeals._

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Zainab Yusuff_ under oath do hereby state the following:

That my age and date of birth are as follows: _34 8/28/90_

That the residential or business address is: _955 L'Enfant Plaza SW, Wash, DC 20024_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _DC OEA (Judge Lim)_ by registered/certified mail.

That the return receipt attached hereto was signed by _____ , the

defendant herein or _Reception_ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the _29_ day of _August_ , 20 _24_ .

If return receipt does not purport to be signed by the parties named in the Summons, then state
specific facts from which the Court's can determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:** _USPS Certified; mail desk, receptionist, security_

_Z Yusuff_
Signature

Subscribed and sworn before me this _16_ day of _September_ , 20 _24_

_____
Notary/Deputy Clerk

NOTE: A separate Affidavit of Service is required for each named Defendant

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20024

**OFFICIAL USE**

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0101 |
| $ | | 27 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

AUG 27 2024

08/27/2024

| Postage | $3.15 |
|---|---|
| $ | |
| **Total Postage and Fees** | |
| $8.00 | |

Sent To  *DC Office of Employee Appeals (Judge Lim)*

Street and Apt. No., or PO Box No.  *955 L'Enfant Plaza SW*

City, State, ZIP+4®  *Washington, DC 20024*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

# Certified Mail service provides the following benefits:

- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

or an electronic version, visit USPS.com, or ask a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800,** April 2015 *(Reverse)* PSN 7530-02-000-9047

# USPS Tracking®

FAQs >



DC Office of Employee Appeals (Judge Lim)
OEA

**Tracking Number:**                                                    Remove ✕

## 70223330000063898514

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:31 pm on August 29, 2024 in WASHINGTON, DC 20024.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20024
August 29, 2024, 3:31 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                    ⌄

Product Information                                                    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. _2024 5229_

_Zainab Yusuff_            VS   _DC Government ABCA (ABRA)_
   Plaintiff                         Defendant   _alcohol beverage Cannibis Admn_

### AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Zainab Yusuff_ under oath do hereby state the following:

That my age and date of birth are as follows: _34  8/28/90_

That the residential or business address is: _8000 14th St NW #400's Wash, DC, 20009_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above

named defendant _DC ABCA/fka ABRA_ by registered/certified mail.

That the return receipt attached hereto was signed by _____, the

defendant herein or _Reception_ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the _29_ day of _August_, 20_24_.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:** _USPS Certified; front desk, receptionist, Security receipt_

_____
Signature

Subscribed and sworn before me this __6__ day of _De____ 20_24_

_____
Notary/Deputy Clerk

NOTE: A separate Affidavit of Service is required for each named Defendant



# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Washington, DC 20009

| Certified Mail Fee | $4.85 | | 0101 |
| $ | | | 27 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$4.61

AUG 27 2024

Total Postage and Fees
$9.46

08/27/2024

Sent To  DC ABRA /ABCA

Street and Apt. No., or PO Box No.
2000 14th St NW #400s

City, State, ZIP+4®
Washington, DC 20009

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

0309-EGS     Document 1-2     Filed 02/03/25     P

## Certified Mail service provides the following benefits:

- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece;

or an electronic return receipt. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.

  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).

- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form 3800, April 2015 (Reverse) PSN 7530-02-000-9047

# USPS Tracking®

DC Alcohol Beverage Combos Administration
(AKA Alcohol Beverage Regulation Administration)
DC ABCA/ABRA

**Tracking Number:**                                                    Remove ✕

# 70223330000063898521

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:04 pm on August 29, 2024 in WASHINGTON, DC 20009.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20009
August 29, 2024, 12:04 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

---

### Text & Email Updates                                                    ⌄

---

### USPS Tracking Plus®                                                    ⌄

---

### Product Information                                                    ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

Civil Action No. 2024 5229

Zainab Yusuff _____ VS _(DC Govt)_ DC. OHR (Office of Human Rights)
Plaintiff                                  Defendant

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Zainab Yusuff_ under oath do hereby state the following:

That my age and date of birth are as follows: **34  8/28/90**

That the residential or business address is: **441 4th St NW #570N, Wash DC. 20001**

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above named defendant **DC. OHR** by registered/certified mail.

That the return receipt attached hereto was signed by _____, the defendant herein or **Reception** a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt shows the date of delivery as the **29** day of **August**, 20 **24**.

If return receipt does not purport to be signed by the parties named in the Summons, then state specific facts from which the Court's can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

**SPECIFIC FACTS:** USPS Certified; receptionist/front desk/security reception

Subscribed and sworn before me this ___6___ day of Sept. 20 24

_____
Signature

_____
Notary/Deputy Clerk

NOTE: A separate Affidavit of Service is required for each named Defendant

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| Certified Mail Fee | $4.85 |
|---|---|

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage    $4.61

Total Postage and Fees
$

Sent To     DC  OHR

Street and Apt. No., or PO Box No.
441  4th St. NW #570 N

City, State, ZIP+4
Washington, DC  20001

Postmark Here
AUG 27 2024
08/27/2024
WASHINGTON DC

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7022 3330 0000 6389 8545

USPS.com® - USPS Tracking® Results

FAQs >

Remove ✕

**Copy**     **Add to Informed Delivery (https://informeddelivery.usps.com/)**

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:19 pm on August 29, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20001
August 29, 2024, 2:19 pm

**See All Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

| Text & Email Updates | ∨ |
|---|---|

| USPS Tracking Plus® | ∨ |
|---|---|

| Product Information | ∨ |
|---|---|

See Less ∧

Track Another Package

Enter tracking or barcode numbers

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION
OCT 0 4 2024
Superior Court of the
District of Columbia

Civil Action No. _2024-CAB-05229_

_Zainab Yusuff_     VS     _DC Gov't OAG, et al_
**Plaintiff**                    **Defendant**

## AFFIDAVIT OF SERVICE BY CERTIFIED/REGISTERED MAIL

I, _Zainab Yusuff_ _____ under oath do hereby state the following:

That my age and date of birth are as follows: _34 yo 08/28/90_

That the residential or business address is: _4600 NHB Ave, Ne, Wash, DC 2019_
_Defend: DC Gov't (400 6th St NW, Wash, DC 20001)_

That a copy of the Initial Order, Complaint, and Summons was mailed by the affiant to the above
named defendant _DC Gov't (of the District of Columbia - off. of Att. Gen)_ by registered/certified mail.

That the return receipt attached hereto was signed by _Marjorie Thomas_, the

defendant herein or _DC Gov't; OAG;_ a person of suitable age and discretion

residing therein at the Defendant's usual place of abode, and the said receipt shows the date of

delivery as the _11_ day of _September_, 20_24_.

If return receipt does not purport to be signed by the parties named in the Summons, then state
specific facts from which the Court's can determine that the person who signed the receipt meets the
appropriate qualifications for receipt of process as required by SCR (Civil) 4 (c) (2) and 4 (c) (3).

## SPECIFIC FACTS:

_It is as if they have been dodging being serve._
_been dealing another DC Gov't agency, reason to know to another DC Gov't agency._
_Also, I have concurrently been testifying on a grand jury_
_stand against another DC Gov't agency MPD of which I_
_was key witness + victim of which the cop was_
_found guilty._

_____
Signature

Subscribed and sworn before me this ___4___ day of _October_ 20_24_

_____
Notary/Deputy Clerk

**NOTE:  A separate Affidavit of Service is required for each named Defendant**

USPS TRACKING #

CAPITAL DISTRICT 209

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6518 0346 9230 98

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Zaynab Yusuff
4600 NHB Ave NE
Washington, DC 20019

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DC Govt (Govt of the District of Columbia
Office of the Attorney General
400 6th St NW)
Washington, DC 20001

9590 9402 6518 0346 9230 98

2. Article Number (Transfer from service label)

7022 2410 0000 3827 0626

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Maysi Thom

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Manonethomas

C. Date of Delivery

09/11/2024

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



FILED
CIVIL DIVISION
OCT 1 1 2024
Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Zainab Yusuf          *Plaintiff*

vs.                                              Case No. 2024-CAB-005229

DC Govt et al.        *Defendant*

## MOTION - (Pro-Se)

MOTION OF: Continuance          for Case 2024-CAB-005229
                                          Zainab Yusuff

(State briefly what you want the Court to do)   I would like a continuance as I was
made part of a child sex abuse case that involved a MPD
cop & I was a key (survivor) witness. The federal trial require I testify & was subpeam
in addition I recently had to have emergency surgery less than a wk ago
all unexpected & extremely emotionally taxing & requires addn'l from me.

Printed name: Zainab Yusuff          Signature: [signature]

Address: 4600 NHB Ave Nt, DC, 20019          Home phone no.
                                              Business phone no.

## CERTIFICATE OF SERVICE

On  11  October                                          2024 I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: DC Govt et al | Name: et al |
|---|---|
| Address: 400 6th St NW | Address: |
| DC, 20001 | |

                                              Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support
your reasons.)
Unexpected dates for a federal child sex abuse case
concurrently occurring & emergency surgery & pro se.

                                              [signature]
                                              Signature



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Plaintiff_

vs.                                                      Case No. _____

_Defendant_

## ORDER

Upon consideration of the motion _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20 _____

**ORDERED**:

   1.  That the motion be, and it is hereby,      ☐ **Granted**      ☐ **Denied**

   2. That _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Copies to:

_____
Judge

Form CV(7) – 545 / Jul 2019

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 2021 CF1 006942** |
| | : | |
| **v.** | : | **Hon. Maribeth Raffinan** |
| | : | |
| **LUCIUS KEARNEY,** | : | **Jury Trial: May 22, 2024** |
| **Defendant.** | : | |

### NOTICE TO WITNESS

This matter is before the Court on Witness J.E.'s request that the Court issue a subpoena for the therapy records of Zainab Yussuf from Takoma Therapy LLC, so that counsel for J.E. may advise J.E. regarding her testimony in the above-captioned case.

By this notice, the Court is informing Ms. Yussuf of the opportunity to object or consent to the review and release of these records in connection with this case. *Brown v. United States*, 567 A.2d 426 (D.C. 1989). If Ms. Yussuf wishes to be heard, she may simply write to Judge Maribeth Raffinan, Superior Court of the District of Columbia, Chambers 3150, 500 Indiana Avenue, NW, Washington, DC 20001, or email JudgeRaffinanChambers@dcsc.gov.

If Ms. Yussuf consents or does not respond by May 29, 2024, the records will be inspected by Judge Raffinan in Chambers to determine whether there are any portions of the records that should be disclosed to counsel for J.E. in the interests of justice. Accordingly it is this 15th day of May 2024, hereby,

**ORDERED** that Zainab Yussuf is given 14 days to object to the disclosure of her medical records as described above.

*mp*

**Judge Maribeth Raffinan**
**D.C. Superior Court**

**Copies To:**

Susan Ellis
*Counsel for J.E.*

Zainab Yussef

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Washington Field Office**
131 M Street, NE Fourth Floor, Suite 4NWO2F
Washington, DC 20507
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/14/2024

**To:** Ms. Zainab Yusuff
4600 NHB Ave NE
WASHINGTON, DC 20019

Charge No: 570-2024-00593

EEOC Representative and email:     PHILLIP HOEFS
Deputy Director
phillip.hoefs@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 570-2024-00593.

On behalf of the Commission,

Digitally Signed By:Mindy E. Weinstein
08/14/2024
Mindy E. Weinstein
Director

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **ZAINAB YUSUFF,** | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No. 2024-CAB-005229** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Neal E. Kravitz** |
| **DISTRICT OF COLUMBIA,** *et al.***,** | ) | |
| **Defendants** | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

The plaintiff has filed a motion for a continuance of the initial scheduling conference currently set for November 15, 2024. The plaintiff states that she is a witness in a child sex abuse case involving a District of Columbia policeman.

For good cause shown, it is this 15th day of October 2024

**ORDERED** that the motion is granted. It is further

**ORDERED** that the initial scheduling conference currently set for November 15, 2024 is continued to **February 7, 2025 at 9:30 a.m.**

_____
Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies to:
Zainab Yusuff
4600 Nannie Heken Burroughs Ave NE
Washington, DC 20019
zdyusuff@gmail.com

DC ABRA/ABCA
2000 14th St. NW #400S
Washington, DC 20009

DC Board of Ethics and Government Accountability
1030 15th St. NW #700 West
Washington, DC 20005

DC DISB
1050 1st St. NE, #801
Washington, DC 20002

DC Office of Employee Appeals
950 L'Enfant Plaza 510
Washington, DC 20024

DC Office of Human Resources
1015 Half St. SE
Washington, DC 20003

DC Office of Human Rights
441 4th St. NW #570N
Washington, DC 20001

District of Columbia Government
4600 NHB Ave. NE
Washington DC 20019

eFiled
10/28/2024 2:07:20 PM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ZAINAB YUSUFF,

      *Plaintiff*,

   v.

DISTRICT OF COLUMBIA, *et al.*,

      *Defendants*.

2024 CAB 005229
Judge Neal E. Kravitz
Next Court Date: February 7, 2025
Event: Remote Initial Status Conference

**NOTICE OF APPEARANCE**

    The Clerk will please enter the appearance of Assistant Attorney General Katherine

Brumund on behalf of Defendants.

Dated: October 28, 2024

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Katherine Brumund*
KATHERINE BRUMUND [90017779]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 258-9210
Katherine.brumund@dc.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

On October 28, 2024, I served the foregoing Notice of Appearance by first-class mail and by email upon:

Zainab Yusuff
zdyusuff@gmail.com
4600 Nannie Helen Burroughs Avenue, N.E.
Washington, DC 20019
*Plaintiff pro se*

*/s/ Katherine Brumund*
Katherine Brumund
Assistant Attorney General

eFiled
10/30/2024 10:09:28 AM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ZAINAB YUSUFF,

     *Plaintiff,*

    v.

DISTRICT OF COLUMBIA, *et al.*,

     *Defendants.*

2024 CAB 005229
Judge Neal E. Kravitz
Next Court Date: February 7, 2025
Event: Remote Initial Status Conference

**PRAECIPE TO CHANGE ADDRESS AND CONTACT INFORMATION**

The Clerk of the Court will please change the address and contact information on the

docket for Assistant Attorney General Katherine Brumund to the following:

Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 258-9210
Katherine.brumund@dc.gov

Date: October 30, 2024     Respectfully submitted,

          BRIAN L. SCHWALB
          Attorney General for the District of Columbia

          STEPHANIE E. LITOS
          Deputy Attorney General
          Civil Litigation Division

          */s/ Samantha N. Lewis*
          SAMANTHA N. LEWIS [187701]
          Acting Chief, Civil Litigation Division Section II

          */s/ Katherine Brumund*
          KATHERINE BRUMUND [90017779]
          Assistant Attorney General
          400 Sixth Street, NW
          Washington, D.C. 20001

(202) 258-9210
Katherine.brumund@dc.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

On November 12, 2024, I served the foregoing Notice of Appearance by first-class mail and by email upon:

Zainab Yusuff
zdyusuff@gmail.com
4600 Nannie Helen Burroughs Avenue, N.E.
Washington, DC 20019
*Plaintiff pro se*


*/s/ Katherine Brumund*
Katherine Brumund
Assistant Attorney General

eFiled
11/12/2024 6:17:03 PM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ZAINAB YUSUFF,

    *Plaintiff*,

    v.

DISTRICT OF COLUMBIA, *et al.*,

    *Defendants*.

