IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
ZAINAB YUSUFF, Plaintiff, v. DISTRICT OF COLUMBIA, et al., Defendants.

Civil Action No. 1:25-cv-00309-EGS Judge Emmet G. Sullivan (3/10/2025)

## PLAINTIFF'S MOTION FOR RECONSIDERATION AND CLARIFICATION REGARDING ELECTRONIC FILING AND CONTINUED ACCEPTANCE OF INTAKE EMAIL SUBMISSIONS

### INTRODUCTION

Plaintiff, Zainab Yusuff, respectfully moves this Honorable Court to reconsider its denial of her Motion for Leave to File Electronically through CM/ECF and to clarify whether her filings submitted via the Court's intake email remain valid and acceptable. Plaintiff, a pro se litigant, has been diligently submitting documents via intake email, and such filings have been received by the Court thus far. The recent denial of electronic filing access creates undue hardship and uncertainty regarding her ability to continue submitting documents via the intake email, thereby restricting her access to justice. Plaintiff respectfully requests reconsideration based on her demonstrated ability to comply with Local Civil Rule 5.4(b)(2) and the need to prevent procedural prejudice against her as a pro se litigant.

### ARGUMENT

#### A. Plaintiff Meets the Requirements of Local Civil Rule 5.4(b)(2) and Should Be Granted CM/ECF Access

Under Local Civil Rule 5.4(b)(2), a pro se litigant may be granted CM/ECF filing privileges at the discretion of the Court if they: (1) describe their internet access, (2) confirm their capacity to file and receive electronic filings on a regular basis, and (3) certify that they have completed the Clerk's Office online tutorial or have been permitted to file electronically in other federal courts.

Plaintiff satisfies these requirements:

- **Internet Access and Filing Capacity:** Plaintiff has reliable internet access and has consistently submitted documents via the Court's intake email, demonstrating her ability to file electronically.
- **Experience with Electronic Filing:** Plaintiff has successfully submitted filings in this case via email, which mirrors the CM/ECF process.
- **Judicial Economy:** Granting Plaintiff CM/ECF access would streamline filings, reducing the burden on Court staff handling intake email submissions.

Denying CM/ECF access to a pro se litigant who has demonstrated her capability to file electronically contradicts the principles of judicial efficiency and fairness. Courts have routinely recognized the necessity of affording pro se litigants fair access to electronic filing, particularly when it serves the interests of both the litigant and the judiciary. See *In re Ammons*, 547 B.R. 372 (Bankr. D.D.C. 2016) (noting that electronic filing improves efficiency and access for pro se litigants who can demonstrate competence in electronic submissions).

**RECEIVED**

MAR 14 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**ZAINAB YUSUFF,** Plaintiff, v. **DISTRICT OF COLUMBIA, et al.,** Defendants.

**Civil Action No. 1:25-cv-00309-EGS Judge Emmet G. Sullivan (3/10/2025)**

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND CLARIFICATION REGARDING ELECTRONIC FILING AND CONTINUED ACCEPTANCE OF INTAKE EMAIL SUBMISSIONS**

**B. The Court Should Continue Accepting Plaintiff's Intake Email Filings to Prevent Procedural Prejudice**

Prior to the recent order, the Court has received and accepted Plaintiff's filings submitted via the intake email. Plaintiff reasonably relied on this established pattern and has structured her legal responses accordingly. Suddenly barring email submissions without granting CM/ECF access creates unnecessary barriers to justice and prejudices a pro se litigant who has followed all procedural guidance.

Numerous courts have held that pro se litigants should not be unfairly disadvantaged by procedural technicalities when they have made diligent efforts to comply with filing procedures. See *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (holding that pro se pleadings are to be liberally construed and should not be dismissed for technical noncompliance). The abrupt denial of Plaintiff's electronic access without an alternative filing mechanism constitutes an undue procedural burden in contravention of *Haines* and its progeny.

**C. The Court Should Clarify Whether Prior and Future Intake Email Filings Will Be Accepted**

To prevent any further procedural confusion, Plaintiff respectfully requests a clear directive from the Court regarding whether filings submitted via the Court's intake email will continue to be accepted. Such clarification is essential to ensure that Plaintiff's ability to participate in this litigation is not unfairly hindered.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Reconsider its denial of her Motion for Leave to File Electronically and grant her CM/ECF access in accordance with Local Civil Rule 5.4(b)(2).
2. Clarify that filings submitted via the Court's intake email remain valid and will continue to be accepted.
3. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

**Zainab Yusuff**
Plaintiff Pro Se
4600 Nannie Helen Burroughs Avenue NE

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**ZAINAB YUSUFF,** Plaintiff, v. **DISTRICT OF COLUMBIA, et al.,** Defendants.

**Civil Action No. 1:25-cv-00309-EGS Judge Emmet G. Sullivan (3/10/2025)**

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND CLARIFICATION REGARDING ELECTRONIC FILING AND CONTINUED ACCEPTANCE OF INTAKE EMAIL SUBMISSIONS**

Washington, DC 20019
Email: zdyusuff@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 03/13/2025, I caused a true and correct copy of the foregoing Plaintiff's Motion for Reconsideration and Clarification Regarding Electronic Filing and Continued Acceptance of Intake Email Submissions to be served via [electronic mail/certified mail] upon:

**Katherine Brumund, Esq.**
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
Email: Katherine.brumund@dc.gov

**Zainab Yusuff**
Plaintiff Pro Se