2024 CAB 005229
Judge Neal E. Kravitz
Next Court Date: February 7, 2025
Event: Remote Initial Status Conference

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS THE COMPLAINT

### INTRODUCTION

Defendants Alcoholic Beverage and Cannabis Administration (ABCA), Board of Ethics and Government Accountability (BEGA), Department of Insurance, Securities, and Banking (DISB), Office of Employee Appeals (OEA), Department of Human Resources (DCHR), Office of Human Rights (OHR), and the District of Columbia (the District) (collectively "Defendants") respectfully move to dismiss the Complaint with prejudice under Super. Ct. Civ. R. 12(b)(6). Plaintiff *pro se* Zainab Yusuff, a former employee of DISB, appears to generally allege wrongful termination from her position at DISB, but she does not identify any causes of action or allege any facts that plausibly allege a cause of action. *See* Compl. ¶¶ 1–3. As a result, her claims should be dismissed for her failure to comply with the pleading requirements of Super. Ct. Civ. R. 8(a). Additionally, all the District agency defendants should be dismissed from this case because they are *non sui juris*, and to the extent that Plaintiff sues the District for the tort of wrongful termination, *see* Information Sheet (checking box for "Wrongful Termination"), Plaintiff's claim is barred by the Comprehensive Merit Personnel Act (CMPA), D.C. Code §§ 1-601.01 *et seq*.

## FACTS

Plaintiff appears to challenge her termination from DISB.  *See* Compl. ¶ 3 ("I loved my job & career . . . .").  She attaches to her complaint a portion of an independent hearing officer's determination, dated March 15, 2024, finding that Plaintiff's removal from her position as a Fraud Investigator at DISB was appropriate based on Plaintiff's repeated unauthorized absences from work.  *See* Compl. at 29–37,[1] Mar. 15, 2024 Administrative Review.  Plaintiff alleges that on March 28, 2024, she was wrongfully terminated from her employment at DISB.  Compl. at 14, "Case Summary."[2]  She further alleges that she was retaliated against for previous claims she made against DISB officials through the creation of a hostile work environment.  *Id.*  Plaintiff alleges that she has filed three OHR complaints against ACBA, DISB, the District, and DCHR, and "at least one" Office of Disability Rights (ODR) complaint.  *Id.*  Plaintiff alleges that she "made several attempts to be heard and get assistance with the ADA matter but kept getting the runaround with nothing actively being done."  *Id.*  Plaintiff additionally alleges that she was "suspended without pay on at least two occasions" prior to her termination and claims that DISB "terminated [her] while in medical distress . . . ."  Plaintiff acknowledges that she currently has a proceeding in the Office of Employee Appeals (OEA), before Administrative Law Judge Joseph Lim.  *Id.* ("[A]nd even today when I have filed for continuance in the OEA matter (that is where the case is currently) with Judge Lim.").

Plaintiff's complaint does not assert any specific cause of action, allege any specific facts, or identify the dates of particular events and the District employees who were involved in

---

[1]     Page numbers refer to the pages of the PDF document on the docket that comprises the Complaint and its attachments.
[2]     Plaintiff purports to rely on several attachments to her complaint.  *See* Compl. ¶ 1 (referencing attachments).

any allegedly unlawful acts against her and explain with any detail what conduct they allegedly engaged in.  *See* Compl. ¶¶ 1–3.  Instead, she generally alleges that she "ha[s] been repeatedly [and] continuously . . . mistreated by DC Government [and] its agencies . . . ."  *Id.* ¶ 2.  Her "Case Summary" and other attachments similarly do not shed light on what specific claims she is bringing against the District in this action.  The allegations in her various attachments are summarized below.

## I.   <u>March 15, 2024 Administrative Review by Independent Hearing Officer Upholding Proposed Termination from DISB</u>

Plaintiff transferred to DISB in February 2023.  Compl. at 32, Mar. 15, 2024 Administrative Review.  On October 23, 2023, Plaintiff was placed on a 30-day leave restriction after failing to report to work between July 14, 2023, and September 25, 2023, except for attending an offsite training conference on July 25 and 26.  *Id.* at 30.  As a result of the leave restriction, Plaintiff's telework privileges were revoked.  *Id.*  Between October 23, 2023, and December 14, 2023, Plaintiff failed to report to her scheduled tour of duty without giving notice and without receiving proper authorization from her immediate supervisor 20 separate times.  *Id.* at 30–31.  Plaintiff was given instructions on how to properly request leave and how to provide the necessary supporting documentation for her absences.  *Id.* at 30, 32.  Plaintiff, however, never remedied any of the deficiencies that were called to her attention.  *Id.* at 32.  Plaintiff was retroactively granted Paid Family Medical Leave by DISB on November 20, 2023, for the period from October 27 through November 15, 2023.  *Id.* at 33.  On March 15, 2024, the independent hearing officer determined that the "proposal to remove [Plaintiff] from her employment with DISB for the Charge [of unauthorized absences] is supported by a preponderance of the evidence provided by DISB."  *Id.* at 37.

II.    **Plaintiff's OHR Complaints and ODR Complaint**

On February 28, 2023, Plaintiff filed an OHR complaint against ACBA.  Compl. at 19, Feb. 28, 2023 Questionnaire.  Plaintiff states that she "was led to file this complaint due to continuous discrimination, blatant lies, hostile work environment, retaliation, unequal pay, etc. due to [her] color, race gender, sex, national origin, retaliation, and more."  *Id*.  Plaintiff further states that she left ABCA on February 24, 2023, because of "the severity of the treatment" she experienced.  *Id*.  Plaintiff further alleges that Felicia Dantzler sent a "Union Grievance Letter" on December 30, 2022, on Plaintiff's behalf that purportedly "shows the pattern and the pervasiveness of the matter along with the potential victims that will suffer if these matters are not swiftly remedies with continuous governance."  *Id*.  Plaintiff, however, does not attach the complete Union Grievance letter to her complaint.

On July 8, 2023, Plaintiff submitted a complaint against DISB, ABCA, the District government generally, and DCHR.  Compl. at 17, July 8, 2023 Questionnaire.  Plaintiff alleges that she has been retaliated against, that her ADA needs have been violated, and that she has continued to experience a hostile work environment "due to undue influence as a result of reporting the occurrences of a culmination of harassing events."  *Id*. at 20.  Plaintiff further states that this complaint was a response to proposed disciplinary action she was facing.  *Id.*  Plaintiff argues that the discipline "far exceeds what is equitable" and that DISB did not weigh the *Douglass* factors appropriately.  *Id*. at 21.

Finally, on October 2, 2023, Plaintiff submitted an Office of Disability Rights (ODR) complaint.  Compl. at 26, Oct. 2, 2023 "Request Assistance or File a Complaint."  On September 9, 2023, Plaintiff alleges that her ADA request was denied.  *Id*.  Plaintiff states that her request "was denied for no given reason," and that the denial came after "long continuous harassment

and hostile work environment" since she joined DISB in February 2023. *Id.* Plaintiff alleges

that the denial of her ADA rights is due to retaliation by Katrice Purdie, who worked in DISB's

Human Resources department, in handling Plaintiff's ADA paperwork. *Id.* Plaintiff further

alleges that on September 26, 2023, during a retreat, Purdie approached her "in an intimidating

factor [sic]," which caused Plaintiff to have a "minor panic attack" that Plaintiff's colleagues

observed. *Id.*

## LEGAL STANDARD

Under Rule 8(a), pleadings must state "a claim for relief" containing "a short plain

statement of the claim showing that the pleader is entitled to relief." Super. Ct. Civ. R. 8(a).

Under Rule 12(b)(6), a complaint may be dismissed for failure to state a claim in compliance

with Rule 8(a). Super. Ct. Civ. R. 12(b)(6). "To survive a motion to dismiss for failure to state a

claim, a complaint must contain sufficient factual matter, accepted as true, to state a claim to

relief that is plausible on its face, and the factual allegations must be enough to raise a right to

relief above a speculative level." *Ct. for Inquiry, Inc., v. Walmart, Inc*., 283 A.3d 109, 117 (D.C.

2022) (quoting *Bereston v. UHS of Del., Inc.*, 180 A.3d 95, 99 (D.C. 2018)). A claim has facial

plausibility only when "the plaintiff pleads factual content that allows the court to draw the

reasonable inference that the defendant is liable for the misconduct alleged." *Id*. (quoting

*Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)). A "naked assertion devoid of further factual

enhancement" cannot survive a motion to dismiss. *Iqbal*, 556 U.S. at 678. Therefore, although a

court "must accept as true all of the allegations contained in the complaint," "threadbare recitals

of the elements of a cause of action supported by mere conclusory statements" will not suffice.

*Sundberg v. TTR Realty, LLC*, 109 A.3d 1123, 1128029 (D.C. 2015) (quoting *Iqbal* 566 U.S. at

678). Courts are not required to "accept inferences drawn by plaintiffs if such inferences are

unsupported by the facts set out in the complaint," nor are courts required to "accept legal

conclusions cast in the form of factual allegations."  *Kowal v. MCI Communications Corp*., 16

F.3d 1271, 1276 (D.C. Cir. 1994).

## ARGUMENT

**I.    <u>Plaintiff Fails to State a Claim for Relief.</u>**

The Complaint should be dismissed because it fails to state any plausible claim for relief.

Under Rule 8(a), a pleading must contain a "short and plain statement of the claim showing that

the pleader is entitled to relief."  Super. Ct. Civ. R. 8(a).  "[A] complaint must set forth sufficient

information to outline the legal elements of a viable claim for relief or to permit inferences to be

drawn from the complaint that indicate that these elements exist."  *Potomac Dev. Corp. v.*

*District of Columbia*, 28 A.3d 531, 545 (D.C. 2011) (quoting *Williams v. District of Columbia*, 9

A.3d 484, 488 (D.C. 2010)).  Moreover, it is well settled that "[a] court's duty to construe a *pro*

*se* complaint liberally does not permit a court to uphold completely inadequate complaints."

*Elmore v. Stevens*, 824 A.2d 44, 46 (D.C. 2003).  Ultimately, "the court or opposing party must

be able to understand whether a valid claim is alleged and if so what it is."  *Jiggetts v. District of*

*Columbia*, 318 F.R.D. 408, 413 (D.D.C. 2017) (citing *Poblete v. Indymac Bank*, 657 F. Supp. 2d

86, 96 (D.D.C. 2009)).

Here, Plaintiff's allegations lack any specificity necessary to plausibly state a claim for

relief.  Plaintiff does not specify what causes of actions she brings and what adverse employment

actions she challenges.  She does not allege the dates of specific incidents and does not say who

committed any alleged adverse employment actions and what their involvement was.  Moreover,

because she does not assert any specific cause of action (*e.g.*, the D.C. Human Rights Act, the

Americans with Disabilities Act, etc.), the District is unable to determine whether Plaintiff's

claims are within the appliable statute of limitations and whether Plaintiff exhausted any required administrative remedies or complied with other procedural requirements.  Because Plaintiff's complaint completely fails to comply with Rule 8(a), it should be dismissed.

## II.     BEGA, OHR, DCHR, ABCA, and DISB Should Be Dismissed as *Non Sui Juris*.

The Court should also dismiss BEGA, OHR, DCHR, ABCA, and DISB as *non sui juris*. A District agency may be sued "in its own right only if the entity has been established as a separate corporate entity."  *Ray v. District of Columbia*, 535 A.2d 868, 870 n.2 (D.C. 1987). Without "explicit statutory authorization, bodies within the District of Columbia government are not suable as separate entities."  *Sibley v. U.S. Supreme Court*, 786 F. Supp. 2d 338, 344 (D.D.C. 2011) (internal quotations omitted).  Moreover, agencies that are subordinate to the Mayor cannot sue or be sued absent explicit statutory authority.  *Simmons v. District of Columbia Armory Bd.*, 656 A.2d 1155, 1157 (D.C. 1995).

First, BEGA and ABCA are independent agencies established under D.C. Code § 1-1162.02 *et seq*., and D.C. Code § 25-201 *et seq*., respectively.  The statutory powers and duties enumerated in BEGA's authorizing statute do not contain provisions establishing BEGA as a separate suable entity.  Moreover, there is "no explicit statutory language in the D.C. code" that authorizes ABCA to sue or be sued.  *Scahill v. District of Columbia*, 271 F. Supp. 3d 216, 231 (D.D.C. 2017); *see also Fowler v. District of Columbia*, No. 18-CV-634 (RDM), 2020 WL 7014205, at *3 (D.D.C. Nov. 27, 2020) (dismissing ABCA (then ABRA) as *non sui juris* because there is no statutory authority authorizing suit against ABCA).  Similarly, DISB's statutory powers and duties enumerated in D.C. Code § 31-101 *et seq*. do not contain any provisions establishing DISB as a separate suable corporate entity.  Therefore, BEGA, ABCA, and DISB cannot be sued and should be dismissed as *non sui juris*.

Second, OHR is a District agency that is subordinate to the Mayor.  D.C. Code § 1-603.01(17)(R) (naming OHR as a "subordinate agency" that is "under the direct administrative control of the Mayor"); D.C. Code § 2-1411.01(a) (establishing OHR under the Executive Branch of the District government); *see also Kundrat v. District of Columbia*, 106 F. Supp. 2d 1, 5 (D.D.C. 2000) (listing cases where courts have held that District agencies are *non sui juris*, including OHR).  Therefore, OHR cannot be sued and should be dismissed as *non sui juris*. Additionally, the CMPA required the establishment of the DC Department of Human Resources (formerly known as the Office of Personnel) and the District's personnel system.  DCHR, like OHR, is named under the CMPA as a "subordinate agency" that is under the administrative control of the Mayor.  D.C. Code § 1-603.01(17)(S) (naming the Office of Personnel); *see also Kundrat*, 106 F. Supp. 2d at 5 (listing cases where Courts have held that District agencies are *non sui juris*, including the Office of Personnel).  Therefore, DCHR cannot be sued and should also be dismissed as *non sui juris*.

Thus, because BEGA, OHR, DCHR, ABCA, and DISB are all *non sui juris*, the Court should dismiss them as defendants in this case.

## III.    **Plaintiff's Wrongful Termination Claim Is Barred by the CMPA.**

The sole claim that Plaintiff identifies anywhere in her filing—on her Information Sheet—is wrongful termination.  *See* Information Sheet.  But this claim is barred by statute.

It is well established that the Comprehensive Merit Personnel Act (CMPA), D.C. Code § 1-601 *et seq*., provides an exclusive remedy for most grievances suffered by District government employees and that "the courts lack subject matter jurisdiction to award relief where the CMPA's remedies are exclusive."  *D.C. Metro. Police Dep't v. FOP*, 997 A.2d 65, 77 (D.C. 2010) (collecting cases).  The CMPA is intended "to create a mechanism for addressing virtually every

8

conceivable personnel issue among the [D]istrict, its employees, and their unions—with a reviewing role for the courts as a last resort, not a supplementary role for the courts as an alternative forum." *Id*. at 77–78; *see also District of Columbia v. Thompson*, 593 A.2d 621, 634 (D.C. 1991) (holding that the CMPA provides exclusive remedies for claims related to, among other grievances, adverse actions). "As relevant here, the CMPA provides that a District employee displeased with an 'adverse action for cause that results in removal'—i.e., termination—may appeal it to the OEA." *Greer v. Bd. of Trs. of the Univ. of the Dist. of Columbia*, No. 23-CV-3396 (JEB), 2024 WL 2049016, at *3 (D.D.C. May 8, 2024) (quoting D.C. Code § 1-606.03(a)). "Courts should dismiss claims if there is a substantial question about whether the CMPA applies." *Emp. #1 v. Dep't of Behav. Health*, No. 23-CV-2553 (DLF), 2024 WL 4345798, at *3 (D.D.C. Sep. 29, 2024)(internal quotations omitted). To determine whether a claim falls under the CMPA, courts will first determine whether the employee is covered under the statute, and if so, whether the claims fall within the scope of the CMPA. *Greer*, 2024 WL 2049016 at *4.

First, Plaintiff is clearly a covered individual under the statute because the CMPA applies generally to "all employees of the District of Columbia government" with some limited exceptions for employees of District courts. D.C. Code § 1-602.01(a). Second, Plaintiff's wrongful termination tort claim is "precisely the type of complaint that the CMPA was designed to handle." *Lewis v. Gov't of Dist. of Columbia*, 161 F. Supp. 3d 15, 35 (D.D.C. 2015). Therefore, Plaintiff's non-discriminatory wrongful termination claim is barred by the CMPA and should be dismissed.

Additionally, Plaintiff failed to exhaust her wrongful termination claim. "The CMPA specifies that 'administrative remedies are considered exhausted when a decision becomes final

. . .' and a decision becomes final . . . when a petition for review—if filed—is either granted or denied.  Yet Plaintiff filed this suit while [her] petition for review at the OEA was pending—*viz.*, before there was a final decision from the OEA."  *Greer*, 2024 WL 2049016, at \*7 (quoting D.C. Code § 1-606.03(c)).  Indeed, Plaintiff concedes that she is currently challenging her termination before the OEA.  *See* Compl. at 14, "Case Summary."  Therefore, Plaintiff's wrongful termination tort claim is barred for her failure to exhaust administrative remedies.  Indeed, appeals of OEA decisions, once final, are to be brought in this Court under Superior Court Agency Review Rule 1, not as general civil actions.  *See* D.C. Code § 1-606.3(d); Super. Ct. Agency Review R. 1.

Lastly, Plaintiff's wrongful termination claim cannot stand because Plaintiff does not show a causal link between her termination and a violation of public policy.  *See Omene v. Accenture Fed. Servs.*, No. 1:18-cv-02414 (TNM), 2019 WL 4750276, at \*2 (D.D.C. Sep. 30, 2019) (noting that wrongful termination claims must show the connection between "termination and a public policy not already protected by another statute" to successfully state a claim).  Here, Plaintiff does not include any allegations in the Complaint that allude to her participation in another activity that is not already protected by statute.  Therefore, her wrongful termination claim should be dismissed.

## CONCLUSION

For these reasons, the Court should grant the District's motion and dismiss the Complaint.

Dated: November 12, 2024                    Respectfully submitted,

                                                BRIAN L. SCHWALB
                                                Attorney General for the District of Columbia

                                                STEPHANIE E. LITOS
                                                Deputy Attorney General
                                                Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Katherine Brumund*
KATHERINE BRUMUND [90017779]
Assistant Attorney General
400 Sixth Street, NW
Washington, D.C. 20001
(202) 258-9210
Katherine.brumund@dc.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

On November 12, 2024, I served the foregoing Motion to Dismiss and the proposed order attached thereto by email and caused the same to be served by mail the next business day upon:

Zainab Yusuff
zdyusuff@gmail.com
4600 Nannie Helen Burroughs Avenue, N.E.
Washington, DC 20019
*Plaintiff pro se*

*/s/ Katherine Brumund*
Katherine Brumund
Assistant Attorney General

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ZAINAB YUSUFF,

*Plaintiff*,

v.

DISTRICT OF COLUMBIA, *et al.*,

*Defendants.*

2024 CAB 005229
Judge Neal E. Kravitz

**ORDER**

Upon consideration of Defendants' Motion to Dismiss the Complaint, any opposition and reply thereto, and the entire record, is this _____ day of _____, 202__, hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED**.

**SO ORDERED**.

_____
Judge Neal E. Kravitz
Associate Judge



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

District Of Columbia Government
441 4TH ST NW
WASHINGTON DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   District Of Columbia Government          **Case Number:**     2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮ ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

ABRA/ABCA
2000 14th ST NW STE 400S
Washington DC  20009

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  ABRA/ABCA                              **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

 Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Dc Office Of Employee Appeals
955 LEnfant Plaza SW
WASHINGTON DC  20024

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Dc Office Of Employee Appeals                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቋልና የጽሑፍ ትርጓሚ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶችን ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Dc Office Of Human Rights
441 4th Street NW
Suite 570N
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Dc Office Of Human Rights                    **Case Number:**   2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

Accessibility and Language Access Information for Superior Court

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሚ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Board of Ethics and Government Accountability
1030 15th ST NW STE 700 West
Washington  DC  20005

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Board of Ethics and Government          **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

DC Office of Human Resources
1015 Half ST SE STE 9
Washington DC  20003

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  DC Office of Human Resources          **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

Accessibility and Language Access Information for Superior Court

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሚ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

DC DISB
1050 First St NE Suite 801
Washington DC  20002

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  DC DISB                                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ።፡ ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።፡

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።፡



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Zainab Yusuff
4600 Nannie Heken Burroughs Ave NE
Washington DC  20019

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Zainab Yusuff                **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **11/15/2024** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

    Link: dccourts.webex.com/meet/ctb131

    Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
    Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 2000 Superior Court of the
Telephone: (202) 879-1133 Website: www.dccourts.gov District of Columbia

FILED
CIVIL DIVISION
NOV 18 2024

Zainab Yusuff _____ *Plaintiff*

vs.

DC Govt et all _____ *Defendant*

Case No. 2024-CAB-005229

Opposition
~~MOTION~~ -(Pro-Se)

MOTION OF: (To deny motion to Dismiss) Opposition to Dismiss for Zainab Yusuff in case 2024 CAB005229

(State briefly what you want the Court to do) Please See the printed typed Comprehensive

@ opposition of Defendants' motion to Dismiss presented by

their recently joined attorney Katherine Brumund (OAG) like Daniel

M. Thaler who is also from OAG, like Connor Finch. Please see detailed motion attached.

| Printed name: Zainab Yusuff | Signature: [signature] |
|---|---|
| Address: 4600 NHB Ave NE | Home phone no. |
| Wash, DC 20019 | Business phone no. |

**CERTIFICATE OF SERVICE**

On *Monday, November 18,* _____ 2024 I mailed this motion to all the lawyers in the case,
the plaintiff(s) and the defendant(s) who do not have lawyers, as listed below:

| Name: Katherine Brumund (attorney for DC Govt | Name: |
|---|---|
| Civil Litigation Ass. Attorney General et al.) | |
| Address: 400 6th (Sixth) St NW | Address: |
| Washington, DC 20001 | |
| Katherine.brumund@dc.gov | [signature] Signature |

**POINTS AND AUTHORITIES**

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support
your reasons.)
Please see all attached items & comprehensive

opposition of defendants' motion to dismiss, attached with legal

citations & explanations. Respectfully ~ Zai.

_____ [signature] Signature

Form CV(6) - 393 Jul 2019



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____ *Plaintiff*

vs.                                                           Case No. _____

_____ *Defendant*

## ORDER

Upon consideration of the motion _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this _____

day of _____, 20_____,

**ORDERED**:

   1.  That the motion be, and it is hereby,      ☐ **Granted**      ☐ **Denied**

   2. That _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Copies to:

_____

Judge

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

**2024 CAB 005229**

**Judge Neal E. Kravitz**

## Comprehensive Opposition of Defendants' Motion to Dismiss

**ZAINAB YUSUFF,**

**Plaintiff,**

**v.**

**DISTRICT OF COLUMBIA, et al.,**

**Defendants.**

---

## Introduction

Plaintiff Zainab Yusuff, despite being in a state of poor health and lacking formal legal training, presents this opposition to the Defendants' motion to dismiss. While navigating severe emotional and physical challenges, Ms. Yusuff has remained resolute in standing up for herself against a system that has attempted to invalidate her lived experiences through gaslighting, manipulation, and procedural sabotage.

The wrongful termination is but one of many bases for this claim, and the defense's attempt to reduce the Plaintiff's case to a single checkbox oversimplifies the interconnected violations of her rights. The Defendants' efforts to invalidate her experience rely on narratives and tactics that are both harmful and inconsistent with the law. Such patterns of manipulation and systemic retaliation must be scrutinized and dismantled.

The Plaintiff seeks $1.5 million in damages, including punitive damages, to address the systemic failures, emotional harm, and professional setbacks inflicted upon her. This case also serves to expose and mitigate the entrenched practices that allow such violations to persist within the DC Government. Attached will be summaries from my ongoing OEA matter/emails. Which Zainab feels she must do to ensure ethical standards are followed because you never know which of the higher ups are part of the "swamp" that needs to be drained, so I try to include as much detail as possible so someone smarter than me can make better sense of it all.

---

## Chronological Account of Events and Failures

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

**2024 CAB 005229**

**Judge Neal E. Kravitz**

## 1. Harassment and Exploitation at ABRA (2018–2020)

- **Racial Discrimination**:
  - Ms. Yusuff reported Investigator Vanessa Pleitez for using the N-word in the workplace. Despite this egregious conduct, ABRA leadership—including Director Fred Moosally and Jared Powell—took no corrective action.
  - This inaction violated the **D.C. Human Rights Act (DCHRA), D.C. Code § 2–1402.11**, which prohibits workplace discrimination based on race.
- **Exploitation and Workload Inequity**:
  - Following the passing of Monica Clark and the departure of Neal, the Plaintiff was expected to perform the duties of three employees without additional compensation or support, violating **D.C. Code § 1–608.01**, which mandates fair treatment of employees.
- **Defamation and Misrepresentation**:
  - ABRA falsely claimed the Plaintiff's seat change was due to disciplinary reasons, contradicting her documented requests for the move to escape workplace harassment.
  - These defamatory statements harmed her professional reputation and emotional well-being.
- **Concurrent Trauma**:
  - During this time, Ms. Yusuff was also a victim of child sexual assault by a Metropolitan Police Department officer (see **USA v. 2021 CF1 006942**), adding to her emotional distress.

## 2. Transfer to DISB: Retaliation and Escalating Hostility (2020–2023)

- **Systemic Harassment**:
  - Upon transferring to DISB, the Plaintiff was targeted by HR Director Katrice Purdie and her staff with retaliatory suspensions, denial/delay tactics of ADA accommodations, and other forms of harassment.
- **Termination During FMLA Leave**:
  - Ms. Yusuff was terminated while on approved FMLA leave despite submitting WH forms and medical documentation, violating **29 U.S.C. § 2615(a)** and **D.C. Code § 32-504(a)**, which prohibit retaliation and interference with medical leave rights.
- **ADA Violations**:
  - DISB mishandled ADA accommodation requests, refusing to engage in an interactive process to address Ms. Yusuff's workplace PTSD and anxiety, violating **42 U.S.C. § 12112** (ADA).
- **Separate Legal Action Against DISB**:

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

**2024 CAB 005229**

**Judge Neal E. Kravitz**

- The Plaintiff filed **2024-CAB-006450** specifically against DISB and Katrice Purdie for wrongful termination, further underscoring the retaliatory nature of their actions.

## 3. Decline in Mental Health and Emergency Treatments (2023)

- **Emergency Outpatient Treatments**:
  - Harassment and procedural delays led the Plaintiff to seek emergency outpatient care twice: 2021 & 2023 for severe anxiety and depression etc.
- **Daily Anxiety Attacks and Exhaustion**:
  - Anxiety attacks limited the Plaintiff to 2–3 hours of sleep nightly, causing physical exhaustion and fear of driving due to the heightened risk of accidents.
- **Suicidal Ideations and Harmful Coping Mechanisms**:
  - The relentless professional and emotional toll led to disassociation, harmful coping mechanisms, and suicidal thoughts.
- **Delayed Life Plans**:
  - Family planning and career advancement were indefinitely postponed due to financial instability and emotional trauma.

## 4. Procedural Negligence Across DC Agencies (2023–2024)

- **DCHR**:
  - Redirected the Plaintiff's complaints to Katrice Purdie, perpetuating harassment, violating **D.C. Code § 1–608.01**, which requires fair treatment in employment matters.
- **BEGA**:
  - Ignored ethics complaints filed against DISB leadership, violating **D.C. Code § 1–1162.01**, which mandates accountability for ethical violations.
- **OHR and OEA**:
  - OHR mishandled workplace discrimination complaints, violating **D.C. Code § 2–1403.16(a)**. OEA Director Sheila Barfield delayed responses for over a month, contributing to the Plaintiff's distress.
- **OAG's Role in Psychological Abuse**:
  - OAG's conflicting communications undermined Ms. Yusuff's stability and escalated her workplace PTSD.

---

## Laws Violated

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

**2024 CAB 005229**

**Judge Neal E. Kravitz**

1. **Family and Medical Leave Act (FMLA), 29 U.S.C. § 2615(a)**: Prohibits retaliation and interference with medical leave.
2. **D.C. Family and Medical Leave Act, D.C. Code § 32-504(a)**: Protects employees from adverse actions during approved medical leave.
3. **Americans with Disabilities Act (ADA), 42 U.S.C. § 12112**: Requires reasonable accommodations and prohibits discrimination against employees with disabilities.
4. **D.C. Human Rights Act (DCHRA), D.C. Code § 2–1402.11**: Prohibits workplace discrimination and retaliation.
5. **Ethical Oversight (BEGA), D.C. Code § 1–1162.01**: Mandates investigations into ethical violations.
6. **Impartial Investigations, D.C. Code § 2–1403.16(a)**: Requires unbiased investigations into workplace discrimination complaints.

## Impact on the Plaintiff

1. **Workplace PTSD**:
   - Harassment and systemic failures triggered and worsened PTSD.
2. **Financial Devastation**:
   - Inability to secure employment has left the Plaintiff reliant on borrowed money and stripped of her standard of living.
3. **Delayed Personal Goals**:
   - Family planning and other milestones have been indefinitely postponed due to financial instability and emotional trauma.
4. **Professional Ruin**:
   - The Plaintiff's career trajectory has been irreparably derailed, undoing years of effort and progress.
5. **Continuous State of Panic and Survival**:
   - The systemic retaliation and neglect have forced the Plaintiff into a state of perpetual fear and instability, underscoring the need for systemic reform.

## Relief Sought

### Financial Relief

1. $1.5 million in damages for lost wages, emotional distress, and reputational harm.

**Next Court Date: February 7, 2025[Event: Remote Initial Status Conference]**

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

**2024 CAB 005229**

**Judge Neal E. Kravitz**

2.  Additional punitive damages to hold the Defendants accountable for their actions.
3.  Reimbursement for legal and medical expenses.

**Non-Financial Relief**

1.  Disciplinary actions against responsible individuals.
2.  Systemic reforms to address ADA and FMLA compliance and improve accountability mechanisms.

**Declaratory and Injunctive Relief**

1.  A declaration affirming the Defendants' violations of federal and District laws.
2.  Injunctions mandating systemic oversight and equity training within DC Government.

## Conclusion

The Plaintiff's lived experiences expose systemic failures within the DC Government that have violated her rights under federal and local laws. Despite her health challenges and lack of legal training, Ms. Yusuff continues to stand against the entrenched patterns of manipulation and retaliation, seeking justice not only for herself but to set a precedent for others.

The Defendants' motion to dismiss oversimplifies the Plaintiff's claims and perpetuates the very patterns of gaslighting and systemic sabotage that this case seeks to dismantle. Denying the motion to dismiss is essential to uphold justice, hold wrongdoers accountable, and ensure that such abuses are mitigated in the future.

**Respectfully Submitted,**
**Zainab Yusuff**
Pro Se

The actions taken by the District of Columbia DISB and its representatives were improper and violated numerous federal and local laws, as well as established workplace protections, as detailed below.

## 1. Violation of FMLA Protections (29 U.S.C. § 2615(a))

The Family and Medical Leave Act (FMLA) explicitly prohibits interference, restraint, or retaliation against employees who exercise their FMLA rights:

- **29 U.S.C. § 2615(a)(1):** "It shall be unlawful for any employer to interfere with, restrain, or deny the exercise of or the attempt to exercise, any right provided under this subchapter."
- **29 U.S.C. § 2615(a)(2):** "It shall be unlawful for any employer to discharge or in any other manner discriminate against any individual for opposing any practice made unlawful by this subchapter."

In this case, Zainab Yusuff submitted all required FMLA documentation, including WH-380 forms noting her incapacity. Despite her compliance, she was subjected to harassment, hostile actions, and eventual termination. These actions constitute clear violations of FMLA, as they both interfered with her right to take leave and retaliated against her for exercising that right.

## 2. Violation of the D.C. Family and Medical Leave Act (D.C. Code § 32-504)

The District of Columbia's Family and Medical Leave Act mirrors federal FMLA protections, granting employees the right to take leave for medical reasons without fear of retaliation or adverse actions:

- **D.C. Code § 32-504(a):** "An employee who exercises the right to family or medical leave under this subchapter shall not, because of the exercise of such right, be denied the employee's benefits or seniority accrued before the date on which the family or medical leave commenced."

The agency disregarded this provision by suspending Ms. Yusuff without pay during her FMLA leave, fast-tracking her termination, and ignoring union appeals, all of which stripped her of benefits accrued prior to taking leave.

## 3. Failure to Conduct an Impartial Investigation (D.C. Code § 2–1403.16(a))

The District of Columbia Human Rights Act (DCHRA) requires impartial and thorough investigations into complaints of discrimination and retaliation:

- **D.C. Code § 2–1403.16(a):** "The Office [of Human Rights] shall investigate each complaint to determine whether there is probable cause to believe an unlawful discriminatory practice has been or is being committed."

Ms. Yusuff filed multiple complaints with the Office of Human Rights (OHR) and the Office of Disability Rights (ODR) regarding harassment, retaliation, and a hostile work environment. Instead of conducting an impartial investigation, these complaints were rerouted to her antagonist, Katrice Purdie. This failure to investigate not only violated the statute but further exacerbated the retaliatory conduct Ms. Yusuff faced.

## 4. Failure to Accommodate Under the Americans with Disabilities Act (ADA, 42 U.S.C. § 12112)

The ADA requires employers to provide reasonable accommodations to employees with disabilities and prohibits discrimination on the basis of disability:

- **42 U.S.C. § 12112(b)(5):** Discrimination includes "not making reasonable accommodations to the known physical or mental limitations of an otherwise qualified individual with a disability."

When Ms. Yusuff participated in an ADA meeting conducted by Shavon McLeod, the meeting deviated from its intended purpose. Instead of addressing reasonable accommodations, Ms. McLeod made the discussion personal, creating an inappropriate and hostile environment. This failure to conduct the meeting professionally and in good faith constitutes a violation of ADA requirements.

## 5. Retaliatory Actions Post-Termination (D.C. Code § 2–1402.61)

Retaliation against an employee for opposing discriminatory practices is prohibited under the DCHRA:

- **D.C. Code § 2–1402.61:** "It shall be an unlawful discriminatory practice to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of...any right granted or protected under this chapter."

Following Ms. Yusuff's termination, DISB and DC Government withheld her W-2 form until after April 15, causing financial hardship. This delay appears retaliatory, designed to exhaust her resources and deter her from pursuing justice.

### Summary of Improper Actions

1. Harassment and hostile actions during FMLA leave violated **29 U.S.C. § 2615(a)** and **D.C. Code § 32–504(a)**.
2. The failure to investigate OHR and ODR complaints violated **D.C. Code § 2–1403.16(a)**.
3. Improper conduct during the ADA meeting violated **42 U.S.C. § 12112**.
4. Post-termination retaliatory withholding of W-2 forms violated **D.C. Code § 2–1402.61**.

### Conclusion

**Statement of Facts in Support of Zainab Yusuff: Wrongful Termination and Hostile Work Environment Claims**

This statement of facts is submitted in support of Zainab Yusuff's claims of wrongful termination, workplace harassment, and the failure of multiple District of Columbia agencies to follow proper investigative procedures.

## Background and Onboarding Concerns

1. Zainab Yusuff, a former employee of the District of Columbia DISB, was subjected to a hostile work environment and retaliation prior to and during her employment.
2. Ms. Yusuff transitioned to DISB from her role at ABRA, where she had filed a formal complaint against ABRA including Camille Robinson who holds a similar position as Katrice for DISB. Documents provided to OHR detail Ms. Yusuff's claims of retaliation, with her onboarding at DISB influenced potentially by unfavorable discussions among ABRA staff and DISB staff.
3. The OHR motion to reopen the ABRA complaint was approved, providing further evidence of procedural deficiencies and retaliation preceding her employment at DISB.

## FMLA Violations and Supporting Documentation

4. Ms. Yusuff lawfully exercised her rights under the **Family and Medical Leave Act (FMLA)** and submitted all required documentation, including physician-provided WH-380 forms and even noting incapacity.
5. Despite fulfilling these requirements, Ms. Yusuff faced continuous harassment by Katrice Purdie and others at DISB during her FMLA leave. This harassment directly violates the protections provided under **29 U.S.C. § 2615(a)**, which prohibits employer interference or retaliation against employees exercising FMLA rights.

## Complaints Filed with OHR and ODR

6. Ms. Yusuff filed multiple complaints with the District's Office of Human Rights (OHR) and Office of Disability Rights (ODR) regarding the hostile work environment and retaliation she faced.
7. These complaints were improperly handled and rerouted back to the alleged antagonist, Katrice Purdie, contravening **D.C. Code § 2–1403.16(a)**, which mandates impartial investigations into employee discrimination claims.

## Hostile Work Environment and ADA Meeting Misconduct

8. During her employment, Ms. Yusuff experienced a hostile work environment exacerbated by the conduct of Shavon McLeod, who improperly handled an Americans with Disabilities Act (ADA) accommodation meeting. Instead of focusing on Ms. Yusuff's accommodations, Ms. McLeod made the meeting about herself. This breach of

professionalism is corroborated by a recording of the meeting and a witness, Felicia Dantzler.

9. Retaliatory actions included repeated suspensions without pay, ignoring the union's appeal of a proposed termination, and ultimately fast-tracking Ms. Yusuff's dismissal, disregarding her WH-380 forms and medical notes.

## Retaliation Beyond Employment Termination

10. Following her wrongful termination, DISB and DC Government withheld Ms. Yusuff's W-2 form, delaying her ability to file taxes on time. This withholding persisted until after April 15, prompting Ms. Yusuff to report the matter to the IRS.

11. This delay caused undue financial hardship and fits a broader pattern of actions designed to exhaust Ms. Yusuff's resources and deter her pursuit of justice.

## Violations of D.C. Law and Ethical Standards

12. The conduct described above violates:

- **D.C. Human Rights Act (D.C. Code § 2–1402.11)**: Prohibiting discrimination and retaliation.
- **D.C. Family and Medical Leave Act**: Protecting employees from retaliation for taking medical leave.
- **ADA (42 U.S.C. § 12112)**: Requiring reasonable accommodations and preventing disability discrimination.
- **D.C. Code § 1–606.01 et seq.**: Mandating fair treatment of employees in administrative proceedings.

## Request for Cooperation

Ms. Yusuff requests the full cooperation of the **Office of Employee Appeals (OEA)** and the **Office of the Attorney General (OAG)** in addressing this matter, including a revised schedule of dates for further proceedings. She has been communicative and cooperative and requests the same respect and diligence in the resolution of this case.

## Supporting Evidence

Ms. Yusuff will provide additional supporting documentation, including:

- Approved motion to reopen the ABRA complaint by OHR.
- Recorded ADA meeting and supporting witness/witness statement can be provided by Felicia Dantzler.
- Physician-provided WH-380 forms and listed her incapacity.
- Evidence of delayed W-2 issuance and IRS report.
- Relevant Email Chains and Voice Recordings that Zainab has been trying to inquiry how to submit.

 Gmail

Zai Knab <zdyusuff@gmail.com>

## ZY Summary Packet OEA Matter 1601-0043-24

1 message

**Zai Knab** <zdyusuff@gmail.com>                                                    Fri, Nov 15, 2024 at 4:20 PM
To: "Barfield, Sheila (OEA)" <sheila.barfield@dc.gov>, "Lim, Joseph (OEA)" <lim.joseph@dc.gov>, "Thaler, Daniel (OAG)"
<daniel.thaler@dc.gov>, "Dantzler, Felicia (ABCA)" <felicia.dantzler@dc.gov>, Sonny Garibay
<sgaribay@districtcouncil20.org>

Please see case summary attached. Again, I provided evidence of undergoing emergency surgery and being key witness
to a federal SA lawsuit all while staying communicative of all the unexpected events. Please see attached the following
and if you need me to mail it let me know though I was given a flyer at OAG which listed a portal to submit documents and
again wanted to ask if that is alright to use, this is the reason I would like us to look at each other as human beings first
because when we don't, we fail to see how to be fair. Please see the related attached
Comprehensive Motion for Updated Scheduling Order and Expression of Openness to Settlement Discussions OEA No.
1601-0043-24 (1).pdf (69K)
Witness List for ZY OEA Matter.pdf (51K)
Statement of Facts in Support of Zainab Yusuff_ Wrongful Termination and Hostile Work Environment Claims.pdf (67K)
State of DC Govt DISB Improper Actions.pdf (64K)
Per your order:
1. A statement of what you believe to be the facts of the case.
2. A specific statement of why Agency's action was proper/improper that includes the name, citation and
language of any law, rule, or regulation that supports your view of the case.
3. A list of witnesses that you would call in the event of a full hearing and a statement showing the relevance
of their testimony and an estimate of the time you will question each one.
4. A list of documents that you intend to submit to prove your case and copies of any documents that have
not already been submitted including signed written statements or affidavits from witnesses;
5. Any written motions (formal requests for me to take a particular action); oral motions may be accepted at
the pre-hearing conference, at my discretion.

Regards,

Zainab Yusuff

2022107264

On Thu, Nov 14, 2024 at 5:33 PM Zai Knab <zdyusuff@gmail.com> wrote:
Further, I was speaking about spiritually Sheila and all. You cannot piecemeal the emails. Further, I do not know you but
your abuse of process and power seems to be very clear. Further, I said bad energy, karma and God. So take that up
with your God ma'am unless it is you that is trying to harm me through this abuse of power and process I am feeling
and the harassment and taken advantage of by you and your office OEA. As well as you answering over a month later
to urgent matters and requests. Again, please advise on all matters and if and when you contact MPD as well.

Thanks,

Zainab Yusuff

2022107264

On Thu, Nov 14, 2024 at 5:23 PM Zai Knab <zdyusuff@gmail.com> wrote:
Please advise when you have further, you cannot misuse the police system to avoid addressing the request I have
put forth and still awaiting. Further, I informed you via the ignored requests that I am going through ptsd and have just
been key witness to MPD sexually abusing a minor. So i further feel you are antagonizing me which is making me
feel harassed. Please advise when you do contact them and please advise on all the other matters related to the
OEA matter as well.

Thanks,

*Zainab Yusuff*

2022107264

On Thu, Nov 14, 2024 at 5:19 PM Zai Knab <zdyusuff@gmail.com> wrote:
Further, I will contact the Metropolitan Police Department you misusing their process for if you do so ma'am and Ms. Dantzler is a witness.

Thanks,

*Zainab Yusuff*

2022107264

On Thu, Nov 14, 2024 at 5:18 PM Zai Knab <zdyusuff@gmail.com> wrote:
It was not a threat ma'am but a letting you know that taking advantage of me (someone who is not a lawyer) making you know that I will contact an attorney to represent me to their best ability to combat any abuse of me is not a threat please do not misuse law enforcement for such.

Thanks,

*Zainab Yusuff*

2022107264

On Thu, Nov 14, 2024 at 5:16 PM Barfield, Sheila (OEA) <sheila.barfield@dc.gov> wrote:

Ms. Yusuff, please be advised that based on what you have written in this email, particularly "when I do retain a lawyer to my liking there will know exactly how to handle all of you; and whenever any bad thing happens to you and your family member . . .", I plan to contact the DC Metropolitan Police Department to ensure the safety of this office.

*Sheila G. Barfield, Esq.*

*Executive Director*

*D.C. Office of Employee Appeals*

*955 L'Enfant Plaza, SW, Suite 2500*

*Washington, D.C. 20024*

*202.727.0004 (office)*

*202.727.5631 (fax)*

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Thursday, November 14, 2024 2:54 PM
**To:** Lim, Joseph (OEA) <lim.joseph@dc.gov>
**Cc:** Barfield, Sheila (OEA) <sheila.barfield@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>
**Subject:** Re: OEA Matter 1601-0043-24 Judge Replacement Request

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

There were several requests in the delivered mail and email. You provide no clarification and seems intentional and the timeframe of this though you have been aware seems like continuing abuse of power on again your part Judge Lim and Director Sheila. Again, I would prefer to postpone the preheating until further notice pending the proper review of the requests sent in. Further, there was also a request of updated dates schedule, so to make this order it would still need a postponement and further in the pursuit of the requests I was little to no acknowledgment as if that is part of the abuse of power tactics I will be further filing and putting on record so when I do retain a lawyer to my liking there will know exactly how to handle all of you; and whenever any bad thing happens to you and your family member just think of it as karma as this too shall pass but the evil energy will be possessed and follow all of your family members until in worse situations than all you all have been involved in God willing as that will be poetic justice at its finest whenever it happens. I look for to hearing from you on these timely matters. And keeping this date though I have stated in the email that I have medical issues etc going on. Ok. I'm thankful I have Dantzler who again I requested as a witness and you failed to address all the requests seemingly being blinded by your potential abuse of power and more. Until clarity is provided, and I have not physically received any order per your /OEA rules I must do so and further ignore your emails until I do receive anything in mail per your convenient rules. Please advise otherwise my statements and claims of you all not being clear and my requests are very detailed; your incorrect judgement and lapdog tactics are on you. I had further requests as well regarding the preheating that you have not addressed. Again, I prefer all the administrative aspects be taking care of before trying to take advantage again if a vulnerable disabled person yet trying to make it seem like that is not what you all are doing by disregarding my disability, ok. Pathetic as well because otherwise you could not achieve this coward unethical seeming behavior. Hope to hear from you soon.

Regards,

Zainab Yusuff
2022107264

On Thu, Nov 14, 2024 at 9:58 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:

Order attached.

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Wednesday, November 13, 2024 4:46 PM
**To:** Lim, Joseph (OEA) <lim.joseph@dc.gov>; Barfield, Sheila (OEA) <sheila.barfield@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

**Subject:** Re: OEA Matter 1601-0043-24 Judge Replacement Request

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

All written version ms have been delivered and I am glad I am making record of all this occurring. The ignoring of timely matters and more like being aware of all this even prior. I look forward to your excuses or responses.Ive done my portion and President Dantzler a witness for sure.

Regards,

*Zainab Yusuff*
2022107264

On Fri, Nov 8, 2024 at 8:10 PM Zai Knab <zdyusuff@gmail.com> wrote:

FYI the written version was delivered to OEA this morning at 11AM who signed for the delivery and OAG/Daniel M. Thaler will be receiving their copy soon though you all have read all the emails and it wouldn't remove you all from the fact that you have read the contents either way. Further, I expected you all not to respond to put me in a worse situation clearly as this is time sensitive; as some people can only win when others do not know all their rights-how can people like that even have pride knowing it is not even playing fields thus not even a win for that side just seemingly evil which will reach an important family member of theirs or themselves, justice comes in all forms and I find comfort in that-may not be today but someday when it is most befitting-remember days and people like me- that is our slight justice. I have done my part per the terms you set forth and the pertinent information I have relayed. I love when hateful people show their true colors in patterns, as anyone on their same knowledge level will eat them alive; no wonder some people try to oppress others before those that can properly argue the potential collusion and abuse of process and taking advantage of a vulnerable person; I can not wait for others to read all of this and see the injustices. Anyways, have a good weekend.

Regards,

*Zainab Yusuff*
2022107264

On Thu, Nov 7, 2024 at 5:45 PM Zai Knab <zdyusuff@gmail.com> wrote:

Further, I request an emergency continuance due to this ongoing delay in response from OEA (for over a month awaiting a response so at least a month 12/15 or 12/16 as also the sentencing for the other case I am involved in will be taking place at that time so would prefer it the week after as preparation is already in the works for that federal legal proceeding and further I am still dealing with medical situations at this time. However, see some of my evidence attached for good faith. Also, I oppose the preliminary summary (just in case it was unclear). Lastly, as a result of the delay on the part of OEA to respond as far as my several attempts at communicating with even OEA Director. It would be unreasonable to think I could deliver by mail what I am saying now which was part of the reasoning behind the request last time which shows the unclear nature and seemingly attempts to take further advantage of someone that is currently pro se. Again, I would like the administrative aspects to be tackled first otherwise I won't have an opportunity from the word go and that would be unreasonable and unfair. Again, attached are some of discovery evidence I have but still have recording and more which I would need to know how best to provide that part. I look forward to your response. Including having Dantzler as my witness and present for any in-person meetings.

Regards,

*Zainab Yusuff*
2022107264

On Thu, Nov 7, 2024 at 12:04 PM Zai Knab <zdyusuff@gmail.com> wrote:

In relationship to which request that I made and is fax okay as your office said that is an option which is given to others? And given the timeframe of the matter and that I have been requested this with no response and been awaiting administration aspects I think it would be unfair to now state this putting me in an even worse stance which I do not believe is the original purpose of OEA. This is further why I requested all that I did. Further,based on the email to Director Barfield of whom I was awaiting an answer, I believe based on all of those important reason should an expedited new date schedule be provided. Further, I await Director Barfield's response to the other elements of my initial email as well. Responding to one aspect of my email doesn't fully answer all the different portions of concern. I look forward to both your responses.

Thanks,

Zainab Yusuff
2022107264

On Thu, Nov 7, 2024 at 11:57 AM Lim, Joseph (OEA) <lim.joseph@dc.gov> wrote:

Please note that per OEA policy, any communication or motion must be sent to all parties in hard copy and email or it will not be considered.

**From:** Zai Knab <zdyusuff@gmail.com>
**Sent:** Thursday, November 7, 2024 11:19 AM
**To:** Barfield, Sheila (OEA) <sheila.barfield@dc.gov>; Lim, Joseph (OEA) <lim.joseph@dc.gov>; Thaler, Daniel (OAG) <Daniel.Thaler@dc.gov>; Dantzler, Felicia (ABCA) <Felicia.Dantzler@dc.gov>

**Subject:** Re: OEA Matter 1601-0043-24 Judge Replacement Request

CAUTION: This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Per the emails I have sent to Director Barfield and the over one month of not receiving a response and concurrent other administrative aspects occurring at the same time; along with asking Judge Lim in case against he (OEA and OAG) which is all still going on. Also, per my original email to Director Barfield sent September 10, 2024 and the follow up email I had to send you on October 30, 2024 because I had not received any email response from you at all even after speaking with you via phone a couple days after sending the email September 10, 2024 and not receiving an email. As a result I believe the dates should be pushed back. I have yet to hear any response to that as the confusion of all the aspects of the case are now blurred leaving it especially difficult to keep up. Further I need you to address the specific matters in my original email which is part of your role Director Barfield. Further, the request I have made includes Judge Lim copied as well and have not gotten any response from him either. Further, until new date schedule is produced for all aspects of this case I need Daniel et OAG to cease any motion as it is all unclear. Once the new date schedule is outlined, I believe it will make for a more fair

situation especially as I am currently handling this pro se still at the moment. I also asked for this in the original email I sent you here: "Good afternoon Director Barfield,

I hope this email finds you well. I am writing to urgently request the replacement of Judge Lim in my ongoing case due to serious concerns about his conduct and potential conflicts of interest. I have recently filed a lawsuit against Judge Lim, citing abuse and misuse of power, and I believe his continued involvement in my case could compromise the fairness of the proceedings.

My concerns stem from Judge Lim potentially communicating with other parties ex. the agency (DISB/Katrice Purdie charged by EEOC) and/ their attorneys (from OAG) Daniel Thaler & Connor Finch in ways that may not be beneficial to my position. As someone who is currently managing a disability, limited resources, and significant personal challenges—including delayed unemployment benefits from DISB that have now stretched almost two months—I am feeling particularly vulnerable in this situation. Furthermore, I had to report DISB to the IRS for withholding my W-2 forms, and the EEOC has charged DISB, granting me the right to sue. Despite these challenges, I have been representing myself to the best of my ability.

I feel that the process under Judge Lim's oversight has been made unnecessarily difficult. I have previously communicated to the agency representative, Daniel, and Judge Lim that I would be open to mediation or a possible settlement, as mentioned in the email chain among us. Unfortunately, these suggestions and other important issues seem to have been overlooked, likely due to the lack of impartiality in the current judicial oversight. Further I do not want to be homeless and am looking for work but the economy has not been the best and I have not had income besides the delayed UI since even prior to being terminated as pay was withheld from me several times including when just asking for help with the ADA process and more. I filed several OHR complaints and ODR but they were rerouted back to the antagonist Katrice Purdie; I loved my career and worked hard from ESL class when first in kindergarten to become an MBA/MSHS and certified information systems auditor. I feel this has unnecessarily changed the trajectory of my career path and life.

Regarding the OEA and OAG, I have filed complaints with the DC Superior Court against OAG and OEA (& Judge Lim) 2024-CAB-05554 and 2024-CAB-005229 (originally filed 8/9/24 and 8/30/24). I feel it may be best to pause all legal dates until administrative and other items are made clear; such as: my further concern that Daniel is now complicating the matter of the deposition and potentially attempting to have me sanctioned or even arrested because I dare speak up and not easily succumb to their seemingly usual tactics, which adds to the pattern of actions that seem designed to undermine my position. I made it clear from the beginning of my interactions with Daniel and Judge Lim that I preferred email communication over phone calls due to feeling harassed by the opposition attorneys and DISB who was even the reason I landed back in intensive outpatient treatment and had to get on FMLA and was beginning to see their psychological harassing patterns though now even hearing my email alerts even trigger me. I had to quadruple medication during the time including waking panic attacks, not being able to sleep more than two hours thus affecting my driving and more; yet this preference has not been respected.

Given these circumstances, I respectfully request that Judge Lim be replaced with a more impartial judge who can objectively oversee my case or whatever even better option there may be. I believe a change is essential to ensure a fair and just process moving forward.

Please give my regards to Ms. Katrina there at OEA, who made me feel heard; and that maybe I should have reached out to the general office sooner instead of continuing to try cooperating with Judge Lim. Thank you for your prompt attention to this critical matter. I look forward to your response and attached the charge/right to sue letter from EEOC.------My Follow up email from October 30,2024 because still no response as time is ticking and I was reporting everything and following the steps laid out in the guide just to get ignored multiple times.: Greetings Director Barfield,

I have been looking forward to a response from you in regard to my email sent September 10, 2024 about my OEA matter. One of my requests was to postpone the matter while administrative decisions still needed to be made on many fronts. Also, I had to have emergency surgency around this time as well as being a key witness in a Sexual Assault against a minor my a DC MPD Officer who was in fact found guilty by a jury and is to soon be sentenced. Also, there was a legal proceeding involving OEA , OAG and Judge Lim that also took place during this time which OAG did not even show up for yet I am just receiving the email immediately below from Daniel Thaler which I expressed in the legal proceedings to Judge Lim that I am completely confused at the date of everything especially given my condition on top of everything else. So, I am again awaiting your response as I believe I am going through the appropriate channels to get relief. Further, I would like to request discovery as well and witnesses such as Felicia Dantzler who has been present from literally the beginning of my career at DC Govt to the end of it and has even had first hand experience of pretty similar events she had to go through. I would be willing to hear the government out on a settlement to this mess many of the DC govt leaders created and a look into ethics of these agencies would definitely be a must including everything necessary to provide relief. I would allow Ms. Dantzler to present any such item as she also stood as my union president and the union also supported me like the EEOC letter charging the parties in my wrongful termination/discrimination lawsuit. Further, a date and time update is needed in all aspects of this OEA 1601-0043-24 matter in general if the justice that is needed is not clear to the parties at this point. Further, my lack of knowledge or being a lawyer does not opt me out of everything I am entitled to at this point-me not expressing a particular relief request does not constitute me opting out of it. Hope to hear from you soon.


Thanks,

Zainab Yusuff
2022107264



On Thu, Oct 31, 2024 at 1:03 PM Barfield, Sheila (OEA) <sheila.barfield@dc.gov> wrote:

Good afternoon Ms. Yusuff.


As you know, your appeal has been assigned to Judge Lim. Therefore, any requests you have regarding your appeal must be addressed with him. I am not able to make any rulings with respect to your appeal.


With respect to your request to have another judge assigned to your appeal, you have not presented any basis that would require me to assign another judge to your case.


Going forward, please address any questions, legal arguments, motions, pleadings, requests and anything else pertaining to your appeal to Judge Lim.

**Zainab Yusuff**
**zdyusuff@gmail.com**

**Friday, November 15, 2024**

**Office of Employee Appeals/ Judge Lim**

**Office of Attorney General DSIB (Daniel Thaler)**

**RE: Comprehensive Motion for Updated Scheduling Order and Expression of Openness to Settlement Discussions in OEA No. 1601-0043-24**

Dear Honorable Judge Lim,

I respectfully submit this motion requesting an updated scheduling order for the above-referenced case and formally express my openness to settlement discussions. This motion highlights my unwavering commitment to resolving the matter equitably while addressing the significant harm caused by the Defendant's actions, which has been my main focus and continues to be even through all the nonsense being experienced; further, being that I am pro se, it has been difficult especially because I studied IT and Accounting not Law but see that is is quite grueling.

## Motion for Updated Scheduling Order

Since my wrongful termination by the District of Columbia Department of Insurance, Securities, and Banking (DISB), I have faced severe and ongoing hardships, including:

- **Financial Hardship:** I remain unemployed, dependent on public assistance, and living with less than $25 in my bank account.
- **Emotional and Physical Health Decline:** Ongoing health challenges exacerbated by the emotional distress caused by harassment, retaliation, and wrongful termination.
- **Professional Disruption:** My career trajectory has been irreparably impacted, and I am actively seeking employment to rebuild my stability.

Despite these challenges, I have remained communicative about the events and their impact on my life, hoping for cooperation to mitigate the situation. This open communication reflects my good faith and intention to resolve the matter, as I truly loved my job and remain perplexed by the power dynamics and misuse of authority that led to my termination.

Given the importance of fair and timely resolution, I respectfully request the court to issue an updated scheduling order that provides clarity and equal opportunity for preparation.

**Proposed Updates**

1. **Deposition Scheduling:** Allowing at least 30 days' notice to ensure both parties are adequately prepared.
2. **Deadlines for Evidence Submission:** A revised timeline to submit any additional evidence that reflects the current state of the case though I have submitted many pieces of evidence already which I would like a summary list so as to provide anything missing.
3. **Future Hearings and Related Proceedings:** Scheduling sufficient time for both parties to address all outstanding issues comprehensively.

This updated schedule will ensure that the matter is adjudicated fairly, reflecting the principles of justice while considering my current hardships. I propose December 16, 17 or 18 for the deposition and other elements to be pushed back by that same amount of time. The time of day will be left to you Judge or by defendants.

## Expression of Openness to Settlement Discussions

In the spirit of resolving this matter efficiently, I wish to formally express my openness to settlement discussions. However, any settlement must reflect the substantial harm caused by the Defendant's actions. Such discussions must reflect the extensive harm caused by the Defendant's actions and meet the following for relief:

### 1. Financial Relief:

- **Full Back Pay:** Compensation for all wages and benefits lost since my wrongful termination, including retroactive salary and retirement contributions.
- **Compensation for Emotional Distress:** Acknowledgment of the severe emotional and physical toll caused by harassment, retaliation, and wrongful termination.
- **Reimbursement for Legal and Related Costs:** Coverage for reasonable expenses incurred while pursuing this matter, including transportation and documentation fees.

### 2. Non-Financial Relief:

- **Disciplinary Actions:** Implementation of corrective measures against individuals responsible for the misuse of power and hostile actions.
- **Systemic Changes:** Workplace reforms to prevent future retaliation, ensure compliance with FMLA and ADA laws, and improve complaint-handling processes.
- **Professional Protections:** Assurance of a clean employment record and support for rebuilding my career through professional recommendations and acknowledgment of wrongful actions.

### 3. Career and Workplace Restoration:

- Reinstatement to my position (or equivalent) with appropriate accommodations reflecting the hostile environment endured.
- Opportunities for career progression to compensate for the professional disruptions caused by the Defendant's actions.

## Specific Case Context

This case involves clear violations of my rights under the Family and Medical Leave Act (FMLA) and related workplace laws. Despite submitting all required WH forms and physician documentation noting incapacity, I faced termination and harassment during approved FMLA leave. Efforts to seek relief were obstructed, including the mishandling of Office of Human Rights (OHR) complaints and retaliatory actions by DISB leadership.

Furthermore, during an ADA meeting, the focus was inappropriately shifted away from accommodations to personal anecdotes by Shavon McCleod, undermining the process. These actions, combined with delays in providing my W-2 and unjustified suspensions, reflect a pattern of retaliation aimed at exhausting my resources and sabotaging my career.

## Conclusion

I respectfully request:

- An updated scheduling order that ensures fair preparation and process.
- A commitment to settlement discussions that provide comprehensive relief, including financial compensation, disciplinary action, and systemic reforms.

It has always been my intention to resolve this matter amicably. I valued my position and the opportunity to serve my community. However, the repeated misuse of power and disregard for my rights has caused significant harm. I remain open to meaningful dialogue and resolution, provided it addresses the full extent of damages and ensures accountability without the gaslighting.

Thank you for your time and consideration. I look forward to your response.

Sincerely,
Zainab.

**Witness List for Wrongful Termination Case**

**1. Felicia Dantzler**

- **Title/Position:** DC Union President
- **Relevance to the Case:**
  - As the Union President, Ms. Dantzler has direct knowledge of the appeals process and union representation provided to the complainant, Zainab Yusuff, during her employment with DISB.
  - She was present at key meetings, including the ADA meeting led by Shavon McCleod, where procedural irregularities occurred. Her testimony can corroborate the inappropriate conduct during this meeting and how it deviated from ADA standards.
  - She is also knowledgeable about the union's efforts to advocate for Ms. Yusuff during the suspension and termination process, including any instances where those efforts were disregarded or undermined by the agency.
  - Felicia Dantzler can provide critical insights into the union's assessment of the agency's handling of complaints and procedural violations.

**2. Sonny Garibay**

- **Title/Position:** DC Union Representative
- **Relevance to the Case:**
  - Mr. Garibay directly assisted in the appeal process regarding the proposed termination of Ms. Yusuff. He can provide detailed accounts of the appeal's timeline, the evidence submitted, and the agency's response.
  - He has firsthand knowledge of the union's communications with the agency and any indications that the agency failed to follow proper procedures or acted in bad faith during the appeal process.
  - His testimony is critical in demonstrating whether the agency disregarded documentation, including the WH-380 form and physician notes provided by Ms. Yusuff, and whether the union's advocacy was systematically ignored.
  - Sonny Garibay can also speak to any patterns of retaliation or hostile work environment issues reported by Ms. Yusuff and the union's efforts to address them on her behalf.

## Purpose of Witness Testimonies

The combined testimonies of Felicia Dantzler and Sonny Garibay will establish:

- Procedural irregularities in the termination process.
- The agency's failure to address and act upon union concerns and appeals.
- Specific instances of harassment, retaliation, and procedural violations that contributed to a hostile work environment.

- Evidence of bad faith actions by the agency, including their disregard of proper documentation and union advocacy.

These witnesses are critical to supporting Ms. Yusuff's claims of wrongful termination, retaliation, and violations of FMLA and ADA protections.



## DC GOVERNMENT

| | |
|---|---|
| **Name** | **First Name:** Zainab |
| | **Last Name:** Yusuff |
| **Address** | **Street Address:** 4600 Nannie Helen Burroughs Ave NE |
| | **City:** Washington |
| | **State:** DC |
| | **Zip:** 20019 |
| ne Number | 2022107264 |
| his TTY | No |
| ail | zdyusuff@gmail.com |
| | |
| you a Veteran? | No |
| w do you prefer to be tacted (i.e., phone, email, .) | email, phone |
| ess Issue Category | Programmatic Access - Please check here if the access problem is about a service -- for example, you cannot get or maintain a city benefit or service because of a disability, or you asked for a reasonable modification of a policy, practice or procedure in order obtain District of Columbia benefits or services, but were denied one. |
| ich District agency does this mplaint involve? | DC Department of Insurance, Securities and Banking, DCHR |
| ase describe the issue you countered: | On 9/14/23 my ADA request was denied for no given reason as to why and the appeal process was to file this complaint as the process was never made clear and seemed like continuous movin of the pole. This is after long continuous harassment and hostile work environment since joining 2/27/23- I was even suspended for days without pay for trying to find a resolution while bringing awar the situation. The head of HR is a passive aggressive ADA rights hater and has denied a person's ADA from what documents this young lady has presented to me and audio all alleged but she has the documents. I had several OHR claims against Katrice Purdie, DISB, ABRA/ABCA, DCHR for what seems to be collusion since Katr has been there for a long time and has connection with many area which would allow her to do what is being done. At the recent retr 9/26/23 she even approached me in an intimidating factor and I ha an embarrassing minor panic attack of which many observed. Whe she and I are both aware of the hostile work environment she has been creating for me even prior to my onboarding and I have reported it with my supervisor, Cmsr Woods, OHR and nothing is |

is a hater. Seemingly ... DC Mayor needs to make sure ADA people as well as Mayor Bowser get their accommodation on the basis of their rights and not the basis of a hater passive aggressive Chief of HR and whatever other fancy title this hater has but is clearly working to harm rather than help the overall DC mission but of course they cover it with false positive narratives while thinking everyone is stupid and oppressing the same people DC Mayor and Cmsr Woods are trying to help. Latrice or patrice whatever her name is has had her subordinates deny this person's request after the victim filed a claim with OHR against Karima Woods, Kattice Purdie and more. No one has helped her and they want keep oppressing the young ADA lady. The Head HR there needs to go or the people will keep resigning because Purdues fear of being found out seems to make her act even more hateful-passive aggressively speaking. This ADA victim of Purdue has a case. Instead of doing what is right Purdie and her team seems to want to keep worsening their position instead of giving the young lady her ADA rights she has had since starting with DISB and will likely share her story on all social media platforms.

| | |
|---|---|
| ...ase give us the date of the ...st recent issue: | 9/26/2023 |
| ...ase give us the location of ... issue: | DISB, Washington Marriott on L st |
| ...here a change in policy or ...cedure you wish to see that ...uld be helpful in resolving ...s issue? | Independent ADA, not subordinate of Katrice Purdie |
| ...mes and Positions of Staff ...countered (if known). | Katrice Purdie, Marlen Simmons, Alice Pettigrew |
| ...es anyone else have ...ormation about this situation ... issue that you think we ...ould contact? | Felicia Dantzler Union President, Arthur Slade Union Vice President OHR intake of the personnel Harris, Quiana (OHR-Contractor) |
| ...ll Name | **First Name:** Felicia **Last Name:** Dantzler |
| ...one Number | 2027165646 |
| ...ll Name | **First Name:** Quiana **Last Name:** Harris |
| ...one Number | 2027274559 |

eFiled
11/27/2024 12:08:39 PM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ZAINAB YUSUFF,

     *Plaintiff*,

     v.

DISTRICT OF COLUMBIA, *et al.*,

     *Defendants.*

2024 CAB 005229
Judge Neal E. Kravitz
Next Court Date: February 7, 2025
Event: Remote Initial Status Conference

## DEFENDANTS' MOTION TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS *NUNC PRO TUNC*

Defendants Alcoholic Beverage and Cannabis Administration (ABCA), Board of Ethics and Government Accountability (BEGA), Department of Insurance, Securities, and Banking (DISB), Office of Employee Appeals (OEA), Department of Human Resources (DCHR), Office of Human Rights (OHR), and the District of Columbia (the District) (collectively Defendants) respectfully move, out of an abundance of caution, under Super. Ct. Civ. R. 6(b) for an extension of their deadline to reply to Plaintiff's Opposition to Defendants' Motion to Dismiss, from November 25, 2024, to December 17, 2024.  If Defendants failed to file their reply timely, it is a result of excusable neglect by Defendants' counsel, and this failure has caused no prejudice to Plaintiff.

### STANDARD OF REVIEW

Under Rule 6(b)(1)(B), when an act is required to be done by a specified time, a court may "for good cause" extend the time after the deadline has passed "if the party failed to act because of excusable neglect."  Super. Ct. Civ. R. 6(b)(1)(B).  Excusable neglect "is a somewhat elastic concept and is not limited strictly to omissions caused by circumstances beyond the

control of the movant." *Pioneer Investment Services Co. v. Brunswick Associates Ltd.*

*Partnership*, 507 U.S. 380, 392 (1993) (citations and internal quotation marks omitted). This can

be acts left undone through "simple, faultless omissions to act and, more commonly, omissions

caused by carelessness." *Id.* at 388.  Therefore, excusable neglect is not limited to circumstances

dictated "by intervening circumstances beyond a party's control," but rather extends to failings

through "inadvertence, mistake, or carelessness, as well." *Id*. Ultimately, the determination of

whether neglect is "excusable" is "at bottom an equitable one taking account of all relevant

circumstances surrounding the party's omission." *Id.* at 395; *see also id.* at 391–92 ("It is not

surprising . . . that in applying Rule 6(b), the Courts of Appeals have generally recognized

that 'excusable neglect' may extend to inadvertent delays.") (footnote omitted).

     Courts consider the following factors in determining whether the neglect is excusable:

(1) the danger of prejudice to the opposing party; (2) the length of the delay and its potential

impact on judicial proceedings; (3) the reason for the delay, including whether it was within the

reasonable control of the movant; and (4) whether the movant acted in good faith.  *Id*. at 395;

*Cohen v. Bd. of Trustees of the Univ. of the Dist. of Columbia*, 819 F.3d 476, 479 (D.C. Cir.

2016).

## ARGUMENT

### The Court Should Grant This Motion and Extend Defendants Time to File a Reply to Plaintiff's Opposition to the Motion to Dismiss, *Nunc Pro Tunc*, Because the District has Established Excusable Neglect.

     Rule 12-I states that within "7 calendar days after service of an opposition, the moving

party may file and serve a reply."  Super. Ct. Civ. R.12-I(g). According to Plaintiffs' certificate of

service appended to their Opposition, Plaintiffs' Opposition was mailed to Katherine Brumund

on November 18, 2024.  *See* Pls. Opp'n at 1. The undersigned counsel, however, has not received

Plaintiff's Opposition via email nor in the mail to date. Accordingly, if Defendants have missed their deadline to file their reply, the *Pioneer* factors weigh in favor of finding excusable neglect in the instance. *First*, there is no danger of prejudice to Plaintiff because she is not required to submit a response or opposition to Defendants' reply. If Defendants' reply was ultimately due on November 25, 2024, the extension would allow the undersigned counsel to effectively reply to Plaintiff's Opposition and allow the Court to decide the motion on the merits. *See Frausto v. U.S. Dep't of Commerce*, 926 A.2d 151, 154–55 (D.C. 2007) (noting the "strong judicial policy favoring adjudication on the merits of a case").

*Second*, the *de minimis* length of the delay and its impact on the judicial proceedings is negligible and weighs in favor of finding excusable neglect. To the extent that Defendants' deadline to file their reply was November 25, 2024, extending Defendants' deadline by 22 days will have little effect on the judicial proceedings because no opposition is required by Plaintiffs and there are no outstanding deadlines that will be affected.

*Third*, the reason for the delay also weighs in Defendants' favor. Defendants' failure to timely file a reply to Plaintiffs' Opposition to the Motion to Dismiss on November 25, 2024. Although Plaintiff's certificate of service states that the Opposition was mailed to Katherine Brumund on November 18, 2024, the undersigned counsel has not received the mailing to date. Undersigned counsel discovered the error upon referencing the docket this morning, believing that Plaintiff's Opposition had not yet been filed and that it was overdue. Even if the reason for the delay was within the reasonable control of the Defendants' counsel, "[g]enerally, 'excusable neglect' does not require counsel to have been faultless, and 'inadvertence, mistake, or carelessness' can fall within the rule." *Cohen*, 819 F.3d at 479 (quoting *Pioneer Inv. Servs. Co.*, 507 U.S. at 388)); *see Pioneer Inv. Servs. Co.*, 507 U.S. at 392 ("[I]t is clear that 'excusable

neglect' under Rule 6(b) is a somewhat 'elastic concept' and is not limited strictly to omissions caused by circumstances beyond the control of the movant.").  Thus, Defendants' failure to file a reply to Plaintiff's opposition was the result of excusable neglect.

*Fourth*, Defendants have acted in good faith by promptly contacting Plaintiff, *pro se*, to obtain consent to file this motion. Undersigned counsel also intends to contact Plaintiff to reach an agreement regarding service in this case moving forward to avoid service issues, such as the one that is the subject of this Motion, in the future. Therefore, the Court should extend Defendants' deadline to file their reply to Plaintiffs' Opposition, *nunc pro tunc*, until December 17, 2024.

## CONCLUSION

For these reasons, the Defendants respectfully request that the Court grant this motion and deem the attached answer timely filed, *nunc pro tunc*.


Dated: November 27, 2024                    Respectfully submitted,

                                            BRIAN L. SCHWALB
                                            Attorney General for the District of Columbia

                                            STEPHANIE E. LITOS
                                            Deputy Attorney General
                                            Civil Litigation Division

                                            */s/ Christina Okereke/sel*
                                            CHRISTINA OKEREKE [219272]
                                            Chief, Civil Litigation Division Section II

                                            */s/ Katherine Brumund*
                                            KATHERINE BRUMUND [90017779]
                                            Assistant Attorney General
                                            400 Sixth Street, NW
                                            Washington, D.C. 20001
                                            (202) 258-9210
                                            Katherine.brumund@dc.gov

*Counsel for Defendants*

## 12-I(a) CERTIFICATION

I hereby certify that on November 27, 2024, I contacted Plaintiff for Plaintiff's position on this motion. As of the filing of this motion, Plaintiff had not consented to this motion so the Court may treat it as contested.

*/s/ Katherine Brumund*
Katherine Brumund
Assistant Attorney General

## CERTIFICATE OF SERVICE

On November 27, 2024, I served the foregoing Motion to Extend Time to Reply to Plaintiff's Opposition and the proposed order attached thereto by email and caused the same to be served by mail the next business day upon:

Zainab Yusuff
zdyusuff@gmail.com
4600 Nannie Helen Burroughs Avenue, N.E.
Washington, DC 20019
*Plaintiff pro se*

*/s/ Katherine Brumund*
Katherine Brumund
Assistant Attorney General

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ZAINAB YUSUFF,

        *Plaintiff*,

    v.

DISTRICT OF COLUMBIA, *et al.*,

        *Defendants.*

2024 CAB 005229
Judge Neal E. Kravitz

**ORDER**

Upon consideration of Defendants' Motion to Extend, and the entire record, it is this _____ day of _____ 2024, hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants shall respond to Plaintiff's Opposition by December 17, 2024.

**SO ORDERED**.

_____
Judge Neal E. Kravitz
Associate Judge

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| ZAINAB YUSUFF, | ) | |
| **Plaintiff** | ) | **Case No. 2024-CAB-5229** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Neal E. Kravitz** |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| **Defendants** | ) | |

## ORDER GRANTING IN PART DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY

The defendants have filed a motion dated November 27, 2024 requesting an extension of time in which to file a reply to the plaintiff's opposition to the defendants' pending motion to dismiss. The defendants state that they were not aware of the opposition the plaintiff filed on November 18, 2024 until their lawyer looked at the docket on November 27, 2024 and saw that an opposition had been filed. The defendants state further that the opposition, which indicates it was to be sent to the defendants' lawyer by mail, has not yet arrived. The defendants request an extension through December 17, 2024.

The defendants had until November 29, 2024 to file their reply, given that the plaintiff's opposition was served (if at all) by mail. The defendants' motion is therefore timely, and the defendants need show only good cause for their request. *See* Super. Ct. Civ. R. 6(b)(1)(A). The court finds good cause for an extension based on the defendants' explanation. The defendants, however, have not indicated why they need until December 17, 2024 to file a reply, and in the absence of an explanation the court will give the defendants the seven days allowed by Super. Ct. Civ. R. 12-I(g).

Accordingly, it is this 2nd day of December 2024

**ORDERED** that the motion is **granted in part**. It is further

**ORDERED** that the defendants have until December 9, 2024 to file a reply to the plaintiff's opposition to the defendants' pending motion to dismiss.


Neal E. Kravitz, Associate Judge
(Signed in Chambers)

Copies to:
Katherine Brumund, Esq.

Zainab Yusuff
4600 Nannie Helen Burroughs Ave. NE
Washington, DC 20019
zdyusuff@gmail.com

eFiled
12/9/2024 2:01:42 PM
Superior Court
of the District of Columbia

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

ZAINAB YUSUFF,

      *Plaintiff*,

    v.

DISTRICT OF COLUMBIA, *et al.*,

      *Defendants*.

2024 CAB 005229
Judge Neal E. Kravitz
Next Court Date: February 7, 2025
Event: Remote Initial Status Conference

## REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

### INTRODUCTION

Defendants Alcoholic Beverage and Cannabis Administration (ABCA), Board of Ethics

and Government Accountability (BEGA), Department of Insurance, Securities, and Banking

(DISB), Office of Employee Appeals (OEA), Department of Human Resources (DCHR), Office

of Human Rights (OHR), and the District of Columbia (the District) (collectively "Defendants")

respectfully submit this reply to Plaintiff's opposition to Defendants' motion to dismiss the

Complaint.  As explained below, Plaintiff fails to address some of Defendants' arguments for

dismissal and therefore concedes them, and Plaintiff's attempt to buttress her deficient complaint

by asserting new claims and facts for the first time in opposition to Defendants' motion is

unavailing.  Because Plaintiff's complaint does not satisfy the pleading requirements of Super.

Ct. Civ. R. 8(a), the Court should grant Defendants' motion to dismiss the Complaint.

## ARGUMENT

### I.    Plaintiff Fails to Address Defendants' Arguments on *Non Sui Juris* and the Comprehensive Merit Personnel Act and Thus Concedes Them.

Plaintiff fails to address, and therefore concedes, two of Defendants' arguments raised in their motion to dismiss.  First, she fails to address that the agency Defendants—ABCA, BEGA, DISB, OEA, DCHR, and OHR—are *non sui juris* and must be dismissed.  *See* Pls.' Opp'n. Second, Plaintiff fails to address Defendants' argument that her wrongful termination claim— the only claim she identified in the Complaint—is barred by the Comprehensive Merit Personnel Act (CMPA) and thus should be dismissed.  *See id.*  "The law is . . . well-settled . . . that when a plaintiff files a response to a motion to dismiss but fails to address certain arguments made by the defendant, the court may treat those arguments as conceded, even when the result is dismissal of the entire case."  *Lockhart v. Coastal Int'l Sec.*, 905 F. Supp. 2d 105, 118 (D.D.C. 2012) (citations and quotations omitted); *see also Hopkins v. Women's Div., Gen. Bd. of Global Ministries*, 238 F. Supp. 2d 174, 178 (D.D.C. 2002) ("It is well understood in this Circuit that when a plaintiff files an opposition to a motion to dismiss addressing only certain arguments raised by the defendant, a court may treat those arguments that the plaintiff failed to address as conceded.").  Accordingly, not only should all agency Defendants be dismissed, but Plaintiff's entire complaint ought to be dismissed because Plaintiff concedes that the only claim identified in her complaint is barred by the CMPA.

### II.    Plaintiff Fails to State a Claim.

Plaintiff's attempts to oppose Defendants' argument that she failed to plausibly state any other claims fare no better.  Here, Plaintiff improperly attempts to cure deficiencies in her complaint via her opposition.  Plaintiff's opposition does not cite to any of the allegations in the Complaint to sustain any purported causes of action, nor does she move to amend the Complaint.

*See* Pl's Opp'n.  Instead, Plaintiff challenges Defendants' arguments by newly identifying several causes of action, including alleged violations of the Family and Medical Leave Act, the D.C. Family and Medical Leave Act, the Americans with Disabilities Act, the D.C. Human Rights Act, and several provisions of the D.C. Code.  *See id.* at 7.[1]  Yet "[i]t is axiomatic that a complaint may not be amended by the briefs in opposition to a motion to dismiss."  *Arbitraje Casa de Cambio, S.A. de C.V. v. U.S. Postal Serv.*, 297 F. Supp. 2d 165, 170 (D.D.C. 2003).  A "plaintiff cannot amend its complaint *de facto* to survive a motion to dismiss by asserting new claims for relief in its responsive pleadings.  Therefore, the Court . . . cannot[] consider claims first raised in the plaintiff's opposition."  *College Sports Council v. Gov't Accountability Office*, 421 F. Supp. 2d 59, 71 n.16 (D.D.C. 2006).

While *pro se* plaintiffs enjoy more liberal constructions of their pleadings, they are still bound by the rules of civil procedure and may not "'be permitted to shift the burden of litigating [their] case to the courts, nor to avoid the risks of failure that attend [their] decision to forego expert assistance.'"  *MacLeod v. Georgetown Univ. Med. Ctr.*, 736 A. 2d 977, 979 (D.C. 1999) (quoting *Dozier v. Ford Motor Co.*, 702 F.2d 1189, 1194 (1993)).  Plaintiff here cannot survive a motion to dismiss by alleging new facts and causes of action in her opposition and is bound by the requirement to allege all of her causes of action and relevant factual allegations in her complaint.  *See Hawkins v. Wash. Metro. Area Transit Auth.*, 311 F. Supp. 3d 94, 109 (D.D.C. 2018) (granting motion to dismiss where plaintiff attempted to cure defects in complaint by asserting "a brand-new theory of liability and new facts").

---

[1]      Page numbers refer to the pages of the PDF document on the docket that comprises of the Opposition and its attachments.

And even if the Court were to consider any of Plaintiff's myriad new allegations and claims, Plaintiff's new allegations, like those actually alleged in her complaint, lack any specificity necessary to plausibly state a claim for relief.  Plaintiff does not allege the dates of specific incidents and offers only scant descriptions of the alleged adverse employment actions; she merely makes broad and conclusory allegations that cover a span of several years.  *See* Pl.'s Opp'n at 5–12.  A complaint "must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Family Fed'n for World Peace & Unification Int'l v. Hyun Jin Moon*, 129 A.3d 234, 245 (D.C. 2015).  Plaintiff fails to meet this basic pleading standard.  Thus, the Court should grant Defendants' motion to dismiss and dismiss the Complaint.

## CONCLUSION

For these reasons, and for the reasons set forth in Defendants' moving brief, the Court should grant Defendants' motion and dismiss the Complaint with prejudice.

Date: December 9, 2024

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

*/s/ Katherine Brumund*
KATHERINE BRUMUND [90017779]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
(202) 258-9210

4

Katherine.brumund@dc.gov

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

On December 9, 2024, I served the foregoing Reply in Support of Defendants' Motion to Dismiss the Complaint by first-class mail and by email upon:

Zainab Yusuff
zdyusuff@gmail.com
4600 Nannie Helen Burroughs Avenue, N.E.
Washington, DC 20019
*Plaintiff pro se*


*/s/ Katherine Brumund*
Katherine Brumund
Assistant Attorney General

5

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **ZAINAB YUSUFF,** | ) | |
| **Plaintiff** | ) | **Case No. 2024-CAB-5229** |
| | ) | |
| **v.** | ) | |
| | ) | **Judge Neal E. Kravitz** |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| **Defendants** | ) | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS

Before the court is a motion to dismiss the complaint, filed on November 12, 2024 by

defendants District of Columbia ("the District") and the following District of Columbia agencies

and departments: Alcoholic Beverage and Cannabis Administration ("ABCA," also referred to

by the plaintiff as "ABRA"); Board of Ethics and Government Accountability ("BEGA");

Department of Insurance, Securities, and Banking ("DISB"); Office of Employee Appeals

("OEA"); Department of Human Resources ("DCHR"); and Office of Human Rights ("OHR").

The defendants contend that the complaint fails to state a claim on which relief can be granted

because (1) the complaint does not allege facts sufficient to support a plausible claim for relief;

(2) ABCA, BEGA, DISB, DCHR, and OHR are *non sui juris* and thus cannot be sued; and (3)

the plaintiff's claim of wrongful termination, to the extent she seeks to allege it, is barred by the

Comprehensive Merit Personnel Act, D.C. Code § 1-601 *et seq*. ("CMPA").  *See* Super. Ct. Civ.

R. 12(b)(6).

The plaintiff has filed an opposition in which she contends that the defendants'

characterization of her complaint "oversimplifies the interconnected violations of her rights,"

makes additional factual allegations relating to her time as an employee at ABCA and DISB, and

argues that her complaint identifies violations of the federal and District Family and Medical

Leave Acts, the Americans with Disabilities Act, the D.C. Human Rights Act, and D.C. Code § 1-1162.01 *et seq.* The District has filed a reply in which it argues that the plaintiff has effectively conceded its positions that the agencies are *non sui juris* and that the plaintiff's wrongful termination claim is barred by the CMPA. The District argues further that the plaintiff may not effectively amend her complaint or cure its pleading defects by identifying additional causes of action in her opposition to the motion to dismiss.

The court has carefully considered the parties' briefing. Without reaching the question whether the complaint alleges facts sufficient to state a plausible claim for relief, the court concludes that the complaint must be dismissed as to defendants ABCA, BEGA, DISB, DCHR, and OHR because they are *non sui juris* and cannot be sued in their own right, and that the plaintiff's claim of wrongful termination is barred by the CMPA. The court will deny the motion without prejudice, however, to the extent the plaintiff has attempted to allege discrimination claims based on District or federal law and will direct the plaintiff to file an amended complaint clearly alleging any such causes of action and the essential facts supporting them.

**Legal Standard**

A complaint is subject to dismissal under Rule 12(b)(6) for failure to state a claim on which relief can be granted if it does not satisfy the requirement, set forth in Rule 8(a)(2), that it contain "a short and plain statement of the claim showing that the pleader is entitled to relief." *Potomac Development Corp. v. District of Columbia*, 28 A.3d 531, 544 (D.C. 2011). "A complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Id.* (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)) (internal quotation and citation omitted). Conclusory allegations "are not entitled to the assumption of

truth," and although "legal conclusions can provide the framework of a complaint, they must be supported by factual allegations." *Id*. (citing *Iqbal*, 556 U.S. at 664).

**Discussion**

I.    ABCA, BEGA, DISB, DCHR, and OHR are not proper parties because they are *non sui juris*

The defendants are correct that ABCA, BEGA, DISB, DCHR, and OHR are *non sui juris*; that is, they are subordinate agencies of the District of Columbia Government that cannot be sued in their own rights. *See Ray v. District of Columbia*, 535 A.2d 868, 869 n.2 (D.C. 1987) (stating that an agency or governmental body within the District of Columbia may not be sued in its own right). Each body's enabling statute establishes it as an agency of the District government and/or under the supervision of the Mayor. *See* D.C. Code §§ 25–201 (ABCA), 1–1162.02 (BEGA), 31–102 (DISB), 1–604.02 (Office of Personnel, now DCHR), 2–1411.01 (OHR). The plaintiff's claims against ABCA, BEGA, DISB, DCHR, and OHR therefore fail to state a claim and must be dismissed.

II.    The plaintiff's wrongful termination claim is barred by the CMPA

The defendants also are correct that the plaintiff's wrongful termination claim is barred by the CMPA. The court interprets the defendants' argument on this point as a challenge to the court's subject-matter jurisdiction, *see* Super. Ct. Civ. R. 12(b)(1), and the court agrees that it does not have jurisdiction over the plaintiff's claim at this time. The Court of Appeals has clearly stated that the CMPA "is the exclusive remedy for a District of Columbia public employee who has a work-related complaint of any kind." *Baker v. District of Columbia*, 785 A.2d 696, 697 (D.C. 2001) (internal citation omitted). "Superior Court is not an alternative forum, but rather serves as a last resort for reviewing decisions generated by CMPA procedures." *Id*. (internal quotations omitted). As part of the CMPA, D.C. Code § 1–606.03 sets forth appeal

procedures before the OEA to challenge, *inter alia*, "an adverse action for cause that results in removal." *See also* 6-B DCMR § 604.1.

It is evident from the fact that the plaintiff checked "wrongful termination" on the civil action information sheet, and from the documents attached to the complaint, that many of the plaintiff's grievances stem from her termination from her employment at DISB on or around March 15, 2024 and her alleged treatment leading up to and in connection with the decision to terminate. OEA therefore has exclusive jurisdiction over any of the plaintiff's claims alleging that she was suspended, transferred, or terminated from her position(s) with District agencies wrongly or without cause. *See Baker*, 785 A.2d at 697. The plaintiff's proper remedy for these claims is to file an appeal with OEA pursuant to D.C. Code § 1–606.03, which she has in fact done. The plaintiff states that her OEA matter is currently pending, and she may appeal an adverse decision of the OEA to this court, if necessary, but only after the administrative process has been completed. *See* D.C. Code § 1–606.03(d); Super. Ct. Agency Review R. 1(b). This court has no authority, in the meantime, to consider the plaintiff's claims for wrongful termination or other grievances regarding adverse employment actions in a parallel action to her OEA case.

Finally, because the court may ultimately be called upon to exercise appellate authority over OEA's final decision, it is premature for the plaintiff to name OEA as a defendant in this lawsuit. The court will therefore dismiss the plaintiff's claims as to OEA.

III.    The plaintiff may not amend her complaint or allege additional facts through the filing of her opposition brief

The plaintiff asserts in her opposition to the defendants' motion that her complaint stated causes of action cognizable under the federal and D.C. Family and Medical Leave Acts, 29 U.S.C. § 2601 *et seq.*, D.C. Code § 32–501 *et seq.*, the Americans with Disabilities Act, 42

U.S.C. § 12101 *et seq*., the D.C. Human Rights Act, D.C. Code § 2–1401.01 *et seq*. ("DCHRA"), and the D.C. Ethics Act, D.C. Code § 1-1162.01 *et seq*.  The court, however, does not read the complaint to allege those claims, and it agrees with the defendants that the plaintiff should not be allowed to effectively amend her complaint by stating additional facts and naming additional causes of action in her opposition to a motion to dismiss.

With that said, discrimination claims, such as those brought under the DCHRA, are excluded from the CMPA, *see Stockard v. Moss*, 706 A.2d 561, 566 (D.C. 1997), *King v. Kidd*, 640 A.2d 656, 664 (D.C. 1993), and given the plaintiff's pro se status, the court concludes, in its discretion, that the best way to proceed is to deny the defendants' motion to dismiss without prejudice to the extent it relates to discrimination claims the plaintiff has attempted to state and to require the plaintiff to file an amended complaint that clearly states the federal or D.C. anti-discrimination laws she alleges the defendant violated and the essential facts on which each claimed violation of law is based.  *See* Super. Ct. Civ. R. 12(e) (authorizing the court to require the filing of a "more definite statement" when a complaint "is so vague or ambiguous" that the defendant "cannot reasonably prepare a response").  This approach will make it more likely that the case will be resolved on its merits.

Accordingly, it is this 31st day of December 2024

**ORDERED** that the motion is **granted in part and denied without prejudice in part.** Specifically, the complaint is **dismissed with prejudice** as to defendants Alcoholic Beverage and Cannabis Administration; Board of Ethics and Government Accountability; Department of Insurance, Securities, and Banking; Office of Employee Appeals; Department of Human Resources; and Office of Human Rights.  The plaintiff's claim for wrongful termination (along

with any related claim for wrongful suspension or transfer) is likewise **dismissed with prejudice**.  It is further

      **ORDERED** that the motion is **denied without prejudice** as to any anti-discrimination or other causes of action excepted from the CMPA.  It is further

      **ORDERED** that by January 21, 2025, the plaintiff shall file an amended complaint naming the District of Columbia as the only defendant.  At a minimum, the amended complaint shall clearly state the anti-discrimination laws the plaintiff alleges the defendant violated and the essential facts on which each claimed violation of law is based.  **The plaintiff should understand that the failure to file an amended complaint as required by this order will likely result in the dismissal of the case.**  It is further

      **ORDERED** that the District has until February 4, 2025 to file an answer or other response to the amended complaint (or a renewed motion to dismiss based on the plaintiff's failure to file an amended complaint).  It is further

      **ORDERED** that the remote scheduling conference currently set for February 7, 2025 is continued to March 21, 2025 at 9:30 a.m.[1]

                                       Neal E. Kravitz, Associate Judge
                                       (Signed in Chambers)

Copies to:
Katherine Brumund, Esq.

Zainab Yusuff
4600 Nannie Helen Burroughs Ave. NE
Washington, DC 20019
zdyusuff@gmail.com

---

[1] The parties should be aware that this case will be assigned to another judge on or about January 1, 2025 and that the newly-assigned judge will be responsible for presiding over the scheduling conference on March 21, 2204 and deciding any motions filed from this date forward.



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street, NW
Washington DC  20001

| **Zainab Yusuff** | **2024-CAB-005229** |
| --- | --- |
| *Plaintiff/Petitioner* | *Case Number* |

v.

| **District Of Columbia Government** | **Shana Frost Matini** |
| --- | --- |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Zainab Yusuff
4600 Nannie Heken Burroughs Ave NE
Washington DC  20019

| | |
|---|---|
| **Zainab Yusuff** | **2024-CAB-005229** |
| *Plaintiff/Petitioner* | *Case Number* |
| v. | |
| **District Of Columbia Government** | **Shana Frost Matini** |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

No Known Address

| **Zainab Yusuff** | | **2024-CAB-005229** |
|---|---|---|
| *Plaintiff/Petitioner* | | *Case Number* |
| v. | | |
| **District Of Columbia Government** | | **Shana Frost Matini** |
| *Defendant/Respondent* | | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street, NW
Washington DC  20001

| | |
|---|---|
| **Zainab Yusuff** | **2024-CAB-005229** |
| *Plaintiff/Petitioner* | *Case Number* |
| v. | |
| **District Of Columbia Government** | **Shana Frost Matini** |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street, NW
Washington DC  20001

| | |
|---|---|
| **Zainab Yusuff** | **2024-CAB-005229** |
| *Plaintiff/Petitioner* | *Case Number* |
| v. | |
| **District Of Columbia Government** | **Shana Frost Matini** |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street, NW
Washington DC  20001

| | |
|---|---|
| **Zainab Yusuff** | **2024-CAB-005229** |
| *Plaintiff/Petitioner* | *Case Number* |
| v. | |
| **District Of Columbia Government** | **Shana Frost Matini** |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street, NW
Washington DC  20001

| | |
|---|---|
| **Zainab Yusuff** | **2024-CAB-005229** |
| *Plaintiff/Petitioner* | *Case Number* |
| v. | |
| **District Of Columbia Government** | **Shana Frost Matini** |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street, NW
Washington DC  20001

---

**Zainab Yusuff**
*Plaintiff/Petitioner*

v.

**District Of Columbia Government**
*Defendant/Respondent*

**2024-CAB-005229**
*Case Number*

**Shana Frost Matini**
*Judicial Officer*

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street, NW
Washington DC  20001

| | |
|---|---|
| **Zainab Yusuff** | **2024-CAB-005229** |
| *Plaintiff/Petitioner* | *Case Number* |
| v. | |
| **District Of Columbia Government** | **Shana Frost Matini** |
| *Defendant/Respondent* | *Judicial Officer* |

### SHORT ORDER

On 12/31/2024, the following order was entered by the court:

Effective immediately, this case is transferred to the Honorable Donald W. Tunnage on Civil 2, Calendar 7.  All hearings will be held in Courtroom 516.  The courtroom can be accessed virtually at https://dccourts.webex.com/meet/ctb516 or by calling 844-992-4726 and entering meeting ID 129 776 4396.

This notice is being sent in accordance with Super. Ct. Civ. R. 77(d).

Superior Court of the  District of Columbia-Civil Division: Honorable Judge Kravitz |Amended
2024-CAB-005229 1.18.25

FILED
CIVIL DIVISION
JAN 1 8 2025
Superior Court of the
District of Columbia

**Zainab Yusuff,** Plaintiff,
vs.
**District of Columbia,** Defendant.

## Case No.: 2024-CAB-005229
## AMENDED

## INTRODUCTION

1. Plaintiff Zainab Yusuff (hereinafter "Plaintiff") brings this action against the District of Columbia (hereinafter "Defendant") for violations of anti-discrimination, anti-retaliation, and whistleblower protection laws under the Americans with Disabilities Act (ADA), Family and Medical Leave Act (FMLA), D.C. Human Rights Act (DCHRA), and applicable whistleblower statutes. Plaintiff alleges Defendant systematically failed to fulfill its mandated duties, engaged in negligence, and allowed systemic abuse, retaliation, and harassment to persist, resulting in professional, emotional, and financial harm.

2. Plaintiff's claims arise from her employment with ABRA/ABCA from February 18, 2020, to February 24, 2023, and subsequently with DISB from February 27, 2024, until her wrongful termination on March 27, 2024. Plaintiff's employment was marred by retaliatory actions, discriminatory practices, and psychological abuse. Plaintiff alleges that ABRA engaged in retaliatory discussions with DISB prior to her onboarding, directly influencing the adverse actions she faced at DISB.

3. Plaintiff's complaints to the Office of Human Rights (OHR) and the Office of Disability Rights (ODR) were rerouted to the very individuals named in the complaints, including Katrice Purdie, facilitating the continuation of harm rather than addressing Plaintiff's grievances. This lack of impartiality further demonstrates Defendant's negligence and systemic failures to protect whistleblowers.

4. Defendant's conduct reflects a broader pattern of systemic abuse and retaliation within the District of Columbia government, perpetuating a hostile work environment and enabling discrimination and harassment. Plaintiff seeks compensatory damages, punitive damages, declaratory relief, and injunctive relief to address and rectify these unlawful practices and ensure accountability.

## JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343(a)(4) (civil rights jurisdiction).

1

6. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in the District of Columbia.

## PARTIES

7. Plaintiff is a resident of the District of Columbia, she volunteers, holds Degree in Accounting/ComputerScience and a Master of Business Administration and a Master of Homeland Security and is a Certified Information Systems Auditor; and a former employee of ABRA/ABCA and DISB, District government agencies.

8. Defendant District of Columbia is a municipal entity responsible for the acts and omissions of its agencies and employees.

## STATEMENT OF FACTS

9. Plaintiff began her employment with ABRA/ABCA on February 18, 2020. She transitioned to DISB on February 27, 2024, after ABRA and DISB engaged in retaliatory discussions regarding her prior complaints and claims against ABRA. These discussions negatively influenced Plaintiff's treatment at DISB and contributed to ongoing retaliatory actions. 10. DISB attempted to delay Plaintiff's start date by one month without justification, placing her financial stability at risk. This delay was attributed to false claims by Alice Pettigrew, an employee under Katrice Purdie at DISB, who alleged that Plaintiff was uncommunicative. Plaintiff provided documented proof of proactive communication and authorized all necessary actions to facilitate the transfer. 11. Throughout her tenure at both ABRA and DISB, Plaintiff faced pervasive retaliation and harassment for asserting her rights under the ADA, FMLA, and DCHRA and for reporting workplace misconduct and discrimination. 12. Plaintiff's complaints to OHR and ODR were rerouted to the very individuals named in them, including Katrice Purdie, ensuring that no impartial resolution was possible and facilitating continued harm. This procedural failure exemplifies Defendant's negligence in addressing employee grievances. 13. Plaintiff's mental health deteriorated significantly due to the hostile work environment. She was declared temporarily incapacitated, participated in intensive outpatient treatment, and was prescribed medication, including a quadrupled dosage under specialist instructions. Her condition made routine activities such as driving unsafe, yet Defendant exploited her vulnerability instead of providing reasonable accommodations. 14. Plaintiff's requests for reasonable accommodations under the ADA, including flexible work hours and remote work accommodations, were ignored or denied. Defendant's failure to accommodate her medical needs exacerbated her condition and violated her statutory rights. 15. Defendant engaged in retaliatory actions, including but not limited to: a. Reassigning Plaintiff's seating based on false claims of misconduct, despite documented proof (emails) that Plaintiff requested the move to escape harassment.

b. Issuing defamatory statements about Plaintiff's behavior and performance, tarnishing

her professional reputation.

c. Delaying critical documents, including W-2 forms, causing financial hardship and delayed tax filings.

d. Coercing Plaintiff to submit a financial disclosure statement post-termination, despite her lack of access to relevant accounts.

e. Withholding Plaintiff's pay on several occasions as a form of punishment for seeking assistance, directly impacting her financial well-being.

16. On or around the third quarter of 2023, Katrice Purdie approached Plaintiff at a work function despite having active complaints filed against her. This encounter caused Plaintiff a panic attack, resulting in great embarrassment and fear. Plaintiff filed an ODR complaint shortly after this incident. 17. Defendant's retaliatory and negligent conduct reflects a broader pattern documented in cases such as *Howard v. District of Columbia*, 828 F. Supp. 2d 232 (D.D.C. 2011), and *Solomon v. Vilsack*, 763 F.3d 1 (D.C. Cir. 2014), which highlight systemic failures to protect employees who report discrimination and workplace misconduct. 18. The lack of accountability and the culture of retaliation within District agencies enable systemic abuse, allowing discrimination and harassment to persist unchecked and inflicting long-term harm on employees like Plaintiff.

## CAUSES OF ACTION

### COUNT I: RETALIATION UNDER THE AMERICANS WITH DISABILITIES ACT (ADA)

19. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 18.

20. Defendant retaliated against Plaintiff for asserting her rights under the ADA by subjecting her to harassment, defamatory statements, delayed start dates, withholding pay, and termination, violating 42 U.S.C. § 12203.

### COUNT II: DISCRIMINATION UNDER THE AMERICANS WITH DISABILITIES ACT (ADA)

21. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 18.

22. Defendant discriminated against Plaintiff by failing to provide reasonable accommodations and creating a hostile work environment, violating 42 U.S.C. § 12112.

### COUNT III: VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT (FMLA)

23. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 18.

24. Defendant interfered with Plaintiff's rights under the FMLA by denying her necessary leave and retaliating against her for asserting these rights.

Superior Court of the  District of Columbia-Civil Division: Honorable Judge Kravitz |Amended
2024-CAB-005229 1.18.25

## COUNT IV: VIOLATION OF THE D.C. HUMAN RIGHTS ACT (DCHRA)

25. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 18.

26. Defendant discriminated and retaliated against Plaintiff in violation of the DCHRA, including creating a hostile work environment and failing to address her grievances.

## COUNT V: VIOLATION OF WHISTLEBLOWER PROTECTION LAWS

27. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 18.

28. Defendant engaged in retaliatory actions against Plaintiff for reporting misconduct and discrimination, violating applicable whistleblower protection laws.

## RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court grant the following relief:

1. **Declaratory Relief**:
   - A declaration that Defendant's actions violated the ADA, FMLA, DCHRA, and whistleblower protection laws.

2. **Injunctive Relief**:
   - Mandate comprehensive anti-retaliation and anti-discrimination training for District employees.
   - Require Defendant to implement robust accountability measures to prevent systemic retaliation and harassment.

3. **Compensatory Damages**:
   - $300,000 for back pay, front pay, and lost benefits resulting from Plaintiff's termination.
   - $600,000 for emotional distress, humiliation, and reputational harm.

4. **Punitive Damages**:
   - $1,500,000 to deter

5. **Attorneys' Fees and Costs**: Reimbursement for all legal fees and costs incurred.

6. **Other Relief**: Any other relief the Court deems just and equitable under the circumstances.

## CONCLUSION

Plaintiff Zainab Yusuff respectfully requests that this Court allow her claims to proceed under this amended filing, which addresses all deficiencies noted in the prior complaint and adheres to the court's instructions.

Dated: Saturday, January 18, 2025
Respectfully submitted,

**Zainab Yusuff**
Pro Se
zdyusuff@gmail.com | cell:2022107264

4



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

ABRA/ABCA
2000 14th ST NW STE 400S
Washington DC  20009

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  ABRA/ABCA                              **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

District Of Columbia Government
441 4TH ST NW
WASHINGTON DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   District Of Columbia Government          **Case Number:**     2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Board of Ethics and Government Accountability
1030 15th ST NW STE 700 West
Washington  DC  20005

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Board of Ethics and Government              **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቋልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

DC Office of Human Resources
1015 Half ST SE STE 9
Washington DC  20003

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   DC Office of Human Resources              **Case Number:**    2024-CAB-005229

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

    Link: dccourts.webex.com/meet/ctb131

    Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

    Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቋልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፤ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Dc Office Of Human Rights
441 4th Street NW
Suite 570N
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Dc Office Of Human Rights              **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Dc Office Of Employee Appeals
955 LEnfant Plaza SW
WASHINGTON DC  20024

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Dc Office Of Employee Appeals          **Case Number:**    2024-CAB-005229

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

Accessibility and Language Access Information for Superior Court

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሚ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

DC DISB
1050 First St NE Suite 801
Washington DC  20002

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  DC DISB                                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሚ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ።  ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Zainab Yusuff
4600 Nannie Heken Burroughs Ave NE
Washington DC  20019

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Zainab Yusuff                                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE
Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Alston & Bird LLP
950 F Street NW
Washington DC  20004

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                          **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **02/07/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቋልና የጽሑፍ ትርጓሚ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.


**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.


Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.


**Servicios de interpretación y traducción:**


Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.


El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.


**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**


የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።


የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**  Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Katherine Brumund                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሚ አገልግሎቶች፡**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**     2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሚ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች ፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access  ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Zainab Yusuff
4600 Nannie Heken Burroughs Ave NE
Washington DC  20019

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Zainab Yusuff                                **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቋልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ለልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይገብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ፦



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice.  For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፡**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ፣ https://www.dccourts.gov/language-access ላይ ይጎብኙ፡፡

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ፡፡



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**  Katherine Brumund                    **Case Number:**    2024-CAB-005229

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in **Remote Courtroom 131**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb131

   Meeting ID: 2336 589 2483

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**Accessibility and Language Access Information for Superior Court**

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call (202) 879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office at the telephone number at the top of the first page of this notice. For more information, visit https://www.dccourts.gov/language-access.

Language access is important to the D.C. Courts. You can provide feedback on language services by visiting https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦**

የዲ.ሲ. ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትርጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ አናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb516
   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**ACCESSIBILITY AND LANGUAGE ACCESS**

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች**:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጸሐፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                          **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb516
   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች**:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩ›ን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb516
   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባከዎን በመዝገብዎ የተዘረዘሩን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Zainab Yusuff
4600 Nannie Heken Burroughs Ave NE
Washington DC  20019

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Zainab Yusuff                              **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**ACCESSIBILITY AND LANGUAGE ACCESS**

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባከዎን በመዝገብዎ የተዘረዘሩን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)

   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

**ACCESSIBILITY AND LANGUAGE ACCESS**

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጽሀፈ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                    **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች**:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባከዎን በመዝገብዎ የተዘረዘሩውን የጽህፈ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Katherine Brumund
Assistant Attorney General
400 Sixth Street NW
Washington DC  20001

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Zainab Yusuff v. District Of Columbia Government  et al.

**To:**   Katherine Brumund                 **Case Number:**   2024-CAB-005229

### NOTICE OF RESCHEDULED HEARING

This notice is to inform you that the **Remote Initial Scheduling Conference** scheduled for **03/21/2025** at **9:30 AM** has been rescheduled by the Court.

Your case is now scheduled for a(n) **Remote Initial Scheduling Conference** on **03/21/2025** at **9:30 AM** in Remote **Courtroom 516**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb516

   Meeting ID: 129 776 4396
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities**:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services**:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción**:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች**:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባከዎን በመዝገብዎ የተዘረዘረውን የጸሀፊ ቢሮ (ክለርከ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።